AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### SUMMONS IN A CIVIL CASE

**Darrell G. Ober**

CASE NUMBER: 1:01-CV-084

Judge Caldwell

v.

**Paul Evanko, Mark Campbell, Thomas Coury, Joseph Westcott and Hawthorne Conley**

FILED
HARRISBURG

FEB 21 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
Don Bailey 4311 N. 6th Street Harrisburg, PA 17110

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MARY E. D'ANDREA, Clerk**

(By) P. Cornelious, Deputy Clerk

DATE: Jan. 16, 2001

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF _Daryl Abate_ COURT CASE NUMBER _1:01-CV-084_
DEFENDANT _Erdmore et al._ TYPE OF PROCESS _Certified Mail_

SERVE _See attached_
(Name individual, company; corporation, etc. to be served)

AT _1800 Elmerton Ave, Hbg Pa 17110_
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____ .
_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.
_✓_ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____
_____
DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_1/23/01_      _Adrienne Bailey_
Date           Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
  OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
  (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

FILED
HARRISBURG
FEB 21 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Hawthorne Onley
   1600 Elmerton Ave
   Hbg, PA 17110

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly) | B. Date of Delivery: JAN 2 4 2001
C. Signature: X [signature]
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 7769

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Joseph Wolcott
   1800 Elmerton Ave
   Hbg, PA 17110

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly) | B. Date of Delivery: JAN 2 2 2001
C. Signature: X [signature]
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 7745

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Evanko
   1800 Elmerton Ave
   Hbg, Pa 17110

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: JAN 2 2 2001

C. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 7776

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-09

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark Campbell
   Governors Ex. Office
   225 Main Capitol
   Hbg, Pa. 17120

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: JAN 1 9 200_
   S- Cohn

C. Signature
X _S. Cohn_   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 7738

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thomas Cary
   1800 Elmerton Ave
   Hbg, Pa 17110

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: JAN 2 9 2001

C. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 7752