**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

MAR 1 6 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

| | | |
|---|---|---|
| DARRELL G. OBER,<br>　　　　　Plaintiff | : | NO. 1: CV-01-0084<br>(Judge Caldwell) |
| vs. | : | CIVIL ACTION - LAW |
| PAUL EVANKO, MARK CAMPBELL,<br>THOMAS COURY, JOSEPH WESTCOTT,<br>HAWTHORNE CONLEY,<br>　　　　　Defendants | : | JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO DISMISS ALL CLAIMS

AND NOW, pursuant to Fed. R. Civ. P. 12(b)(6), the defendants, by and through their attorneys, Syndi L. Guido, Deputy General Counsel, and Joanna N. Reynolds, Assistant Counsel, move to dismiss plaintiff's complaint, incorporate the attached memorandum of law, and state:

1. Plaintiff is a Captain in the Pennsylvania State Police currently serving as the Director of the Administrative Division of the Bureau of Liquor Control Enforcement.

2. The named defendants are Commissioner Evanko, Deputy Commissioners Coury and Conley, former Deputy Commissioner Westcott, and Mark Campbell, the Governor's current Chief of Staff (formerly Deputy Chief of Staff).

3. Pursuant to 42 U.S.C. § 1983, plaintiff alleges that the defendants violated his First, Fourth, and Fourteenth Amendment rights; he also raises various state tort claims.

4. Plaintiff requests compensatory and punitive damages.

5. Plaintiff's complaint must be dismissed because he has failed to state a claim upon which relief can be granted.

6. To the extent defendants have been sued in their official capacities, plaintiff's suit is barred by the Eleventh Amendment and state sovereign immunity.

7. To the extent defendants have been sued in their individual capacities, plaintiff's suit must be dismissed because the defendants are entitled to qualified immunity.

WHEREFORE, this Court should grant defendants' motion and dismiss plaintiff's complaint in its entirety.

Respectfully submitted,

BY: _____
JOANNA N. REYNOLDS
Assistant Counsel
Attorney I.D. #37436
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110
(717) 783-5568

SYNDI L. GUIDO
Deputy General Counsel
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 783-6563

Dated: March 16, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER,<br>  Plaintiff | : <br> : <br> : | NO. 1: CV-01-0084<br>(Judge Caldwell) |
| vs. | : <br> : | CIVIL ACTION - LAW |
| PAUL EVANKO, MARK CAMPBELL,<br>THOMAS COURY, JOSEPH WESTCOTT,<br>DEMANDED<br>HAWTHORNE CONLEY,<br>  Defendants | : <br><br> : <br><br> : <br> : | JURY TRIAL |

### CERTIFICATE OF NONCONCURRENCE

Undersigned counsel for the defendants hereby certifies that she sought the concurrence of plaintiff's counsel, Don Bailey, in this motion to dismiss. Mr. Bailey was unavailable. Accordingly, counsel presumes that he does not concur in defendants' motion.

_____
Joanna N. Reynolds
Assistant Counsel
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110
(717) 783-5568

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL G. OBER,<br>   Plaintiff<br><br>vs.<br><br>PAUL EVANKO, MARK CAMPBELL,<br>THOMAS COURY, JOSEPH WESTCOTT,<br>HAWTHORNE CONLEY,<br>   Defendants | NO. 1: CV-01-0084<br>(Judge Caldwell)<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I served the defendants' motion to dismiss and supporting brief upon plaintiff's counsel by First Class Mail, U.S. Postal Service, addressed as follows:

    Don Bailey, Esquire
    4311 North 6th Street
    Harrisburg, PA  17110

By: _/s/ Syndi L. Guido_
   SYNDI L. GUIDO
   DEPUTY GENERAL COUNSEL

   OFFICE OF GENERAL COUNSEL
   333 Market Street, 17th Floor
   Harrisburg, PA   17101
   (717) 783-6563

Dated: March 16, 2001