ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL G. OBER** | ) | CIVIL ACTION LAW |
| | ) | |
| **Plaintiff** | ) | 1:CV-01-0084 |
| | ) | (JUDGE CALDWELL) |
| vs. | ) | |
| | ) | **FILED** |
| | ) | HARRISBURG, PA |
| **PAUL EVANKO, MARK** | ) | |
| **CAMPBELL, THOMAS COURY,** | ) | APR 2 3 2001 |
| **JOSEPH WESTCOTT,** | ) | |
| **HAWTHORNE CONLEY AND** | ) | MARY E. D'ANDREA, CLERK |
| **JOANNA REYNOLDS** | ) | Per _____ Deputy Clerk |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendants** | ) | |

## MOTION FOR CONTINUANCE OF CASE MANAGEMENT
## CONFERENCE SCHEDULED FOR JUNE 6, 2001

1.) On or about April 17, 2001 an Order scheduling a Case Management Conference was scheduled for June 6, 2001 in the above captioned matter.

2.) On June 1 through 10, 2001 Plaintiff's counsel is scheduled to be out of town on a pre-paid vacation with his family.

3.) Opposing counsel Cindy Guido was contacted and plaintiff received no response.

4.) Plaintiff's counsel is requesting a continuance on the Case Management Conference to be scheduled on another date.

**WHEREFORE** the Court is respectfully requested to continue the Case Management Conference scheduled on June 6, 2001.

Respectfully Submitted,

*Don Bailey*

Don Bailey PAID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

Dated: April 23, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER | ) | CIVIL ACTION LAW |
| | ) | |
| **Plaintiff** | ) | |
| | ) | 1:CV-01-0084 |
| vs. | ) | |
| | ) | (JUDGE CALDWELL) |
| PAUL EVANKO, MARK | ) | |
| CAMPBELL, THOMAS COURY, | ) | JURY TRIAL DEMANDED |
| JOSEPH WESTCOTT, | ) | |
| HAWTHORNE CONLEY and | ) | |
| JOANNA REYNOLDS | ) | |
| **Defendants** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this **23rd DAY OF APRIL 2001**, a true and correct copy of the foregoing **MOTION TO AMEND THE COMPLAINT** was served upon the following counsel of record by United States Mail, postage prepaid:

SYNDI L. GUIDO
DEPUTY GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL
333 Market Street, 17th Floor
Harrisburg, PA 17101
Attorney for Defendants')

BY: _____
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500