ORIGINAL

FILED
HARRISBURG

APR 2 5 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER, | : | |
| Plaintiff | : | NO. 1: CV-01-0084 |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| PAUL EVANKO, MARK | : | |
| CAMPBELL, THOMAS COURY, | : | JURY TRIAL DEMANDED |
| JOSEPH WESTCOTT, | : | |
| HAWTHORNE CONLEY, AND | : | |
| JOANNA REYNOLDS | : | |
| Defendants | : | |

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE
SCHEDULED FOR JUNE 6, 2001

1. On April 25, 2001, defendants' counsel received a copy of plaintiff's motion to continue the case management conference scheduled for June 6, 2001.

2. In that motion, plaintiff alleges that the undersigned counsel was contacted but did not respond to the request for concurrence in a motion to continue the conference.

1

3.  Contrary to plaintiff's assertion, defense counsel's secretary, Dorothy Martin, received a call from opposing counsel's employee, Adrienne Palarino, on the morning of April 19, 2001, at 10:51 a.m. Ms. Martin advised Ms. Palarino that defense counsel has no objection to the request for a continuance.

Respectfully submitted,



Cyndi L. Guido
Deputy General Counsel
Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101
(717) 783-6563

Dated:  April 25, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER, | : | |
| Plaintiff | : | NO. 1: CV-01-0084 |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| PAUL EVANKO, MARK | : | |
| CAMPBELL, THOMAS COURY, | : | JURY TRIAL DEMANDED |
| JOSEPH WESTCOTT, | : | |
| HAWTHORNE CONLEY, AND | : | |
| JOANNA REYNOLDS | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I hereby certify that, on this date, I served a copy of defendants' response to plaintiff's motion to continue the case management conference upon plaintiff's counsel by First Class Mail, U.S. Postal Service, addressed as follows:

> Don Bailey, Esquire
> 4311 North 6th Street
> Harrisburg, PA 17110

> *[signature]*
> Syndi L. Guido
> Deputy General Counsel

> Office of General Counsel
> 333 Market Street, 17th Floor
> Harrisburg, PA 17101
> (717) 783-6563

Dated: April 25, 2001