

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,                    :
        Plaintiff

                                    :

                                    :
        vs.                         :    CIVIL ACTION NO. 1:CV-01-0084
                                    :
PAUL EVANKO,
MARK CAMPBELL,                      :            **FILED**
THOMAS COURY,                             HARRISBURG, PA
JOSEPH WESTCOTT,                    :
HAWTHORNE CONLEY,                         APR 2 5 2001
        Defendants                  :

                                         MARY E. D'ANDREA, CLERK
                                         Per _____
                 O R D E R                    Deputy Clerk

        AND NOW, this 25th day of April, 2001, upon

consideration of the plaintiff's motion for a continuance, the

case management conference scheduled for June 6, 2001, is

continued until Monday, July 2, 2001, at a time to be indicated in

a subsequent scheduling order.


                              _____
                              William W. Caldwell
                              United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 25, 2001

Re:  1:01-cv-00084    Ober v. Evanko


True and correct copies of the attached were mailed by the clerk
to the following:

       Don Bailey, Esq.
       4311 N. 6th St.
       Harrisburg, PA  17110    Fax No.: 717-221-9600

       Syndi L. Guido, Esq.
       Office of General Counsel, PA Governor's Office
       333 Market St.
       17th Floor
       Harrisburg, PA  17120    Fax No.: FAX: (717) 787-1788

       Joanna N. Reynolds, Esq.
       Pennsylvania State Police
       1800 Elmerton Avenue
       Harrisburg, PA  17110


cc:
Judge                       (X )            ( ) Pro Se Law Clerk
Magistrate Judge            ( )             ( ) INS
U.S. Marshal                ( )             ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to:  US Atty Gen  ( )   PA Atty Gen ( )
                                     DA of County ( )   Respondents ( )

Bankruptcy Court            ( )
Other_____    ( )

MARY E. D'ANDREA, Clerk

DATE: April 25th, 2001

BY: _Mark J. Armbrust_

Deputy Clerk