IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER | ) | CIVIL ACTION LAW |
| | ) | |
| Plaintiff | ) | 1:CV-01-0084 |
| | ) | (JUDGE CALDWELL) |
| vs. | ) | |
| | ) | |
| PAUL EVANKO, MARK | ) | |
| CAMPBELL, THOMAS COURY, | ) | |
| JOSEPH WESTCOTT, | ) | |
| HAWTHORNE CONLEY AND | ) | |
| JOANNA REYNOLDS | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |

FILED
HARRISBURG, PA
JUN 0 4 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

1.) On May 31, 2001 counsel received Defendants Motion to Dismiss.

2.) On or about June 15, 2001 Plaintiffs Brief In opposition to Defendants Motion to Dismiss would be due.

3.) Plaintiff's counsel will be out-of state until June 9, 2001 under doctors orders to rest.

4.) Counsel is requesting until June 25, 2001 to file his response.

5.) Opposing counsel was contacted and she does concur with this motion.

**WHEREFORE** plaintiff is respectfully requesting an enlargement until June

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL G. OBER** | ) | CIVIL ACTION LAW |
| | ) | |
| **Plaintiff** | ) | |
| | ) | 1:CV-01-0084 |
| vs. | ) | |
| | ) | (JUDGE CALDWELL) |
| **PAUL EVANKO, MARK** | ) | |
| **CAMPBELL, THOMAS COURY,** | ) | JURY TRIAL DEMANDED |
| **JOSEPH WESTCOTT,** | ) | |
| **HAWTHORNE CONLEY and** | ) | |
| **JOANNA REYNOLDS** | ) | |
| **Defendants** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this **1st day of JUNE, 2001**, a true and correct copy of the **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**, was served upon the following counsel of record by United States Mail, postage prepaid:

**SYNDI L. GUIDO**
**DEPUTY GENERAL COUNSEL**
**OFFICE OF GENERAL COUNSEL**
333 Market Street, 17th Floor
Harrisburg, PA 17101
Attorney for Defendants')

BY: _____
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500