IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff

vs.

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants

CIVIL ACTION NO. 1:CV-01-0084

FILED
HARRISBURG, PA

JUN 2 5 2001

MARY E. D'ANDREA, CLERK
PER _____
    DEPUTY CLERK

O R D E R

AND NOW, this 25th day of June, 2001, the case management conference scheduled for July 2, 2001, is continued.

The conference will be rescheduled upon resolution of defendants' pending motion to dismiss or strike plaintiff's second amended complaint.

_____
William W. Caldwell
United States District Judge

AO 72A

Bankruptcy Court        ( )
Other_____ ( )

                                                    MARY E. D'ANDREA, Clerk

DATE: _____6-25-01_____              BY: /s/ BTB
                                         _____
                                         Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 25, 2001

Re: 1:01-cv-00084    Ober v. Evanko

True and correct copies of the attached were mailed by the clerk to the following:

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA  17110    Fax No.: 717-221-9600

Syndi L. Guido, Esq.
Office of General Counsel, PA Governor's Office
333 Market St.
17th Floor
Harrisburg, PA  17120    Fax No.: FAX: (717) 787-1788

Joanna N. Reynolds, Esq.
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA  17110

cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )