



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,                          :
               Plaintiff        :        NO.  1: CV-01-0084
                          :        (Judge Caldwell)
       vs.                                :
                          :        CIVIL ACTION - LAW
PAUL EVANKO, MARK                          :
CAMPBELL, THOMAS COURY,                    :        JURY TRIAL DEMANDED
JOSEPH WESTCOTT,                           :
HAWTHORNE CONLEY,                          :
JOANNA REYNOLDS, AND                       :
SYNDI GUIDO,                               :
              Defendants   :

---

**DEFENDANTS' MOTION FOR SANCTIONS PURSUANT
TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE
EXHIBIT C, AFFIDAVIT OF MARY BUNGO**

---

JAMES M. SHEEHAN
General Counsel
Commonwealth of Pennsylvania

SYNDI L. GUIDO
Deputy General Counsel
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101
(717) 783-6563

JOANNA N. REYNOLDS
Assistant Counsel
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA  17110
(717) 783-5568

FILED
HARRISBURG
AUG 0 6 2001
MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

STATE OF    Pennsylvania

COUNTY OF   Dauphin

## AFFIDAVIT

I, Mary Bungo, being first duly sworn according to law, depose and say:

1.    I, Mary Bungo, am assigned to the PSP Executive Offices as the Executive Secretary to Commissioner Paul Evanko.

2.    Among my duties are the review and processing of revisions and amendments to PSP Department regulations, once they reach the Commissioner's Office for approval.

3.    I participated in the review and processing of revisions and amendments to Administrative Regulation (AR) 1-1, **Organization**, which included AR-1.02C, **Chain of Command**.

4.    I had various questions and comments relating to portions of AR 1-1 when Corporal William McAveary brought it to me for final approval.  None of those questions and comments were about AR 1-1.02C.

5.    After addressing my areas of concern, Corporal McAveary brought me the final revised version of AR 1-1.  Because AR 1-1 had to be processed quickly in order to prepare the Department for its triennial Commission on Accreditation of Law Enforcement Agencies (CALEA) accreditation inspection, I auto-penned the Change Sheet which accompanied distribution of the official regulation, with the Commissioner's facsimile signature, in the presence of Corporal McAveary.

6.    The Commissioner never personally saw the revisions to AR 1-1 nor did he personally approve the amendments to AR 1-1.

*Mary Bungo*

Sworn to and subscribed before me this

___15th___ Day of _May_ 2001

*Gretchen A. Paul*

Notary Public

My Commission Expires:

NOTARIAL SEAL
GRETCHEN A. PAUL, NOTARY PUBLIC
SUSQUEHANNA TWP., DAUPHIN CO., PA
MY COMMISSION EXPIRES MAY 27, 2002