AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __PENNSYLVANIA__

DARRELL G. OBER
   Plaintiff

V.

JOANNA REYNOLDS and
SYNDI GUIDO,
   Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1::01-CV-0084
Judge Caldwell

FILED HARRISBURG
SEP 10 2001
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK

TO: (Name and address of Defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, Pa. 17110
(717) 221-9500

an answer to the complaint which is herewith served upon you, within __(20) Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

May 2, 2001
DATE

*George T. Gardner* (signature)
(By) DEPUTY CLERK  George T. Gardner

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RETURN OF SERVICE OF PROCESS**

PLAINTIFF _Daniel Aba_ COURT CASE NUMBER _1:01-CV-0084_
DEFENDANT _Joanna Reynolds_ TYPE OF PROCESS _Certified Mail_

SERVE _____
(Name individual, company; corporation, etc. to be served)

AT _See attached_
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____
_____

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.
_✓_ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____
_____
DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_9-7-01_                              _Darlene Bailey_
Date                              Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the
Notice of Judicial Assignment form.)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joanna Reynolds PSP
   1800 Elmerton Ave
   Hbg, Pa 17110

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         MAY 10 2001

C. Signature
X _____   ☐ Agent
                            ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 8162

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Syndi Guido, Esq.
   Deputy General Counsel
   333 Market St, 17th Fl.
   Hbg, Pa 17101

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         MAY 09 2001

C. Signature
X Michael R Penn   ☐ Agent
                   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 8155

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789