# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

Darrell G. Ober v.  
Paul Evanko, et al.

CASE NO: 1:CV-01-0084

DATE: September 17, 2001

Hon. William W. Caldwell presiding in chambers in Harrisburg, PA  
Nature of Hearing Case Management Conference  
Time Commenced 9:30 a.m. Time Terminated 9:45 A.M.

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Don Bailey, Esquire | | Syndi L. Guido, Esquire |

☒ See Order

REMARKS: _[handwritten, illegible]_

Continue remarks and notes on back.