*See Attachment* 40
9/18/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff

vs.                                    CIVIL ACTION NO. 1:CV-01-0084

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants

## ORDER

AND NOW, this 17th day of September, 2001, pursuant to decisions announced in an order entered in this case on August 13, 2001, all claims against Syndi Guido and Joanna Reynolds are dismissed and they are removed as parties in this action.

                               William W. Caldwell
                               United States District Judge


FILED
SEP 17 2001
PER
HARRISBURG, PA.   DEPUTY CLERK

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 17, 2001

Re:   1:01-cv-00084    Ober v. Evanko

True and correct copies of the attached were mailed by the clerk to the following:

```
Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA   17110    Fax No.: 717-221-9600

Syndi L. Guido, Esq.
Office of General Counsel, PA Governor's Office
333 Market St.
17th Floor
Harrisburg, PA   17120    Fax No.: FAX: (717) 787-1788

Joanna N. Reynolds, Esq.
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA   17110
```

```
cc:
Judge                           (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )    PA Atty Gen ( )
                                         DA of County ( )    Respondents ( )
```

Bankruptcy Court          ( )
Other_____  ( )

DATE: __9/17/01__

MARY E. D'ANDREA, Clerk

BY: _____
Deputy Clerk