*See Attachment*

41
9/18/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff      :

                      :

vs.                 :    CIVIL ACTION NO. 1:CV-01-0084

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants    :


FILED
SEP 17 2001
PER _____ HARRISBURG, PA   DEPUTY CLERK

O R D E R

AND NOW, this 17th day of September, 2001, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a) Discovery shall be completed by March 29, 2002. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by February 1, 2002, and defendant's report is due by March 1, 2002. Supplementations, if any, are due by March 15, 2002. (This case is on the standard track).

    b) Motions for joinder of parties shall be filed by November 30, 2001. Motions to amend pleadings shall be filed by December 28, 2001.

    c) All pre-trial motions shall be filed by April 15, 2002, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case shall be placed on the June, 2002 trial list of this court, scheduling

>order to follow. Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

                                                    */s/ William W. Caldwell*
                                                    William W. Caldwell
                                                    United States District Judge

AO 72A (Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 17, 2001

Re:  1:01-cv-00084    Ober v. Evanko

True and correct copies of the attached were mailed by the clerk to the following:

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA  17110    Fax No.: 717-221-9600

Syndi L. Guido, Esq.
Office of General Counsel, PA Governor's Office
333 Market St.
17th Floor
Harrisburg, PA  17120    Fax No.: FAX: (717) 787-1788

Joanna N. Reynolds, Esq.
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA  17110

```
cc:
Judge                         (✓)           ( ) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                              to:  US Atty Gen   ( )   PA Atty Gen ( )
                                   DA of County  ( )   Respondents ( )
```

Bankruptcy Court           ( )
Other_____ ( )

                                                    MARY E. D'ANDREA, Clerk

DATE:   9/17/01                                     BY: _____
                                                        Deputy Clerk