IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER, | : | |
| Plaintiff | : | NO. 1: CV-01-0084 |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| PAUL EVANKO, MARK CAMPBELL, THOMAS COURY, JOSEPH WESTCOTT, HAWTHORNE CONLEY, | : | JURY TRIAL DEMANDED |
| Defendants | : | |

FILED
MAR 0 6 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

**Defendants' Response to Plaintiff's Motion
To Compel Production of Documents**

# EXHIBIT A

**(Selected Portion of Deposition Transcript,
Darrell G. Ober, December 5, 2001)**

JAMES M. SHEEHAN
General Counsel
Commonwealth of Pennsylvania

Syndi L. Guido, Deputy General Counsel
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101
(717) 783-6563

Joanna N. Reynolds, Assistant Counsel
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA  17110
(717) 783-5568
(Counsel for Defendants)

Dated: March 6, 2002

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

* * * * * * * *

| | | |
|---|---|---|
| DARRELL G. OBER, | * | |
| Plaintiff | * | Civil Action-Law |
| vs. | * | Case No. |
| PAUL EVANKO, MARK | * | 1:CV-01-0084 |
| CAMPBELL, THOMAS | * | |
| COURY, JOSEPH | * | |
| WESTCOTT and | * | |
| HAWTHORNE CONLEY, | * | |
| Defendants | * | |

* * * * * * *

VIDEOTAPED DEPOSITION OF
DARRELL G. OBER
DECEMBER 5, 2001

ORIGINAL

Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

```
                                                              2

 1              VIDEOTAPED DEPOSITION
 2                      OF
 3   DARRELL G. OBER, taken on behalf of
 4   the Defendants herein, pursuant to
 5   the Rules of Civil Procedure, taken
 6   before me, the undersigned,
 7   Bernadette M. Black, a Court Reporter
 8   and Notary Public in and for the
 9   Commonwealth of Pennsylvania, at the
10   Office of General Counsel, 333 Market
11   Street, 17th Floor, Harrisburg,
12   Pennsylvania, on Wednesday, December
13   5, 2001, at 9:00 a.m.
14
15
...
25
```

Sargent's Court Reporting Service, Inc.
(814) 536-8908

373

```
 1              real quick.
 2  A.          As far as I know.
 3                   ATTORNEY BAILEY:
 4              As far as you know.
 5   Okay.
 6  A.          I'm burning leave, so
 7  whatever.
 8                   ATTORNEY GUIDO:
 9              I mean, Dorothy will be
10  able to tell me whether I am
11  or am not.  I just have to ask
12  her.
13                   ATTORNEY BAILEY:
14              All right.  Then I
15  guess we could end this.  I've
16  got to, you know, again, I'm
17  going to do a revised document
18  request.  We're obviously
19  going to have a disagreement.
20  I'm going to suggest that
21  maybe we get with Judge
22  Caldwell on the issue of the
23  document request.  Because,
24  again, I don't feel some of
25  your requirements are fair and
```

374

1  you, obviously, feel they are.
2  We need to work that out.
3      ATTORNEY GUIDO:
4      It depends on --- what
5  are you concerned about,
6  relevance issues ---
7      ATTORNEY BAILEY:
8      Well, I can't go into
9  them now.
10     ATTORNEY GUIDO:
11     --- or the cost?
12     ATTORNEY BAILEY:
13     No.  Even some of the
14 mechanics, you know.
15     ATTORNEY GUIDO:
16     Okay.
17     ATTORNEY BAILEY:
18     I mean, paying labor
19 --- we're not paying anyone
20 $25 an hour to make copies.
21     ATTORNEY GUIDO:
22     That's what I was
23 wondering if the labor ---.
24     ATTORNEY BAILEY:
25     I mean, it's not going

375

1  to happen. But I don't want
2  to be unreasonable. We'll
3  talk about it.
4       ATTORNEY GUIDO:
5  Okay.
6       ATTORNEY BAILEY:
7  Okay.
8       ATTORNEY GUIDO:
9       Because I'm not sure
10 that it's something we
11 necessarily need to bring up
12 with the Judge. There are
13 certain issues that ---.
14      ATTORNEY BAILEY:
15      No, no. I'm saying if
16 we need to get there, if we
17 can't work it out. So I'm
18 going to do some revising in
19 my request and whatnot. And
20 then if we need to, we can
21 just agree in a friendly way
22 to go to the Judge and say,
23 hey, Judge, we disagree about
24 some things.
25      ATTORNEY GUIDO:

376

Okay.

ATTORNEY BAILEY:

I don't have anything further. I'd like to thank you for your cooperation, though, for today.

ATTORNEY GUIDO:

No, I don't.

ATTORNEY BAILEY:

So the deposition is --- it will be continuing then.

MS. LYDE:

3:57 p.m., deposition of Darrell Ober will be continued at a later date.

VIDEOGRAPHER:

Off record.

\* \* \* \* \* \* \* \*

DEPOSITION CONCLUDED AT 3:57 P.M.

\* \* \* \* \* \* \* \*