IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff

vs.    CIVIL ACTION NO. 1:CV-01-0084

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants

<u>O R D E R</u>

AND NOW, this 28th day of March, 2002, upon consideration of the Plaintiff's motion to enlarge time, and the Defendants' response thereto, it is Ordered that the motion is granted in part. Discovery shall be concluded on or before April 22, 2002. Pre-trial motions, if any, shall be filed by <u>April 29, 2002</u>, and shall be briefed when filed. Trial will proceed as scheduled in June 2002.



FILED
MAR 28 2002
PER
HARRISBURG, PA.    DEPUTY CLERK

William W. Caldwell
United States District Judge