IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff
 

    vs.          CIVIL ACTION NO. 1:CV-01-0084

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants



O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    On February 28, 2002, Plaintiff Darrell G. Ober filed a motion to compel the production of documents. He failed, however, to file a supporting brief within ten days of the filing of that motion, as required by Local Rule 7.5. Because Plaintiff considers the motion to compel to be moot (see Pl's Mot. to Enlarge the Case Mgmt. Schedule, at ¶ 7), and because Plaintiff did not file a supporting brief, we will dismiss the motion.

    Accordingly, this 24th day of April, 2002, it is Ordered that Plaintiff's motion to compel, filed February 28, 2002, (doc. 43), is dismissed.

                              /s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge

AO 72A