

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff

vs.          CIVIL ACTION NO. 1:CV-01-0084

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants



## O R D E R

AND NOW, this 25th day of April, 2002, upon consideration of Defendants' motion for enlargement of time, it is ordered that the motion is granted. The Defendants shall file their motion for summary judgment on or before May 6, 2002.

This order requires that trial in this matter, scheduled for June 3, 2002, be continued. A new trial date, if appropriate, will be scheduled upon resolution of Defendants' anticipated motion.

                                            William W. Caldwell
                                            United States District Judge

AO 72A