

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL G. OBER** | : | **NO 1:CV-01-0084** |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION LAW** |
| **PAUL EVANKO, MARK CAMPBELL, THOMAS COURY JOSEPH WESTCOTT, HAWTHORNE CONLEY, JOANNA REYNOLDS AND SYNDI GUIDO,** | : | |
| | : | **(JUDGE CALDWELL)** |
| | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendants** | : | |

FILED
HARRISBURG, PA
MAY 2 4 2002
MARY ___ ANDREA, CLERK
Per _____ Deputy Clerk

## PLAINTIFF'S ADDENDUM TO EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT- DEPOSITION TESTIMONY

Volume I

1.) Deposition of Paul Evanko

2.) Deposition of Ralph Kush

3.) Deposition of Michael Soohy

4.) Deposition of Darrell G. Ober (Day 1)

5.) Deposition of Darrell G. Ober (Day 2)

6.) Deposition of Thomas Coury (Day 1)

7.) Deposition of Thomas Coury (Day 2)

8.) Deposition of Joseph Westcott

9.) Deposition of Marie Marshall

10.) Deposition of Thomas Williams

11.) Deposition of Mark Campbell

12.) Deposition of Larry Riley

13.) Deposition of Francis Koselnak

14.) Deposition of Walter Margeson

15.) Deposition of Mark Grab

16.) Deposition of Mary Bungo

17.) Deposition of William McAlreavy

18.) Deposition of John Pudliner

19.) Deposition of John (Rick) Brown

20.) Deposition of Mark Carr

21.) Deposition of Robert Werts

22.) Deposition of Robert Hickes

23.) Deposition of Hawthorne Conley

24.) Deposition of R. Dane Merryman

25.) Deposition of Charles Skurkis

Respectfully Submitted,

Don Bailey PAID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

* * * * * * * *

DARRELL G. OBER,          *

    Plaintiff          *    Case No.

    vs.                *    1CV-01-0084

PAUL EVANKO, MARK    *    (JUDGE CALDWELL)

CAMPBELL, THOMAS      *

COURY, JOSEPH             *

WESCOTT, and               *

HAWTHORNE CONLEY,   *

    Defendants          *

* * * * * * * *

VIDEOTAPED DEPOSITION OF

PAUL EVANKO

March 27, 2002



Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

2

1                    VIDEOTAPED DEPOSITION

2                              OF

3      PAUL EVANKO, taken on behalf of the

4      Plaintiff herein, pursuant to the

5      Rules of Civil Procedure, taken

6      before me, the undersigned, Jennifer

7      Billstein, a Court Reporter and

8      Commissioner of Deeds in and for the

9      Commonwealth of Pennsylvania, at the

10     Technology Center, Bureau of Tech

11     Services, 2629 Market Place,

12     Harrisburg, Pennsylvania, on

13     Wednesday, March 27, 2002 beginning

14     at 9:10 a.m.

15

16

17

18

19

20

21

22

23

24

25

3

1          A P P E A R A N C E S

2

3     DON A. BAILEY, ESQUIRE

4     4311 North 6th Street

5     Harrisburg, PA   17110

6          COUNSEL FOR PLAINTIFF

7

8     SYNDI L. GUIDO, ESQUIRE

9     Deputy General Counsel

10    Governor's Office of General Counsel

11    333 Market Street

12    17th Floor

13    Harrisburg, PA   17101

14          COUNSEL FOR DEFENDANTS

15

16    BARBARA L. CHRISTIE, ESQUIRE

17    Chief Counsel

18    PA State Police

19    1800 Elmerton Avenue

20    Harrisburg, PA   17110

21          COUNSEL FOR DEFENDANTS

22

23

24

25

4

1       A P P E A R A N C E S   (C O N T'D)

2

3    JOANNA REYNOLDS, ESQUIRE

4    Assistant Counsel

5    PA State Police

6    1800 Elmerton Avenue

7    Harrisburg, PA  17110

8         COUNSEL FOR DEFENDANTS

9

10   ALSO PRESENT: ANDREW J. OSTROWSKI,

11               ESQUIRE

12               VIDEOGRAPHER FROM PR

13               REPORTING

14               MICHAEL SOLOMON,

15               VIDEOGRAPHER FROM

16               SARGENT'S COURT

17               REPORTING SERVICE, INC.

18

19

20

21

22

23

24

25

5

1                           I N D E X

2

3   DISCUSSION AMONG PARTIES              8 - 10

4   WITNESS:   PAUL EVANKO

5   EXAMINATION

6      by Attorney Bailey              10 - 321

7   DISCUSSION AMONG PARTIES         321 - 322

8   CERTIFICATE                            323

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

1                    <u>E X H I B I T   P A G E</u>

2

3                                              <u>P A G E</u>

4    <u>N U M B E R</u>    <u>D E S C R I P T I O N</u>        <u>I D E N T I F I E D</u>

5    One        10/19/99 Letter to

6               Director from

7               Captain Ober              29

8    Two        Commissioner's Notes     116

9    Three      11/1/99 Letter           275

10   Four       3/25/92 document         - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

S a r g e n t ' s   C o u r t   R e p o r t i n g   S e r v i c e ,   I n c .
(814) 536-8908

7

OBJECTION PAGE

| ATTORNEY | PAGE |
|----------|------|
| Christie | 48, 143 |
| Guido | 106, 239 |
| Bailey | 116 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

8

PROCEEDINGS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VIDEOGRAPHER:

Mr. Evanko, would you

please raise your right hand

and state your name for the

record?

MR. EVANKO:

Paul Evanko.

PAUL EVANKO, CALLED AND SWORN TO

TESTIFY

VIDEOGRAPHER:

Thank you. Mr. Bailey,

could we have a sound check

around the room?

ATTORNEY BAILEY:

Yes. My name is Don

Bailey. I represent Darrell

G. Ober, who is the Plaintiff

in this matter. My address is

4311 North Second --- North

Sixth Street, Harrisburg,

Pennsylvania 17110. My phone

number is (717) 221-9500.

ATTORNEY GUIDO:

Sargent's Court Reporting Service, Inc.
(814) 536-8908

9

1        Syndi Guido, Governor's

2   Office of General Counsel.  I

3   represent Colonel Evanko and

4   the other Defendants.

5        ATTORNEY CHRISTIE:

6        Barbara Christie, Chief

7   Counsel, Pennsylvania State

8   Police.  My address is 1800

9   Elmerton Avenue, Harrisburg,

10  PA  17110.  Office number is

11  (717) 783-5568.

12       ATTORNEY REYNOLDS:

13       My name is Joanna

14  Reynolds.  I'm an Assistant

15  Counsel with the state police.

16  I represent the Defendants.

17  And my address and phone

18  number are the same as Ms.

19  Christie's.

20       ATTORNEY BAILEY:

21       I know we have a

22  stenographer here.  If she

23  could identify herself and

24  then put a phone number down.

25  I want to specify that I am

10

1   not ordering a stenographic

2   copy; okay? But if that would

3   change, I'd need to be able to

4   get in touch with you.

5           COURT REPORTER:

6       Sure.

7           ATTORNEY BAILEY:

8       Could you identify

9   yourself for the record?

10          COURT REPORTER:

11      Jennifer Billstein from

12  Sargent's Court Reporting.

13  Their number is (215) 564-

14  9727.

15          ATTORNEY BAILEY:

16      Thank you, Jennifer,

17  very much. The witness has

18  been sworn?

19          VIDEOGRAPHER:

20      Yes, sir.

21  EXAMINATION

22  BY ATTORNEY BAILEY:

23  Q.      Colonel, you have been through

24  a number of --- or at least sat

25  through a number of depositions in

11

1   this case; is that correct?

2   A.      Yes, sir.

3   Q.      Well, I'm going to dispense

4   with wasting, you know, the time in

5   going through all of the different

6   preparatory things.  Would that be

7   acceptable?

8                    MR. SOLOMON:

9                    Excuse me.  If I may

10   interject, I have a

11   preliminary to --- should I

12   state it now or if you're

13   ready to proceed?  I wasn't

14   aware if you had your

15   preliminary, and now it's ---.

16                    ATTORNEY GUIDO:

17                    He needs to put his

18   preliminary on the record

19   before.

20                    MR. SOLOMON:

21                    Exactly.

22                    ATTORNEY BAILEY:

23                    I don't have any

24   objection.  I mean, it's our

25   deposition, but you go right

12

1   ahead.  You're recording by

2   alternative means today?

3       ATTORNEY GUIDO:

4   Yes.

5       ATTORNEY BAILEY:

6   Under the rules.  Okay.

7   That's fine.  Go ahead.

8       MR. SOLOMON:

9   My name is Michael

10  Solomon.  I'm employed by

11  Sargent's Court Reporting

12  Service.  Today's date is

13  March 27th, 2002.  The time is

14  approximately 9:20 a.m.  This

15  deposition is being taken at

16  Technology Center, Bureau of

17  Tech Services, 2629 Market

18  Place, Harrisburg,

19  Pennsylvania 17110.  The

20  caption of this case is in the

21  United States District Court

22  for the Middle District of

23  Pennsylvania.  Darrell G.

24  Ober, Plaintiff, versus Paul

25  Evanko, Mark Campbell, Thomas

13

1    Coury, Joseph Wescott,

2    Hawthorne Conley.  Civil

3    action case number 1CV-010084.

4    The name of the witness is

5    Paul Evanko.  Will the

6    attorneys present state your

7    names and the parties that you

8    represent?

9              ATTORNEY GUIDO:

10             Was that --- did we

11   capture that already?

12             MR. SOLOMON:

13             The court reporter may

14   now administer the oath.

15             ATTORNEY GUIDO:

16             I think we've got that,

17   so we're okay.  Okay.  Thank

18   you very much.  Thank you, Mr.

19   Bailey.

20             ATTORNEY BAILEY:

21             Thank you, sir.  Thank

22   you, Syndi.

23   BY ATTORNEY BAILEY:

24   Q.    Okay.  Colonel, I'm going to

25   --- can I safely dispense with all

14

1   the preparatories?  I think you've

2   heard them enough times, you're

3   probably sick of hearing them.  Is

4   that fair to say or do you want me to

5   repeat them?

6   A.      I do understand them.

7   Q.      All right, sir.  Have you been

8   practicing for this deposition?

9   A.      Not really.

10  Q.      And doing any on-camera work

11  or techniques and that sort of thing?

12  A.      No, sir.

13  Q.      Okay.  Colonel, what is a

14  Mason?  Who are the Masons?

15  A.      It is a fraternal charitable

16  organization.

17  Q.      Having had some experience

18  with them myself, they do some

19  tremendously good and positive work

20  out there; don't they?

21              ATTORNEY GUIDO:

22          Just one moment.  I'd

23          like to add that we're

24          reserving all objections other

25          than form of the question.

15

<u>ATTORNEY BAILEY:</u>

Sure.

<u>BY ATTORNEY BAILEY:</u>

Q.    I mean, they do some very good
and positive things out there; right?

A.    Yes, sir.

Q.    Okay.  Do you know a guy by
the name of, I think it's Oaks
(phonetic), Joe Oaks?

A.    No, I do not.

Q.    John Oaks?

A.    No, I do not.

Q.    Never heard of anybody by that
name?

A.    No, sir.

Q.    Do you know who PNC Bank is?

A.    I know that there's a PNC
Bank.

Q.    Did you ever activate state
police cert teams, both the west and
the east, to transfer money for them?

A.    For the Masons for PNC.

Q.    For PNC?

A.    Yes, several years ago I did
authorize and escort a large sum of

16

1  money for PNC.

2  Q.      How much money?

3  A.      It was in the vicinity of five

4  to six million dollars in negotiable

5  estimates.

6  Q.      And where was that --- did the

7  Governor approve that?

8  A.      I approved it.

9  Q.      Did you communicate with the

10  Governor's Office about that?

11  A.      I don't remember talking to

12  anybody about it.

13  Q.      Do you remember what you ---

14  did you bill PNC for that?

15  A.      Not that I recall.

16  Q.      Well, let's see.  How many

17  people in the eastern cert team,

18  Pennsylvania State Police Officers?

19  A.      I'm not sure what the number

20  is.  I would guess 15 to 20.

21  Q.      How about in the western team?

22  A.      The same.

23  Q.      Why did you do that?

24  A.      We had a request from PNC Bank

25  to assist in the security of that

17

1  transport of that large money.

2  Q.      Is it your testimony here

3  today that that's a cert team

4  mission?  That's consistent with

5  their mission?

6  A.      I think it would be consistent

7  with their mission, yes.

8  Q.      You used a helicopter?

9  A.      I am not sure.

10  Q.      What route did you use?  Was

11  it along the Pennsylvania Turnpike?

12  A.      I do not know.

13  Q.      Do you know if Mr. Wescott

14  played a role in that?

15  A.      He probably coordinated that.

16  Q.      Do you know what that cost

17  taxpayers?

18  A.      No, I do not.

19  Q.      All right.  I hope that you

20  will believe me.  I'm not trying to

21  be facetious or argumentative when I

22  ask this question.  Do you know what

23  a cup of coffee cost in Indiana

24  County, Pennsylvania a couple of

25  years ago?

18

1  A.      No, I do not.

2  Q.      Have you ever authorized

3  swimming parties out of the academy

4  pool or some swimming pool or

5  swimming place you have around here?

6  A.      No, I did not.

7  Q.      Did your daughter ever have

8  any people out there for any kind of

9  events?

10  A.      Not that I remember, no.

11  Q.      State police lifeguards were

12  never used at any events that have

13  been held there, that you know of?

14  A.      No, sir.

15  Q.      Okay. I'm going to ask you a

16  few questions about the academy and

17  any knowledge or experience you may

18  have with the academy; okay? Are you

19  familiar with a trooper who came from

20  Illinois who had some very severe

21  background problems and who was

22  allowed into or allowed to go to the

23  academy or to become a Pennsylvania

24  State policeman? I'm not sure of the

25  name. I think it might be Evans.

19

1   I'm not certain.  Do you have any

2   knowledge of that?

3   A.      I know that we had a case

4   involving Trooper Evans.  He had to

5   be arrested.

6   Q.      And do you know whether he had

7   any prior, before he was arrested - - -

8   I don't have a great deal of

9   knowledge of it, I must confess to

10  you, sir, but was he arrested for

11  abusing a female or abusing a woman,

12  or at least accused of that?

13  A.      We arrested and I think

14  convicted him of that.

15  Q.      How did he become a

16  Pennsylvania State Policeman?

17  A.      Probably went through the

18  written examination, the oral

19  interview, the physical fitness

20  tests, et cetera, et cetera.

21  Q.      Did he have any help along the

22  way that you know of?

23  A.      Not that I know of.

24  Q.      Any assistance from you at

25  all?

Sargent's Court Reporting Service, Inc.
(814) 536-8908

20

1  A.      None from me.

2  Q.      How about Mr. Coury, if you

3  know?

4  A.      I don't know of any assistance

5  that he had.

6  Q.      Okay.  Thank you.  Did you

7  have that situation investigated?

8  A.      I think we investigated and

9  arrested him.

10  Q.      Well, you investigated the

11  allegations against him for

12  mistreatment of the female citizen;

13  am I correct?

14  A.      I think we both did a BPR

15  investigation and a criminal

16  investigation.

17  Q.      How did the BPR investigation,

18  what did it yield about how he became

19  a Pennsylvania State Police Officer?

20  A.      I wouldn't know unless I

21  looked at that.

22  Q.      Have you ever looked at it?

23  A.      I don't recall.

24  Q.      Does your daughter have a

25  riding instructor?

21

1    A.      Yes, she's had a number of

2    riding instructors.

3    Q.      Do you know the names of any

4    of them?

5    A.      Beth McCann (phonetic) and her

6    last name is Baker.  Those were her

7    two primary riding instructors.

8    Q.      Is one of them a Pennsylvania

9    State Trooper now?

10   A.      No, sir.

11   Q.      Did any of her riding

12   instructors ever become Pennsylvania

13   State Troopers?

14   A.      No, sir.

15   Q.      Have you ever ordered an

16   entire class or group of applicants

17   at the academy retested?

18   A.      In what regard, sir?

19   Q.      Colonel, I don't know, sir.

20   Any regard that might please you.

21   I've been impressed with the --- what

22   your witnesses so far have told us

23   about the powers of the colonel

24   commissioner here.  I don't know what

25   your reasons would have been.  I'm

22

1   going to try to find out.  But did
2   you ever order a group retested?
3   A.      I do not recall ordering any
4   group of applicants retested.
5   Q.      Did you ever make a request
6   that they be retested?
7   A.      If we're talking about the
8   allegations of unfairness and
9   uniformity, the unfairness of the
10  physical fitness testing, the
11  complaint that's filed with us, if
12  that's what we're talking about, I am
13  aware of that and I took a complaint
14  from an individual by the name of
15  Colleen Young, sent the complaint to
16  the Deputy Commissioner of
17  Administration to consult with the
18  Chief Counsel's Office and what to do
19  with that complaint.
20  Q.      Colleen Young?
21  A.      Yes.
22  Q.      Was she ever your daughter's
23  --- a riding instructor for your
24  daughter?
25  A.      No, sir.

23

1  Q.      Did you know her prior to this

2  request?

3  A.      Yes, I did.

4  Q.      And how did you know her, sir?

5  A.      She rode with my daughter.

6  Q.      Do you recollect what her

7  complaint was?

8  A.      She was challenging the

9  uniformity and fairness of the

10 physical fitness testing of the

11 department.

12 Q.      Did you change the test or

13 have the test altered in some way,

14 either as to criteria or format?

15 A.      I don't think so.

16 Q.      So you did at least request

17 that there be a retest or that

18 somebody analyze the situation with

19 an eye to at least considering that

20 there be a retest; is that fair to

21 say?

22 A.      It's fair to say that I

23 received the complaint and I

24 forwarded it to the Deputy

25 Commissioner of Administration to

24

1  consult with the Chief Counsel's

2  Office and evaluate the complaint and

3  do whatever was right.

4  Q.      Colleen Young failed the test

5  the first time; is that right?

6  A.      I believe that she did.

7  Q.      Who else failed it the first

8  time?

9  A.      I don't know.

10  Q.      Well, did you ever have the

11  matter looked into or, you know, to

12  verify it or test it?

13  A.      Other than to receive the

14  complaint and send it to the Deputy

15  Commissioner of Administration.

16  Q.      Do you know whether any

17  Pennsylvania Troopers ever came to

18  your door or came to you over a hit

19  and run incident and a potential DUI?

20  A.      I don't know of any.

21  Q.      You don't recall any?

22  A.      That's correct.

23  Q.      Colonel, do you know of anyone

24  putting documents into or taking

25  documents out of any of the files in

25

1  this matter, this case that we're

2  dealing with here?  Do you know of

3  anyone doing that?  Do you have any

4  knowledge of anyone who --- any of

5  your attorneys or any of your staff

6  doing anything like that?

7  A.    Yes, I do.

8  Q.    And tell me about it, please.

9  A.    I understand that Major

10  Merryman (phonetic), Director of the

11  Bureau of Research and Development,

12  removed files from this bureau and

13  met with Captain Ober in a parking

14  lot somewhere.

15  Q.    Okay.  Aside from Major

16  Merryman, is that the historic file?

17  A.    I think that's the state

18  police record.

19  Q.    Well, what have you done to

20  Major Merryman about that?

21  A.    I haven't done anything.

22  Q.    Well, are you going to punish

23  him?

24  A.    I don't have any intention to.

25  Q.    Well, did he violate a

26

1  regulation?

2  A.    I'm not sure that he did

3  violate a regulation.

4  Q.    Well, do you know of any other

5  circumstances where that historic

6  file was taken out of the --- and

7  it's, I guess, you said removed?  I

8  mean, your words were removed a file.

9  That's what I have as a quote here,

10  removed files.  Any other

11  circumstances where that was removed,

12  that files were removed?

13  A.    And that's the only one that

14  I know of.

15  Q.    How about Captain Ober's

16  personnel files?  Do you have any

17  knowledge of them, where they might

18  be?

19  A.    I would imagine that they're

20  in the vault with all the rest of the

21  personnel files.

22  Q.    Well, sir, I assume that your

23  attorneys have gone over a document

24  request that we have made with you or

25  at least made you aware of them.  Do

27

1  you know where, and operating on that

2  assumption, do you know where Mr.

3  Ober's personnel files are?

4  A.      Again, I would imagine that

5  they're in the vault with the rest of

6  the personnel files.

7  Q.      Well, do you have a file on

8  Captain Ober?

9  A.      No, I do not.

10  Q.      Ever had a file on Captain

11  Ober?

12  A.      No, I have not.

13  Q.      And aside from the e-mail that

14  you provided, you don't have any

15  documents on Captain Ober; is that

16  right?

17  A.      That is correct.

18  Q.      Well, why did you keep that e-

19  mail?

20  A.      It had to do overall with the

21  reorganization, civilianization of

22  the department and we kept a folder

23  on those issues.

24  Q.      All right. Well, is there a

25  bureau personnel file then on Captain

28

1    Ober?   Would there be a, like a

2    bureau wherever he is, a personnel

3    file with the bureau?

4    A.      I think the bureaus do keep

5    some type of folders on each of their

6    members.

7    Q.      And is there a personnel file

8    somewhere else?

9    A.      Not that I know of, no.

10   Q.      Okay.  Do you have a

11   recollection of Captain Ober wanting

12   to go to a School of Police Staff and

13   Command, which was sent to the Bureau

14   of Personnel on or about October

15   19th, 1999, reference Special Order

16   99-102 dated October 7, 1999?

17   A.      No, I do not.

18   Q.      Well, if I indicated to you

19   that this document ---.

20              ATTORNEY GUIDO:

21              Can we have the

22       document marked if it is going

23       to be shown to the witness?

24              ATTORNEY BAILEY:

25              Sure.  You can mark it.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

29

1    A.        Ann Alfono (phonetic) was the

2    other instructor, riding instructor.

3    BY ATTORNEY BAILEY:

4    Q.        Ann Alfono?

5                   ATTORNEY GUIDO:

6                   Exhibit One.

7                   (Deposition Exhibit One

8                   marked for

9                   identification.)

10                  ATTORNEY CHRISTIE:

11                  Do you have a copy,

12   Counsel, for ---?

13                  ATTORNEY BAILEY:

14                  You can have a dozen

15   copies, because we really love

16   you over here.  We'd be happy

17   to give you copies.

18                  ATTORNEY CHRISTIE:

19                  Like right now?

20                  ATTORNEY BAILEY:

21                  No, we don't have any

22   copies right now.

23                  ATTORNEY CHRISTIE:

24                  All right.  Then may we

25   have an opportunity to review

30

1    this before the Commissioner

2    goes - - -.

3                ATTORNEY BAILEY:

4        As soon as I'm done, we

5    can, yes.  Yes, you can have

6    an opportunity to review it,

7    sure.

8                ATTORNEY CHRISTIE:

9        Thanks.

10               ATTORNEY BAILEY:

11       Well, that's all right.

12   BY ATTORNEY BAILEY:

13   Q.     Colonel, what would you do to

14   somebody if they altered or took a

15   document out of Mr. Ober's file in

16   order to affect the course of this

17   litigation?  What action would you

18   take?

19   A.     Again, what's the question?

20   Q.     Well, do you know whether Mr.

21   Coury approved or disapproved that

22   action?

23   A.     I don't know.

24   Q.     Do you know if Mr. Coury

25   disapproved that action because he

Sargent's Court Reporting Service, Inc.
(814) 536-8908

31

1  indicated to Mr. Ober that it was ---

2  came to the bureau too late?

3  A.     I don't have any idea.

4  Q.     Do you know whether that

5  document as it existed in Captain

6  Ober's file which I will represent to

7  you, sir, he recently checked, had a

8  date notation on the bottom of it,

9  and that that document has been ---

10  was in his file, and that that

11  document has been removed from his

12  file?

13  A.     I have no idea.

14  Q.     I would like to --- I'm

15  representing to you that there was a

16  document in that file with a date

17  notation at the very bottom of that

18  very document that said BTS personnel

19  10/20/99.  Do you know who BTS is?

20  A.     They're probably the

21  abbreviation for Bureau of Technology

22  Services.

23  Q.     Okay.

24                ATTORNEY BAILEY:

25                I know it wasn't

32

1    provided during discovery.

2  BY ATTORNEY BAILEY:

3  Q.    I would ask, how far would

4  Captain Ober's file be from here?

5  Where would it be from here?

6  A.    Headquarters.

7  Q.    Headquarters?  Oh, geez.

8              ATTORNEY BAILEY:

9          I would like to

10    suspend.  I'd like Captain

11    Ober to go over there.  Maybe

12    Mr. Brown can go with him,

13    since he's the investigator in

14    this case.  And I'd like that

15    file to be looked at to see

16    where that document is and if

17    it has a date proof on the

18    bottom.

19              ATTORNEY GUIDO:

20          We're not going to do

21    that in the middle of the

22    deposition.

23              ATTORNEY BAILEY:

24          You're going to refuse

25    to do that?

33

<u>ATTORNEY GUIDO:</u>

Yes.

<u>ATTORNEY CHRISTIE:</u>

Counsel, you had opportunity to view the Plaintiff's file on March the 8th as among the number of things that were produced for your inspection at headquarters.

<u>ATTORNEY BAILEY:</u>

Well, I'm representing for the record that that document was not in that file, that it was taken out of that file, and it is still out of that file. And that I'm going to repeat accusations I've made in the past that someone has intentionally altered and interfered with the file.

<u>ATTORNEY CHRISTIE:</u>

Well, Counsel, I find it curious --- oh, I'm sorry. Finish. I'm sorry I

34

1  interrupted you.

2       ATTORNEY BAILEY:

3       And we checked that

4  file as of this morning. And

5  we think that somebody has

6  taken documents out of the

7  file.  I don't see how we

8  inconvenience anybody here.  I

9  can understand your being

10  afraid maybe, and I don't know

11  why ---.

12       ATTORNEY GUIDO:

13       We are not afraid, sir,

14  but we're not interrupting

15  this deposition for that

16  purpose.  We provided you with

17  what we provided you.  You

18  know, it will inconvenience

19  people because this is the day

20  for the deposition.  Colonel

21  Evanko's cleared his schedule

22  for it, and if we take time to

23  go to the headquarters it's

24  going to delay the deposition

25  and we're just not going to do

35

it.

ATTORNEY BAILEY:

Okay.  Well, we're going to have a lunch break. I want to have Mr. Ober go over and look at his file over the lunch break, Colonel.

ATTORNEY GUIDO:

He can do whatever he likes during lunch.

BY ATTORNEY BAILEY:

Q.   I want to represent - - -.

ATTORNEY BAILEY:

Please, ma'am, please. Do you have an objection to place on the record?

ATTORNEY GUIDO:

I said to your request, yes, he can do what he likes during lunch if that's your representation.

ATTORNEY BAILEY:

Well, it's - - -.

ATTORNEY GUIDO:

But what I'm saying is

36

1       let's have the questions of

2       the Colonel.

3               ATTORNEY BAILEY:

4               Let the record show

5       that I deeply appreciate

6       Counsel's permission to do

7       what we want during lunch

8       break.

9   BY ATTORNEY BAILEY:

10  Q.      But what I was going to ask

11  you, Colonel, is would you mind if

12  --- do you have any objection to

13  directing Mr. Brown to go with him?

14  A.      That would be up to my

15  Counsel.

16  Q.      Okay.  So your Counsel direct

17  Mr. Brown.

18              ATTORNEY BAILEY:

19              Well, Counsel, I'll

20      make the request and you can

21      consider it that Mr. Brown go

22      along to look at that file

23      over there today.

24  BY ATTORNEY BAILEY:

25  Q.      And I'm representing to you,

37

1    Colonel, that that file has been

2    interfered with.  But your testimony

3    here today is that you have no

4    knowledge of that; is that correct?

5    A.        That is correct.

6              ATTORNEY CHRISTIE:

7              And might I just note

8         also on the record that,

9         Counsel, you were given an

10        opportunity to review those

11        items which were produced

12        pursuant to the request for

13        production of documents that

14        you made on March the 8th, if

15        I recall.  You spent

16        approximately, what five, six

17        hours there to review, among

18        other things, I'm sure this

19        personnel file.  And I do find

20        it curious that there was no

21        mention, in addition to your

22        green ink mention, there was

23        no mention whatsoever of this

24        document or any other document

25        being missing from the

38

1    Plaintiff's personnel file.

2         But you also, you had

3    opportunity to copy those

4    documents, including that in

5    the personnel file.  I might

6    note also you appear to have a

7    copy of that document here

8    today, which is now marked

9    Exhibit One.

10        ATTORNEY BAILEY:

11        Counsel, let me just

12   provide just a little bit of a

13   rejoinder.  I can't copy what

14   isn't given to me.  That's my

15   response to you, ma'am.

16        ATTORNEY CHRISTIE:

17        Well, I just note,

18   Counsel, again, not to repeat,

19   but you do appear to have a

20   copy - - -

21        ATTORNEY BAILEY:

22        I don't care - - -.

23        ATTORNEY CHRISTIE:

24        - - - of what you contend

25   is missing from the

39

1   Plaintiff's file and certainly

2   there was no such contention

3   made on March the 8th during

4   the time of your inspection of

5   that material.

6        ATTORNEY BAILEY:

7        I don't think I have a

8   duty to catch every little

9   piece of whatever is going on

10  around here on March the 8th,

11  because there's some very

12  strange things.

13       ATTORNEY GUIDO:

14       For all we know Captain

15  Ober or yourself removed it

16  from the file.  Can we get on

17  with the deposition.

18       ATTORNEY BAILEY:

19       No, no, ma'am.  I'm

20  sorry.  You --- first of all,

21  you were not there and I

22  realize you investigated this

23  case to begin with, but you

24  had a representative there at

25  all times and we didn't remove

40

1  anything from the file.

2       ATTORNEY GUIDO:

3       I didn't mean that.

4  You just said that Captain

5  Ober has repeatedly gone and

6  reviewed his personnel file.

7  I'm not talking about March

8  8th necessarily with Captain

9  Ober.

10      ATTORNEY BAILEY:

11      But you're not implying

12  that Captain Ober removed

13  something from the personnel

14  file?

15      ATTORNEY GUIDO:

16      Sure.  I'm implying he

17  possibly did.  I don't know.

18      ATTORNEY BAILEY:

19      Is he allowed to have

20  --- he's allowed to copy his

21  file.  Are you implying that

22  he took things from the file?

23      ATTORNEY GUIDO:

24      You're implying someone

25  took things.

41

**ATTORNEY BAILEY:**

Yes, I am.  Yes, I am.

**ATTORNEY GUIDO:**

What I am saying is someone took them.  For all we know Captain Ober took them.

**ATTORNEY BAILEY:**

Well, for all you know, we're going to find out about.  That is a key material issue in this case.  And it's a key material allegation in the case.  So we'll have an opportunity to review these files.  It may be there.  I'll be very curious to find out if it is.  But so far you're refusing us an opportunity to go right now and look at it and I understand that you're taking that position.

**BY ATTORNEY BAILEY:**

Q.    Now, Colonel, let me change gears just a little bit here to something else.  Just a second here.

42

1    I'm going to ask you about a series

2    of things.  I'm going to ask you

3    about --- just go over a little bit

4    about ---.

5                    ATTORNEY CHRISTIE:

6                    Excuse us, Counsel.

7                    ATTORNEY GUIDO:

8                    We're having a

9             discussion about the document.

10            The document's been handed to

11            the court reporter.  By the

12            end of the day we'll make sure

13            during a break we'll get a

14            copy.  Thank you.

15   BY ATTORNEY BAILEY:

16   Q.      When did you first become

17   aware that there had been an FBI

18   investigation into the academy and

19   the appointment of cadets?

20   A.      May 12th, 1999.

21   Q.      And how did you become aware

22   of that?

23   A.      Through Lieutenant Colonel

24   Hikus (phonetic) and Captain Ober.

25   Q.      And where were you when you

43

1  became aware of that?

2  A.      At the academy in Hershey.

3  Q.      And what was the event?

4  A.      It was a corporal promotion

5  ceremony.

6  Q.      Now, who informed you?

7  A.      Lieutenant Colonel Hikus and

8  Captain Ober.

9  Q.      And is that all?  Only those

10  two were present when they informed

11  you?

12  A.      Yes, sir.

13  Q.      And what did they say to you?

14  A.      They initially asked if they

15  could see me, because they had

16  something they wanted to tell me.  We

17  then went into the Office of the

18  Bureau of Training and Education, we

19  sat down.  Lieutenant Colonel Hikus

20  began by saying that shortly after he

21  was appointed to the position of

22  Lieutenant Colonel, Deputy

23  Commissioner of Staff, that Captain

24  Ober had come to him and asked if he

25  could speak with him and told him

44

1  that while he was acting director of

2  the Bureau of Professional

3  Responsibility in late September or

4  early October an FBI agent from the

5  Pittsburgh office called BPR and

6  talked to him and told him that they

7  were conducting a political

8  corruption investigation and that

9  part of that political corruption

10 investigation involved high-ranking

11 officials or individuals in the state

12 police and/or the Governor's Office

13 or both.

14 Q.      Okay.  And what was your

15 reaction?

16 A.      I listened and let them

17 continue.

18 Q.      You listened and let them

19 continue.  Well, did you say anything

20 at some point?

21 A.      At some point I became very

22 angry at what I was listening to and

23 said that the SAC in Pittsburgh is a

24 friend of mine and I ought to pick up

25 the phone and call him.  In fact,

45

1  Director Freeh is a friend of mine.

2  And I picked up the phone and called

3  him and if they were conducting a

4  political corruption investigation

5  into the higher ranks of the state

6  police that SAC ought to be

7  transferred and he hadn't told me.

8  Q.      Why should the SAC be

9  transferred if he's conducting an

10  investigation into possibly you?

11  A.      Because I didn't even think

12  that I was being included in that

13  when they originally briefed me.  It

14  wasn't until the day after May 12th,

15  the day after that, that Lieutenant

16  Colonel Hikus told me that the quote,

17  term, end quote, colonel was used.

18  That was May 13th.

19  Q.      Do you trust your officers to

20  conduct themselves in accordance with

21  good ethical principles in an

22  investigation?

23  A.      That's my expectation.

24  Q.      Were you concerned that if you

25  weren't told that that might be

46

1  embarrassing to you?

2  A.        Rephrase it, please.

3  Q.        Were you concerned that you

4  weren't --- you not being told that

5  that could be embarrassing to you?

6  A.        That was one of my concerns,

7  yes.

8  Q.        Well, what were your other

9  concerns?

10 A.        I had a number of other

11 concerns.  Lieutenant Colonel Hikus

12 was telling me that shortly after he

13 was appointed that Captain Ober comes

14 to him.  I found out that's October

15 5th.  And the very first thing that

16 the newly appointed lieutenant

17 colonel was told by me was that if

18 you have incidents that significantly

19 affect the department or significant

20 initiatives, anything significant

21 about the department, to come to me

22 and keep me informed and up to date

23 of things.  That's the very first

24 thing that I told the lieutenant

25 colonel.  As soon as he started

47

1  talking I said, didn't we have a

2  conversation that very first day to

3  keep me informed.

4          I was also concerned that

5  during their briefing to me they told

6  me that they had received this

7  information from the FBI that it was

8  closed and unfounded two weeks

9  earlier.  And I'm thinking, two weeks

10  earlier, why wasn't I told two weeks

11  earlier?  I was also concerned

12  because the lieutenant colonel had

13  been told again on those first couple

14  days of his command, if you're going

15  to be involved in the other deputy

16  commissioners' commands to make sure

17  that you talk to them, don't do

18  anything unilaterally.  He said,

19  that's my expectation from them and

20  you as well.  And it didn't seem

21  reasonable to me what I was hearing.

22  I said, how can the FBI conduct it

23  themselves, allegedly conducting this

24  inquiry?

25  Q.        Well, so your --- the primary

48

1    reason for your upset was that

2    somebody hadn't told you earlier?

3                    ATTORNEY CHRISTIE:

4                    I object. I don't

5            think that's what the

6            Commissioner said. What I'm

7            objecting to is to form.

8    BY ATTORNEY BAILEY:

9    Q.        Well, let me ask you. Is that

10   what you're saying?

11   A.        That was one of four reasons.

12   Q.        Okay. One of four reasons.

13   So was that the major reason, that

14   you hadn't been informed early

15   enough?

16   A.        That was one of the major

17   reasons, yes.

18   Q.        Okay. Now, whose duty was it

19   to inform you?

20   A.        Lieutenant Colonel Hikus'.

21   Q.        That's what I took from what

22   you said. The fact Colonel Hikus had

23   a duty to inform you. Did Lieutenant

24   Colonel Hikus tell you that he had

25   ordered --- we're going to deal later

49

1   with the issue of Captain Ober's

2   going to Lieutenant Colonel Hikus;

3   okay?  I don't want to cloud this

4   question with that consideration, so

5   I want to be very specific with this.

6   Did Lieutenant Colonel Hikus indicate

7   to you that he had told or ordered

8   Captain Ober not to reveal what

9   Captain Ober knew?

10  A.      Yes, he did.

11  Q.      Okay.  Now, Colonel, is it

12  fair to say that Lieutenant Colonel

13  Hikus told you that on the 12th, the

14  12th or the 13th?  And I want to sort

15  this out, because I understand there

16  were more than one conversation.  I

17  want to make sure we get a real good

18  fact picture here.  So if you'd think

19  for just a moment and answer this

20  question.  Do you recollect whether

21  Mr. Hikus told you on May 12th

22  initially while Captain Ober was

23  present that he had ordered Captain

24  Ober to keep this information close

25  to the vest and report only to him?

50

1    A.        Yes, he did.

2    Q.        Okay.

3    Now, did you respond to Lieutenant

4    Colonel Hikus at the point that he

5    told you that, and if so what did you

6    say?

7    A.        I just listened.

8    Q.        You just listened at that

9    point?

10    A.        Yes, sir.

11    Q.        Now, okay, right now we're

12    still talking about May 12th; okay?

13    A.        I understand.

14    Q.        All right, sir.  Now, Mr. ---

15    did Captain Ober speak at that point?

16    A.        He spoke at some point during

17    this briefing.

18    Q.        Okay.  Can you tell us, will

19    you share with us please what Captain

20    Ober said and if there was any

21    conversation between you and Captain

22    Ober.

23    A.        I can't distinguish between

24    what was told to me by Lieutenant

25    Colonel Hikus and by Captain Ober.

51

1   It was primarily Lieutenant Colonel

2   Hikus that did the talking and

3   Captain Ober periodically said things

4   but I can't distinguish between the

5   two.

6   Q.      Do you have a recollection of

7   asking Captain Ober any questions?

8   A.      I had questions that I asked

9   to both of them.

10  Q.      Now, at the point that Colonel

11  Hikus and Captain Ober told you about

12  the FBI investigation, they had

13  indicated that there were some kind

14  of fears that it had been into upper

15  reaches of the Pennsylvania State

16  Police and maybe the Governor's

17  Office or some Governor's personnel

18  or something like that; is that

19  correct?

20  A.      The term higher-ranking

21  individuals.

22  Q.      Okay.

23  A.      And the state police and/or

24  the Governor's Office or both were

25  used.

52

1  Q.      Now, at that point did you ---
2  you felt that they should have told
3  you earlier; is that correct?
4  A.      Yes, sir.
5  Q.      Why should they have told you
6  earlier?  Now, I want to direct that
7  question to your attention, not over
8  any displeasure that they didn't tell
9  you two weeks earlier, but at the
10  inception of the FBI notification.
11  In other words, sir, you were upset
12  not just because they hadn't told you
13  two weeks earlier that the FBI had
14  told them that it was closed.  You
15  were upset because they had not
16  initially notified you; is that
17  correct?
18  A.      That was part of it, yes.
19  Q.      Okay.  Now, was that a ---
20  remember you sort of said, I think
21  you said four major reasons.  I don't
22  know quite what you meant by that.
23  Would you tell us?
24  A.      I was very angry by the fact
25  that as Lieutenant Colonel Hikus

53

1  started to brief me he said that

2  shortly after he was appointed in his

3  position that Captain Ober had come

4  to him.  And I'm thinking in my mind,

5  shortly after you were appointed we

6  had just sat down and we had talked

7  about my directions to him to keep me

8  informed of significant events in the

9  department, that that was important

10  to me.

11  Q.    Okay.

12  A.    I was also concerned that when

13  he told me, or when Captain Ober told

14  me, whichever one did, that the FBI

15  had called them, called Captain Ober

16  two weeks earlier, I'm thinking two

17  weeks, why has it taken two weeks to

18  sit down with me and to brief me on

19  this?

20  Q.    Is that B, sir?

21  A.    And number third ----

22  Q.    Okay.  Go ahead.

23  A.    Number third was the fact in

24  the early days with Lieutenant

25  Colonel Hikus, and I'm talking the

54

1    first, second, and third and probably

2    the fourth day as well, had talked

3    about the necessity of not being

4    involved in the other deputy

5    commissioners' commands or if you

6    are, make sure you're talking and

7    coordinating with them, communicating

8    with them, because my expectation

9    from the other deputies is that they

10   won't do that to your command.

11   Number four - - -.

12   Q.    Can I ask one little question

13   right there before you do number

14   four?  Just a little one?

15   A.    Yes, sir.

16   Q.    A deputy commissioner is a

17   colonel or a lieutenant colonel?

18   A.    The deputy commissioners are

19   lieutenant colonels.

20   Q.    They're all lieutenant

21   colonels?

22   A.    Yes, they are.

23   Q.    Okay.  Go ahead, sir, number

24   four.

25   A.    And number four had to do with

Sargent's Court Reporting Service, Inc.
(814) 536-8908

55

1    it didn't sound reasonable what I was

2    being told that the FBI had told them

3    or had told Captain Ober.

4    Q.    Okay. Let's talk about didn't

5    sound reasonable first. All right,

6    sir. What didn't sound reasonable to

7    you, Colonel?

8    A.    It didn't sound reasonable

9    that if an FBI office is doing an

10   investigation into the higher ranks

11   of the state police that a SAC would

12   have a street agent pick up the

13   phone, call across the state, talk to

14   an individual in BPR and tell them

15   that they were doing a political

16   corruption investigation into the

17   higher ranks of the state police and

18   not pick up the phone and tell me.

19   Because remember, I didn't learn

20   about the term, colonel, until the

21   following day.

22   Q.    Sir, that's exactly what the

23   FBI did; didn't it?

24   A.    That's what the FBI agent did,

25   yes.

56

1    Q.      As you sit here today

2    answering my questions, you've got to

3    admit based on all of the facts

4    before us, that is precisely what the

5    FBI did; isn't it, sir?

6    A.      An FBI agent did that.

7    Q.      Okay.  So it's not the FBI, it

8    is an FBI agent did that?

9    A.      Let me put it this way.

10   Q.      Sure.

11   A.      It's an allegation or it was

12   portrayed that way by Captain Ober to

13   Lieutenant Colonel Hikus.

14   Q.      Now, all right, that's fair

15   enough.  Now, what facts known to you

16   as we sit here today indicate that

17   that isn't what happened?

18   A.      The issue of high-ranking

19   officials or individuals in the state

20   police and/or the Governor's Office

21   was not told to Captain Ober by the

22   agent that called him.

23   Q.      Wasn't it?

24   A.      No.

25   Q.      You're not, and again, this is

57

1    not meant to be facetious, you're not

2    indicating for us that Captain Ober

3    is clairvoyant or can tell the

4    future; are you?

5    A.      No, I'm not.

6    Q.      Of course not.  I mean, that

7    would be, that would be silly and we

8    don't have any facts on the record to

9    indicate that he has some

10   supernatural ability; right?

11   A.      That is correct.

12   Q.      All right.  But we do know

13   that strangely enough, according to

14   what facts have been shared with us

15   by our FBI friends and your

16   investigators, that indeed on a wire

17   procured with the help of an FBI

18   confidential informant that, in fact,

19   things of that nature were said, but

20   supposedly now, supposedly, if we

21   believe the FBI and your

22   investigator's findings, this

23   occurred a couple of weeks after

24   Captain Ober was told, was initially

25   contacted by the FBI agent; right?

58

1   Is that correct?

2   A.    It is my understanding that on

3   October 21st Captain Ober listened to

4   a videotape or an audiotape with the

5   FBI where a confidential --- where

6   the applicant for the alleged job-

7   selling scheme said that she would

8   have to go to some lieutenant colonel

9   or someone affiliated with the state

10  police.

11  Q.    Okay.  And so you're

12  suggesting that Mr. Cush (phonetic)

13  didn't say anything to Mr. Ober about

14  any lieutenant colonel or any higher-

15  ups or anything like that sometime on

16  or about the beginning of October;

17  right?

18  A.    From reading the reports,

19  that's what my understanding is.

20  Q.    Okay.  Well, why didn't you

21  punish Ober if he --- I mean, he got

22  lucky.  In other words, Ober got

23  lucky that a couple weeks later this

24  CI just happened to mention, at least

25  we know a lieutenant colonel or

59

1    something to that effect, let alone

2    what the FBI agent said or didn't

3    say.  So Ober just got lucky; right?

4    A.     I don't know what happened

5    there.

6    Q.     Well, that's interesting.  You

7    don't know what happened?  Well, if

8    you don't know what happened, can you

9    tell us now, who do you think had the

10   best recollection of that October 5th

11   conversation between Mr. Cush and Mr.

12   Ober?  Have you reached any

13   conclusions about that?

14   A.     No, I have not.

15   Q.     You haven't?  So Mr. Ober must

16   have just gotten lucky and mentioned

17   this to Colonel Hikus that there were

18   some higher-ups or colonels or

19   something of that sort, lieutenant

20   colonel, whatever the rank was, who

21   knows, that this CI mentioned; right?

22   A.     What Colonel Hikus told me was

23   on May 13th that the quote, term, end

24   quote, colonel was used.

25   Q.     Okay.  Well, why didn't you

60

1    punish Ober for that if you --- I

2    mean, do you believe Ober

3    misrepresented what happened on

4    October 5th or early October?

5    A.    I don't know what happened

6    there.

7    Q.    Okay.  Well, so at least as of

8    May 12th you are told that sometime

9    on or about the beginning of October

10   '98 that an FBI agent goes to Mr.

11   Ober and tells him about this FBI

12   investigation; right?

13   A.    Yes, that an FBI agent in late

14   September or early October called BPR

15   and spoke with Captain Ober.

16   Q.    All right.  Now, you found

17   that odd.  And I'm not, you know ---

18   by the way, sir, I do too.  I find it

19   odd.  Did you ever find out why the

20   FBI did that this way?

21   A.    No, I didn't.

22   Q.    Did they suspect you?

23   A.    It was not my understanding

24   that they suspected me.  That's part

25   of the reason that I was concerned

61

1   that I wasn't informed.

2   Q.      You were concerned that they

3   had suspected you; weren't you?  In

4   fact, you said that; didn't you?

5   A.      I was not concerned that I ---

6   in fact, I didn't even think that

7   they suspected me being involved on

8   May 12th.  The only time that that

9   came out was on May 13th when the

10  lieutenant colonel had just mentioned

11  to me that Captain Ober told him the

12  term colonel was used.

13  Q.      Well, then why didn't the FBI

14  call you up and tell you?

15  A.      I don't know.

16  Q.      You don't know to this very

17  day?

18  A.      I would take it from my

19  conversations with the SAC ---.

20  Q.      That's Rick?

21  A.      The special agent in charge,

22  Rick Mascara.

23  Q.      All right.

24  A.      And when I called him on May

25  20th and he didn't know anything

62

1    about the investigation.

2    Q.      Sir, Mr. Mascara told you on

3    May the 20th, 1999 that he didn't

4    know anything about this

5    investigation?

6    A.      I think the words that were

7    used is when I made an inquiry to him

8    over the telephone, he said to me,

9    what inquiry, what investigation?

10   And the quote, I believe, was I have

11   to plead with ignorance here.

12   Q.      Do you believe him?

13   A.      Yes, I do.

14   Q.      Now, if Mr. Mascara's telling

15   the truth, that means that as of May

16   20th, 1999, he had never been made

17   aware by the CIA --- excuse me,

18   please, that a confidential

19   informant, CI, as they're called, I

20   guess, for the FBI had implicated

21   possibly high-ranking officials in

22   either the Governor's Office or a

23   lieutenant colonel by rank or colonel

24   by rank, whatever the CI imparted;

25   okay?  Mr. Mascara didn't --- that

63

1    had not been brought to his attention

2    if what he told you May 20th was

3    true; is that correct?

4    A.      That is correct.

5    Q.      Or he didn't remember it?

6    A.      He told me just that.

7    Q.      Yes, which I would find very

8    hard to believe, but, hey, after all

9    it's an FBI agent.  Now, did you

10   question Mr. Mascara further?

11   A.      Yes, I did.

12   Q.      Well, let's stop and go back

13   to May 12th for a minute.  Did you

14   ever call Louie Freeh?

15   A.      No, I did not.

16   Q.      Did you ever call anyone in

17   his office?

18   A.      No, I did not.

19   Q.      Who in the FBI besides Mr.

20   Mascara did you call, if anyone?

21   A.      Mr. Mascara's the only person

22   who I talked to in the FBI.

23   Q.      Why did you wait until May

24   20th?

25   A.      I can't tell you what else was

64

1  going on between May 12th and May

2  13th.  That was the day I called him.

3  I can't tell you why.

4  Q.     Well, when did you first call

5  Mr. Campbell?

6  A.     I would have called Mr.

7  Campbell the afternoon of May 12th

8  when I got back to headquarters.

9  Q.     Why?

10  A.     To tell him what was just told

11  to me because it allegedly involved

12  high-ranking individuals in the state

13  police and/or the Governor's Office.

14  Q.     And what did Mr. Campbell say?

15  A.     He didn't say much of

16  anything.

17  Q.     How current was the Gigliatti

18  (phonetic) matter at that time?

19  A.     I don't have any idea.

20  Q.     Do you have any knowledge of

21  any of the allegations surrounding

22  Gigliatti in the Governor's Office?

23  A.     No, sir.

24  Q.     Did you ever discuss the

25  Gigliatti matter with Mr. Mascara?

65

1    A.        No, sir.

2    Q.        How about Mr. Cush?

3    A.        No, sir.

4    Q.        Did you ever suspect that the

5    FBI killed this investigation that

6    you're talking about?

7    A.        Killed which investigation?

8    Q.        The one into this state police

9    academy thing.

10   A.        That never entered my mind,

11   no.  And nor do I think that.

12   Q.        Could you trust the FBI?

13   A.        Yes, I do.

14   Q.        And they trust you?

15   A.        Yes, they do.

16   Q.        Well, did Mr. Mascara tell you

17   that, that they trust you?

18   A.        No, we didn't discuss the

19   issue of trust.

20   Q.        It's just assumed it's there;

21   right?

22   A.        I assume it's there, yes.

23   Q.        Do you trust your officers in

24   the Pennsylvania State Police?

25   A.        Yes.

66

1  Q.    Well, up to that point at

2  least you trusted Mr. Ober; didn't

3  you?

4  A.    Yes.

5  Q.    So on the trust scale you

6  decided in this matter that the FBI

7  was more trustworthy than Mr. Ober or

8  was it vice versa after all this was

9  done?

10  A.    I didn't draw a distinction

11  between the two.

12  Q.    Okay.  Now, you had called Mr.

13  Campbell on the afternoon of the

14  12th.  Was he your contact over there

15  in the Governor's Office?

16  A.    Yes, sir.

17  Q.    Did you ever find out when the

18  Governor's Office or anybody over

19  there was first aware of this FBI

20  interest?

21  A.    My understanding is May 12th

22  when I told them.

23  Q.    So the first time you knew

24  that Mary Woolly (phonetic) had been

25  talked to was when your attorney,

67

1  obviously possessed of this

2  knowledge, asked questions of Mr.

3  Hikus; is that correct, yesterday?

4  A.    The first time that I actually

5  knew about it was in response to

6  Lieutenant Colonel Hikus' response.

7  Then I knew it.

8  Q.    And that was just the other

9  day, Monday; wasn't it?

10  A.    It was earlier this week.

11  Q.    Earlier this week.  Well, you

12  knew it --- is it fair to say the

13  first time you ever knew it was

14  within the last week; right?

15  A.    Yes, sir.

16  Q.    So you didn't know that there

17  were witnesses to this information

18  about Mr. Hikus talking to the

19  Governor's Office until a week ago,

20  somebody in the Governor's Office

21  until a week ago; right?

22  A.    I knew it when Lieutenant

23  Colonel Hikus testified.

24  Q.    And you knew it a little bit

25  before that, but not more than a week

68

1    before that; is that fair to say?

2    A.      I had discussions with my

3    Counsel on that.

4    Q.      Okay.  Well, I'm saying time

5    wise, I'm not asking about

6    discussions with your attorney.  I

7    just want to know when you first knew

8    it.  You first knew it, you know, a

9    week before or less than a week

10   before Hikus responded to those

11   questions; is that fair to say?

12   A.      It would be less than a week.

13   Q.      Okay.  Do you know what

14   voluntary disclosure is under Federal

15   rules in a Civil case?

16   A.      No, I do not.

17   Q.      Okay.  Sir, I want to take you

18   back now to May 12th.  You've talked

19   to Mark Campbell.  Did Mark Campbell

20   give you any instructions or say

21   anything about what he thought you

22   should do or anything like that?

23   A.      No, sir.

24   Q.      Did you ask him for advise on

25   anything?

69

1    A.      No, sir.

2    Q.      So you were merely calling him

3    to inform him; is that correct?

4    A.      Yes, sir.  And I also told him

5    that I was going to conduct an

6    inquiry into the facts of this.

7    Q.      Well, why did you want to

8    conduct an inquiry into the facts of

9    it?  I thought Colonel Hikus had

10   indicated --- strike that.

11         Colonel Hikus had indicated to

12   you that the investigation, the FBI

13   had closed the investigation and that

14   it was, at least as to higher-ups, it

15   was unfounded; is that correct?

16   A.      That is correct.

17   Q.      Okay.  And had Colonel Hikus

18   indicated to you that the extent of

19   the FBI investigation revealed that

20   to the best of their knowledge there

21   was basically one trooper, one

22   Pennsylvania State Police Trooper

23   involved?

24   A.      Either Lieutenant Colonel

25   Hikus or Captain Ober told me that on

70

1    May 12th.

2    Q.      Okay.  All right.  Did you

3    give Colonel Hikus or Captain Ober

4    any directions on May 12th?  By that

5    I mean, you know, asked him to record

6    or asked him to check on something,

7    anything like that?

8    A.      I probably told him on May

9    12th to put it on a piece of paper

10   what they'd just told me.

11   Q.      Okay.  Did you give them any

12   other instructions?

13   A.      None that I recall.

14   Q.      Did you believe that Captain

15   Ober had been disloyal to you?

16   A.      I didn't think about loyalty.

17   Q.      Have you ever thought about

18   loyalty?

19   A.      Not really.

20   Q.      Have you ever carried any

21   personal anger in you over this

22   matter?

23   A.      Over the issue of not being

24   told about the FBI investigation?

25   Q.      Yes, yes.

71

1  A.      And the reasons under that?

2  Q.      Yes, sir.

3  A.      And have I ever been what?

4  Q.      Have you carried any personal

5  anger with you over not being told by

6  Captain Ober when the FBI contacted

7  him?

8  A.      No, sir.

9  Q.      Have you carried any anger in

10 you against Colonel Hikus because he

11 ordered Captain Ober not to tell

12 anyone in October?

13 A.      No, sir.

14 Q.      Have you carried any anger in

15 you against Captain Ober because he

16 didn't tell, now Colonel, then Major,

17 Conley?

18 A.      No, sir.

19 Q.      Did you suspect on May 12th

20 that Captain Ober had violated a

21 Pennsylvania State Police Regulation?

22 A.      I never gave it any thought.

23 Q.      And you never have; have you?

24 A.      No, not really.

25 Q.      How about Colonel Hikus?  Did

72

1  you ever consider that he had

2  violated a Pennsylvania State Police

3  Regulation on May 12th or since May

4  12th, have you --- I assume you

5  haven't thought about that either?

6  A.    I thought about him not

7  following my directives on keeping me

8  informed of significant events that

9  we talked about October 5th, 6th, 7th

10 and 8th.

11 Q.    Sir, why didn't you say, you

12 guys did the right thing?  Didn't

13 they do the right thing, Colonel?

14 A.    No, I think Lieutenant Colonel

15 Hikus should have told me.

16 Q.    Well, did Captain Ober do the

17 right thing?

18 A.    I think Captain Ober should

19 have told his bureau director.

20 Q.    Why?

21 A.    Because I think that's the

22 right thing to do.

23 Q.    But it doesn't violate a

24 regulation; right?

25 A.    No, sir.  It violated a

73

1    practice of the department.

2    Q.      A practice of the department?

3    A.      Yes.

4    Q.      Well, you believe that a ---

5    if the FBI's conducting an

6    investigation and they have reason to

7    believe that there may be higher-ups

8    in the Pennsylvania State Police

9    involved that they should come to

10   you.  You actually believe that?

11   A.      Unless they have strong

12   probable cause to believe that I am

13   involved, yes, I do.

14   Q.      Okay.  Why?  Just so you know

15   and are not embarrassed; is that why?

16   A.      I'm the head of the agency.  I

17   have a responsibility to the agency.

18   Q.      Well, Clinton's President of

19   the United States and we've seen that

20   fiasco.  I mean, not that that

21   necessarily applies here, but I mean,

22   after all he's, you know, President

23   of the United States, not getting

24   into all the politics nonsense

25   surrounding that situation.  I mean,

74

1    if someone is investigating potential

2    wrongdoing, don't they have a duty

3    under basic investigatory principles

4    to try to limit as much as possible

5    the dissemination of information in

6    an investigation or am I wrong about

7    that?

8    A.      I think if the FBI has a

9    criminal investigation into higher-

10   ups in the state police, and I ---

11   and they don't have strong reasonable

12   or probable cause that I'm involved,

13   I think they have a responsibility to

14   come to me as the head of the agency.

15   Q.      Okay.  Well, let's --- and now

16   that is Colonel Evanko's point of

17   view; am I correct?

18   A.      I think that would be any

19   superintendent or commissioner's

20   point of view.

21   Q.      Well, do you know that it is

22   any superintendent's or let's say

23   high-ranking law enforcement

24   official's point of view?

25   A.      I think if you talk to any

75

1  superintendent or commissioner of a

2  state police organization that would

3  be their expectation.

4  Q.      And if somebody doesn't adhere

5  to that expectation should they be

6  punished?

7  A.      I don't have the authority to

8  be punishing an FBI, special agent in

9  charge.

10  Q.      What about your own people?

11  Should they be punished?

12  A.      For what?

13  Q.      I don't know.  Not telling

14  you?  I mean, you're telling me that

15  they --- sir, if I understand you

16  correctly, and I may not.

17  BRIEF INTERRUPTION

18                    ATTORNEY BAILEY:

19             We'll suspend for just

20      five minutes.

21                    VIDEOGRAPHER:

22             The time is 10:22 a.m.,

23      March 27th, 2002.  We're

24      suspending the deposition.

25  SHORT BREAK TAKEN

76

1       ATTORNEY BAILEY:

2              Ladies and gentlemen,

3       this is Attorney Andrew

4       Ostrowski who's working with

5       me on this matter, is here

6       with us today.

7              VIDEOGRAPHER:

8              It's now 10:34 a.m. and

9       the deposition of Mr. Evanko

10      has resumed.

11  BY ATTORNEY BAILEY:

12  Q.      Okay.  Colonel, thank you very

13  much for the courtesy of allowing me

14  to contact my office and find out

15  that your erstwhile attorneys have

16  told Judge Caldwell that I smeared

17  some documents I'm going to ask you

18  about.  So maybe that will get us a

19  hearing.  Something good comes out of

20  everything, Colonel, in the legal

21  process.  I want to go back, sir, if

22  I may to the questioning that I had

23  about the --- we're talking about

24  your state of mind and your thoughts

25  on the 12th and subsequent to the

77

1  12th, your thoughts about, and

2  conclusions about the conduct, the

3  acts or omissions of Colonel Hikus

4  and/or Captain Ober.  So let me go

5  back to that and finish that up,

6  okay?

7  A.      Yes, sir.

8  Q.      All right, sir.  Thank you.

9  Now, you had indicated that in

10  response to one of my questions that

11  you felt any supervisor in a law

12  enforcement field, unless there were

13  good probable cause to believe that

14  the head of the group were involved,

15  that in that type of scenario

16  generally that the head of the group

17  should be informed or should be told;

18  is that correct?

19  A.      Yes, if the SAC in a field

20  office is doing a corruption

21  investigation of the higher-ups and

22  doesn't have strong probable cause to

23  believe that the head of the agency

24  is involved, it is my statement that

25  he should be calling or she should be

78

1    calling that head.

2    Q.      Well, if BPR and the

3    Pennsylvania State Police receive a

4    complaint about you, Captain ---

5    let's say some captain somewhere, and

6    receives a complaint about you,

7    Colonel Evanko, should BPR tell you

8    before they do the investigation?

9    A.      Give me a circumstance that

10   you are talking about.

11   Q.      Well, in this particular case,

12   let's take this case here.  Captain

13   Ober's recollection is that the FBI

14   had indicated that there were higher-

15   ups or somebody in some rank that was

16   lieutenant colonel or colonel or

17   somebody higher up, maybe in the

18   Governor's Office and maybe in the

19   Pennsylvania State Police, who could

20   be involved in this, and that he

21   passed that on, he passed that on to

22   Colonel Hikus.  Colonel Hikus told

23   him, hey, you don't tell anybody, you

24   keep this information close to the

25   vest, you don't tell anybody but me.

79

1    Now, that's basically what happened;

2    right?

3    A.      Yes, that is.   That is what

4    happened when Captain Ober received

5    information from the FBI.

6    Q.      Right.

7    A.      Went past the hearing

8    commander to Lieutenant Colonel Hikus

9    and told Colonel Hikus.

10   Q.      Okay.  Now, what was Captain

11   Ober's assignment at that time?   What

12   was he doing?  I'm sorry, sir. I cut

13   you off.  I'm sorry.  Go ahead.

14   A.      If that's the end of the

15   question?

16   Q.      Yes, sir.

17   A.      At the time that he went to

18   Lieutenant Colonel Hikus he was the

19   Director of Internal Affairs.

20   Q.      He was, it's called IAD;

21   right?  That division within BPR;

22   correct?

23   A.      Yes, it is.

24   Q.      Now, where was Mr. Conley at

25   that time?

80

1    A.       Where was he physically?

2    Q.       Sure.   Where was he?

3    A.       I believe he was, on October

4    or May 12th, I believe he was at a

5    funeral.

6    Q.       Okay.   And where was he in

7    terms of his assignment?

8    A.       The Director of the Bureau of

9    Professional Responsibility.

10   Q.       Now, is it fair to say that

11   you feel that Captain Ober should not

12   have gone to Colonel Hikus, Captain

13   Ober should have gone to Colonel

14   Conley?

15   A.       Yes, that's what the field

16   regulation states.

17   Q.       Yes.   I'm sorry.   What field

18   regulation?

19   A.       FR 1-1.17.

20   Q.       Okay.   Now, we're going to

21   talk a little while later about

22   AR 1-102(c).   But let me ask you.   At

23   this point, you're telling us then

24   that, assuming Captain Ober had done

25   what you feel was the right thing,

81

1    and had gone to then Major Conley,

2    what should Major Conley have done?

3    A.      Major Conley should have

4    informed the Deputy Commissioner of

5    Administration.

6    Q.      Who was?

7    A.      Lieutenant Colonel Foy *Coury*

8    (phonetic).

9    Q.      Well, you told us that you

10   trust the FBI; right?

11   A.      Yes.

12   Q.      Do you have concerns that they

13   trust you?

14   A.      No, I do not.

15   Q.      Is it fair to say that you

16   think Mr. Cush messed up, made an

17   error?

18   A.      In what regard do you mean

19   made an error?

20   Q.      What should he have done?

21   Should he have told Rick?  Now,

22   you're telling me he didn't tell Rick

23   because you talked to Rick on May

24   20th and Rick didn't know anything

25   about it.  And you and I both know

82

1   doggone well that if some FBI agent

2   tells Rick that higher-ups at any

3   point, founded or not, that higher-

4   ups in the state police and the

5   Governor's Office are involved,

6   Rick's going to remember that,

7   Colonel.  You and I both know that.

8   But he didn't know anything on May

9   20?  Rick didn't know anything?

10  A.      That's correct.

11  Q.      All right, sir.  Now, does

12  that mean that Mr. Cush screwed up?

13  A.      No, because Mr. Cush, as I

14  remember his statement, said that he

15  did not mention high-ranking

16  individuals in either the state

17  police or the Governor's Office to

18  Captain Ober.

19  Q.      He didn't mention them or he

20  didn't recollect it after Mr.

21  Williams went and talked to him?

22  A.      I believe the words that he

23  used is I don't remember ever

24  mentioning higher-ups in the state

25  police or the Governor's Office.

83

1    Q.    Which brings us back to

2    Captain Ober, if he was correct,

3    being either very lucky or just like

4    an incredible, you know, incredible

5    example of the law of probability I

6    guess if the CI was going to mention

7    this later on.  But the point is that

8    if it involved Mr. Stanton; right?

9    A.    Yes.

10   Q.    If the investigation involved

11   Mr. Stanton, and it was a public

12   corruption investigation, and it

13   involved appointments to the academy,

14   you don't think Mr. Cush messed up

15   because there was no reason to

16   believe that higher-ups were

17   involved, at least in October; right?

18   The beginning of October?

19   A.    First I think it is the

20   applicant to the state police that

21   mentions that someone would have to

22   go to a lieutenant colonel.

23   Q.    Right.

24   A.    Or someone affiliated with the

25   state police.

84

1   Q.      Yes.

2   A.      And I think if Cush had

3   information that quote, higher-ups,

4   or higher-up individuals or officials

5   from the state police or the

6   Governor's Office, he should have

7   reported that to his SAC.

8   Q.      So I ask you, my question was,

9   did Cush mess up? And you said he

10  didn't mess up. Now, are you telling

11  me he messed up?

12  A.      Not with the information that

13  he is saying he did not supply to

14  Captain Ober.

15  Q.      But sir, they sat down and

16  listened to the tape together.

17  A.      On October 21st.

18  Q.      Yes, sir. Now, at that point

19  did Cush screw up? Did he mess up at

20  that point by not going to Rick?

21  A.      I'm not sure.

22  Q.      You're not sure?

23  A.      Yes.

24  Q.      Now, sir, we know that at

25  least by October 21, 1998 that Mr.

85

1    Cush is sitting right there, of
2    course he's telling Mr. Williams that
3    Mr. Ober's ears perked up.  Mr. Cush
4    is sitting in a room listening to a
5    tape.  Lieutenant colonels in the
6    state police are mentioned on that
7    tape.  You call Rick May 20th of the
8    following year and he doesn't know
9    anything about this.  But you don't
10   have --- you reached no conclusion
11   whether or not Mr. Cush screwed up by
12   not telling Rick?
13   A.      I don't know what significance
14   Mr. Cush gave to the applicant saying
15   that someone would have to go to a
16   lieutenant colonel or someone
17   affiliated with the state police.
18   Q.      Well, now, we have established
19   that one of your reasons for being
20   upset had to do with Hikus ostensibly
21   violating these instructions of yours
22   about stepping outside his area of
23   responsibility; correct?
24   A.      That was one of the concerns I
25   had.

86

1   Q.      Sure.   Now, you've also agreed

2   with me that sometime on or about

3   October of 1998 this FBI CI mentions

4   lieutenant colonels; correct?

5   A.      No.

6   Q.      They didn't?  The tape didn't

7   say that?

8   A.      No.

9   Q.      Your transcript of October

10  doesn't say that, October 13th, '98

11  doesn't say, doesn't use the word

12  lieutenant colonel?

13  A.      Not by the CI, no.

14  Q.      Who by?

15  A.      The applicant, Bridges.

16  Q.      Okay.  But they're mentioned;

17  right?

18  A.      The applicant states again

19  somebody would have to go to a

20  lieutenant colonel or someone

21  affiliated with the state police.

22  Q.      Did Bridges know anybody

23  involved in politics?

24  A.      I don't know.

25  Q.      Do you know who Leonard Bodack

87

1   is?

2   A.      He is a State or was a State

3   Senator.

4   Q.      How about Joe Preston?

5   A.      He is or was a State

6   Representative.

7   Q.      Were they mentioned in any of

8   this FBI investigation?

9   A.      Someone mentioned Bodack in

10  the taped interview or the consensual

11  interview interception.

12  Q.      Now - - -.

13  A.      In fact, I think it was the CI

14  that mentioned Bodack.

15  Q.      Okay.  Well, do State Senators

16  and State Representatives vote on

17  matters of importance to the Governor

18  of the State of Pennsylvania from

19  time to time?  Little things like

20  appropriations and stuff like that?

21  A.      There is an appropriations

22  committee that votes on supporting

23  appropriations, yes.

24  Q.      For the Pennsylvania State

25  Police?

88

1   A.      Yes.

2   Q.      Now, Rick says to you when you

3   talked to him on May 20th, I think

4   your quote was that he pleads

5   ignorance; right?

6   A.      I think that's the quote, got

7   to plead ignorance.

8   Q.      Not to plead ignorance.  Out

9   of where?  Which office?

10  A.      (Inaudible response).

11  Q.      Did you ask Rick to go back

12  and check on these matters?

13  A.      I think he told me and I'm

14  going to have to look at my notes.  I

15  don't know whether I asked him or

16  whether he said I'd have to get back

17  to you.

18  Q.      Well, did he get back to you?

19  A.      Yes, he did.

20  Q.      What did he say when he got

21  back to you?

22  A.      I would have to look at the

23  notes.

24  Q.      Well, tell us as you recollect

25  today.  This is a very important

89

1    matter.  Tell us if you know.

2    A.      He does not cite any high-

3    ranking officials in the state police

4    or the Governor's Office.

5    Q.      He doesn't cite any?

6    A.      I'd have to look at my notes

7    to see what ---.

8    Q.      I'm talking about your

9    recollection now.

10   A.      Okay.

11   Q.      I don't want you to look at

12   your notes.  I want to ask you your

13   recollection as you sit here today.

14   If you don't remember and you don't

15   know, that's fine.  We'll go to the

16   notes at some point if you want to

17   later.  Right now the answer is no.

18   I'd like to just check your

19   recollection.

20   A.      Then I'm saying I do not

21   remember ---

22   Q.      Okay.

23   A.      --- our conversation when he

24   called back later that day.

25   Q.      So you don't remember what

90

1    Rick said when he called back later

2    the 12th as you sit here today?

3    A.    If I were to refresh my memory

4    with my notes I'm sure I would

5    remember.

6    Q.    Well, did you make notes when

7    Mr. Hikus and Mr. Ober came in the

8    room and sat down with you?

9    A.    No, I did not.

10   Q.    As a matter of fact, after

11   that meeting you at one point asked

12   Colonel Coury to come back to you and

13   to make notes about what happened in

14   that meeting; right?

15   A.    I paged Colonel Coury and

16   asked him to come back to the

17   academy.

18   Q.    Yes.

19   A.    I asked him to come in because

20   this involved him and we asked

21   Colonel Coury to listen to what

22   Lieutenant Colonel Hikus had just

23   told me.

24   Q.    Captain Ober wasn't there; was

25   he?

91

1    A.      No, he was not.

2    Q.      And that was on the 12th; was

3    it?

4    A.      Yes, it was.

5    Q.      Do you remember whether Rick

6    got back to you the 12th or the 13th?

7    I'm sorry.  The 20th or after the

8    20th of May?  Did he get back to you?

9    You initially spoke to Rick on the

10   20th of May; correct?

11   A.      Yes, sir.

12   Q.      Okay.  Did he get back to you

13   after that, after the 20th or was it

14   that day?

15   A.      It was on the 20th.

16   Q.      Now, who was in the room with

17   him, sir?

18   A.      I do not know.

19   Q.      Were you on a speakerphone?

20   A.      Not that I know of.

21   Q.      Did he ever indicate whether

22   he had met with Mr. Cush and Mr.

23   Suhy?

24   A.      I drew the conclusion that he

25   had talked to Cush, but I don't know

92

1  if that is an accurate conclusion.

2  Q.      Well, did he tell you anything

3  about the history of this

4  investigation?

5  A.      I think that he talked about

6  the case involving a municipality

7  testing.  Again, I'd have to look at

8  my notes.

9  Q.      Well, do you have a

10  recollection of whether he indicated

11  that he had recorded any parts of

12  this --- and strike that.

13         Do you have a recollection of

14  whether the FBI agents had reported

15  anything about this investigation to

16  the Pennsylvania State Police before

17  going to Captain Ober?

18  A.      Yes, without question he did

19  say that this was an older

20  investigation.

21  Q.      An older investigation?

22  A.      Yes.

23  Q.      Why didn't you know about it,

24  Colonel?

25  A.      Because apparently it did not

93

1   involve higher-ranking officials in

2   the state police.

3   Q.      Oh, I see.  I'm sorry.  Now,

4   I'm beginning to understand.  It

5   involved Pennsylvania State

6   Policemen, but it didn't involve

7   higher-ranking Pennsylvania State

8   Policemen.  So the FBI wouldn't tell

9   you about those; right?

10  A.      No.  They don't have to tell

11  me about a regular investigation on a

12  trooper, no.  But I would expect them

13  to do so if it's into the higher

14  ranks.

15  Q.      Well, they don't have to tell

16  you about anything; do they?

17  A.      They don't have responsibility

18  to do anything beyond the statutes.

19  Q.      Sure.  And if you found an FBI

20  agent doing something wrong and

21  violating a state law and your people

22  were out there investigating them,

23  you wouldn't have any duty to tell

24  them; would you?

25  A.      I think the troop commander or

94

1   the bureau director would tell the

2   SAC that.

3   Q.      So your people could go tell

4   the FBI about an investigation into

5   them without checking with you first?

6   A.      Say it again.

7   Q.      Sure.  The Pennsylvania State

8   Troopers are out there, they're doing

9   an investigation, they find somebody,

10  some FBI personnel is involved, they

11  don't have to come to you, they can

12  go right to the FBI?

13  A.      That is correct.

14  Q.      Oh, okay.  Well, would you

15  expect them to exercise some

16  restraint about notifying targets or

17  potential targets of an

18  investigation?

19  A.      Would I expect an investigator

20  not to talk to an identified target?

21  Q.      Sure.

22  A.      Yes, that would be my

23  expectation.

24  Q.      Not to tip them off?

25  A.      Not to talk to an identified

95

1  target?

2  Q.      Right.

3  A.      Yes.

4  Q.      Unless there was some reason

5  or some advantage to be gained from

6  it of course.  But normally the

7  procedure would be not to tip

8  somebody off if they're being

9  investigated; right?

10 A.      If you have an identified

11 target I would not expect that you

12 would tell that target.

13 Q.      Okay.  How about an

14 unidentified target like a member of

15 a group?

16 A.      Give me an example.

17 Q.      Sure.  Lieutenant colonels in

18 the Pennsylvania State Police.

19 A.      Then I would expect the

20 special agent in charge to come

21 directly to me or call me directly.

22 Q.      But the special agent in

23 charge told you he didn't know, sir.

24 You just told us that.  You talked to

25 him on May 20th and, Colonel, he told

96

1    you I have to plead ignorance, I

2    don't know about this.

3    A.    It's also my understanding

4    that Cush is saying that he never

5    remembers mentioning or didn't

6    mention any high-ranking officials

7    within the state police and/or the

8    Governor's Office.

9    Q.    Yes, Agent Cush.  You were

10   here during Colonel Coury's

11   deposition; right?

12   A.    I did sit in on Colonel

13   Coury's, yes.

14   Q.    Did he express some kind of

15   concern about FBI, not that they

16   would ever do anything intentionally,

17   unpolitical as they are, he never ---

18   he said he had a concern, I thought.

19   I thought he testified that sometimes

20   he had some concern with leaking

21   information from the FBI; do you

22   recollect?

23   A.    I believe he said ----.

24   Q.    Do you have that feeling or

25   concern?

97

1   BRIEF INTERRUPTION

2   BY ATTORNEY BAILEY:

3   Q.      Do you have a concern about

4   that?

5   A.      I don't have a concern that

6   the FBI would intentionally leak

7   information, no.

8   Q.      Okay.  Now, did Mr. Cush ever

9   indicate that even though he has no

10  recollection of discussing

11  confidentiality with Captain Ober,

12  that he would expect him to keep the

13  information confidential?

14  A.      I think the words were

15  discretion.

16  Q.      Okay.  All right.  And did he

17  indicate that he would expect, he

18  would just normally trust the captain

19  in the Pennsylvania State Police to

20  exercise, let's say, use the word

21  discretion as you used, discretion in

22  how you share information; right?

23  A.      I think that's generally

24  accurate.

25  Q.      Okay.  Well, does that go for

98

1    an agent in the FBI?

2    A.        What do you mean?

3    Q.        Is that something that you

4    would expect of qualified law

5    enforcement personnel of any rank?

6    A.        To exercise discretion on an

7    investigation?

8    Q.        On notifying people of where

9    an investigation goes?

10   A.        You lost me.

11   Q.        Well, Colonel Hikus had

12   indicated and to me it seems rather

13   basic, of course, but I apologize for

14   my question not being clear.  That,

15   you know, you're doing an

16   investigation, you try to keep the

17   information as limited to as few

18   people as possible, because people

19   talk; correct?

20   A.        That's basically correct.

21   Q.        Did you ever find out why Cush

22   didn't tell Rick?

23   A.        Because there was no

24   investigation into higher-ranking

25   officials in the state police.

99

1    Q.      But there was information to

2    indicate that there might be

3    problems; correct?

4    A.      I don't know what

5    interpretation he made of the

6    statement from Bridges that someone

7    would have to go to a lieutenant

8    colonel or someone affiliated with

9    the state police.

10   Q.      Well, you now know about

11   Bridges.  What did, again, what did

12   Ober know about Bridges then?  What

13   did Cush know about Bridges then?

14   A.      What Lieutenant Colonel Hikus

15   and Captain Ober told me as it

16   related to Bridges or Stanton was

17   that the FBI agent on this phone call

18   in May or early September or early

19   October, told them that they had a

20   confidential informant who knew a

21   trooper by the name of Stanton.  The

22   informant told the agent that Stanton

23   allegedly told him that he could get

24   people into the state police academy.

25   He told the informant that he could

100

1   get them reclassified from an
2   ineligible status, that an eligible
3   status had been made, he could get
4   them through the polygraph
5   examination, that he could get them
6   through the background examination,
7   the physical fitness testing, and I
8   think the psychological examination
9   and that finally he could get them
10  appointed to the academy.
11  Q.      You've done a great job of
12  reviewing all of this, but you don't
13  remember your discussions with Rick.
14  You have to --- you need your notes
15  to do that?
16  A.      Yes, I would.
17  Q.      I applaud in the information
18  you have about the rest of this, but,
19  you know, as far as that tape is
20  concerned, do you have any
21  information known to you to indicate
22  that Mr. Ober would know Bridges or
23  the extent of Bridges' knowledge in
24  October of '98?
25  A.       After October 21st he would

101

1    have.

2    Q.    Well, what would he have known

3    about Bridges after October 21st

4    other than what was in this tape?

5    A.    Nothing.

6    Q.    Well, what about before that?

7    Any information that you have that

8    would indicate that Mr. Ober had

9    information about Bridges before

10   that?

11   A.    I don't think Bridges' name

12   was mentioned to me at all.

13   Q.    Oh, okay.  Well, what about

14   Cush?  What have you learned about

15   Cush's knowledge of Bridges and

16   Bridges' role?

17   A.    I don't remember.

18   Q.    And didn't --- Mr. Cush also

19   said he had some difficulty hearing

20   that word lieutenant colonel; didn't

21   he?

22   A.    I don't recall that, no.

23   Q.    And that, in fact, do you know

24   whether he testified that Mr. Ober

25   pointed out the word lieutenant

102

1    colonel.  Here is this FBI agent

2    sitting here talking about this

3    source.  In fact, he remembered

4    talking to Mr. Williams, the word

5    eyeball, eyeballing somebody, but he

6    didn't remember when he went up in

7    October to talk to Captain Ober what

8    this --- he couldn't hear this term

9    lieutenant colonel, and Captain Ober

10   was the one who picked it out.  Did

11   you ever find anything out about

12   that?

13   A.     No, I didn't.

14   Q.     Do you remember whether Rick

15   had ever indicated that Ober had

16   expressed concern about where to take

17   the information?

18   A.     I know that he expressed that

19   concern to Lieutenant Colonel Hikus.

20   Q.     Do you know whether he ever

21   expressed that concern to Mr. Cush?

22   A.     I'm not sure.

23   Q.     But isn't that a very key

24   issue here?  If we're looking at the

25   credibility, sir, of Mr. Cush and Mr.

103

1  Ober and you're checking the facts

2  about what happened in October of

3  1998, wouldn't reflections of Mr.

4  Ober or comments by Mr. Ober having

5  to do with a concern about where he

6  takes information, wouldn't that be

7  of importance?

8  A.      It was of importance to me as

9  to whether or not the FBI had

10  directed confidentiality in this

11  case.  I would want to know that and

12  take that into consideration.

13  Q.      Well, would you think the FBI

14  would want to know that and take that

15  into consideration?  Hold on a

16  second.  Colonel, let me go over this

17  again and clarify it, okay?  Do you

18  know whether Captain Ober expressed a

19  concern to the FBI about where he

20  should take this information?

21  A.      I don't know if he expressed

22  concern to the FBI.  I know he

23  expressed concern to Lieutenant

24  Colonel Hikus.

25  Q.      Yes, and Colonel Hikus told

104

1    him to be quiet and just report to me

2    and cooperate with them and just

3    report to me; right?

4    A.    That is correct.

5    Q.    So your primary

6    dissatisfaction, if we can term it

7    that, with Captain Ober was the fact

8    that he didn't go to Conley, that

9    instead he went to Hikus; right?

10   A.    Yes, I was concerned about

11   that.

12   Q.    Okay.  You know, you're not

13   --- you don't have any concern with

14   Captain Ober following the orders of

15   Colonel Hikus?  I mean, Colonel Hikus

16   gave him a lawful order, you do X and

17   Y and Captain Ober followed those

18   orders; right?

19   A.    I --- he did follow those

20   orders, and I have no problem with

21   him following those.  In fact, that

22   would be my expectation, and I think

23   that was a mitigating factor as it

24   related to Captain Ober's following

25   those.

105

1    Q.      A mitigating factor is that

2    violating his chain of command.  Are

3    you saying he violated his chain of

4    command?  Is that what you're saying?

5    A.      He violated rule 1.17.  My

6    primary concern was Lieutenant

7    Colonel Hikus.

8    Q.      I must say, sir, I reached

9    that conclusion a long time ago in

10   this matter.  And we'll come to that.

11   But I did review your notes and I

12   thought something was mentioned

13   there, over-concerned about going

14   anywhere with info.  And I thought

15   that was, those were notes that you

16   made in your conversation with Rick.

17   A.      That's correct.

18   Q.      Well, what do you mean?

19   What'd you write down there?  What's

20   that about?

21               ATTORNEY CHRISTIE:

22               Counsel --- sorry.

23               ATTORNEY GUIDO:

24               It's improper to

25               question him without showing

106

1    him the document and letting
2    him put that sentence in the
3    context of his own notes.
4    It's improper to do that and I
5    object.

6    BY ATTORNEY BAILEY:

7    Q.    What do you remember Rick
8    saying about Ober's comments
9    regarding information and what to do
10   with it?

11   A.    The statement that you just
12   read to me from my note, I think what
13   he meant was that he expressed some
14   concern to the agent about who he
15   should go to with this.

16   Q.    Well, did that beg a question
17   to you about whether or not there had
18   been a discussion of confidentiality
19   between Cush and Ober?

20   A.    I think there was an
21   acknowledgement that there was a
22   discussion with the use of
23   discretion.

24   Q.    And who acknowledged that,
25   sir?  Rick; didn't he?

107

1    A.      Captain Ober and Lieutenant

2    Colonel Hikus.

3    Q.      There wasn't an

4    acknowledgement by the FBI of that?

5    A.      According to my notes that

6    must have been something I discussed

7    with the SAC as well.

8    Q.      And the SAC, Mr. Mascara,

9    Rick, your friend, told you that Ober

10   had expressed concern about what to

11   do with the information.

12   A.      That would be correct.

13   Q.      Colonel Evanko, thank you.

14   Now, did Mr. --- I'm sorry, sir.

15   A.      I would put that into context

16   as to what he got from whoever he

17   talked to.

18   Q.      Okay.  Sure.  I mean, that

19   would naturally or those comments or

20   the FBI awareness of Mr. Ober's

21   thoughts would have to exist in a

22   context of whatever passed between

23   Mr. Ober and the FBI agent; right?

24   A.      Yes.

25   Q.      That's what you're saying;

108

1    right?

2    A.        Yes.

3    Q.        Okay.  And I'm not --- I'll

4    be, you know, very foolish to

5    disagree with you on that.  I mean,

6    that's only common sense.  But you in

7    trying to learn, I mean, your

8    justification, and we're going to

9    talk about your investigation in just

10   a moment, but your justification for

11   the investigation has always been

12   termed by the Defendants and by

13   yourself today as into the facts and

14   circumstances surrounding this FBI

15   inquiry; right, sir?

16   A.        Surrounding the whole event.

17   Q.        Surrounding the whole event;

18   right?

19   A.        Yes.

20   Q.        And I asked you questions

21   about who you believed or what you

22   felt that Captain Ober had done wrong

23   and I think you were, you say you

24   just never reached a conclusion about

25   that.  In fairness to you I think

109

1  that's what you testified to; right?

2  A.      I think I testified that it

3  was a --- if I were to look for a

4  violation or identify a violation it

5  would have been a violation of the

6  practice of the department, as well

7  as a violation of reporting to your

8  supervisor an individual who has

9  violated rules and regulations.

10  Q.      Well, you said that Ober

11  violated rule 1.17.  Now, what's that

12  rule?

13  A.      Reporting information to your

14  supervisor.

15  Q.      There's an affirmative duty on

16  the part of an investigator to report

17  to a supervisor an FBI inquiry?

18  A.      If it involves an allegation

19  of a violation of the rules and

20  regulations or law.

21  Q.      Yes.  Okay.  Fair enough.

22  Now, you told me that when you talked

23  to Rick, Rick talked about how old

24  this investigation was; right?

25  A.      Yes.

110

1   Q.      Did Rick ever use the year or

2   mention the year 1997?

3   A.      I believe that he did.

4   Q.      And you heard Colonel Coury's

5   deposition; right?

6   A.      Yes, I did.

7   Q.      Did you hear Colonel Coury

8   testify that he got a call from

9   Captain Monico (phonetic) about

10  Stanton's activities?

11  A.      I don't recall hearing that,

12  no.

13  Q.      You don't recall hearing that?

14  A.      No, sir.

15  Q.      Well, do you know whether Mr.

16  Coury did get any information from,

17  is it Berrings (phonetic)?

18  A.      Not that I know of.

19  Q.      And Monico, you don't know

20  whether they ever told Mr. Coury

21  anything about the previous

22  investigation?

23  A.      I don't recall Colonel Coury

24  testifying to that nor do I know

25  about it.

111

1  Q.      Well, didn't Rick tell you

2  that they had told IAD --- I'm sorry,

3  sir.

4  A.      Go ahead.

5  Q.      No, no, go ahead.

6  A.      I lost it, go ahead.

7  Q.      When you talked to Rick didn't

8  he tell you that this investigation

9  had been around and they went back

10  into it for some reason?

11  A.      I think he did tell me that.

12  Q.      Yes. And did he ever indicate

13  that they had told the state police

14  and nothing was done?

15  A.      Not that I recall, no.

16  Q.      Well, do you know whether Mr.

17  Cush had indicated that he, in fact,

18  went to the western division IAD and

19  told him about Stanton before?

20  A.      I think Agent Cush had gone to

21  Sergeant Berrings and told him or he

22  asked him to check to see if Trooper

23  Stanton was doing any undercover work

24  into a job selling cadets for

25  appointment to the Academy.

112

1  Q.      Now, did you know whether the

2  organized crime division of western

3  Pennsylvania was ever notified?

4  A.      I don't know.

5  Q.      Well, Rick had indicated to

6  you, did he not, that there had been

7  at least some inquiry to the

8  Pennsylvania State Police prior to

9  ever going to Captain Ober in October

10 of '98; didn't he?  He told you that.

11 A.      He may have, but I know that

12 Cush in his statement said that.

13 Q.      Yes.  Well, why didn't you

14 have that investigated, sir?

15 A.      By the time that I read this

16 entire report it was being

17 investigated administratively and

18 criminally.

19 Q.      Did you assign a couple of

20 majors to it to check out whether

21 Monico, Frank, what he was doing?

22 A.      I'm not sure that I knew

23 anything about Monico, but it was a

24 regular criminal investigation and

25 administrative investigation.

113

1   Q.      Well, why wouldn't that
2   scenario deserve as much
3   investigation as the facts and
4   circumstances surrounding the 1998,
5   the October 1998, incident?
6   A.      I would think that the
7   investigation into the criminal
8   conduct of Stanton was substantially
9   more than the administrative inquiry
10  into the facts and circumstances of
11  this incident.
12  Q.      Sir, aren't they two different
13  things?
14  A.      Yes, they are.
15  Q.      Sure, and the issue that you
16  have told us and your Codefendants
17  have told us time and time again was
18  that you were looking at the facts
19  and circumstances about what occurred
20  in October of '98, not because Ober
21  or Hikus are criminals or anything
22  like that, you wanted to find out
23  what happened in these circumstances
24  as the Commissioner of the
25  Pennsylvania State Police; right?

114

1  A.      That was right.

2  Q.      Well, why didn't you do the

3  same thing in regards to what the

4  breakdown was in '97?

5  A.      Because by the time I found

6  that out by reading the entire

7  administrative inquiry there was

8  already an ongoing criminal and

9  administrative investigation into

10 Stanton.

11 Q.      Okay.  Well, the criminal

12 investigation into Stanton, those

13 standards in a criminal investigation

14 are separate from the kind of

15 interdepartmentally or disciplinary

16 investigations or administrative

17 investigations that you claim were

18 the basis for checking into the

19 events of October '98; right?   I

20 mean, they're two different things?

21 A.      A criminal investigation is

22 different from an internal affairs

23 investigation, yes.

24 Q.      Sure.  And the administrative

25 investigation that you're referring

115

1    to into Mr. Stanton is like a BPR

2    that you're going to do into the

3    conduct or allegations of misconduct

4    of a trooper or an officer in a

5    normal circumstance; right?

6    A.        That is correct.

7    Q.        Sure it is.  But you have

8    never initiated an investigation into

9    the facts and circumstances

10   surrounding FBI reports as early as

11   '96 or '97 to your personnel in

12   western Pennsylvania and how that was

13   handled in communicating information

14   of great importance to the

15   Pennsylvania State Police.  You never

16   really have done the same type of

17   investigation there that you have

18   done in the case involving October of

19   '98 and the incidents relating to Mr.

20   Hikus and Mr. Ober have you?

21   A.        There was an ongoing --- by

22   the time I read the reports, there

23   was an ongoing criminal investigation

24   into the Stanton matter as well as an

25   administrative investigation.

116

ATTORNEY BAILEY:

1
2          Object to the question

3     as non-responsive to the

4     respect --- object to the

5     response as non-responsive.

6  BY ATTORNEY BAILEY:

7  Q.     Colonel, will you take a look

8  at these, please.  These are your

9  notes.

10         ATTORNEY BAILEY:

11         Let the record show

12    it's two pages.  We're going

13    to have them marked as Number

14    Two.

15         (Deposition Exhibit Two

16    marked for

17    identification.)

18  BY ATTORNEY BAILEY:

19  Q.     Do you have it in front of

20  you, sir?

21  A.     Yes, I do.

22  Q.     The top of the page, does that

23  say Rick Mascara and then a phone

24  number, Pittsburgh SAC, May 20, '99

25  and then your pager number?

117

1  A.      Yes, sir.

2  Q.      Now, sir, I confess that I've

3  tried my best to decipher your notes

4  and I've been able to read a good bit

5  of it, but I need a little bit of

6  help; okay?  So I need you to help me

7  with a few things; all right?  The

8  first sentence, if I understand it,

9  says I was, can you read that

10  sentence for me?  I was advised by,

11  I'm going to try to read it and you

12  correct me if I get it wrong, it will

13  go a little faster.  I was advised by

14  Lieutenant Colonel Hikus recently

15  that we (PSP) were the subject of an

16  FBI investigation into selling

17  trooper positions.  Is that what it

18  says?

19  A.   Yes, it does.  That's partially

20  what it says.

21  Q.      All right.  Now, I have a ---

22  there's a parentheses here and I

23  cannot read, all I can read is the

24  word corruption.  Can you read the

25  rest of that?

118

1   A.      Parentheses, for any other

2   corruption allegation, end

3   parentheses, since October '98, end

4   parentheses.

5   Q.      All right.  Sir, here's my

6   question on that particular.  These

7   are some paraphrases of notes of the

8   things that you said to Rick; right?

9   A.      Yes, sir.

10  Q.      What did you mean by any other

11  corruption allegation since October

12  '98?

13  A.      Into the higher ranks of the

14  state police.

15  Q.      You're asking the FBI agent to

16  tell you whether there are any

17  pending investigations into higher-

18  ups in the Pennsylvania State Police;

19  aren't you?  Isn't that what you're

20  doing there?

21  A.      I think I was doing that in

22  the context of since October '98

23  with the ---

24  Q.      Yes.

25  A.      --- with the preface when I

119

1    talked to the SAC, I think that I

2    asked him or made a statement, if

3    this is going to interfere with an

4    FBI investigation, just don't talk to

5    me or something like that.

6    Q.     Well, what are you asking him

7    for?  I mean, what --- why are you

8    asking him?  Why are you asking the

9    Federal Bureau of Investigation if

10   there are --- do I have anything to

11   fear?  Is that what you're asking

12   him, sir?

13   A.     No.

14   Q.     Then why are you doing this?

15   Is that proper to do this?

16   A.     Why am I asking if there is

17   any other corruption investigation?

18   Q.     Yes, sure.  Yes, sir.  Would

19   you expect him to tell you?

20   A.     Yes, I would unless they had

21   strong probable cause to think that I

22   was involved in it.

23   Q.     All right.

24   A.     Yes, I would expect them to

25   tell me.

120

Q.      Okay, sir.  Colonel Evanko,
how long have you been a law
enforcement officer?

A.      As of today?

Q.      Yes.

A.      Just about 32 years.

Q.      All right.  Sir, you've used
the term a couple of times unless
there's good probable cause.
Remember?

A.      Yes.

Q.      Now, I know legally what the
definition of probable cause is, at
least I try.  I know it's a judgment
call thing, you know, it's sort of
like pass defense in football
sometimes, you weigh things and
whatnot.  Well, what do you mean when
you say to me that your expectation
is unless there is good probable
cause you should be told?  Okay.
Unless there's good probable cause.
What does that mean?

A.      I'm not sure I can explain it
any better other than the --- I would

121

1   expect that the SAC, if they had, for

2   example, a wire intercept of me

3   talking to somebody in an illegal

4   fashion, that that would be strong

5   probable cause and obviously I'm

6   involved in something.

7   Q.     Okay. So that would be the

8   kind of probable cause that would

9   implicate you personally?

10  A.     Yes, sir.

11  Q.     Okay. And you believe that if

12  an FBI agent is sitting there with

13  some reason to believe that maybe a

14  group of people at the top, somebody

15  at the top, okay, is maybe doing

16  something wrong, that's not good

17  probable cause, so they should tell

18  you; right? Is that what you're

19  telling me?

20  A.     It's my understanding that the

21  FBI agent is saying that high-ranking

22  individuals in the state police were

23  never mentioned.

24  Q.     Well, that's like Monday

25  morning quarterbacking though; isn't

122

1   it?

2   A.      I think it's the facts.

3   Q.      Known after the investigation

4   is completed; right?

5   A.      We established that or it was

6   established in the record after the

7   investigation was completed.

8   Q.      Well, further on your notes

9   you've already told us that there was

10  this concern that Ober had about who

11  he should share this information

12  with; right?

13  A.      Point that out to me.

14  Q.      Second page, sir, second page.

15  No, no, second page, sir, you have it

16  in your right hand.  Yes, sir.  Right

17  hand, okay.  I want to go through the

18  lines with you now; okay?  The first

19  line has the number 1237.  Do you see

20  that?

21  A.      Yes, sir.

22  Q.      That's one.  Count with me.

23  One, two, three, four, five, and we

24  have a blank line and then we have

25  CI.  Do you see that?

123

1    A.        Yes, sir.

2    Q.        That's six and then we have a

3    blank line and that's seven.  Then we

4    have eight and nine and it says, all

5    I can read is nothing happened, dash.

6    Now, do you want to read your

7    handwriting for me, because maybe I

8    misread it?

9    A.        Ober concerned about going

10   anywhere w/information.

11   Q.        Okay.  That's what you wanted

12   me to show to you.  I showed it to

13   you.  All right, sir.  Now, let's go

14   back to page one; okay?  All right.

15   Now, if you get into an investigation

16   and start an investigation, and the

17   investigation indicates that there's

18   a possibility, not good probable

19   cause, and I think you and I can

20   understand the basic definition of

21   what good probable cause means.  Good

22   probable cause means it would be a

23   good basis to bring a charge; right?

24   A.        Or to conduct an

25   investigation.

124

1    Q.        Okay. Fair enough. Or to

2    conduct an investigation. I would

3    think the threshold to conduct an

4    investigation, particularly in public

5    corruption cases, was pretty low,

6    particularly when it comes to

7    democrats with the FBI. But that

8    aside, let's say we're talking about

9    a very, very, very low level. What

10   would that level be to conduct an

11   investigation?

12   A.        Why would the FBI conduct an

13   investigation you mean?

14   Q.        Sure.

15   A.        To get information that they

16   need to see whether or not there's

17   wrongdoing.

18   Q.        I agree with you, sir. Right

19   now, if we go back in our minds' eye

20   prior to October 1998, we know that

21   Len Bodack, a State Senator, had been

22   mentioned. You agree that Bodack was

23   mentioned in the earlier

24   investigation phase prior to '97?

25   A.        No, the first that I know of

125

1    Bodack's name being mentioned by the

2    FBI's --- by the FBI's confidential

3    informant, was the intercept

4    disclosed to Captain Ober on October

5    21st.

6    Q.      Well, if there were evidence

7    that would indicate that the FBI knew

8    about Bodack and his name had been

9    mentioned earlier than October of

10   '98, would it change any of your

11   feelings about this?

12   A.      In regards to what?

13   Q.      Whether or not the FBI would

14   have indicated to Mr. Ober a la Ober

15   being concerned about where he goes

16   with the information before October

17   of 1998.

18   A.      You lost me.  I don't know

19   what you mean by the question.

20   Q.      You're telling us that when

21   you're looking at the --- in your

22   review of the information, that Mr.

23   Bodack wasn't mentioned before

24   October of '98 or the FBI didn't know

25   about him before October of '98;

126

1   right?

2   A.      That's the only time that I'm

3   aware of.

4   Q.      Okay.  I asked you if the FBI

5   did mention Mr. Bodack and was aware

6   of Mr. Bodack before October of '98

7   if that would change anything for

8   you?

9   A.      And I don't know what you mean

10  by the question.

11  Q.      Well, if the FBI had suspected

12  Mr. Bodack were involved before

13  October of '98 would that have

14  affected their probable cause to

15  investigate at all?

16  A.      To investigate Bodack, I don't

17  care who they investigate.

18  Q.      Well, if Bodack had indicated

19  that he was getting things out of the

20  Governor's Office as Mr. Gigliatti

21  did, for example, do you think that

22  should have affected the FBI's

23  approach to this investigation?

24  A.      In regards to who they told

25  or ---?

127

1    Q.        Sure.  Who Bodack was

2    contacting, who he may have been

3    trading votes for influence with.

4    A.        I have no idea.

5    Q.        Well, did Mr. Williams or Mr.

6    Wertz (phonetic) check that out?  Do

7    you know if they did?

8    A.        Checked Bodack?

9    Q.        Yes, the pre-October '98

10   aspect of this thing.

11   A.        It's my understanding that

12   when the FBI advised Captain Ober of

13   this case that it was unfounded,

14   there was nothing to it except,

15   quote, a bad trooper.  And that the

16   case was over.

17   Q.        The case was over when the FBI

18   contacted Ober?

19   A.        Yes.

20   Q.        Okay.

21   A.        And that's late September,

22   early October of 1998 or --- no, it's

23   two weeks prior to May 12th that

24   Lieutenant Colonel Hikus told me

25   Captain Ober told him that the FBI

128

1   had called and told him that the

2   investigation was over or unfounded

3   and that the most they could find was

4   that we had a bad trooper or

5   something like that.

6   Q.      Okay.  Let's clarify this in

7   fairness to you.  You misspoke or

8   maybe I misunderstood you.  The FBI

9   had not closed the case in October of

10  '98.  That actually occurred later.

11  It was a live investigation until

12  about two weeks before you were told

13  in May; right?

14  A.      That's correct.

15  Q.      That's what you meant to say?

16  A.      That's what I said.

17  Q.      Yes.  Okay.  Well, I

18  misunderstood you.

19  A.      That's what I said in the

20  second part of that.

21  Q.      Yes.  I think you cleared it

22  up.  You cleared it up.  There was

23  some confusion there.  That's fine.

24  It's okay.  Now, let's go back to

25  this document here.  And go back to

129

1   page one.  These are your notes and

2   it's Evanko Two.  Now, it says, after

3   that first little paragraph there, it

4   says, ASAC.  Is that what it says,

5   ASAC agent?  What does that ---?

6   A.        Assistant special agent in

7   charge.

8   Q.        And what's the name?

9   A.        I can't read it.

10  Q.        One and a half years is all I

11  can make out.  Is that --- do you

12  agree that that's what it says?

13  A.        There is a word before that

14  and then after the one and a half

15  years it appears to say Phoenix

16  Division.

17  Q.        What's that mean?

18  A.        I don't know.

19  Q.        Well, is that something the

20  FBI is saying to you or something

21  you're saying to the FBI?

22  A.        I don't recall anything about

23  that.

24  Q.        It sounds pretty exotic to me,

25  but who knows how important Stanton

130

1    is.  Phoenix Division.  Now, then

2    there's 1200.  What's the

3    significance of the number 1200?

4    A.       I think that was the time that

5    I called.

6    Q.       And then it says out of where,

7    which office.  Who's saying that?

8    That's Mascara asking you where this

9    is coming from.  He didn't know

10   anything about it; right?

11   A.       When I posed the question to

12   him about an investigation into

13   higher-ups of the state police, and

14   he's saying, out of what office, out

15   of where, which office?

16   Q.       Do you remember what you said

17   to him to spark that response, what

18   you may have said, what words you

19   used?

20   A.       I would have asked about any

21   investigation, any corruption

22   investigation, probably in the state

23   police or into the higher ranks of

24   the state police.  That's probably

25   what that means.

131

```
 1   Q.      And then the next line is got
 2   to plead ignorance?
 3   A.      Yes.
 4   Q.      In other words, he didn't know
 5   about what you're --- he didn't know
 6   what you were talking about?
 7   A.      Yes.
 8   Q.      Okay.  The third line, I'm
 9   sorry, I can't read that.  I see the
10   word seems and the word to.
11   A.      Sometime ago seems to
12   remember.
13   Q.      Okay.  Then what?
14   A.      And the next line is was a
15   case against a specific trooper.
16   Q.      Okay.  So he seemed to
17   remember something about a case
18   against a specific trooper.
19   A.      Yes, sir.
20   Q.      So again, if there were
21   indications that Mr. Bodack, let's
22   say, had been involved or had come
23   up, prior to October '98, that would
24   be news to you at this juncture here;
25   right?  And Rick didn't seem to
```

132

1  indicate that during this May 20th

2  conversation; is that correct?

3  A.     That I would not have had any

4  knowledge about the name Bodack, I

5  wouldn't have had that until after I

6  reviewed the administrative inquiry

7  and read that in the transcript of

8  the recording that was made in

9  October.

10  Q.     Okay.  Now, what's that next

11  line?

12  A.     I don't know what the first

13  word is, but it appears to be after

14  that w/David.

15  Q.     Who's David?

16  A.     I don't recall.

17  Q.     Young?

18  A.     I don't know who it is.

19  Q.     They're your notes.  You don't

20  know who David is?

21  A.     No, I don't know what that

22  means.

23  Q.     You see there's a little

24  squiggly line there?

25  A.     Yes, I do.

133

1   Q.      What's underneath that?

2   A.      I probably started to write

3   something and stopped and crossed it

4   off.

5   Q.      All right.  Go down to

6   paragraph two.  There's a number two;

7   right?

8   A.      Yes, sir.

9   Q.      As I read that it says, was I,

10  then there's --- is that the word a?

11  A.      A.

12  Q.      Subject of an investigation or

13  any of lieutenant colonels.  Do you

14  remember that?

15  A.      Yes.

16  Q.      Do you see that?  Now, I

17  might be mistaken, but did Mr. Hikus

18  tell you that there was a possibility

19  of a lieutenant colonel or a colonel?

20  Do you remember?

21  A.      Lieutenant Colonel Hikus on

22  May 3rd told me that the, quote,

23  term, end quote, colonel was used.

24  Q.      Where'd you get lieutenant

25  colonel by the 20th?  Who did you

134

1  talk to and what did you learn by

2  then that caused you specifically to

3  ask Rick, L, right there, L. colonel

4  as opposed to colonel then.  Where'd

5  you get that?

6  A.      I'm thinking from what

7  Lieutenant Colonel Hikus and Captain

8  Ober told me that two high-ranking

9  officials, in high ranking there are

10  two potentially lieutenant colonels.

11  Q.      Because you're a colonel, it

12  wouldn't include you; right?

13  A.      I didn't know that ---.

14  Q.      There's only one colonel.  I'm

15  sorry.  There's only one colonel.

16  A.      And your question is?

17  Q.      That colonel, it wouldn't have

18  included you.  You knew that you

19  hadn't been involved in this thing;

20  right?

21  A.      I knew I wasn't involved, yes.

22  Q.      Okay.

23              ATTORNEY BAILEY:

24          Let me know a minute

25  warning.

135

BY ATTORNEY BAILEY:

1

2  Q.      Okay.  So sir, as you sit here

3  today, your best recollection is that

4  you think that came from Mr. Hikus or

5  conversations with Mr. Hikus?

6  A.      The use of the term colonel?

7  Q.      Yes, I'm just looking at ---.

8  A.      I know it came from Lieutenant

9  Colonel Hikus on the 13th --- May

10 12th.

11 Q.      Okay.  So on May 13th Colonel

12 Hikus had told you that it was the

13 term lieutenant colonel?

14 A.      No ---.

15 Q.      Go ahead.

16 A.      On May 12th when they briefed

17 me there was no discussion at all

18 about a rank.

19 Q.      Okay.

20 A.      It struck me as odd on May

21 13th that he would come to me and say

22 the term, not the rank, but the term

23 colonel was used.

24 Q.      Okay.  Now, he gave a

25 statement, Mr. Hikus did.

136

1    VIDEOGRAPHER:

2         Excuse me, Mr. Bailey,

3    may we suspend for a moment?

4    ATTORNEY BAILEY:

5         Yes.

6    VIDEOGRAPHER:

7         It's now 11:30, March

8    27th, 2002.  We are going to

9    suspend and change tapes on

10   the deposition of Mr. Evanko.

11   SHORT BREAK TAKEN

12   MR. SOLOMON:

13        It's 11:36 a.m., tape

14   two, back on the record.

15   VIDEOGRAPHER:

16        The time is 11:38 a.m.,

17   March 27th, 2002.  We are

18   getting the second tape of Mr.

19   Evanko.

20   BY ATTORNEY BAILEY:

21   Q.    Mr. Evanko, did you hold up

22   the criminal investigation into Mr.

23   Stanton until you investigated the

24   facts and circumstances?  I mean,

25   that's the way you term it and

137

1   actually we look at it differently.

2   There's an honest difference of

3   opinion there.  But the facts and

4   circumstances of the October 5th, '98

5   FBI inquiry.  Do you understand that

6   question?

7   A.      I believe I understand it.  By

8   the time I got the administrative

9   inquiry, the investigation both

10  criminally and administratively into

11  Stanton was ongoing.  But no, I did

12  not order ---.

13  Q.      But you say the --- you're

14  talking about the results of your

15  investigation into Mr. Ober.

16  A.      The results of my

17  administrative inquiry about the

18  incident with Lieutenant Colonel

19  Hikus and Captain Ober and the FBI.

20  Q.      Okay.  So your testimony is

21  you didn't hold anything up and that

22  the criminal investigation into Mr.

23  Stanton and the administrative

24  investigation into Mr. Stanton

25  proceeded on a normal basis and a

138

1  normal schedule?  That's what you're

2  telling us; right?

3  A.      Yes, sir.

4  Q.      At least as known to you?

5  A.      Yes, sir.

6  Q.      Okay.  Can we go back to

7  Evanko Two?  Now, I had been asking

8  you about this term lieutenant

9  colonel.  Do you see that there?

10  A.      Yes, sir.

11  Q.      Now, in response to earlier

12  questions I had indicated to you or I

13  had asked you whether you knew Mr.

14  Bodack had been mentioned prior to

15  that --- what that CI or Bridges, I

16  think you had indicated that it was

17  Bridges, had mentioned in October of

18  '98; right?  To the best of your

19  knowledge the first time Bodack was

20  mentioned was October of '98?

21  A.      To the best of my knowledge

22  the confidential informant of the FBI

23  mentioned the name Bodack in October

24  of '98.

25  Q.      Okay.  If I represented to you

139

1    that I think that Bodack was

2    mentioned as early as the beginning

3    of 1998 in FBI documents would that

4    surprise you?

5    A.    I wouldn't know that.

6    Q.    And you wouldn't have any way

7    of knowing it?

8    A.    No, sir.

9    Q.    Because you didn't ask the FBI

10   the extent of the public corruption

11   they suspected, what connections they

12   suspected; right?

13   A.    No, I just took what

14   Lieutenant Colonel Hikus and Captain

15   Ober told me that the FBI

16   investigation was closed, unfounded

17   and the most they could find was a

18   bad trooper.

19   Q.    Well, Colonel Coury told us

20   that the FBI indicated something to

21   him and he'd want to question them on

22   what's this about, you know, what are

23   the details, and how do you think the

24   state police is involved and who do

25   you think is involved, et cetera.

140

1   Now, in fairness to Mr. Coury, that

2   was what he thought his methodology

3   might be, I believe, when I asked him

4   that question.  And in fairness to

5   him it's the way he felt it should

6   have been approached by Captain Ober.

7   Now, with that characterization,

8   that's my recollection, do you

9   remember when he testified to that

10  during his deposition?

11  A.      No, I do not.

12  Q.      Okay.  Well, then I'll just

13  let you go on that question, because

14  you don't remember that.  Now, on

15  line two it says was I a subject of

16  an investigation or any of lieutenant

17  colonels.  So what you're asking Mr.

18  Mascara is, you know, was I or any of

19  my lieutenant colonels the subject of

20  an investigation.

21  A.      Yes.

22  Q.      Okay.  And he said no?

23  A.      Yes.

24  Q.      Did you ask him if you should

25  have been subject to an

141

1   investigation?

2   A.        No, I did not.

3   Q.        Did you ever ask him if the

4   FBI ever had any reasons to believe

5   that you or some of your lieutenant

6   colonels could have been involved?

7   A.        In getting back to the

8   question before that where I said ---

9   two questions before that where I

10  said ----.

11  Q.        You go back, sir, it's fine.

12  You go right ahead.

13  A.        Whatever it was.  He would

14  have gotten back when it was, was I

15  the subject of an investigation or

16  lieutenant colonel.  I'm sure your

17  name was never mentioned.  If I were

18  I would have been told is what he

19  told me.

20  Q.        Okay.

21  A.        If you were I would have been

22  told.

23  Q.        Forgive me.  I'm not laughing

24  at you.

25  A.        I'm sure your name was never

142

1    mentioned.

2    Q.        I'm not laughing at you.  I'm

3    not, that laughter --- let me tell

4    you why I laughed because I apologize

5    to you.  It was not at you and I ---

6    that may have come across to you as

7    rude and I don't --- I think you know

8    me enough by now to know that that's

9    one thing I try not to do, I try hard

10   not to be rude.

11             The reason I laughed is

12   because of all of the testimony I've

13   heard from so many people about how

14   you do an investigation and here's my

15   question.  You're absolutely certain

16   that Rick Mascara said to you that if

17   your name had been mentioned he would

18   have told you?

19   A.        Yes, I am.

20   Q.        Isn't that improper?

21   A.        Say it again.

22   Q.        Sir, if we're going to do

23   public corruption investigations in

24   the United States and we put

25   friendship as law enforcement

143

1    officers above the integrity of an

2    investigation, I may not be

3    understanding it properly, that's why

4    I'm asking you this, how are we ever

5    going to get rid of public corruption

6    if we ever can?

                    ATTORNEY CHRISTIE:

7                Counsel, I object.

8    Maybe you're not understanding

9    properly because if you're

10   basing --- are you basing that

11   question on the excerpt that

12   the Commissioner just read

13   from there saying that if you

14   were, you, the Commissioner,

15   was the subject of an

16   investigation, I would have

17   been told.  Who's the I that

18   Mascara's talking about?

19                    ATTORNEY BAILEY:

20               Counsel, you have ---.

21                    ATTORNEY CHRISTIE:

22               Well, that's where I

23   think you may be misleading.

24                    ATTORNEY BAILEY:

25

144

1        You have the

2  Commissioner.  He can answer.

3  You're trying to testify and

4  obviously - - -.

5       ATTORNEY CHRISTIE:

6       No, you're trying to

7  testify, Counsel.

8       ATTORNEY BAILEY:

9       Yes, you are.  You

10  know, please stop what you're

11  doing.  If you have an

12  objection, state it for the

13  record.

14       ATTORNEY CHRISTIE:

15       I just did.

16       ATTORNEY BAILEY:

17       And let me go back.

18  BY ATTORNEY BAILEY:

19  Q.     Are you telling me - - -.

20       ATTORNEY BAILEY:

21       Move to strike.

22  BY ATTORNEY BAILEY:

23  Q.     Are you telling me, sir, that

24  Mr. Mascara is saying in response to

25  your inquiry here that if your name

145

1   had been mentioned he would have told

2   you?

3   A.      That's what he told me.  And

4   it was prefaced with my comments to

5   him when we first started to talk

6   that if this was --- if my questions

7   were going to interfere with any

8   investigation, don't talk to me,

9   don't say anything or something along

10  those lines.

11  Q.      Yes.  But he said if your name

12  --- but his response to that, and I

13  think that's admirable of you to say

14  that to him, I have no problem with

15  that.  But his response to that is,

16  and this is what I'm asking you

17  about.  I'm asking you whether this

18  is proper ethics for a law

19  enforcement official to say, no, if

20  your name had been mentioned I would

21  have told you. That's not proper; is

22  it?  I mean, if he received

23  information that you had done

24  something wrong he should put his law

25  enforcement responsibilities ahead of

146

1  his loyalty to you; shouldn't he?

2  A.      You lost me, but I agree in

3  concept that the issue of loyalty

4  should not be involved in an

5  investigative decision.

6  Q.      Well, then why is he telling

7  you if your name had been mentioned

8  that he would tell you?  I take that

9  to mean that he would have put

10 loyalty to you.  That's what I may

11 not be --- that's why I'm asking

12 about this conversation.

13 A.      I don't know what was in his

14 --- I don't know what he meant by

15 that.  I don't know what was in his

16 mind.  I can just tell those were the

17 words that he used.

18 Q.      Why did you write them down?

19 Why was that important to you?

20 A.      If you were, I would have been

21 told.  I'm sure your name was never

22 mentioned.

23 BRIEF INTERRUPTION

24 BY ATTORNEY BAILEY:

25 Q.      I'm sure your name was never

147

1  mentioned.  Well, did he say that

2  about lieutenant colonels or he said

3  that about your name.  Remember I

4  asked you there's only one colonel;

5  right?

6  A.      That's correct.

7  Q.      And that's the commissioner,

8  that's the way the Pennsylvania State

9  Police are structured.  And at this

10  time the commissioner is you.  You're

11  the colonel.  So when he says your

12  name was never mentioned, you took

13  that to mean by either rank or name;

14  is that fair to say?

15  A.      I think that's fair to say.

16  Q.      Sure, sir.  But he doesn't say

17  lieutenant colonels.  Did you then

18  follow on and say lieutenant colonels

19  or did you take it that he meant

20  lieutenant colonels also?

21  A.      I think he meant lieutenant

22  colonels because I prefaced that, was

23  I a subject of an investigation or

24  any of lieutenant colonels.

25  Q.      But he says if you were

148

1  mentioned I would have been told.
2  You were never mentioned, sure that
3  you were never mentioned.  You think
4  that he's including lieutenant
5  colonels; right?
6  A.    Yes, I do.
7  Q.    But then that isn't correct;
8  is it?  That isn't correct because
9  there was a tape on October 13th,
10 1998 that, in fact, used, at least
11 used the term; am I correct?
12 A.    Yes, there is.  But I don't
13 know what credence the FBI agent or
14 the FBI office gave to that term that
15 was used by the applicant of the job.
16 Q.    But you know that Captain Ober
17 was concerned about who to tell
18 because he was concerned enough about
19 it that he brought it up and the FBI
20 was concerned enough about it for
21 some reason because Rick checked it
22 out and told you that Ober had
23 expressed concern; didn't he?  And
24 that's on page two; right?
25 A.    Yes, he told me that ---

149

1  Q.      Yes.

2  A.      --- Ober was concerned about

3  going anywhere with the information.

4  Q.      Absolutely.  Now, does that

5  mean that you asked Rick what Ober

6  said?  I mean, you said this wasn't

7  into Ober in facts and circumstances

8  and that's fine.  But did you ask

9  Rick if Ober ever mentioned what he

10 was going to do with the information

11 or anything like that?

12 A.      No, I didn't.

13 Q.      Then why did you know --- do

14 you know why Rick would then think it

15 important enough to bring it up and

16 you think it important enough to mark

17 it down on these sheets?

18 A.      I don't know why he brought it

19 up.  But it was what we discussed and

20 I marked it down.

21 Q.      All right, sir.  Thank you.

22 Now, going back, we're still on page

23 one; okay?  Now, I'm the subject of

24 an investigation.  I was never

25 mentioned.  Then it goes, I can't

150

1    read that.  No, is that what that is

2    on the third line there?

3    A.      I think that's a no.

4    Q.      No, dash I, read it, I cannot

5    read it, sir.  I'm sorry.

6    A.      I remotely remember something

7    about an investigation of local

8    municipalities and testing.

9    Q.      Okay.  Do you know whether

10   that was after Rick called you back?

11   A.      No, that was the twelve

12   o'clock phone call, phone

13   conversation.

14   Q.      So Rick really is, without

15   knowing anything about the

16   investigation, carte blanche, saying

17   to you, without knowing what's in the

18   investigation, which he says he's

19   pleading ignorance about, saying to

20   you, if you had been mentioned, I'd

21   have told you?  That's just blind

22   loyalty; isn't it, Colonel Evanko?

23   A.      I don't know what --- I don't

24   know what was in his mind when he

25   made that statement.

151

1    Q.    You said he was your friend.

2    A.    Yes, he was.

3    Q.    How long have you guys been

4    friends?

5    A.    Probably since he went to

6    Pittsburgh and I'm not sure how long

7    that would have been.

8    Q.    Did you ever say you were

9    going to have the agent transferred?

10   Did you ever say you were going to

11   have Mr. Cush transferred, sir?

12   A.    No.

13   Q.    Did you ever say that to

14   anybody?

15   A.    No.

16   Q.    Colonel Hikus is lying about

17   that; right?

18   A.    I never said that to Colonel

19   Hikus or to anybody else.

20   Q.    Do you believe that Colonel

21   Hikus lied about that or are you

22   saying that he, and if he didn't lie

23   about it, he made an error?  Is that

24   what you're saying?

25   A.    One of the two.

152

1   Q.      One of the two.  You feel very

2   strongly about that; don't you?

3   A.      Yes, I do.

4   Q.      Did you ever say you were

5   going to call Mr. Freeh?

6   A.      Yes, I did.

7   Q.      But you didn't?

8   A.      No, I did not.

9   Q.      And you're testifying here

10  today you never placed a call to Mr.

11  Freeh?

12  A.      That is correct.

13  Q.      All right.  Now, sir, after

14  that, do you see you have no and you

15  have that sentence following it

16  there?  But the next sentence says,

17  what are you saying there?

18  A.      Not familiar with this, get

19  back to you.

20  Q.      Okay.  When you talked to Rick

21  do you remember if you were angry?

22  Were you upset?  Did you tell him

23  that you were upset or anything like

24  that? Anything like that?

25  A.      I don't think I was angry.  I

153

1  think I was just calling him to talk

2  to him about this.

3  Q.    Remember I had asked you about

4  the length of time in between, some

5  questions.  I want just a couple

6  little follow-up questions on the

7  length of time.  What occurs between

8  March 12 and --- or I'm sorry, sir.

9  I'm sorry.  May 12 and May 20, I'm

10  sorry.  May 12 and May 20.  On the

11  13th, that was the day that you had

12  --- there was another meeting with

13  Colonel Hikus and you had Colonel

14  Coury come in; right?  Just a second.

15        Colonel, let me go back and

16  unjumble that.  It was very awkward

17  and I apologize for that.  We know

18  that on May 12th, 1999 you had the

19  meeting with Colonel Hikus.  They

20  requested it, Colonel Hikus and

21  Captain Ober. And they initially

22  informed you about the FBI probe;

23  correct?

24  A.    That is correct.

25  Q.    All right.  And there was

154

1  another meeting which occurred on May

2  13th; am I correct?  With Colonel

3  Hikus?

4  A.     It was a 10 to 15-second

5  conversation.

6  Q.     Well, let me tell you why I'm

7  asking, because I think there was

8  later a statement asked of Colonel

9  Coury to give a statement about what

10 was discussed with Colonel Hikus and

11 certainly it took a lot more than 10

12 or 15 seconds, and I'm trying to sort

13 this out.  Let me go back again.

14 Let's try to reconstruct it again.

15 I'm not trying to trip you up.  I

16 want to try to get the facts

17 sequenced.

18       It's May 12, 1999.  Colonel

19 Hikus and Captain Ober have a meeting

20 with you and they request an

21 opportunity to speak with you, and at

22 that time they tell you about this

23 FBI probe.  You admitted Colonel

24 Hikus says you were agitated, you

25 have admitted that you were angry and

155

1  upset.  And you've given us some of

2  the reasons.  My understanding is

3  that at the May 12, 1999 meeting you

4  and Lieutenant Colonel Hikus and

5  Captain Ober were the only three

6  there.  Am I correct?

7  A.      For the first meeting, yes,

8  sir.

9  Q.      All right.  There was another

10  meeting on the 12th then?

11  A.      Yes, sir.

12  Q.      All right.  Now, I'm getting

13  straightened out.  The second meeting

14  on the 12th though, Captain Ober was

15  not there?

16  A.      That is correct.

17  Q.      Okay.  And in the second

18  meeting on the 12th, it was you,

19  Lieutenant Colonel Hikus, and

20  Lieutenant Colonel Coury?

21  A.      That is correct.

22  Q.      Now, Lieutenant Colonel

23  Wescott was not at that meeting;

24  right?

25  A.      No, he wasn't.

156

1    Q.       Now, were there any other

2    meetings that day about this matter

3    that you had where Lieutenant Colonel

4    Hikus was present?

5    A.       There wasn't any other

6    meetings that day, no.

7    Q.       At all about this subject; is

8    that correct?

9    A.       That's correct.

10   Q.       All right.  The next day, May

11   the 13th, 1999, you had another

12   meeting about this subject?

13   A.       Yes, sir.

14   Q.       Now, at that meeting,

15   Lieutenant Colonel Hikus was there;

16   correct?

17   A.       Yes, sir.

18   Q.       Lieutenant Colonel Coury was

19   there?

20   A.       Yes, sir.

21   Q.       And Lieutenant Colonel Wescott

22   was there?

23   A.       Yes, sir.

24   Q.       Who else in addition to those

25   people were there?

157

A.        It was just the four of us.

Q.        All right.  Where did that meeting take place?

A.        I believe that was at the academy.

Q.        All right.  Sir, did you take any notes or make any recordings of that meeting?

A.        No, I did not.

Q.        All right.  Now, do you know whether any of the other gentlemen there made any recordings or notes?

A.        I don't believe so.

Q.        And certainly that wasn't a 15-second meeting?

A.        I'm not sure.  There was another meeting with Lieutenant Colonel Hikus and myself where he would then tell me, and I think we were still at headquarters, colonel, the term colonel, was used.

Q.        And in --- I'm sorry, sir.

A.        In this.

Q.        Okay.  Now, you were concerned about that because that impacted you

158

1  personally?

2  A.      That impacted --- directly

3  impacted me.

4  Q.      And that's certainly

5  understandable.  Now, my

6  understanding is, if I recollect

7  correctly, that when Mr. Hikus gave

8  his statement to Mr. Williams during

9  the investigation that you ordered,

10  and we're going to go to that very,

11  very shortly, that Mr. Hikus

12  indicated to Mr. Williams and Mr.

13  Wertz that indeed Mr. Ober had used

14  the word colonel.  Do you remember

15  that?

16  A.      No, I do not.

17  Q.      Okay.  So you don't know

18  whether he --- how Mr. Hikus, and I

19  may be wrong in my characterization

20  by the way, but I'll double-check it.

21  A.      In their briefing to me, no,

22  they did not.

23  Q.      Okay.

24  A.      But I took it that Lieutenant

25  Colonel Hikus got that information

159

1    from Captain Ober.

2    Q.        That's fine.  And I want to

3    also ask you, you are aware that when

4    Mr. Williams and Mr. Wertz

5    interviewed Mr. Hikus, Lieutenant

6    Colonel Hikus, that they taped that

7    interview?

8    A.        Yes, sir.

9    Q.        Now, you have those tapes;

10   right?

11   A.        I do not, but ---.

12   Q.        Your attorneys have them?

13   A.        Yes.

14   Q.        You know that we've requested

15   those tapes and an opportunity to

16   listen to them?

17   A.        I don't know.

18   Q.        And do you know, do you have

19   the tapes of the FBI, that the FBI

20   turned over, at least what they did

21   turn over to your people?  Do you

22   know whether or not your staff has

23   that?

24   A.        I don't know whether we have

25   those tapes or not.

160

1    Q.      Okay.  Have you ever heard any

2    of the tapes in this matter, Colonel?

3    A.      No, sir.

4    Q.      Have you ever read any of the

5    statements in this matter?

6    A.      Yes, I have.

7    Q.      You've read Lieutenant Colonel

8    Coury's statements; is that right?

9    A.      Yes, sir.

10   Q.      Well, before we get to those I

11   want to finish up some questions on

12   this exhibit and then what I'm going

13   to do is I'm going to ask you about

14   that investigation; okay?  The

15   investigation that you ordered by

16   Captain Williams and Lieutenant ---

17   I'm sorry, Major Williams and Major

18   Wertz.  I'll try to get these ranks

19   straightened out.  I'm sorry.  I'm

20   doing my best with them.  Okay.

21   Getting back to you.  That's the end

22   of the first page.  Do you agree with

23   me?

24   A.      Yes, sir.

25   Q.      Okay.  Let's go to the next

161

1   page.   What does 1237 mean?

2   A.      12:37.   It's the time.

3   Q.      Okay.   That's a time thing.

4   Okay.   Now, up above there it says

5   John somebody or other ASAC.   What's

6   that?

7   A.      Maybe it was the ASAC of the

8   Pittsburgh office.

9   Q.      Okay.   Now, it says probably

10  wasn't, what's that say?

11  A.      Briefed.

12  Q.      So that's Rick telling you

13  that he probably wasn't briefed?

14  A.      Yes.

15  Q.      Sir, do you know whether Cush

16  and/or Suhy didn't trust the

17  friendship between you and Rick?

18  A.      I have no idea.   I don't even

19  know if they really knew each other.

20  Q.      And then this sentence here is

21  didn't get here until June.   What's

22  that mean?

23  A.      I think it means that Mascara

24  wasn't assigned to the Pittsburgh

25  office until June.

162

1   Q.       Well, did he ever indicate
2   that when he came into the office
3   that he reviewed active files?  My
4   understanding is that's usually done
5   and I just want to know if he ever
6   mentioned that?
7   A.       No, he never mentioned that.
8   Q.       What if Len Bodack had been
9   mentioned say on February 20th, 1998
10  in the FBI investigation?  Do you
11  think Mr. --- the State Senator,
12  talking about favors in the
13  Governor's Office, do you know
14  whether Mr. Mascara would know
15  anything about that?
16  A.       I don't know.
17  Q.       Second line under probably
18  wasn't briefed.  First, something or
19  other, January '97.  What's that say?
20  A.       First surfaced, I guess that's
21  January or June, I don't know.  I
22  think it's January '97.
23  Q.       Well, your word June up in the
24  first line, I looked at that, because
25  I was interested in that date, the

163

1    word June up in the first line,

2    J-U-N-E is written out and then

3    J-A-N, it looks to me like January

4    '97.

5    A.    It is probably January.

6    Q.    Okay.  It says, now, you bear

7    with me, if I can read this

8    correctly, IAD notified.  And then it

9    says, if I'm reading it correctly,

10   Captain Ober and a dash.

11   A.    Yes.

12   Q.    Now, you knew that Captain

13   Ober hadn't been notified in 1998

14   until October '98; right?

15   A.    That's my understanding, yes.

16   Q.    And it says first notified or

17   something January --- it was first

18   surfaced January '97, IAD notified.

19   A.    Yes.

20   Q.    Well, did you ask Rick, who'd

21   you tell in IAD in '97?

22   A.    No, I didn't.

23   Q.    Sir, can I ask why?  I mean,

24   let me give you an offer why I'm

25   asking you this to give you fairness

164

1   to respond as completely as you can.

2   I understand you're upset about the

3   events of being notified in this,

4   personally and as a professional and

5   as a responsible public official.  I

6   understand that.  Here is an FBI

7   agent who's a friend and also the

8   special agent in charge and he says

9   that it first surfaces in January

10  '97, IAD is notified.  Now, doggone

11  it, Colonel, you didn't know it then.

12  Nobody told you then.  And yet Ober

13  gets told in '98, you're

14  investigating the circumstances under

15  which he was told and you've already

16  told us your primary concern was

17  Hikus and what he had done.  We

18  already know that.  But you're

19  looking at the facts and

20  circumstances.

21       Now, bear in mind, sir, that

22  the facts and circumstances are

23  these.  No matter what Ober did or

24  what Ober knew, we know that Hikus

25  didn't know until the 1st of October

165

1    of 1998.  And we know that you're

2    upset because you weren't told and

3    the chain of command may have been

4    circumvented in your view.  Why

5    didn't you ask Rick?  Here's my

6    question.  That's where I'm going.

7    That's what I'd like to know about.

8    Why wouldn't you ask Rick about the

9    events of how the FBI notified IAD in

10   '97 and why you didn't know?  Can you

11   explain why you wouldn't ask him

12   that?

13   A.      No, I was just listening to

14   his response to my initial questions.

15   Q.      Okay.  Now, here it says,

16   after IAD notified, you didn't ask

17   him any questions.  It says, Captain

18   Ober, then it says, dash, I think it

19   says, I was something aside it looks

20   like to me.  What is that?  What does

21   that say?

22   A.      It was set aside.

23   Q.      Okay.  Until October '98.  Do

24   you know why it was set aside?

25   A.      No, I don't.

166

1   Q.      Would you find it odd that it

2   was set aside if indeed Senator

3   Bodack was mentioned as early, if he

4   was, at least as early, if not

5   before, February '98?

6   A.      I wouldn't have any idea why

7   the FBI set it aside.

8   Q.      Did you ever ask them why they

9   set it aside?

10  A.      No.

11  Q.      Did you ever ask them why they

12  took a run at it, these are the words

13  here, your words.  Did you ever ask

14  them why they took a run at it?

15  A.      It was set aside until October

16  '98, took a run at it, political

17  corruption case.  I think from

18  reading the statement of Cush, he had

19  a new supervisor that was helping

20  with his case load.

21  Q.      Suhy, is that Mr. Suhy?

22  A.      I believe it was probably Suhy

23  who told him to get on top of those

24  cases.

25  Q.      Okay.  Then it says, political

167

1  corruption case, then something,
2  looks like to influence SP, but I
3  can't read it.
4  A.       Position I think.   To
5  influence SP positions, dash, a
6  Trooper Stanton.
7  Q.       Well, what did he mean by
8  position?
9  A.       I don't know.
10 Q.       Well, Stanton is a trooper;
11 right?
12 A.       Yes.
13 Q.       In fact, he had been a trooper
14 under Mr. Conley; right?
15 A.       Yes, he was assigned to the
16 same troop.
17 Q.       Yes, he was.   He was under Mr.
18 Conley before Mr. Conley came up and
19 took over BPR; right?
20 A.       He was one of the troopers
21 that were assigned to that troop.
22 Q.       Sir, he could have been one of
23 thousands, millions.  He was under
24 the command of Major Conley before
25 Major Conley came up and assumed the

168

1    command position at BPR.    Am I

2    correct?

3    A.        Yes, you are.

4    Q.        Now, do you know why this word

5    position to influence state police

6    positions, why you put that verbiage

7    down?

8    A.        It would be what the SAC told

9    me and I can speculate as to why he

10   said that.

11   Q.        No, I won't ask you to

12   speculate.  If you want to tell me

13   why --- I'm going to ask you a whole

14   lot of questions about that.  I view

15   that as a very important sentence.

16   I'm going to ask you a lot of

17   questions about it, I admit.  I'll

18   tell you where maybe we can save some

19   time.  It just seems to me it would

20   be common sense that a trooper out

21   there, is it Troop A?  Troop B?

22   Whatever it was.  I know where he was

23   stationed also, but anyway, out there

24   in southwestern Pennsylvania.  But at

25   first glance a trooper out there is

169

1  not going to be able to influence

2  what happens at the academy without

3  some kind of help or conspiracy,

4  somebody to back him up.  That's only

5  common sense.  Would you agree with

6  that?

7  A.      It would have to be not only

8  the academy, but it would have to be

9  systemic in the organization.

10  Q.      And systemic would mean take

11  one or more people and like go up

12  through the organization?

13  A.      It would have to involve

14  psychologists, the academy personnel,

15  background investigators, and

16  probably other people.

17  BRIEF INTERRUPTION

18  BY ATTORNEY BAILEY:

19  Q.      But haven't you played a role

20  in helping relatives or sons of state

21  troopers become state troopers?  I

22  mean, have you played any role in any

23  of that ever?

24  A.      What do you mean?

25  Q.      Either trying to influence or

170

1  recommend or anything like that?  I

2  mean, I would understand you have a

3  large organization, you get a lot of

4  requests.  I'm not indicating it's

5  bad or wrong, but I mean, have you

6  ever recommended at least or done

7  anything at least in trying to help,

8  let's say, the son of a state trooper

9  become a state trooper?

10  A.      I don't remember any.

11  Q.      You don't remember.  Okay.  So

12  when you say that, and I'm asking

13  this question about position to

14  influence SP positions or state

15  police positions, you would agree

16  with me that Stanton, it's not the

17  kind of thing that Stanton out there

18  as a trooper in western Pennsylvania

19  can do on his own, it would involve

20  the confluence of a lot of people and

21  events to make it happen.  That's

22  what you're saying; right?

23  A.      I'm saying that and I'm saying

24  that Trooper Stanton was saying that

25  he could influence positions of

171

getting an applicant into the
academy.  That's what I think that
means, Trooper Stanton said he was in
a position to influence state police
positions.  That's what I think that
means.

Q.      Okay.  Now, and thank God as
it turned out that was nonsense;
right?

A.      Right.

Q.      It wasn't true; correct?

A.      It was not true.

Q.      But how do you know that at
the time when this thing starts if
somebody says something like that,
whether or not they have some
connection if you don't know?  I
mean, if you don't know, the FBI
doesn't know, and they believe this
guy is making representations like
this, don't you have at least a duty,
sir, to check it out?

A.      I think that's exactly what
was done by the FBI.

Q.      But why would they come if

172

1    they thought it went up the ladder?
2    You just now told us that it would
3    have had to have been systemic, which
4    means it had to go up through the
5    system.  And you've just got done
6    testifying a few minutes ago that
7    Rick said that if your name had been
8    mentioned they would come to you.
9    Now, you know, you are a human being,
10   you aren't God, so you can make
11   mistakes and you may be subject to
12   making errors of judgment and perhaps
13   even some sort of a defect in
14   character for a moment.  We can all
15   bend.  You know, we're --- we live in
16   a Judeo-Christian society.  People
17   make mistakes, they sin, they make
18   errors.
19           If you're going to investigate
20   something like this and you have
21   information, I want to go back to
22   this thing of probable cause.  My
23   question is if you're an
24   investigator, you get some
25   information out there, the FBI gets

173

1   some information, don't they have a

2   duty to check it out?  And you've

3   just told us it would have to be

4   systemic, so if this guy makes this

5   claim, you've got to check it out;

6   right?  You don't just dismiss it out

7   of hand and come and tell Colonel

8   Evanko; do you?

9   A.     No, I don't think you dismiss

10  it out of hand.  I think you

11  investigate it.

12  Q.     Well, then Captain Ober did do

13  the right thing?

14  A.     In going directly to

15  Lieutenant Colonel Hikus and not

16  telling his bureau director?

17  Q.     Yes.

18  A.     No, I don't believe so.

19  Q.     So he should have told his

20  bureau director, who in this systemic

21  situation, it would have to be, just

22  happened to be Major Conley; right?

23  Isn't that what you told us, it was

24  systemic, and you just told us what

25  the responsibilities are about people

174

1    informing targets and all that. With

2    all that stuff considered, the FBI is

3    doing an investigation, I got my

4    client sitting there trying to do his

5    job the best way he can, expresses a

6    concern to the FBI about what do I do

7    with this information. Apparently

8    something was discussed. We know

9    that. You've already told us it was,

10   and you made a note on it. What do

11   you want this man to do, sir? What

12   do you want Captain Ober to do in

13   light of your charge here today that

14   he violated FR 1-1.17? Can you

15   explain it to me?

16   A.      Well, first of all I was

17   responding to your question as to

18   whether he had violated any rules and

19   regulations.

20   Q.      All right, sir.

21   A.      And I think that was a

22   violation.

23   Q.      Okay.

24   A.      And I think he should have

25   gone to the Director of the Bureau of

175

1   Professional Responsibility, Major

2   Conley.

3   Q.      Okay.  And that's it.  That's

4   what you think he should have done;

5   right?

6   A.      Yes, I do.

7   Q.      Now, he didn't do that; did

8   he?

9   A.      No, he did not.

10  Q.      And hopefully, if this matter

11  goes to trial, the jury is going to

12  be able to sit there and decide

13  whether or not Captain Ober, all

14  things considered, exercised good

15  judgment and whether or not you're

16  correct in your analysis that he

17  violated FR 1.17, whatever it is.

18  Well, if he violated that thing why

19  wasn't he punished for it?

20  A.      I don't think you have to take

21  every violation of the rule or

22  regulation and put it into the

23  internal affairs process and

24  discipline somebody.  I think the

25  very fact ---.

176

1   Q.      Fair enough.  The very fact

2   what?

3   A.      That's all.

4   Q.      The very fact what?  Answer my

5   question.  The very fact what?

6   A.      I think the fact that

7   Lieutenant Colonel Hikus gave Captain

8   Ober the orders that he did I think

9   mitigated Captain Ober's involvement

10  in this.

11  Q.      So Captain Ober's lone and

12  singular error was not telling Kip

13  Stanton's commander at the time these

14  things occurred in this, of

15  necessity, systemic situation that

16  the FBI had made an inquiry about

17  selling positions in the state

18  police; agreed?

19  A.      You're going to have to tell

20  me what the question is.

21  Q.      I'm asking if you agree that

22  Captain Ober's error, if any, was

23  that he did not tell Kip Stanton's

24  commander, during the matters

25  complained of here in this systemic

177

1  situation, that the FBI was
2  investigating the selling of
3  positions?  You agree?  You have to
4  agree with me.  You've testified to
5  that; haven't you?
6  A.       First of all, it was not a
7  systemic allegation.  I think we had
8  that on the record with Agent Cush
9  saying that he never mentioned
10 higher-up individuals in the state
11 police or the Governor's Office.  And
12 yes, I do think that Captain Ober
13 should have gone to his bureau
14 director and told him about this
15 phone call from the FBI.
16 Q.       Well, if you believe that
17 Captain Ober never heard this stuff
18 about higher-ups, never heard this
19 stuff about lieutenant colonels or
20 colonels or anybody like that, okay,
21 then Captain Ober is a liar and he
22 should have been punished.  Isn't
23 that correct?  He should have been
24 disciplined for lying.  I mean, this
25 is an incredible lie, if he lied.

178

A.      I don't know that the captain lied.  I don't know what was in his mind.  I can just tell you that my focus was on Lieutenant Colonel Hikus.  And to tell you the truth after I came to the conclusions after reading the administrative inquiry and after I advised Lieutenant Colonel Hikus of what my conclusions were, very frankly, I didn't give Captain Ober much of a second thought.

Q.      Okay.  All right.  I', going to give you a lot of questions, sir, that I think will demonstrate to the contrary.  I'm going to give you an opportunity to answer those.  Let me, before I get to that, let's finish up the investigation.  You at some point asked somebody to appoint investigators or did you appoint investigators yourself?

A.      The investigators aren't appointed, they're assigned.  And on the May 13th meeting with Lieutenant

179

1  Colonel Hikus, Lieutenant Colonel

2  Wescott, Lieutenant Colonel Coury and

3  myself, we discussed this incident

4  again.  And then Colonel Wescott ---

5  well, first of all, Colonel Coury

6  said to me --- the thing I said to

7  him, you mean after Lieutenant

8  Colonel Hikus left on the 13th?

9  Q.      Yes.

10  A.      I said, Tom, assign a couple

11  of BPR investigators and we're

12  talking.  And when the four of us

13  were together, we talked about, I'm

14  going to get somebody to look at

15  these facts.  Colonel Hikus left and

16  then I told Colonel Coury, in fact, I

17  don't even know when Colonel Hikus

18  left.  But I told Colonel Coury get a

19  couple of BPR investigators and we'll

20  find out what the facts are here.

21  Colonel Coury said to me, hey, this

22  isn't a BPR investigation, it's not

23  appropriate to be in the BPR system.

24  And then I think it was at that

25  point that Colonel Wescott and I and

180

1   Colonel Coury decided to have Major

2   Wertz and Major Williams do these

3   interviews.

4   Q.      Why was it not appropriate to

5   be in the BPR system if Mr. Ober had

6   violated field regulation 1.1 ---

7   1-1.17?

8   A.      I was looking at this from a

9   point of view of something that ---.

10  I wasn't making an allegation of

11  misconduct.

12  Q.      Why was he read his rights?

13  Did you tell them to read him his

14  rights?

15  A.      I don't know that he was read

16  his rights.

17  Q.      Merryman was read his rights.

18  What was he read his rights for?

19  A.      I don't know that Merryman was

20  read his rights.

21  Q.      So you didn't talk to these

22  guys about methodology; right?

23  A.      If I talked to them and the

24  only reason I recollect having a

25  conversation with Wertz and Williams

Sargent's Court Reporting Service, Inc.
(814) 536-8908

181

1    is just from Lieutenant Wescott's
2    deposition where he said that I met
3    with them.  But no, I would not have
4    given them direction on using
5    administrative rules.
6    Q.      So you don't remember what
7    happened in the meeting you had with
8    Williams and Wertz?
9    A.      No, I don't.
10   Q.      Well, you remember Colonel
11   Wescott jumped in an airplane and
12   flew up to Williams and told him, I
13   got a job for you; right?  You know
14   that?
15   A.      I remember Colonel Wescott
16   stating that in his deposition.
17   Q.      Well, do you remember who
18   initially recommended Williams and
19   Wertz?
20   A.      It was probably Lieutenant
21   Colonel Wescott.
22   Q.      You didn't tell him to go jump
23   in the airplane and go up and talk to
24   him first, don't do it by landline or
25   anything?

182

1    A.      No.

2    Q.      Did you ever have Wescott

3    investigated for wasting Pennsylvania

4    State Police resources in an

5    airplane, flying an airplane up there

6    when he could pick up a telephone and

7    say, come down here?

8    A.      I don't know if, number one,

9    Lieutenant Colonel Wescott did it,

10   and number two, I don't know whether

11   Lieutenant Colonel Wescott went up

12   there for additional business.    I

13   don't know.    No, I did not have him

14   investigated.

15   Q.      Well, I represent --- I, you

16   know, never mind.    I remember his

17   testimony very well.    Were you

18   present during his deposition?

19   A.      Yes, I was.

20   Q.      So you believe it was probably

21   Lieutenant Colonel Wertz (sic) who

22   recommended Williams and Wertz for

23   majors, two majors for this

24   investigation?

25   A.      I think it was probably

183

1  Lieutenant Colonel Wescott who made a
2  recommendation to assign those two
3  majors.
4  Q.     Lieutenant Colonel Coury
5  testified, I know you were here,
6  because I remember your being here,
7  that he had advised you, and I think
8  you've just testified to this, that
9  this wasn't a BPR type of
10  investigation.  But what type was it
11  then?
12  A.     It was an administrative
13  inquiry.
14  Q.     An administrative inquiry.
15  What is that?
16  A.     It's looking into the facts
17  and circumstances of an event.
18  Q.     And you had no predilection at
19  that point to punish or arm anyone
20  over the events of the FBI probe; is
21  that correct?
22  A.     That is correct.
23  Q.     I believe that at some point
24  there was a meeting, a debriefing, if
25  you will, by Mr. Williams and Mr.

184

1   Wertz of the results of their
2   investigation?
3   A.      There was a point in time when
4   they came and gave me the
5   administrative inquiry.
6   Q.      Well, did you read it?  Did
7   you go over it?
8   A.      Yes, I did.
9   Q.      Do you think they did a good
10  job, Williams and Wertz?
11  A.      They answered the questions I
12  needed answered.
13  Q.      And what were the questions
14  that you needed answered?
15  A.      I needed to make an evaluation
16  of the judgment used by Lieutenant
17  Colonel Hikus in informing me as well
18  as Captain Ober too of not going to
19  his major.
20  Q.      Well, one of the things in the
21  investigation as I remember it was
22  this thing about Mr. Ober renting a
23  hotel room and buying some beverages
24  for the FBI out there in Indiana.  Do
25  you remember that?

185

1   A.     Do I remember that as part of

2   the administrative inquiry?

3   Q.     Sure.

4   A.     No.

5   Q.     Do you remember anything about

6   that?

7   A.     I know that he filed a

8   grievance claim and was denied part

9   of that reimbursement.

10   Q.     Well, we'll get to that.  It's

11   okay for two cert teams to be

12   activated to escort assets for PNC

13   Bank across the state of

14   Pennsylvania.  Do you know whether

15   they charged $7.32 for each

16   Pennsylvania State Police vehicle

17   used?

18   A.     I don't know.

19   Q.     Do you know how many

20   Pennsylvania State Police vehicles

21   were used?

22   A.     No, I don't.

23   Q.     Do you know, I'd asked you

24   about the helicopter.  You didn't

25   know whether the helicopter was used.

186

1    And you don't know whether PNC paid

2    for that?

3    A.     I don't know.

4    Q.     Do you know about a

5    Pennsylvania State Police Regulation

6    that says that the Pennsylvania State

7    Police are not supposed to be used to

8    guard money or bank assets for folks?

9    A.     I think there's a provision in

10   there absent exigent circumstances,

11   something like that.

12   Q.     Well, what were the exigent

13   circumstances?

14   A.     Five billion dollars.

15   Q.     Oh, were they dollars,

16   Colonel?

17   A.     Currency, negotiable

18   instruments, whatever.

19   Q.     Well, negotiable instruments.

20   Do you know whether those negotiable

21   instruments, the way that they were

22   put together --- I know a little bit

23   about negotiable instruments.  Do you

24   know whether the way they could have

25   been put together that they could

187

1   have been assaulted or whatever?

2   A.      That they could have been

3   cashed?

4   Q.      Sure, taken and used, yes.

5   A.      It was my understanding that

6   they could, yes.

7   Q.      Well, how much did you

8   investigate that?

9   A.      I didn't investigate it at

10  all.

11  Q.      You just did it?

12  A.      Yes.

13  Q.      Without the Governor's Office

14  knowing anything about it?

15  A.      Yes.

16  Q.      Without Governor Ridge knowing

17  anything about it?

18  A.      Yes.

19  Q.      Were you suspecting terrorism?

20  A.      Five billion dollars I didn't

21  know what to expect.

22  Q.      Well, the number is, you know,

23  five billion dollars.  I know that

24  sounds very impressive and all that

25  sort of thing, you know, but are

188

1    there private companies that

2    specialize in doing that kind of

3    work?

4    A.      I don't know.

5    Q.      Well, did you ask PNC why they

6    didn't go hire people that are

7    qualified and have the kind of

8    vehicles and the kind of equipment to

9    do that sort of thing?

10   A.      I don't believe so.

11   Q.      Five billion bucks, maybe they

12   could have bought a warehouse down in

13   Philadelphia to brick it up for

14   $50,000 and would have saved money

15   and didn't have to transport that

16   stuff. I mean, all you got to do is

17   own it; right?  Isn't it true that

18   they were changing their corporate

19   headquarters from Philadelphia to

20   Pittsburgh or something like that?

21   A.      I'm not sure.

22   Q.      You didn't even check that

23   out?

24   A.      If I did, I don't recall it.

25   Q.      Where do you draw the line on

189

1   whether or not you activate your cert

2   teams in order to help private

3   companies in Pennsylvania move their

4   assets around?

5   A.      I'm not sure what you mean.

6   Q.      Well, how does that compare

7   with the situation Captain Ober was

8   in where he rents a hotel room, okay,

9   and orders a couple cups of coffee

10  for the FBI?  How does it compare in

11  terms of spending my taxpayer's, your

12  taxpayer's, we're all taxpayers, in

13  spending taxpayer money and

14  conforming to Pennsylvania State

15  Police Regulations?  Because he was

16  denied reimbursement for that.

17  A.      I'm not sure what you mean by

18  the question.

19  Q.      I want you to compare the two

20  situations in terms of what you know

21  about Pennsylvania State Police

22  Regulations, Pennsylvania State

23  Police practices and the benefits of

24  using Pennsylvania State Police

25  resources to rent a hotel room on one

190

1    case and order a couple of cups of

2    coffee for two FBI agents in a public

3    corruption investigation as opposed

4    to activating two cert teams, better

5    than 40 people, all kinds of

6    Pennsylvania State Police vehicles

7    with people driving those,

8    helicopters, to help PNC, who's a

9    state depository, move assets from

10   Philadelphia to Pittsburgh.

11   Something they can go and hire Brinks

12   and Wells Fargo and people like that

13   who move billions of dollars every

14   single day in this country. Now,

15   what compares about those two

16   situations such that this man, my

17   client, has to grieve the

18   reimbursement of a few bucks in doing

19   a public corruption investigation?

20   A.        I don't think they are

21   comparable circumstances.

22   Q.        Sir, back on Evanko Number

23   Two, the second page of Evanko Two,

24   do you see the word CI?

25   A.        Yes.

191

1    Q.      It says Stanton approached

2    him.  And then what does that say

3    there?

4    A.      I can pay you 10K, $10,000 for

5    this.

6    Q.      Okay.  Did they ever tell you

7    who the CI was and what they did?

8    A.      Did Special Agent Mascara tell

9    me that?

10   Q.      Yes.

11   A.      No.  In fact, I don't think

12   they ever revealed the confidential

13   informant.

14   Q.      Okay.  Now, there's an empty

15   line there and then what's the next

16   line, what's that I see?  It looks to

17   me like it's turn over tapes and

18   conversations to Ober.  Is that what

19   it says?

20   A.      Yes, sir.

21   Q.      Then it says, this I cannot

22   read.  What's that statement?

23   A.      Source went to rep and nothing

24   happened, dash, Ober concerned about

25   gong anywhere with info.

192

1    Q.      Okay.  Source went to rep and

2    nothing happened.  Do you understand

3    rep to mean a State Representative?

4    A.      I think that's what he was

5    referring to.

6    Q.      Well, how did the FBI know

7    that nothing happened?

8    A.      I guess they did an

9    investigation.

10   Q.      And you would assume that what

11   that means is that Stanton was not

12   able to deliver; right?

13   A.      I would assume what that meant

14   was that the representative wouldn't

15   get involved in that.  That's what I

16   understand.

17   Q.      You would assume what, that

18   the representative ---?

19   A.      That the representative was

20   not involved in whatever was alleged.

21   Q.      Okay.  We went over the Ober

22   stuff.  Now, go down to the next line

23   here, is investigation closed, is

24   that what you ---?

25   A.      Yes.

193

1   Q.      Didn't you believe what Hikus

2   and Ober had told you or what Cush

3   had told, whether it was Cush or

4   another guy, I think there was a guy

5   Kelly that was actually an FBI agent?

6   A.      I don't know.

7   Q.      So you were asking Rick again

8   now to confirm that the investigation

9   is closed?

10  A.      This is Mascara talking to me.

11  Q.      I'm sorry, sir.  Yes, you're

12  asking Rick Mascara again.  So

13  Mascara is saying to you, is the

14  investigation closed?  You're not

15  saying that to him?

16  A.      No, I'm saying that to him,

17  this investigation is closed.

18  Q.      Right, right.  Dash, case

19  declined, federal prosecutors.

20  A.      Or federal prosecution.

21  Q.      Okay.  Which you took that to

22  mean was that Rick was saying that

23  the feds aren't going to prosecute?

24  A.      Yes, I think that was the

25  case.

194

1    Q.    Then there's a dash, and what

2    does that say, investigation closed?

3    A.    Investigation closed,

4    underneath that, to PSP.  Closed,

5    dash, to PSP, underneath that.

6    Q.    Okay.  Sir, the next line,

7    what is it, overtime?  What is that?

8    A.    What was outcome.

9    Q.    And again, this is what Rick's

10   saying?

11   A.    Yes, sir.  Well ---.

12   Q.    I'm sorry.

13   A.    I asked what the outcome was.

14   Q.    Okay.  It looks like Stanton

15   is bad, dash, nothing systemic, which

16   you've already explained to us, dash,

17   now what does that say?

18   A.    What's the next line say?

19   Q.    Yes, yes.

20   A.    Nobody else but bad statey is

21   mentioned.  Opened two and a half

22   years.

23   Q.    Two and a half or three and a

24   half?

25   A.    Two and a half.

195

1    Q.      Nobody but bad statey

2    involved; right?

3    A.      Yes.  Or bad statey is

4    involved, one of the two.

5    Q.      Okay.  Now, this says opened

6    two and a half years?

7    A.      Yes.

8    Q.      Then it says Major Williams to

9    see you, sort things out.  Do you

10   have any information to indicate that

11   any of these FBI agents at any point

12   have talked to Lieutenant Colonel

13   Hikus?

14   A.      No, I do not.

15   Q.      So you got Williams going out

16   to talk to them about what occurred

17   between the FBI and Captain Ober?

18   A.      Yes, sir.

19   Q.      Did it occur to you that maybe

20   the FBI would think that you didn't

21   trust your own people?

22   A.      No, that never occurred to me.

23   Q.      I mean, did you think that

24   maybe it was embarrassing to you that

25   you have your investigators to go out

196

1   and check what's going on between the

2   FBI and your people?

3   A.      No, I didn't.

4   Q.      Well, your investigators

5   didn't go out and check what had

6   happened with the previous

7   investigation, first surfaced in '97

8   IAD notified you.  You didn't have

9   Mr. Williams checking that out; did

10  you?

11  A.      No, because by the time I got

12  the administrative inquiry, that

13  criminal and administrative

14  investigation was already ongoing.

15  Q.      And I can't figure that out.

16  If you're looking at facts and

17  circumstances and the criminal

18  investigation's into Stanton, who we

19  know is a bad cop, but your concern

20  about Hikus and Ober is totally

21  different.  Although, Ober not much

22  because you knew what he did and he

23  was under orders from Hikus.  You

24  don't see those as two different

25  things?  You see those as the same

197

1  kind of thing, that they're going to

2  yield the same kind of response to

3  the questions you have about what

4  occurred?

5  A.     I'm not sure I understand.

6  Q.     Well, the administrative

7  inquiry into Stanton is going to be

8  what he did as a result of the

9  criminal activity he was involved in;

10 right?

11 A.     It was an internal affairs

12 investigation into Stanton's

13 violation of the law.

14 Q.     Yes.  And you wouldn't let

15 that interfere with a criminal

16 investigation; right?

17 A.     No, it would have been

18 concurrent with the criminal

19 investigation.

20 Q.     But you would never let it

21 interfere with a criminal

22 investigation; right?

23 A.     No, I would not let it

24 interfere.  I would not expect it to

25 interfere with a criminal

198

1  investigation.

2  Q.        Right.  And the FBI told you

3  that they were not going to prosecute

4  Stanton, that they declined to

5  prosecute.

6  A.        I don't know whether it was

7  the FBI that declined the prosecution

8  or if it was the U.S. Attorney's

9  office.

10  Q.        And your testimony here today

11  is that there was no need to check on

12  who at IAD had been told earlier,

13  why that had not been reported to

14  you, why you hadn't been informed.

15  And you don't know when Lynn Bodack

16  (phonetic) was mentioned or any other

17  public official.  And you don't know

18  why this thing sat out there with the

19  FBI.  You figured that the criminal

20  investigation into Stanton and the

21  administrative inquiry into Stanton

22  was underway, and it would yield

23  answers to those questions.  That's

24  what you felt?

25  A.        I guess I thought that the

199

1  criminal investigation would proceed

2  and that they would probably arrest

3  him.

4  Q.     Do you know whether Major

5  Williams ever went out and talked to

6  Mascara?

7  A.     I don't think so.

8  Q.     Why not?

9  A.     I don't know.

10                  ATTORNEY BAILEY:

11         I'm going to suggest at

12     this point that we break for a

13     lunch period.  At least I

14     would like to.  It's a good

15     point for me here.  Darrell,

16     I'd like to you go and check

17     your personnel file at this

18     point.  If they want to send

19     Mr. Brown one, that's fine.

20     And with that being said,

21     we'll reconvene at 1:30.

22  SHORT BREAK TAKEN

23         ~~JUDGE CALDWELL:~~ euor

24         The time is 1:37 p.m.

25  on March 27, 2002 and we're

200

1    resuming the deposition of Mr.

2    Evanko.

3              VIDEOGRAPHER:

4              Back on record.

5    VIDEO RECORD AT 1:37 P.M.

6              ATTORNEY BAILEY:

7              All right.  Ladies and

8    gentlemen, good afternoon.  I

9    would like to inform opposing

10   counsel and Mr. Evanko that we

11   have gone over and looked at

12   Mr. Ober's file, that the

13   document that I was talking

14   about --- and we incidentally

15   did this while the custodian

16   was there with us, naturally.

17   The document that I referred

18   to is not in his file.  This

19   file only exists at one other

20   location that we know of.

21   Where is that, headquarters is

22   what file?

23             MR. OBER:

24             LCE Headquarters.

25             ATTORNEY BAILEY

201

1    LCE Headquarters.  That

2    he has reviewed his file there

3    in the presence of Major

4    Dawire.  He has never reviewed

5    either of these files where he

6    has not been present.  And

7    also the file was supposedly

8    brought over for our

9    inspection during the document

10   inspection that we did.

11       I make the following

12   representations, I'd like to

13   Mr. --- in fact, may get Mr.

14   Ober on tape at the end of

15   Commissioner Evanko's

16   deposition.  I want to refer

17   to that again.  But at no time

18   has he taken anything out of

19   his file except to copy it.

20   He did copy because I had

21   asked him to review his file,

22   this document.

23       He checked that LCEE

24   file again with somebody

25   present this morning.  The

202

document is missing from his
file. There's no way in the
world he could have taken it
out of his file. The document
is missing from his file over
at the headquarters. The
document is a key and material
piece of evidence in the
retaliation and damage portion
of the claim, and we are
complaining about that fact.
That being said, we'll deal
with that at the end of this
deposition.

I would respectfully
ask opposing counsel, when you
had deposed Mr. Ober, I had
indicated there may be times
when we need extra time ---.

BRIEF INTERRUPTION

ATTORNEY BAILEY:

Let me say again.
There were times when Mr. Ober
was deposed, the request had
been made of me to make him

203

available for additional time.
I think it's going to be
difficult to complete Colonel
Evanko today.  I'll need some
additional time, and I'm
requesting the same courtesy
that I've extended in that
same regard.  Would that be
okay?  We need a little bit
more time.

ATTORNEY CHRISTIE:

We'll go as late as you
can tonight and we can make
Colonel Evanko available again
tomorrow morning.

ATTORNEY BAILEY:

Well, okay.  I've got a
hearing up around Allentown
tomorrow morning, but ---.

ATTORNEY CHRISTIE:

Then we should go late
tonight then.

ATTORNEY BAILEY:

Well, we'll do our best
to do this.  And if we can do

204

1     it at another time, I'd

2     appreciate it.  Tomorrow may

3     be ---I'll double-check, when

4     you get a chance to break,

5     just on that.  But I think

6     I'd ---.

7           ATTORNEY CHRISTIE:

8           Colonel Evanko is

9     leaving on Saturday for a

10     couple of weeks.  So that's

11     why we're saying ---.

12           ATTORNEY BAILEY:

13           Okay.  Well, let's try

14     to get at it then.  Colonel,

15     try to get through this as

16     best we can.  Okay?

17 BY ATTORNEY BAILEY:

18 Q.     I want to change gears just a

19 little bit, Colonel, if I can.  Do

20 you have a recollection of the Bureau

21 of Education asking for $20,000 for

22 model cars?

23 A.     No, I don't.

24 Q.     This is 164 scale die cast

25 model 1995 Ford SVT Mustang Cobra at

205

1    $4 each.  5,000 was the quantity

2    requested for a total of $20,000,

3    requested by Jane A.  First items

4    will be used as special giveaways

5    during the presentation of the

6    full- size model vehicle.  Now, the

7    reason I'm asking you is you know

8    where I'm coming from.  Apparently

9    these things were to be used during

10   the presentation of drug and alcohol

11   education programs by the department.

12   I just want to ask you if you know

13   whether the vehicles were ever

14   delivered to the department and how

15   they were used, if you know?

16   A.      I don't know.

17   Q.      And do you feel that an

18   expenditure like this is justified as

19   a precautionary measure?  Captain

20   Ober has indicated that from a

21   precautionary point of view when he

22   met with the FBI agents, Mr. Cush and

23   I forget who the other gentlemen was,

24   out there in Indiana, that he had

25   rented a hotel room and got some

206

1  coffee.  Do you think that this

2  expenditure here is on an equal level

3  with the judgment that Mr. Ober

4  displayed in renting that hotel room?

5  And what was the purpose for the use

6  of those items?

7  Q.      Items would be used as special

8  giveaways during a presentation of

9  the full scale model vehicle.  A

10  full-size Mustang is used by

11  community service officers to present

12  drug and alcohol education programs

13  throughout the Commonwealth.

14  A.      If this involves school

15  children I think this was the more

16  appropriate of the expenses.  I think

17  if there were any expenses incurred

18  in this investigation they should

19  have been incurred by the FBI.

20  Q.      Do you know whether these

21  giveaway vehicles are ever accounted

22  for?  People know where they are,

23  what's done with them?

24  A.      I don't know because I've

25  never seen any.

207

1    Q.        Have you ever seen museum
2    items for the State Police Museum?
3    A.        I donate things to the State
4    Police Historical Education and
5    Museum Committee.  I don't know
6    anything --- I don't know where
7    you're going for what you mean.
8    Q.        Okay.  Where I'm going is you
9    donated --- for example, there was a
10   typewriter that was given to you by a
11   mistake and then you donated it;
12   right?
13   A.        I don't know if I ever donated
14   that.  I donated a typewriter from
15   the estate of Herm Fialdia
16   (phonetic), yes.
17   Q.        Well, the reason I'm asking
18   you is, it was given to you or sold
19   to you, however you acquired it as an
20   individual, and then you gave it to
21   the state police; right?
22   A.        I gave it to the Historical
23   Educational and Museum Committee,
24   which is separate from the state
25   police department.

208

```
1   Q.      Okay.  That's the state
2   museum; right?
3   A.      No.  It's a non-profit
4   organization that's attempting to
5   build a museum for the State Police
6   History Education Research and a
7   memorial center.
8   Q.      You have items of a historic
9   significance in your office that
10  could be defined as Pennsylvania
11  state police memorabilia?
12  A.      I probably do.
13  Q.      Helmets, that kind of thing?
14  A.      Yes.
15  Q.      They're quite prized items;
16  aren't they?
17  A.      Yes, they are.
18  Q.      And do you own any of those?
19  A.      Yes, I do.
20  Q.      How did you acquire them?
21  A.      I got one from my father and I
22  got one from the estate of Herm
23  Fialdia.
24  Q.      Have you ever been
25  investigated for them?
```

209

1   A.      No.

2   Q.      Do you know whether or not

3   Colonel Coury ever played any role on

4   having Captain Ober investigated for

5   some alleged acquisition of

6   Pennsylvania state police

7   memorabilia?

8   A.      I remember listening to

9   somebody's deposition.  I think it

10  was that an individual by the name of

11  Phil Conti had wrote a letter of

12  complaint.  So I know that.

13  Q.      Yes, sir.  Did you ever read

14  that letter?

15  A.      No, I didn't.

16  Q.      So you don't have a view as to

17  whether or not that letter is a

18  letter of complaint?

19  A.      I don't know.  I haven't read

20  it.

21  Q.      Do you know who did the

22  adjudication in Captain Ober's case?

23  A.      No, I don't.

24  Q.      Do you know if his case was

25  assigned a BPR, what's called a BPR

210

1   number?

2   A.      I don't know.

3   Q.      And do you know if he was ever

4   informed of the finding and results

5   in that case?

6   A.      If it were a internal affairs

7   investigation I would think that he

8   was.

9   Q.      You would think that he was.

10  Do you know if he was, sir?

11  A.      No, I don't.

12  Q.      Sir, do you know whether he

13  was ever informed of the results of

14  the investigation that you ordered

15  Majors Williams and Wertz to do?

16  A.      I know that after I discussed

17  my conclusions with Lieutenant

18  Colonel Hikus, that Lieutenant

19  Colonel Hikus advised Captain Ober.

20  And I know from Lieutenant Colonel

21  Hikus' deposition earlier this week.

22  Q.      Prior to Lieutenant Colonel

23  Hikus testifying in the manner that

24  he did about that issue, had you any

25  knowledge of Captain Ober being told

211

1  anything about that investigation

2  being closed?

3  A.    I didn't know, but I expected

4  that Lieutenant Colonel Hikus would

5  do that because Captain Ober was

6  under his chain of command.

7  Q.    Well, do you know if

8  Lieutenant Colonel Hikus was given

9  the investigation, or given a copy of

10 the investigation?

11 A.    No, sir, he was not.

12 Q.    Do you know if the same is

13 true of the museum investigation?

14 A.    As to whether ---?

15 Q.    If Colonel Hikus was given a

16 copy of that?

17 A.    I don't know.

18 Q.    Okay.  Are there any current

19 BPRs into Captain Ober?

20 A.    Not that I'm aware of.

21 Q.    Going back, though, I'm going

22 to change a little bit the direction

23 we've been going here.  And I want to

24 ask you some questions, some calendar

25 questions about when things --- when

212

1   you made decisions about Captain

2   Ober.  You had already testified that

3   you never gave whether or not he

4   violated a regulation another thought

5   after you learned that Hikus had

6   ordered him not to say anything.  And

7   you've indicated that the primary

8   concern you had in finding out about

9   the facts and circumstances of the

10  FBI probe had to do with Colonel

11  Hikus' behavior and activities.  Have

12  I misstated anything?

13  A.      You misstated the first part.

14  It was after I had advised Colonel

15  Hikus of my conclusions where I made

16  the comment that I didn't give much

17  of a thought to Captain Ober after

18  that.

19  Q.      Okay.  And when was that?

20  A.      Sometime around Labor Day or

21  the last week of August, something

22  like that.

23  Q.      1999?

24  A.      Of 1999.

25  Q.      Okay.  Sometime in April 1999,

213

1  you appointed Captain Ober to IIMS;

2  right?

3  A.    I detached him from the Bureau

4  of Professional Responsibility to the

5  Bureau of Technology Services to work

6  on the IIMS project.

7  Q.    Now, IIMS, very, very briefly

8  --- we have enough on the record, I

9  think, to know what it is.  Why did

10  you put Captain Ober there?

11  A.    Because I thought he would do

12  a good job in that assignment.

13  Q.    And do you know what kind of

14  role he played with that assignment?

15  A.    He was the team leader to

16  develop the selection criteria for

17  the systems integrator for Phase 1,

18  the 13-month project to design

19  the ---.

20  Q.    Keep your voice up just a wee

21  little bit.

22  A.    To design the integration of

23  all the other teams that were working

24  on the mobile office, the mobile

25  applications team, the AVL, the GIS,

214

1  the CAD, the CAD system, the

2  consolidated dispatch centers.

3  Q.      How much was IIMS when it was

4  all completed, going to cost the tax

5  payer, roughly?

6  A.      Just the IIMS program?

7  Q.      Roughly.

8  A.      $100 million.  And that

9  would've included all the building

10  sites for the consolidated dispatch

11  centers, all the telephone, the new

12  telephone equipment, all of the

13  computers, all the personnel.  And

14  that was just the one phase of the

15  automation project.

16  Q.      Now, when you appointed

17  Captain Ober to the IIMS assignment,

18  you made an agreement with him;

19  didn't you?

20  A.      Yes, I did.

21  Q.      And tell us quickly, sir, what

22  was that agreement?

23  A.      I agreed to return him to the

24  Bureau of Professional Responsibility

25  upon completion of his assignment.

215

1  Q.      And Captain Ober felt strongly
2  about that; didn't he?
3  A.      Well, he wanted to go back to
4  the Bureau of Professional
5  Responsibility, yes.
6  Q.      And you had no difficulty with
7  that, because you believed in Captain
8  Ober; didn't you?
9  A.      It was the agreement that I
10 made with him.
11 Q.      You believed in him, you felt
12 that he was a fine and capable
13 Pennsylvania State Police officer;
14 didn't you, sir?
15 A.      When I made that assignment,
16 yes, I did.
17 Q.      When you made that assignment
18 you did?
19 A.      Yes.
20 Q.      And you placed in writing a
21 commitment to return him, him being
22 Captain Ober, to IAD at the
23 completion of his IIMS attachment
24 from the Bureau of Professional
25 Responsibility, the internal affairs

216

1    division to IIMS; correct?  You put

2    that in writing?

3    A.      There is a clean message to

4    that effect.

5    Q.      Now, the assignment that you

6    made of Captain Ober to IIMS was it

7    on April 26, 1999; wasn't it?

8    A.      Yes, sir.

9    Q.      And Captain Ober and

10   Lieutenant Colonel Hikus came in and

11   they told you about this FBI probe,

12   which of course the FBI hadn't

13   informed you of and which Colonel

14   Hikus and Captain Ober had not

15   informed you of and you didn't learn

16   about.  They informed you about it on

17   May 12th, 1999; correct?

18   A.      That is correct.

19   Q.      And your testimony here today

20   indicates that you told Lieutenant

21   Colonel Hikus something to the

22   effect, that the investigation that

23   you had ordered was over sometime on

24   or about Labor Day of 1999; right?

25   A.      That is correct.

217

1    Q.    With the expectation that
2    Lieutenant Colonel Hikus, and you
3    said was in Captain Ober's chain of
4    command, would tell Captain Ober?
5    A.    That is correct.
6    Q.    Well, did you tell Colonel
7    Conley?
8    A.    Did I tell him what?
9    Q.    About the investigation being
10   over?
11   A.    No, I did not.
12   Q.    Why not?
13   A.    Because Captain Ober was
14   detached to the Bureau Technology
15   Services under the command of
16   Lieutenant Colonel Hikus.
17   Q.    On or about November 8th,
18   1999, did Captain Ober file a
19   grievance of some type?
20   A.    On what date?
21   Q.    I believe November 8th.  And
22   then another on December 22nd, 1999?
23   A.    I know that he filed
24   grievances, I don't know what the
25   dates are.

218

1   Q.      Fact is, you have a standing

2   order as Commissioner, you know what

3   grievances are filed.  You're

4   informed of that; isn't that correct?

5   A.      No, that is not correct.  I am

6   not informed of them.

7   Q.      What about EEOC complaints, if

8   somebody complains about an issue of

9   race or invidious discrimination?

10  A.      If it results in a internal

11  affairs investigation normally it

12  would be reported on a weekly report

13  of significant BPR issues.

14  Q.      Well, at some point you had

15  made a decision that Captain Ober was

16  to go to Washington County; right?

17  A.      Yes, I did.

18  Q.      And when did you decide that?

19  A.      Sometime in late December or

20  early January of 2002 --- December of

21  '99 and January of 2000, January

22  2000.

23  Q.      And why did you do that?

24  A.      Because Colonel Wescott was

25  asking for someone to assist Major

219

1   Zipinka in preparation for the

2   National Governors' Association.

3   Q.      Why Captain Ober?

4   A.      He was finishing up his

5   assignment with IIMS, he was

6   available, and Major Conley had asked

7   for him not to be returned to the

8   Bureau of Professional

9   Responsibility.

10  Q.      When did ---?

11  A.      And he could do the job.

12  Q.      And he could do the job.  When

13  did Mr. Conley first tell you he

14  didn't want Mr. Ober back?

15  A.      I think Lieutenant Colonel

16  Coury told me first.  And it would've

17  been end of December, beginning of

18  January.

19  Q.      Well, did you bring Captain

20  Ober in and discuss that with him?

21  A.      No, I didn't.

22  Q.      Any reason why not?

23  A.      I treated him the same way

24  that I treated Captain Transue.

25  Q.      Captain Transue's down around

220

1   Philadelphia?

2   A.      That's where she is now, yes.

3   Q.      Yes.  But where was she when

4   you moved her out?

5   A.      She was in the Bureau of

6   Research and Development.

7   Q.      And you sent her where?

8   A.      To Philadelphia.

9   Q.      For what reason?

10  A.      To assist in the preparation

11  of the troops for the Republican

12  National Convention.

13  Q.      Is that similar to the

14  treatment that Captain Young

15  received?  How was that --- I'm

16  sorry.

17  A.      Go ahead finish your question.

18  Q.      How was Captain Young handled?

19  A.      In what way.

20  Q.      Was he transferred at all?

21  A.      Yes.  After the injunction was

22  filed I assigned Captain --- I

23  promoted Captain Young and

24  transferred him to Major Zipinka to

25  assist in the final preparations of

221

1   the National Governors' Association.

2   Q.      Well, now, Captain Ober had

3   filed a couple of grievances with

4   them; right?

5   A.      It's my understanding that he

6   did.

7   Q.      November and December; is that

8   correct?

9   A.      I don't know when.

10  Q.      In one of those grievances did

11  he write in the grievance that there

12  was an issue of retaliation?

13  A.      I don't know, because I've

14  never read them.

15  Q.      Well, do you know when Captain

16  Ober was informed, first informed,

17  that he was going to Washington?

18  A.      I would imagine the beginning

19  of January.

20  Q.      Do you know who told him?

21  A.      It would have either been

22  Lieutenant Colonel Hikus or Major

23  Conley, one of the two, or Major Walp

24  (phonetic).  I think it was Major

25  Walp that told him.

222

1  Q.      Major Walp say anything to you
2  about moving Captain Ober?
3  A.      After Lieutenant Colonel Hikus
4  told me that Captain Ober's
5  assignment was done, Major Walp did
6  ask if he could be retained on the
7  IIMS assignment.
8  Q.      Now, at some point did you
9  tell Captain Ober that he was going
10 to be leaving IIMS?
11 A.      No, I didn't.
12 Q.      Well, did you cause somebody
13 to tell him that?
14 A.      I would have told either
15 Lieutenant Colonel Hikus --- probably
16 Lieutenant Colonel Hikus.
17 Q.      Now, did Colonel Conley, by
18 this time I guess he's a Colonel,
19 did Colonel Conley inform Mr. Ober on
20 or about January 10th that he was
21 going out to Washington?
22 A.      It would've either been
23 Lieutenant Colonel Hikus or Major
24 Conley, one of the two.
25 Q.      So who consulted with you ---

223

1   you said it was Wescott who consulted

2   with you about this need out in

3   Washington, Pennsylvania?

4   A.      Yes, sir.

5   Q.      What other captains did you

6   consider?

7   A.      I don't think I considered any

8   other captains.  Because Captain Ober

9   was available, I knew he could do the

10  job and his assignment with the IIMS

11  project was done.

12  Q.      Was it done?

13  A.      Yes.

14  Q.      When did they vote on it?

15  A.      I do not know.

16  Q.      Why wouldn't you know that

17  before you reassigned him somewhere

18  else?

19  A.      Because I asked Lieutenant

20  Colonel Hikus if he was done and he

21  told me he was.

22  Q.      Now, Lieutenant Colonel Hikus

23  told you that at that time?

24  A.      The end of December or the

25  beginning of January.

224

1    Q.    Did you discuss Lieutenant
2    Colonel Hikus' testimony with him
3    before he testified the other day?
4    A.    No, I did not.
5    Q.    Did Captain Ober ever return
6    to IAD?
7    A.    No, he did not.
8    Q.    Why not ---?
9    A.    Or he may have returned for a
10   couple days because I did not
11   transfer him back there or if I did
12   it was for a short period of time.
13   Q.    Well, when did you learn that
14   he had filed an action against the
15   department?
16   A.    I'm not sure when that was.
17   Q.    Was it on or about the 26th of
18   January?
19   A.    I don't know.
20   Q.    2000?
21   A.    I don't know.
22   Q.    Well, what was to be his
23   effective date to go back to IAD?
24   A.    I'd have to look at a
25   personnel order.  I don't recall.

225

1   Q.      Well, hadn't you initially
2   assigned him to go back to IAD?
3   A.      At the conclusion of his
4   assignment to Bureau of Technology
5   Services?
6   Q.      Yes.  In other words, sir,
7   hadn't you assigned him back to IAD
8   for like a week or five days or some
9   such thing?
10  A.      I think it was going to be one
11  full pay period.
12  Q.      And what's a full pay period?
13  A.      Two weeks.
14  Q.      Two weeks.  Why did you do
15  that?
16  A.      The formality of doing it.
17  Q.      Sorry.  The formality of doing
18  it, sir?
19  A.      Yes.
20  Q.      You weren't doing it to slap
21  him in the face; were you, Colonel?
22  A.      No, I wasn't.
23  Q.      You weren't doing it to insult
24  him; were you?
25  A.      No, I wasn't.

226

1  Q.    You were not doing it to send

2  him a message; were you?

3  A.    No, I wasn't.

4  Q.    You weren't doing it to teach

5  Mr. Hikus a lesson; were you?

6  A.    Pardon me?

7  Q.    You weren't doing it to teach

8  Mr. Hikus a lesson; were you?

9  A.    No, I was not.

10  Q.    You weren't doing it to punish

11  Captain Ober; were you?

12  A.    No, I was not.

13  Q.    So you, sir, were going to

14  take this career captain in the

15  Pennsylvania State Police who you

16  told us just previously here was a

17  fine officer to do the job.  And as

18  Colonel Coury said and you have now

19  confirmed, it was you who made this

20  decision?

21  A.    Yes, it was.

22  Q.    All by your lonesome with some

23  input from Mr. Wescott, the gentleman

24  that flew up to see Mr. Williams and

25  informant of the decision to

227

1   investigate the events of October 5th
2   of 1998 and what followed.  For
3   purposes of the mere formality of it
4   you were going to assign Captain Ober
5   to one or two weeks, you said a pay
6   period, with IAD before you sent him
7   out to Washington to help with the
8   National Governors' Conference, was
9   that it?
10  A.      That's it.
11  Q.      If I represented to you that
12  to the best of my knowledge, it was
13  January 26th, 2000, that Mr. Ober
14  made known a legal action that he
15  filed in Commonwealth court against
16  the Pennsylvania State Police seeking
17  prospective relief, are there any
18  facts known to you that contradict
19  that as you sit here today?
20  A.      Do you mean contradict when he
21  filed the injunction?
22  Q.      Yes, sir.
23  A.      Not that I'm aware of.
24  Q.      When did you make a decision
25  that he would sit tight at IIMS

228

1   detached from BPR, IAD division and

2   not go to Washington?

3   A.      Probably after the injunction

4   was filed.

5   Q.      Sir, wasn't that after the

6   report date that you had given him to

7   IAD for the formality of just being

8   there for a short while, sir?

9   A.      I don't know what that date

10  is, so I don't know.

11  Q.      You needed him at IIMS; didn't

12  you?

13  A.      To complete that project, yes

14  sir.

15  Q.      Yes, sir, you did.  Yes, sir.

16  I agree with that.  And Mr. Ober

17  never actually went back to IAD; did

18  he, sir?

19  A.      I don't believe that he did.

20  Q.      And, sir, he never went to

21  Washington; did he?

22  A.      He did not.

23  Q.      Now, did he not go to

24  Washington because you are a

25  compassionate man?

229

1   A.      He did not go to Washington

2   because of the injunction and the

3   settlement of the injunction.

4   Q.      Why did you settle it, sir?

5   A.      Because I didn't want to

6   prolong the assignment of an

7   individual to assist Major Zipinka.

8   Lieutenant Colonel Wescott was

9   insistent that somebody get out there

10  as soon as possible.  He wanted

11  somebody out there helping him.  And

12  you have to remember that at the

13  beginning of December, Seattle

14  exploded with the World Trade

15  Organization demonstrations.  States

16  of emergency were declared, the

17  National Guard was called out, the

18  curfews were imposed and Colonel

19  Wescott was insistent that we not be

20  caught in the same situation that

21  Seattle PD was caught in.

22  Q.      What's that have to do with

23  Captain Ober?  Mr. Coury's come in

24  here and testified for about a half

25  hour, and then we got into some

230

1    different things, but --- about how

2    this gentleman, Captain Ober, was

3    operationally deficit experience

4    wise, not ability wise, but

5    experience wise.  So how does that

6    integrate with this alleged need

7    because of Seattle in Washington?

8    A.        Colonel Coury was not Deputy

9    of OPS at that time, Colonel Wescott

10   was.  And it was Colonel Wescott's

11   recommendation with my concurrence

12   that the captain go there, that he

13   could do that job working with Major

14   Zipinka.

15   Q.        Okay.  Fair to say then that

16   Mr. Wescott may not, I mean, we can

17   only speculate, I guess, but

18   apparently did not entertain

19   viewpoints as to Captain Ober's

20   alleged operational deficiencies,

21   that he didn't feel that way about

22   Captain Ober or he wouldn't have

23   recommended him for that assignment?

24   A.        I'm not sure what he testified

25   to, what his thoughts were. It seems

231

1  to me that they're consistent with

2  Lieutenant Colonel Coury's.

3  Q.      He wanted to get his --- he

4  wanted Captain Ober to get his feet

5  wet in a combat situation then; is

6  that right?

7  A.      He needed somebody out there

8  to work with Major Zipinka to make

9  sure that what happened in Seattle,

10  at least that's my understanding and

11  my feeling, as to what happened in

12  Seattle didn't happen in State

13  College.

14  Q.      You mean Pittsburgh, or ---

15  oh, it was State College.

16  A.      State College.

17  Q.      Well, say Zipinka was really

18  fired up, needed somebody?

19  A.      No.  This was Lieutenant

20  Colonel Wescott's decision.

21  Q.      Yes, but didn't you say

22  Zipinka really needed somebody or did

23  I misunderstand?

24  A.      Zipinka needed somebody

25  according to Lieutenant Colonel

232

Wescott's estimation.

Q.      Oh, okay.  So Zipinka wasn't making this demand or anything like that?  It was Colonel Wescott's opinion that he needed him?

A.      It was Colonel's Wescott's opinion.

Q.      So you promoted Young and put Young out there?

A.      Yes, I did.

Q.      And when did you promote Mr. Young to Captain?  He was a lieutenant; right?

A.      Yes, he was.  Probably sometime in January.

Q.      And you sent him out there. Did he want to go?

A.      I don't know whether he wanted to go or not.

Q.      Well, did you talk to him at all before he went?

A.      I normally talk to officers that I promote.  If I talked to him I would have offered him the position of captain with the caveat that it

233

1  would be assigned to Major Zipinka to

2  help out there.

3  Q.      That's what I mean.  That's

4  what I'm asking about.

5  A.      And I probably would have

6  talked to him, but I'm not sure.

7  Q.      Okay.  Colonel, are you

8  telling me that if you'd have talked

9  to Mr. Young and Mr. Young had said,

10 not yet, don't want to do that, would

11 you have still promoted him and sent

12 him to Washington against his wishes?

13 A.      I would not have promoted him,

14 no.

15 Q.      Okay.  Darrell Ober files his

16 injunction.  Did that upset you?

17 A.      No.

18 Q.      How did you feel about it?

19 A.      Neutral.

20 Q.      Why did you relent and agree

21 to settle on it?

22 A.      We settled this case because I

23 didn't want to prolong the

24 assignment, somebody going out to

25 assist Major Zipinka.  I didn't know

234

how long that court case might take.

Q.      Okay.  See, I understand that and I understand you testified to that and I wasn't sure I heard you right.  But I don't understand why the one requires the other one.  In other words, I can understand the following.  This captain, Captain Ober, files this injunctive thing about being transferred out there.  Okay?  You don't want to prolong the problem.  Why does agreeing with his injunction have anything to do with prolonging the problem if you're going to get somebody else for it anyway?

In other words, you know, go ahead and fight the injunction and win.  It doesn't mean you have to send him, but you can certainly win the legal action being that you can't be prevented from doing it.  It doesn't mean you have to go through with it.  I don't understand why settling that would solve your

235

1  problem with the National Governor's

2  Conference.

3  A.    I wasn't going to put on hold

4  sending somebody out there to work

5  with Major Zipinka.

6  Q.    Of course not.  You don't even

7  know how long the legal wrangling

8  will take.

9  A.    And that's the point of my

10  answer.

11  Q.    I still don't understand but I

12  understand that's your answer.  I

13  don't understand why --- that's your

14  answer, that's your answer.

15  A.    It's the best I can articulate

16  it.

17  Q.    Yes, sir.  Sir, did Captain

18  Ober argue that the transfer was

19  punitive in nature?

20  A.    Not that I know of.

21  Q.    Do you think it was punitive

22  in nature?

23  A.    No.

24  Q.    Do you think it was a career

25  enhancing move?

236

1    A.       I didn't look at it either

2   way, as career enhancing or not.   I

3   knew there was need out there and I

4   agreed with Colonel Wescott.

5    Q.       You don't have a duty to, at

6   all, look at officers in terms of

7   career enhancement?  You look at it

8   in terms of what the needs of the

9   Pennsylvania State Police are; right?

10   A.       That's exactly what I did.

11   Q.       And you're telling us that

12  Ober was needed out there because

13  according to you the IIMS thing had

14  come to a conclusion, which you say

15  you got from Hikus; right?

16   A.       That is correct.

17   Q.       So he's available?

18   A.       That is correct.

19   Q.       Well, after you decided not to

20  prolong the legal thing and gave in

21  --- is it fair to say you gave in on

22  the legal thing?

23   A.       I think we settled the

24  injunction.

25   Q.       Those words are --- you

237

settled the injunction.  You choose
your words.  You settled the
injunction.  And after you settled
the injunction Ober's still
available; right?

A.      Yes, he was.

Q.      So you put him in a
lieutenant's position in LCE; didn't
you?

A.      I have a major that is the
director of the Bureau of
Professional Responsibility that had
asked that he not be returned there.
And I did the same thing with Captain
Ober that I did with Captain Transue.

Q.      Put him into a lieutenant's
position?

A.      Captain Transue was not
reassigned to Bureau of Research and
Development because Lieutenant
Colonel Hikus asked that she not be
reassigned there.

Q.      Sir, Colonel Evanko, aside
from Captain Ober I want you to tell
me how many times in your career as

238

1    Commissioner of the Pennsylvania
2    State Police you placed a captain
3    --- because the testimony has been
4    that you made this decision, how many
5    times have you placed a captain in a
6    lieutenant's position?  Tell us.
7    A.      Only one.
8    Q.      Who?
9    A.      Captain Ober.
10   Q.      Yes, sir, that's correct.
11   A.      And it was consistent with the
12   court's decision to keep him in the
13   Harrisburg/Hershey area and there
14   were no captain vacancies in the area
15   at that time.
16   Q.      Well, I may be mistaken but
17   your counsel said --- I mean, they
18   represented at least that you didn't
19   lose that thing.  Yu actually won it,
20   you just settled it or something.  I
21   don't know what the words are, but
22   you didn't lose it.
23              ATTORNEY GUIDO:
24         It was dismissed as
25   moot and it's a matter of

239

1    public record.  You can read

2    the court opinion.  The court

3    dismissed the case as moot.

4    It was the preliminary

5    injunction that was settled.

6    There was no permanent

7    injunction settled, and it was

8    dismissed as moot.

9    BY ATTORNEY BAILEY:

10   Q.    So you're saying --- well,

11   you've heard what your learned

12   attorney just said here.  Your

13   position is that that's consistent

14   with what the court wanted?  Is that

15   the way you looked at it?  I go back

16   to Dan Pellegrini, to Judge

17   Pellegrini, and I say, sir, you

18   wanted Ober kept in Harrisburg so bad

19   that you felt he should have been

20   assigned to a lieutenant's position

21   as a captain in LCE; is that correct?

22   ATTORNEY GUIDO:

23   I object to the

24   question because it totally

25   misconstrues the facts, which

240

1    the court never entertained

2    anything in the case.  The

3    matter was settled, it's of

4    record.  The matter was

5    settled with the Defense

6    Counsel and with the

7    Plaintiff's Counsel, who we

8    agreed that temporary

9    injunction would not be going

10   forward because we would keep

11   the Captain in the Harrisburg/

12   Hershey area as a matter of

13   public record.  And your

14   question is misconstruing

15   those facts.

16   BY ATTORNEY BAILEY:

17   Q.    Okay.  So it wasn't something

18   that the court wanted, it was

19   something that Mr. Ober wanted?

20   A.    I just know that there was an

21   agreement to keep him in the

22   Harrisburg, Hershey area.

23   Q.    So you don't know whether it

24   was something the court wanted?

25   A.    I thought it was something

241

1  that the court wanted, but maybe not.

2  Q.        What's PEMA, FEMA, LEMA ---

3  PEMA, Pennsylvania Emergency

4  Response, or something or other, what

5  is that?

6  A.        Pennsylvania Emergency

7  Management Agency.

8  Q.        I forgot the acronym, I'm

9  sorry.  Do you have a recollection of

10  Captain Ober ever serving with that

11  particular agency?

12  A.        I have a recollection from

13  listening to Lieutenant Colonel

14  Wescott's testimony and your

15  questioning of him, but that's all.

16  Q.        All right.  Colonel Evanko,

17  prior to testimony that you've heard

18  in this case, do you have any

19  recollection of Captain Ober

20  requesting or performing in an

21  assignment to PEMA?

22  A.        No, only through your

23  questioning of Lieutenant Colonel

24  Wescott.

25  Q.        Have you ever discussed

242

1  Captain Ober with Mr. Washington?

2  A.      No, I have not.

3  Q.      I'm sorry, sir.  Leonard

4  Washington, do you know who I'm

5  talking about?

6  A.      I think you're talking about

7  Major Washington?

8  Q.      Yes, sir, I am.

9  A.      No, I have not.

10  Q.      Colonel, from an assignment

11  standpoint, like a responsibility

12  standpoint, was it Colonel Wescott

13  who was responsible for PEMA?

14  A.      It falls under the Lieutenant

15  Colonel of Operations, and Lieutenant

16  Colonel Wescott was in that position

17  in January of 2000.

18  Q.      Okay.  So at the times

19  complained of in the complaint it was

20  Lieutenant Colonel Wescott who was in

21  that position?

22  A.      As Deputy Commissioner of

23  Operations, that's correct.

24  Q.      Well, I'm going to change just

25  a little bit, just a couple little

243

1    things here.  Do you have an auto

2    pen?

3    A.      Yes, I do.

4    Q.      How does it work?  It signs

5    your signature; right?

6    A.      Yes, it does.

7    Q.      Can you describe it for me?

8    You put a piece of paper in it and it

9    signs your name or something?

10   A.      I'm not sure that I've ever

11   seen it operated, but I know that you

12   put a piece of paper down and it

13   traces your signature.  That's it.

14   Q.      Have you ever had occasion to

15   handle any documents that it signed?

16   A.      I would probably get copies of

17   documents like that.

18   Q.      How many shirts have you lost

19   due to being smeared by the ink on

20   your auto pen?

21   A.      Pardon me?

22   Q.      Ever lost any shirts as a

23   result of getting smeared with ink

24   from your auto pen?

25   A.      I don't know of any that I've

244

1    ever lost.

2    Q.      Ever handle documents from

3    your auto pen, gotten ink on your

4    hands?

5    A.      I don't think.  I never did

6    that, no.

7    Q.      Sir, what's the name of your

8    secretary?

9    A.      Mary Bungo.

10   Q.      Can you describe for us the

11   duties that she performs for you.

12   And after you do that, can you tell

13   us what authority she has to make

14   decisions for you?

15   A.      She is my confidential

16   executive secretary and also acts in

17   the capacity of an executive officer.

18   She has the authority to route

19   complaints to decide who will answer

20   certain letters of complaint, for

21   example.  She has the authority to

22   auto pen certain documents, to

23   respond, schedule, to call

24   legislators.  She has a wide range of

25   authority.

245

1  Q.      Does she have the authority to

2  decide the organizational structure

3  of the Pennsylvania State Police?

4  You gave her that authority; didn't

5  you?

6  A.      Tell me what you mean.

7  Q.      Didn't you give Mary Bungo the

8  authority to decide, make the final

9  decision, on how the Pennsylvania

10  State Police will be organized and

11  function?

12  A.      No.

13  Q.      Are you sure about that?

14  A.      Yes.

15  Q.      Well, do you ever get

16  presented with changes for

17  Pennsylvania State Police

18  regulations?

19  A.      Yes.

20  Q.      How do you process those?  I

21  don't care about the rest of the

22  organization, I want to know how

23  Colonel Evanko processes them.

24  A.      I will get them in final

25  format signed off by either the

246

1    appropriate deputy or all three

2    deputies, review it and if I agree

3    with it, sign it.

4    Q.    Mary Bungo doesn't have the

5    authority to make that decision for

6    you?

7    A.    She has the authority of the

8    deputy commissioners have already

9    signed off on it and I'm not

10   available to auto pen it.

11   Q.    Now, after the three have

12   signed off on it, then it comes to

13   you?

14   A.    Yes.

15   Q.    What if it goes back to R&D

16   for some kind of change, do you

17   double-check it?

18   A.    Do I double-check it before it

19   comes back or after it comes back?

20   Q.    Well, here's my question.    If

21   the three commissioners or three

22   deputies --- you have three deputies?

23   A.    Yes, I do.

24   Q.    They're lieutenant colonels?

25   A.    That's correct.

247

1   Q.      If they sign off on an R&D

2   proposal, do they have the authority

3   to send it back without you seeing

4   it?

5   A.      Yes, they do.

6   Q.      Which one of them does?

7   A.      It would depend on whose

8   jurisdiction it fell under.  If it

9   were an operational decision, Deputy

10  of Operations, or staff, Lieutenant

11  Colonel Hikus.  Primarily it would be

12  Lieutenant Colonel Hikus

13  responsibility because the Bureau of

14  Research and Development falls under

15  his authority.

16  Q.      Now, if they go back and they

17  change it and then it comes back to

18  you, you review it?  Or does Mary

19  Bungo review it?

20  A.      If I make a change to it?

21  Q.      Yes.

22  A.      Then it would come back to me.

23  Q.      Who's Sharon?  Do you know who

24  Sharon is in Research and

25  Development?

248

1   A.      It is probably the secretary

2   to the Director of Bureau Research

3   and Development.

4   Q.      Are you familiar with AR-1?

5   A.      Yes, I am.

6   Q.      When's the last time it was

7   changed, that you know of?

8   A.      I know from these proceedings

9   that it was changed within the past

10  year.

11  Q.      Well, let's forget these

12  proceedings.  What do you know of its

13  being changed excluding these

14  proceedings?

15  A.      I don't of any other than

16  through these proceedings.

17  Q.      Colonel, didn't you sign a

18  change order or did you sign a change

19  order regarding AR-1, adding AR-1.102

20  subsection C?  Did you add that?

21  A.      What is it?

22  Q.      It has to do with chain of

23  command.

24  A.      No, I did not.

25  Q.      Who did, sir?

249

1   A.      It was auto-pen need.

2   Q.      On your authority?

3   A.      No.

4   Q.      Whose authority?

5   A.      The three deputy

6   commissioners.

7   Q.      If that regulation up for a

8   change was sent back, was resubmitted

9   on January 19th, '01 to R&D and then

10  received for corrections back to R&D

11  on February 12th, '01, resubmitted to

12  the front office on February 22nd,

13  '01 and then sent back signed with a

14  repo order on February 27, '01, as

15  you sit here today, you'd have to

16  say, Mr. Bailey, I really don't know

17  anything about that.  You don't

18  really know; do you?

19  A.      I don't recall knowing

20  anything about that other than

21  through these procedures.

22  Q.      Sir, was AR-101 subsection C

23  required for accreditation purposes

24  for the --- sorry, sir.  Sometimes I

25  get saved from my own question.

250

1  Colonel Evanko, I believe we've had

2  some representations from somebody in

3  this litigation, I'm not sure who at

4  this stage, that subsection C of

5  AR-1.102 was needed for accreditation

6  purposes having to do with the

7  National Group. I'm pretty familiar

8  with that. I've worked on that quite

9  a bit. I don't know of that need.

10 Can you help me?

11 A.        I don't know of that need

12 either.

13 Q.        You have a reputation

14 nationally, do you not, and certainly

15 in Pennsylvania for being very

16 concerned about PSP credentials and

17 about their accreditation to come up

18 to high standards? I think you're

19 well known for that; is that fair to

20 say?

21 A.        I think the department is well

22 known, I don't know if I'm well known

23 for it.

24 Q.        I think you are, I think it's

25 to your credit. But the point is,

251

1   and let's forget you, the department

2   is well known, even nationally, for

3   wanting to meet very high

4   accreditation standards to be known

5   as proficient and efficient and

6   highly qualified, that kind of thing,

7   as a law enforcement agency; isn't

8   that fair to say?

9   A.        I think that's fair to say.

10  Q.        And isn't it fair to say that

11  it's one of your top priorities, one

12  of your top concerns, because

13  obviously it means a great deal

14  about the quality of the State

15  Police.  Isn't that fair to say?

16  A.        It's important to me, my top

17  concern is the safety of my troopers.

18  Q.        All right.  But secondary to

19  the safety of the troopers, that

20  quality control image, credentials,

21  capability, those things are high

22  standards, you set; right?

23  A.        I would say that they're in

24  the top group of what I expect.

25  Q.        So you don't know of

252

1   subsection C being an accreditation
2   requirement?
3   A.      I don't know.
4   Q.      Now, subsection C, do you know
5   what I'm talking about?
6   A.      From you describing it and
7   from these actions.
8   Q.      Okay.  Now, sir, I'm going to
9   ask a series of questions.  I want to
10  let you know where I'm going right
11  now because they're very, very
12  important to this litigation as the
13  Plaintiff sees it.  And they're going
14  to have to do a subsection C and
15  they're going to have to do with this
16  process of changing and approving
17  AR-1, approving changes to it; okay?
18  Now, I want to be very careful of
19  some of the dates and some of the
20  sequences of events here.  When did
21  you first become aware of subsection
22  C?  Was it during this litigation?
23  A.      Yes.
24  Q.      Does Ms. Bungo or anyone in
25  your office give you a list at some

253

1  time --- I used to be auditor
2  general, I used to be a congressman.
3  I used to --- my people, from time to
4  time, were authorized to do different
5  things on a daily basis and provided
6  me with a list of things that we did,
7  of our office product.  I assume, as
8  a Commissioner of the Pennsylvania
9  State Police, you are told at
10  periodic times, daily, weekly,
11  whatever, Colonel, we did this, you
12  authorized this, you authorized that,
13  because you can't obviously, sir, you
14  can't do everything.  The fact is you
15  just can't do everything and
16  micromanage everything in a day;
17  correct?
18  A.      That's correct.
19  Q.      Do you get a list from staff
20  on what you authorize or what you do
21  on like a daily or weekly or monthly
22  basis?
23  A.      No.
24  Q.      Do you sit down and talk with
25  Mary Bungo about what goes out under

254

1  your signature?

2  A.    I sit down and talk not only

3  her, but also the deputy

4  commissioners on a whole host of

5  things.

6  Q.    Did Colonel Coury tell you

7  about subsection C before you heard

8  about it in this litigation?

9  A.    This is the first time I heard

10 about it, during this litigation.

11 Q.    Okay.  So the answer is that

12 none of the lieutenant colonels, the

13 staff people, the three top staff

14 people told you about it and you

15 heard about it first, subsection C,

16 in this litigation?

17 A.    That is a correct statement.

18 Q.    Colonel Evanko, would you be

19 kind enough, sir, to look at this

20 document for me?  As soon as your

21 attorneys are done, take a moment to

22 look at it.

23        ATTORNEY BAILEY:

24        In fact, while they're

25 looking can we suspend for one

255

minute so I can get some
water?

VIDEOGRAPHER:

It's 2:32 p.m., we're
going to suspend and we're
going to change tapes.

SHORT BREAK TAKEN

MR. SOLOMON:

2:37, back on record,
tape three.

ATTORNEY BAILEY:

Let the record show
we're back on the - - -.

VIDEOGRAPHER:

It's 2:39 p.m., new
tape, on March 27th, 2002,
the deposition of Mr. Evanko.

BY ATTORNEY BAILEY:

Q.       Colonel, I just showed you and
your attorneys have looked at a
multi-page document.

ATTORNEY GUIDO:

We need it marked.

BY ATTORNEY BAILEY:

Q.       Is it fair to say that you

256

1  don't know what - - -?

2          ATTORNEY GUIDO:

3          Before he answers any

4  questions, we want the exhibit

5  marked.

6          ATTORNEY BAILEY:

7          Let me finish.

8          ATTORNEY GUIDO:

9          Colonel, don't answer

10  until the exhibit is marked.

11          ATTORNEY BAILEY:

12          Let me finish.

13  BY ATTORNEY BAILEY:

14  Q.      Is it fair to say that you

15  don't know what this document is?

16          ATTORNEY GUIDO:

17          Do not answer until the

18  document has been marked.

19  BY ATTORNEY BAILEY:

20  Q.      Colonel Evanko, we've been

21  given a document that indicates that

22  you did an e-mail to a gentleman

23  named Mark Campbell; is that correct?

24  A.      Yes, I gave that to you.

25  Q.      And it says one, two, three,

257

fourth paragraph down, I am
transferring Captain Darrell Ober
effective 28 January 2000; do you
remember that?

A.      Yes, I do.

Q.      Why were you telling Mark
Campbell?

A.      Because I was keeping him up
to date with preparations for the
National Governors' Association.  And
I had told him that I was going to
send somebody out to assist Major
Zipinka in the planning for that
event because it was so big.

Q.      Okay.  So you had discussed
Captain Ober with Mark Campbell?

A.      I told him that I was going to
send Captain Ober out there to help
Major Zipinka.

Q.      Did he know who Captain Ober
was?

A.      I'm not sure that he did.

Q.      Was he interested in who was
going out there?

A.      I don't know if he was

258

1    interested in so much as I was just
2    trying to keep him up to date.
3    Q.      Well, did he ever express an
4    interest in the kind of person you
5    wanted out there or what you wanted
6    them to do?
7    A.      No.
8    Q.      Well, you said you're
9    transferring Captain Ober out there,
10   he knew who Captain Ober was?
11   A.      He probably did because I
12   would have talked to him about
13   somebody going out there to assist
14   and that was probably going to be
15   Captain Ober.
16   Q.      Well, you talked to him about
17   Captain Ober early on, hadn't you,
18   when the issue came up concerning the
19   FBI probe?
20   A.      I probably did use both
21   Captain Ober's name and Lieutenant
22   Colonel Hikus.
23   Q.      Now, have you asked Mr.
24   Campbell whether or not you could or
25   should investigate the matter?

259

1  A.      No, I did not.

2  Q.      So your testimony is that Mr.

3  Campbell provided no input as to

4  whether or not this matter should be

5  investigated?

6  A.      No, he did not provide any

7  input.

8  Q.      Did you find out at some point

9  that Mr. Hikus had talked to somebody

10  in the Governor's Office about this?

11  A.      Through his testimony, I did.

12  Q.      And you didn't know about it,

13  I think you testified earlier today

14  that you didn't know about it before

15  that?

16  A.      That is correct.

17  Q.      Do you think it was

18  inappropriate for him to do that?

19  A.      Before he talked to me?

20  Q.      Yes.

21  A.      Yes.

22  Q.      So he should not have talked

23  to Mary Woolly before he talked to

24  you; right?

25  A.      Yes.

260

1   Q.     Now, do you know whether Mary

2   Woolly had told Mr. Campbell anything

3   about the discussions that she had

4   with Mr. Hikus?  Do you know whether

5   Mary Woolly told Mr. Campbell

6   anything about any conversations she

7   may have had with Mr. Hikus?

8   A.     I do not know.

9   Q.     Have you talked with Mr.

10   Campbell since then?

11   A.     I'm sure that I have talked to

12   him since then.

13   Q.     Have you talked to him since

14   then about this matter?

15   A.     No, I have not.

16   Q.     Have you talked to him since

17   then about Colonel Hikus' discussions

18   with Mary Woolly?

19   A.     Have I talked to him about the

20   discussions with Woolly?

21   Q.     Sure.

22   A.     No, I have not.

23   Q.     Do you know whether Woolly and

24   Campbell get along?

25   A.     No, I do not.

261

```
1    Q.      Do you know why ---?

2    A.      I would imagine they do.

3    Q.      Why?

4    A.      Because they work together.

5    Q.      Do you and Hikus get along?

6    A.      Yes, we do.

7    Q.      Well, have you sat down and

8    taken Mr. Hikus to task for going to

9    Mary Woolly?

10   A.      That only happened a couple of

11   days ago, that's the first that I've

12   become aware of it.

13   Q.      You haven't had time to sit

14   down with him and discuss it?

15   A.      I have not had time to sit

16   down with him and discuss it.

17   Q.      Do you plan to sit down with

18   him and discuss it?

19   A.      I'm not sure what I'm going to

20   do.

21   Q.      Are you going to discipline

22   him for that?

23   A.      I'm not sure what I'm going to

24   do in relation to that.

25   Q.      Is that not a violation of
```

262

1    what you have been concerned about in

2    this case, i.e., a circumvention of

3    the chain of command?

4    A.    Yes, it is.

5    Q.    So Colonel Hikus circumvented

6    the chain of command by reporting a

7    matter of public concern to Mary

8    Woolly in the Governor's Office; am I

9    correct?

10    A.    Before he advised me, yes,

11    sir.

12    Q.    Before he advised you, that's

13    correct?

14    A.    Yes, sir.

15    Q.    Now, what motivated him to do

16    that; do you know?

17    A.    I have no idea.

18    Q.    Is he a supporter of yours?

19    A.    What do you mean a supporter?

20    Q.    Sir, I've been around politics

21    a long time and I think you're a

22    professional.  Lieutenant colonels

23    are chosen for the Pennsylvania State

24    Police not by you but by the

25    Governor; am I correct?

263

1    A.      They are appointed by the

2    Governor but selected by me.

3    Q.      So you selected Hikus?

4    A.      It was my recommendation to

5    the Chief of Staff.  It was my

6    invitation for Colonel Hikus to

7    become involved in the competition

8    for the job and the interview process

9    for the job.

10   Q.      Now, do you have no idea why

11   Colonel Hikus would betray you and go

12   to Mary Woolly in the Governor's

13   Office about such an extremely

14   sensitive matter and not tell you

15   first?  Because it is a betrayal; is

16   it not?

17   A.      I don't know if it's a

18   betrayal or not.  I don't know what

19   was in his mind.  I don't know why he

20   would tell someone outside the

21   department before he told me.

22   Q.      Do you have a recollection of

23   signing a change order for AR-1 on or

24   about February of 2001?

25   A.      No, I do not.

264

1    Q.      Do you know if more than one

2    change order was signed on your

3    behalf?

4    A.      The change orders for

5    regulations are signed all the time,

6    so I don't know.

7    Q.      So you wouldn't know?

8    A.      I don't know.

9    Q.      Do you know if there was a

10   Change 68 and a Change 66?

11   A.      I don't know.

12   Q.      Have you ever had occasion to

13   have the ink smear on one of your

14   signatures on a document that was a

15   year old, if you can recollect?

16   A.      No, I cannot recollect one.

17   Q.      Can I --- the document that

18   you have there, I don't know how the

19   young lady has that marked.  I think

20   it's Number One.

21   A.      Exhibit Number One?

22   Q.      Yes, sir.  Can I ask you some

23   questions about Number One?

24   A.      Yes, sir.

25   Q.      You don't know anything, I

265

1    don't assume, about Special Order

2    99-102 dated October 7, 1999?

3    A.      I'd have to read it and look

4    at it to tell you.

5    Q.      You know you'd probably be

6    talking about hundreds and hundreds

7    and hundreds of those kinds of

8    things.  Isn't that ---?

9    A.      There's an awful lot of them.

10   Q.      Yes.  And this one purports to

11   be a subject about a training

12   opportunity; right?

13   A.      Exhibit One does, yes, sir.

14   Q.      And it purports to be a ---

15   it's routed to the Director of the

16   Bureau of Personnel; right?

17   A.      Yes, it is.

18   Q.      And it purports to be from,

19   and then there's an initial there,

20   Captain Darrell G. Ober; right?

21   A.      No, sir.

22   Q.      What is that?

23   A.      It is a typewritten name but

24   with no initial.

25   Q.      Okay.  And underneath that

266

1   there's a thing that says reference;

2   right?

3   A.      Yes, sir.

4   Q.      And there's subsection A;

5   right?

6   A.      There is a subsection A which

7   is the reference, the special order.

8   Q.      To the special order.  And the

9   enclosure is a résumé of

10  qualifications; right?

11  A.      Yes, sir.

12  Q.      And then it says on your

13  document, I request to be considered

14  for the subject training; right?

15  A.      Yes, sir.

16  Q.      And then it lists the

17  requested information is as follows

18  and it lists some information and it

19  says, enclosure one is a résumé of my

20  qualifications, but there's nothing

21  attached here?

22  A.      That is correct.

23  Q.      And in the lower left-hand

24  corner of that document, there's

25  nothing there; is there?

267

1   A.       No, sir.

2   Q.       Give me just one minute.

3   Colonel, do you know someone named

4   Becky Brown?

5   A.       Yes, I do.

6   Q.       What's she do?

7   A.       She's the administrative

8   officer for the executive offices.

9   Q.       Do you think you'd know her

10  writing?

11  A.       I have no idea what her

12  writing is.

13  Q.       Okay.

14  A.       Mr. Bailey, can I

15  ask --- you'd ask if you can ask me

16  about that.  Can I ask you to go back

17  to this Exhibit Number Two?

18  Q.       Yes.  Just a minute.  Okay.

19  Go ahead.

20  A.       Where it is page, I think your

21  page 7.

22  Q.       Okay.

23  A.       Under number 2?

24  Q.       Yes.

25  A.       And the second sentence under

268

1   that.  The first sentence is, was I a

2   subject of investigation or any of

3   lieutenant colonels.

4   Q.      Wait a minute.  I'm not with

5   you.  Yes.

6   A.      And right underneath that it

7   says, if you were I would have been

8   told.

9   Q.      Right.

10  A.      Sure your name was never

11  mentioned.

12  Q.      Yes.

13  A.      When you were asking me about

14  that --- I just want to make sure

15  that I have the record clear.  When

16  you were asking me about that

17  statement, if you were I would have

18  been told that it's accurate and

19  clear that you understand what I was

20  referring there.  This is Rick

21  Mascara, the SAC's response to my

22  question, was I a subject of

23  investigation or of any lieutenants

24  colonels.  And he said to me, if you

25  were I, Rick Mascara, would have been

270

1    time the way that I took it if I

2    understand what we're talking about

3    here, and I had questioned you rather

4    intensely on this area, is that it

5    would have been improper for him to

6    tell you.  And your response to

7    me --- see, I don't think it makes

8    any difference what Rick meant by

9    that.  Because see, as to Rick, this

10    is hearsay.  I was interested in what

11    your response was.  And my

12    understanding what your response was

13    --- I had questioned you about

14    whether or not that would have been

15    improper.  If Rick meant by that ---

16    if I had heard of that, I would have

17    told you putting loyalty above all

18    things.  Remember when I asked you

19    that?

20    A.       Yes, I do.

21    Q.       Okay.  If I remember

22    correctly, you didn't indicate to me

23    that that would have been wrong

24    unless there was this high degree of

25    probable cause that implicated you

271

1  personally.  That's my memory; am I

2  correct?

3  A.    Yes.  And I just wanted to

4  make sure that you understood that

5  when it said, if you were I would

6  have been told that.  That is

7  Mascara's words.

8  Q.    Oh, I understand, that's

9  Mascara's words.

10  A.    Okay.

11  Q.    I wasn't interested in that.

12  I was interested in what you meant by

13  it and I don't think anything's

14  changed.  What you meant by that, if

15  I understand it correctly --- you

16  better make sure this is clear now

17  because it's an important point to

18  us.  As I understand what you meant

19  about this, it was a case of unless

20  there was this high degree of

21  probable cause about you, in other

22  words, implicating you personally, a

23  well developed --- you know, naming

24  you, that you were a target, you

25  Colonel Evanko you should have been

272

1    told.

2    A.      Or the Commissioner.

3    Q.      Or the Commissioner.  That you

4    should have been told?

5    A.      Yes.

6    Q.      And then I questioned you

7    about an ambiguity about a group,

8    that sort of thing.  And you told me

9    again unless it's about you, you

10   should have been told?

11   A.      Yes.

12   Q.      And I questioned you about

13   what if it could've involved you, and

14   you said unless it's this probable

15   cause, which I defined as a legal

16   standard meaning I can bring charges

17   against you, you should've been told.

18   If I remember correctly, sir, you

19   agreed with me.  Now if you want to

20   change it you can change it now.

21   A.      The only thing I wanted to

22   make sure is that you understood what

23   that ---.

24   Q.      I don't think it makes any

25   difference.  Mr. Mascara isn't around

273

1    for some reason. I don't know where

2    he is. Do you know where he is?

3    A.      I have no idea.

4    Q.      When is the last time you

5    talked to him?

6    A.      Probably that day.

7    Q.      No, you talked to him the next

8    day; remember?

9    A.      The day that ---.

10   Q.      Or later that afternoon, you

11   talked to him again.

12   A.      May 20th of 1999.

13   Q.      Okay. Thanks. I appreciate

14   the clarification. Who is Ron Wilt

15   (phonetic)?

16   A.      He is the project manager for

17   the Instant Information Management

18   System.

19   Q.      Was Captain Ober working with

20   the IIMS project as late as April

21   6th, 2000?

22   A.      I don't think so.

23   Q.      How about the end of March

24   2000? Was he still working with them

25   then?

274

1    A.        I don't know.

2    Q.        How about February 2000?  Was

3    he working with them then?

4    A.        I'm not sure.

5    Q.        Give me just a second, sir.

6    Have you ever seen this document

7    here?

8                        ATTORNEY GUIDO:

9                        Can you hand that to

10        the court reporter to mark?

11                        COURT REPORTER:

12                        Marking it as Exhibit

13        Three.

14                        (Deposition Exhibit

15                        Three marked

16                        for identification.)

17   A.        No, I have not.

18   BY ATTORNEY BAILEY:

19   Q.        You don't know what that is?

20   A.        I know what it is but I have

21   not seen it.

22   Q.        Does it say the reason why

23   Ober wasn't given that assignment?

24   A.        Your request, part of this

25   reads, your request was not received

275

1  in the Bureau of Personnel by the

2  October 22nd, 1999 deadline.

3  Q.      Any facts known to you that

4  would indicate that that is false on

5  behalf of Mr. Coury?

6  A.      No, sir.

7  Q.      Or an error?

8  A.      No, sir.  In fact, it's not

9  even initialed off by Lieutenant

10  Colonel Coury.

11  Q.      Who is it initialed off by?

12  A.      It appears to be Robert Einsel

13  (phonetic).

14  Q.      Who is Mr. Einsel?

15  A.      Director of the Bureau of

16  Training and Education.

17  Q.      Who does it purport to be

18  from?

19  A.      Captain Darrell G. Ober.

20  Q.      Who is it to?

21  A.      Lieutenant Colonel Thomas

22  Coury.

23  Q.      And who's it from in terms of

24  the response?  Let me see it for just

25  a second.  Did it indicate --- well,

276

1  wait a minute.  I'll give it back to
2  you.  Just a second.  You're not
3  suggesting it didn't come from
4  Lieutenant Colonel Coury and that Mr.
5  Einsel made this up or something; are
6  you?
7  A.    I'm suggesting --- I'm saying
8  that this is signed off on by
9  somebody else other than Colonel
10 Coury.  It has his initials, slash,
11 and it appears to be R.E.
12 Q.    Well, is it possible that it
13 came from Mr. Coury to him and then
14 he initialed it and gave it to
15 somebody?
16 A.    My experience in this is that
17 Major Einsel would have probably have
18 been acting or sitting in for that
19 day and came across his desk as he
20 sat there and signed --- I'm sorry.
21 Q.    That's okay.  We'll talk to
22 Mr. Coury about it and let him see if
23 he can explain it or talk about it.
24 The point is that you don't know
25 anything about it; right?

277

1   A.      That is correct.

2   Q.      What was the --- wasn't it

3   Major Wertz who made a request of you

4   to do the transfer move?

5   A.      Pardon me?

6   Q.      Was there some kind of

7   relationship here between troopers or

8   officers, do you know, a personal

9   type of thing?

10  A.      I'm not sure what you're

11  referring to?

12  Q.      Well, involving Transue.  Is

13  that a she by the way?

14  A.      It is a female, yes.

15  Q.      It is a female.

16  A.      She is a female.

17  Q.      Okay.  All right.  Now, she,

18  the female ---.

19  A.      Captain Transue is a female.

20  Q.      Captain Transue is a female.

21  Well, who did you say first told you

22  about Transue, to maybe put Transue

23  out on this RNC thing?

24  A.      It would have been Lieutenant

25  Colonel Wescott.

278

1   Q.      Did Major Wertz play any role

2   in any of that?

3   A.      I think he requested her

4   assignment or he requested an

5   assignment of an individual to assist

6   him fulltime in the preparation of

7   the RNC.

8   Q.      Did Captain Transue have a

9   love partner or a love friend or

10  something that you know of, with

11  anybody?

12  A.      Not that I know of.  I don't

13  know her that well.

14  Q.      I'm not suggesting you do,

15  sir, and I didn't mean to imply that.

16  But do you know of her friendships

17  with anyone?

18  A.      No, I do not.

19  Q.      And I don't mean that in a

20  negative way.  Transue was --- how

21  long before that RCN get together was

22  she transferred?

23  A.      One year.

24  Q.      Could it have been a year and

25  a half?

279

1   A.      No, I thought it was a year.

2   BRIEF INTERRUPTION

3   BY ATTORNEY BAILEY:

4   Q.      Remember Colonel Wescott

5   testifying about being out in San

6   Diego?

7   A.      Yes, I do.

8   Q.      Did he discuss that with you?

9   A.      About going out there?  Yes.

10  Q.      Yes.  Did he discuss anything

11  about the discussions and talks he

12  had out there?

13  A.      He would have told me that the

14  highway patrol and the San Diego

15  Police, I believe it was, made a

16  recommendation that you have to have

17  a full team of people working in this

18  fulltime, not just part time, because

19  it's so massive.

20  Q.      Who did he talk to?  Was it

21  Arizona or Southern California?  Was

22  it Wertz that he talked to out there

23  about Ober?

24  A.      Pardon me?

25  Q.      He talked to Ober about

280

1   investigating Ober to somebody out

2   there.  Do you remember?

3   A.      In San Diego?

4   Q.      Yes.  Or in Arizona someplace

5   or something?

6   A.      I think Colonel Wescott talked

7   about talking to Major Wertz out west

8   somewhere.

9   Q.      That's what I remember.  I

10  just can't remember the details.  Did

11  you ever take Pennsylvania State

12  Police forces down to Gettysburg?

13  A.      No, sir.

14  Q.      Did you ever ride the

15  battlefield down there with anybody?

16  A.      Yes, sir.

17  Q.      What was that about?  No PSP

18  horses down there?

19  A.      I don't think I've ever taken

20  a Pennsylvania State Police horse

21  down there.

22  Q.      Okay.  Do you remember Colonel

23  Coury, Lieutenant Colonel Coury going

24  to some FBI classes and then hosting

25  an event up at the headquarters or

281

1   something?

2   A.      You'd have to be a little more

3   specific.

4   Q.      Purchase of a barbecue machine

5   or a barbecue device or something.

6   Do you know anything about that?

7   A.      I know that several years ago

8   one was purchased by the academy for

9   events.

10  Q.      Do you know if that was done

11  for Colonel Coury?

12  A.      I don't believe so, but I'm

13  not positive.

14  Q.      Okay.  I think we talked about

15  the swimming events.  You don't know

16  about any swimming events out there,

17  or lifeguards.  I was wondering about

18  --- I don't remember clearly on this,

19  maybe you can help me.  You were

20  present for Mr. Wescott's deposition;

21  right?

22  A.      Yes, I was.

23  Q.      I thought you testified --- I

24  may be mistaken, and I want your

25  attorney to correct me if they

282

1   remember.  I thought he testified

2   that o one would ever be promoted in

3   order to accommodate that National

4   Governors' Association meeting for

5   that purpose, that no one would ever

6   be promoted for that purpose.  Do you

7   have a recollection of him testifying

8   to that?

9   A.      No, I don't.

10  Q.      All right.  Then I withdraw

11  the question, sir.  Strike the

12  withdrawal of that question and let

13  me rephrase it.  Do you remember if I

14  questioned him about that?

15  A.      No, I don't remember if you

16  did or not.

17  Q.      You don't remember whether I

18  questioned him about that or whether

19  he responded; right?

20  A.      No, sir, I don't.

21  Q.      By the way, where does Mr.

22  Young reside?

23  A.      In the Philadelphia area.

24  Q.      Do you know whether Mr. Wertz

25  and Mr. Transue date at all?

283

1    A.        I do not know.

2    Q.        So you don't know whether ---

3    bottom line, you don't know whether

4    Mr. Wertz had any personal interest?

5    And I'm not indicating that it's

6    improper or that we aren't all human.

7    All I'm asking is whether or not you

8    know Mr. Wertz if he had any kind of

9    personal interest in the transfer of

10   Ms. Transue?

11   A.        No, I don't.  I don't know

12   either of them personally that well.

13   Q.        Okay.  I'm just asking you if

14   you have any knowledge of that.  And

15   another thing that's confused me,

16   Colonel, and maybe you can help me.

17   When we had Mr. Pudleiner (phonetic)

18   in, we were asking him different

19   questions about the NGA.  And when I

20   questioned you earlier about it, you

21   indicated that the NGA was actually

22   centered up in State College; right?

23   A.        Yes, sir.

24   Q.        Why was Ober being sent to

25   Washington to help with the NGA up in

284

1   State College?  I don't mean any ---

2   I've been up to State College

3   recently about an hour and 15 minutes

4   from Harrisburg, roads weren't as

5   good then, I don't think.  But you

6   know, still why would he go out to

7   Washington to help with something up

8   in State College?

9   A.      That's where the area

10  commander is headquartered and that's

11  where the plans were being made.

12  Q.      Well, was there anybody

13  assigned to the NGA from like Altoona

14  or Blairsville or anything?

15  A.      I would imagine there were

16  several commanders assigned to that

17  operation because it was so big.

18  Q.      But you needed Darrell out in

19  Washington, PA; right?  Little

20  Washington as its called.

21  A.      To assist Major Zipinka

22  fulltime, yes.

23  Q.      Do you know whether Mr.

24  Zipinka had an immediate need for

25  Ober out there?  I mean like

285

1   yesterday?

2   A.      I know that Colonel Wescott

3   wanted somebody out there as soon as

4   he could get somebody out there.

5   Q.      Wescott ever tell you why?

6   A.      Because Seattle had exploded

7   with the World Trade Organization

8   demonstrations.  State of emergency

9   declared curfew, National Guard

10  called out and he didn't want to - - -

11  make sure that state police reacted

12  the same way as Seattle, wanted to be

13  prepared for it.

14  Q.      Okay.  Was Mr. Ober at one

15  time, on a book committee, some kind

16  of a book committee?

17  A.      Yes, he was.

18  Q.      Why did you take him off?

19  A.      I think Lieutenant Colonel

20  Coury did that.

21  Q.      I may be mistaken, sir, but I

22  think you testified that you did.

23  You're testifying now that he did?

24  A.      Yeah, I think he did.  I think

25  he's the one that - - - I probably made

286

1    the decision and then he drafted the

2    correspondence or he made the

3    decision and I agreed with it.  One

4    of the two, I'm just not sure.

5    Q.    Okay.  Can you tell us why?

6    A.    I don't remember the

7    circumstances.  I think as they

8    existed Lieutenant Colonel Hikus was

9    continuing to ask for additional

10   people assigned to the IIMS project,

11   he wanted people assigned full-time.

12   There was a continual request of

13   officers and troopers and employees

14   there and they wanted those people

15   full time.  I think that was the

16   reason.

17   Q.    So the reason to take him off

18   the book committee was he was too

19   busy?

20   A.    I think that's what it was.

21   Q.    IIMS was very important and

22   about --- well, naturally you asked

23   Captain Ober about that; right?  I

24   mean, the book committee is sort of

25   extracurricular so to speak; isn't

287

1   it?

2   A.      I think it's during work

3   hours.

4   Q.      Okay.  Of course, you

5   consulted with Captain Ober, you sat

6   him down and talked with him about

7   that; right?

8   A.      No, I didn't.

9   Q.      Well, when did you take him

10  off the book committee?

11  A.      I don't remember.

12  Q.      No, not you.  If it was you or

13  Mr. Coury together or Mr. Coury and

14  you together or however it went, you

15  don't know when you did that?

16  A.      No, I don't.

17  Q.      Of course, you're putting Ober

18  back on the book committee; aren't

19  you?

20  A.      I don't care if he goes back

21  on the book committee if the head of

22  the book committee wants him back on

23  there.

24  Q.      You consulted with the head of

25  the book committee when you took him

288

1  off; didn't you Colonel?

2  A.      I don't believe that I did.

3  Maybe Colonel Coury did.

4  Q.      Well, Colonel, why don't you

5  tell us when the book's going to e

6  done, when it's going to be printed

7  or when that project finishes up?

8  A.      2005.

9  Q.      To coincide with the 100-year

10 history in one of the finest state

11 police organizations in the entire

12 nation that prides itself on

13 integrity and openness; right, sir?

14 A.      For the 100th anniversary of

15 the state police.

16 Q.      2005; right, Colonel Evanko?

17 A.      That is correct.

18 Q.      Sir, what I would like to do

19 is ask your erstwhile legal eagles if

20 we can take a 10-minute break.  I

21 think I might be able to shorten up

22 what I have to do if I have a chance

23 to reorganize some of this material.

24 Because Syndi wants us out of

25 here --- we all want to be out of

289

1   here by five o'clock at the latest.

2   I know the stenographer does.   So

3   could we take ten?   And would you

4   mind giving me --- shutting off the

5   microphones and giving me this room a

6   little bit or a room to work in with

7   my client?   I can go somewhere else.

8   Is it easier for me to go somewhere

9   else, or you can just shut this stuff

10  off?   You know what, I don't want to

11  be in here with the stuff.   Can you

12  give me a little room here somewhere,

13  Colonel, I can sit in?

14  A.      There are two rooms available

15  right here.

16  Q.      Okay.

17                  VIDEOGRAPHER:

18                  It is 3:18 p.m. and

19          we're suspending.

20  SHORT BREAK TAKEN

21                  VIDEOGRAPHER:

22                  It is 3:33 p.m.,

23          3-27-02, and we're continuing

24          with the deposition of Colonel

25          Evanko.

290

BY ATTORNEY BAILEY:

Q.      Colonel, let me ask about
here, find the amended complaint.  I
just want to go through here by
paragraph and read some allegations
and give you the opportunity to
expound on the reasons why you feel
that they're not correct.

        In paragraph 20 --- and bear
in mind that this complaint's
composed by myself, Mr. Ober's
attorney, and that pleading rules
under Federal Rules under Civil
Procedure 8 is as to notice pleading
requirements, which is just called
conclusary pleading.  But there are a
lot of inter-related fact allegations
here and I want to run them by you.
It says on or about September 1998
that Darrell Ober was one of the
brightest and best, a rising star in
the Pennsylvania State Police.  Do
you dispute that or that he had a
very good-looking career there and
was moving along quite well?  Could

291

1  you say that, or was he a

2  subperformer?

3  A.      I think he was comparable to

4  the other captains that we have on

5  the state police.

6  Q.      Okay.  It says in here on May

7  2nd, 1998, Captain Ober was named as

8  Director of Internal Affairs Division

9  and later in early September he was

10  named as acting Bureau Director of

11  the Pennsylvania State Police of

12  Bureau of Professional

13  Responsibility.  Does that square

14  with your recollection?  I'm sorry.

15              ATTORNEY GUIDO:

16              Could you just give us

17      some paragraph reference?

18              ATTORNEY BAILEY:

19              Sure.  Paragraph 21.

20      I'm sorry.

21              ATTORNEY GUIDO:

22              Thank you.

23  BY ATTORNEY BAILEY:

24  Q.      Does that square with your

25  recollection, sir?

292

1    A.      There was a period of 12

2    working days that Captain Ober was

3    the Director of Bureau of

4    Professional Responsibility, but I

5    don't know the dates.

6    Q.      Okay.  Now, it says this

7    career path is customarily associated

8    in the state police with advancement

9    for the various highest ranks in the

10   organization including commissioner.

11   And I've looked at your own career

12   and researched on this case, it seems

13   to be more or less consistent the

14   same way.  Is that a good career

15   path, at least, the kind of

16   experience up until October of 1998

17   that Captain Ober had for advancement

18   or movement?

19   A.      I would not characterize

20   assignment to BPR in that way.

21   Q.      Okay.

22   A.      I would look at assignments to

23   LCE, for example, Colonel Walp was in

24   LCE, Lieutenant Colonel Hikus was in

25   LCE.

293

1    Q.        And you'd look at LCE as a

2    place where a captain filling a

3    lieutenant's position would be an

4    indication of skill and ability?

5    A.        For the three months that he

6    was there until a captain's vacancy

7    opened up in LCE.

8    Q.        Now, in paragraph 31 an

9    allegation is made that I think you

10   responded to at least part of this.

11   On being told that the investigation

12   by Plaintiff and Lieutenant Colonel

13   Hikus, Defendant Evanko exploded in a

14   fit of rage.  Exploded in a fit of

15   rage, is that a description of what

16   you did?

17   A.        No, it is not.  The captain

18   has used at various times, irate,

19   upset, angry and this verbiage here

20   and that is not accurate.

21   Q.        He told Hikus and the

22   Plaintiff, Darrell Ober, that quote I

23   will have Louie Freeh, Director of

24   the FBI on the phone tonight and have

25   the agents involved transferred by

294

1   tomorrow.  Now, that's Captain Ober's
2   allegation.  You heard the testimony
3   of Lieutenant Colonel Hikus.  If I
4   understand your testimony, you didn't
5   say anything like that.
6   A.      That is not true.
7   Q.      So these two Pennsylvania
8   State Police officers, a lieutenant
9   colonel and a captain, have agreed
10  upon a lie and that lie is reflected
11  in this complaint?
12  A.      I'm saying that I never said
13  that and I didn't hear Lieutenant
14  Colonel Hikus say that either.  And I
15  didn't say it.
16  Q.      All right.  What do you
17  remember Lieutenant Colonel Hikus
18  saying then?
19  A.      I'm not sure what it was but
20  it wasn't that.
21  Q.      Paragraph 33 says, subsequent
22  to learning about the FBI
23  investigation, Colonel Evanko sought
24  the personal and official approval of
25  the Defendant Mark Campbell, to begin

295

1  an investigation into Captain Ober.

2  Your testimony is that that is simply

3  not accurate or correct; is that fair

4  to say?

5  A.      That is not true.

6  Q.      Okay.  You don't deny that

7  Campbell was an assistant to the

8  Pennsylvania --- was an assistant or

9  some sort of high staff position on

10  the Pennsylvania Governor Chief of

11  Staff though, that was true?

12  A.      He was a Deputy Chief of

13  Staff.

14  Q.      Deputy Chief of Staff.  Okay.

15  Paragraph 34 says that the time that

16  Campbell and Evanko conferred on

17  investigating Ober you've already

18  indicated that --- well, did you and

19  Campbell talk about investigating

20  Ober, number one, or number two, the

21  circumstances surrounding the FBI

22  problem?

23  A.      I would have told Mr. Campbell

24  that I was going to do an

25  administrative inquiry or inquiry

296

1  into the facts of this.  That would

2  have been the extent of it.

3  Q.      So you wouldn't have said I

4  was going to investigate Hikus or

5  Ober or those fellows or anything

6  like that, you would have told him

7  --- there is a difference between

8  would have and what you remember, but

9  your testimony here today is that you

10 would have told him that you were

11 going to look into the circumstances?

12 A.      That's what I recall talking

13 to him about.

14 Q.      That's different.  Okay.  You

15 do recall talking to him about that

16 and saying that you're going to look

17 into the circumstances?

18 A.      Yes, I do.

19 Q.      Now, at that time did you

20 suspect Ober of having committed a

21 wrong at the time you talked to Mark

22 Campbell?

23 A.      Other than going past his

24 major and BPR, I didn't know what to

25 think.

297

1  Q.    So the allegation here is that

2  you and Campbell, we're really

3  talking about you now or asking about

4  you now, knew that Ober committed no

5  wrong, had broken no law and had

6  violated no regulation practice or

7  custom in the Pennsylvania State

8  Police.    That allegation here is

9  inaccurate because you didn't know

10 what had happened and although it may

11 not have been a violation of

12 regulation you felt that Ober had

13 committed a wrong by circumventing

14 Mr. Conley and going to Hikus?

15 A.    Yes, I did.

16 Q.    Okay.  Do you want to read

17 paragraph 35?  It is not intended to

18 inflame or upset you, please.  It's

19 not meant to be argumentative.  I'm

20 going to read it and I want you to

21 tell me if it's accurate.  Paragraph

22 35, nonetheless, in order to punish

23 Ober because he had followed proper

24 PSP procedure, obeyed the law and

25 conducted himself in a spirit,

298

1    supportive of proper law enforcement

2    duties and practices consistent with

3    his oath as opposed to demonstrating

4    blind devotion, obedience and

5    subservience to the personal and

6    political interest and concerns of

7    the Defendants, both Evanko and

8    Campbell, eliminating Campbell from

9    this now by virtue of assuming the

10   information you've given us is

11   accurate.  So it would read, Evanko

12   decided to use Ober as an example to

13   PSP Officers and members to show that

14   obedience to the political

15   sensitivity of the Pennsylvania State

16   Police leader and his political

17   mentors is a necessity regardless of

18   what the law may require even if that

19   leader himself is a target or

20   potential target of an official law

21   enforcement agency investigation

22   himself.  That is simply untrue?

23   A.       Yes, it is untrue.

24   Q.       Okay.  Now, under the heading

25   investigation on page 10 of the

299

1  complaint, paragraph 37 reads,

2  investigations such as those done on

3  Captain Ober had the effect of

4  destroying an officer's standing and

5  reputation among his colleagues.  Do

6  you believe that to be true?

7  A.      No, I don't.

8  Q.      Hey becomes shunned and is

9  subjected to insults and is

10 ostracized.  Do you believe that can

11 happen, or have you ever known it to

12 happen?

13 A.      No, I do not know it to have

14 happened.  And I don't believe it

15 happened here.

16 Q.      Okay.  Why don't you believe

17 it happened here?

18 A.      Because I haven't seen it.

19 Q.      So you don't know whether it's

20 happened here.  You just haven't seen

21 it?

22 A.      I haven't seen it, and I don't

23 believe it to have happened.

24 Q.      All right.  Plaintiff was

25 subjected to an unlawful and improper

300

1    investigation. It's fair to say you
2    do not agree with that?
3    A.      That is fair.
4    Q.      At the direction of Evanko and
5    Campbell --- Campbell, according to
6    you, didn't order any investigation
7    or approve one but you at least did
8    order an investigation.
9    A.      I ordered an administrative
10   inquiry.
11   Q.      An administrative inquiry.
12   These investigations were conducted
13   for two unlawful reasons. We know
14   you do not agree with that. You
15   don't have to respond, of course.
16   You've already denied that. The
17   first was to learn the breadth and
18   depth of Ober's knowledge about the
19   FBI investigation. Now, was there
20   any purpose in ascertaining Ober's
21   knowledge about the FBI
22   investigation?
23   A.      I wanted to know all of the
24   circumstances from all of the
25   involved parties in this incident.

274

1    A.      I don't know.

2    Q.      How about February 2000?  Was

3    he working with them then?

4    A.      I'm not sure.

5    Q.      Give me just a second, sir.

6    Have you ever seen this document

7    here?

8                    ATTORNEY GUIDO:

9                    Can you hand that to

10             the court reporter to mark?

11                   COURT REPORTER:

12                   Marking it as Exhibit

13             Three.

14                   (Deposition Exhibit

15             Three marked

16             for identification.)

17   A.      No, I have not.

18   BY ATTORNEY BAILEY:

19   Q.      You don't know what that is?

20   A.      I know what it is but I have

21   not seen it.

22   Q.      Does it say the reason why

23   Ober wasn't given that assignment?

24   A.      Your request, part of this

25   reads, your request was not received

275

1   in the Bureau of Personnel by the

2   October 22nd, 1999 deadline.

3   Q.      Any facts known to you that

4   would indicate that that is false on

5   behalf of Mr. Coury?

6   A.      No, sir.

7   Q.      Or an error?

8   A.      No, sir.  In fact, it's not

9   even initialed off by Lieutenant

10  Colonel Coury.

11  Q.      Who is it initialed off by?

12  A.      It appears to be Robert Einsel

13  (phonetic).

14  Q.      Who is Mr. Einsel?

15  A.      Director of the Bureau of

16  Training and Education.

17  Q.      Who does it purport to be

18  from?

19  A.      Captain Darrell G. Ober.

20  Q.      Who is it to?

21  A.      Lieutenant Colonel Thomas

22  Coury.

23  Q.      And who's it from in terms of

24  the response?  Let me see it for just

25  a second.  Did it indicate --- well,

276

wait a minute.  I'll give it back to
you.  Just a second.  You're not
suggesting it didn't come from
Lieutenant Colonel Coury and that Mr.
Einsel made this up or something; are
you?

A.     I'm suggesting --- I'm saying
that this is signed off on by
somebody else other than Colonel
Coury.  It has his initials, slash,
and it appears to be R.E.

Q.     Well, is it possible that it
came from Mr. Coury to him and then
he initialed it and gave it to
somebody?

A.     My experience in this is that
Major Einsel would have probably have
been acting or sitting in for that
day and came across his desk as he
sat there and signed --- I'm sorry.

Q.     That's okay.  We'll talk to
Mr. Coury about it and let him see if
he can explain it or talk about it.
The point is that you don't know
anything about it; right?

277

1    A.       That is correct.

2    Q.       What was the --- wasn't it

3    Major Wertz who made a request of you

4    to do the transfer move?

5    A.       Pardon me?

6    Q.       Was there some kind of

7    relationship here between troopers or

8    officers, do you know, a personal

9    type of thing?

10   A.       I'm not sure what you're

11   referring to?

12   Q.       Well, involving Transue.  Is

13   that a she by the way?

14   A.       It is a female, yes.

15   Q.       It is a female.

16   A.       She is a female.

17   Q.       Okay.  All right.  Now, she,

18   the female ---.

19   A.       Captain Transue is a female.

20   Q.       Captain Transue is a female.

21   Well, who did you say first told you

22   about Transue, to maybe put Transue

23   out on this RNC thing?

24   A.       It would have been Lieutenant

25   Colonel Wescott.

278

1  Q.     Did Major Wertz play any role

2  in any of that?

3  A.     I think he requested her

4  assignment or he requested an

5  assignment of an individual to assist

6  him fulltime in the preparation of

7  the RNC.

8  Q.     Did Captain Transue have a

9  love partner or a love friend or

10 something that you know of, with

11 anybody?

12 A.     Not that I know of.  I don't

13 know her that well.

14 Q.     I'm not suggesting you do,

15 sir, and I didn't mean to imply that.

16 But do you know of her friendships

17 with anyone?

18 A.     No, I do not.

19 Q.     And I don't mean that in a

20 negative way.  Transue was --- how

21 long before that RCN get together was

22 she transferred?

23 A.     One year.

24 Q.     Could it have been a year and

25 a half?

279

1    A.      No, I thought it was a year.

2    BRIEF INTERRUPTION

3    BY ATTORNEY BAILEY:

4    Q.      Remember Colonel Wescott

5    testifying about being out in San

6    Diego?

7    A.      Yes, I do.

8    Q.      Did he discuss that with you?

9    A.      About going out there?  Yes.

10   Q.      Yes.  Did he discuss anything

11   about the discussions and talks he

12   had out there?

13   A.      He would have told me that the

14   highway patrol and the San Diego

15   Police, I believe it was, made a

16   recommendation that you have to have

17   a full team of people working in this

18   fulltime, not just part time, because

19   it's so massive.

20   Q.      Who did he talk to?  Was it

21   Arizona or Southern California?  Was

22   it Wertz that he talked to out there

23   about Ober?

24   A.      Pardon me?

25   Q.      He talked to Ober about

280

1  investigating Ober to somebody out

2  there.  Do you remember?

3  A.      In San Diego?

4  Q.      Yes.  Or in Arizona someplace

5  or something?

6  A.      I think Colonel Wescott talked

7  about talking to Major Wertz out west

8  somewhere.

9  Q.      That's what I remember.  I

10 just can't remember the details.  Did

11 you ever take Pennsylvania State

12 Police forces down to Gettysburg?

13 A.      No, sir.

14 Q.      Did you ever ride the

15 battlefield down there with anybody?

16 A.      Yes, sir.

17 Q.      What was that about?  No PSP

18 horses down there?

19 A.      I don't think I've ever taken

20 a Pennsylvania State Police horse

21 down there.

22 Q.      Okay.  Do you remember Colonel

23 Coury, Lieutenant Colonel Coury going

24 to some FBI classes and then hosting

25 an event up at the headquarters or

281

1  something?

2  A.      You'd have to be a little more

3  specific.

4  Q.      Purchase of a barbecue machine

5  or a barbecue device or something.

6  Do you know anything about that?

7  A.      I know that several years ago

8  one was purchased by the academy for

9  events.

10  Q.     Do you know if that was done

11  for Colonel Coury?

12  A.     I don't believe so, but I'm

13  not positive.

14  Q.     Okay.  I think we talked about

15  the swimming events.  You don't know

16  about any swimming events out there,

17  or lifeguards.  I was wondering about

18  --- I don't remember clearly on this,

19  maybe you can help me.  You were

20  present for Mr. Wescott's deposition;

21  right?

22  A.     Yes, I was.

23  Q.     I thought you testified --- I

24  may be mistaken, and I want your

25  attorney to correct me if they

282

1  remember.  I thought he testified
2  that o one would ever be promoted in
3  order to accommodate that National
4  Governors' Association meeting for
5  that purpose, that no one would ever
6  be promoted for that purpose.  Do you
7  have a recollection of him testifying
8  to that?
9  A.    No, I don't.
10  Q.    All right.  Then I withdraw
11  the question, sir.  Strike the
12  withdrawal of that question and let
13  me rephrase it.  Do you remember if I
14  questioned him about that?
15  A.    No, I don't remember if you
16  did or not.
17  Q.    You don't remember whether I
18  questioned him about that or whether
19  he responded; right?
20  A.    No, sir, I don't.
21  Q.    By the way, where does Mr.
22  Young reside?
23  A.    In the Philadelphia area.
24  Q.    Do you know whether Mr. Wertz
25  and Mr. Transue date at all?

283

A.      I do not know.

Q.      So you don't know whether ---
bottom line, you don't know whether
Mr. Wertz had any personal interest?
And I'm not indicating that it's
improper or that we aren't all human.
All I'm asking is whether or not you
know Mr. Wertz if he had any kind of
personal interest in the transfer of
Ms. Transue?

A.      No, I don't.  I don't know
either of them personally that well.

Q.      Okay.  I'm just asking you if
you have any knowledge of that.  And
another thing that's confused me,
Colonel, and maybe you can help me.
When we had Mr. Pudleiner (phonetic)
in, we were asking him different
questions about the NGA.  And when I
questioned you earlier about it, you
indicated that the NGA was actually
centered up in State College; right?

A.      Yes, sir.

Q.      Why was Ober being sent to
Washington to help with the NGA up in

284

1  State College?  I don't mean any ---

2  I've been up to State College

3  recently about an hour and 15 minutes

4  from Harrisburg, roads weren't as

5  good then, I don't think.  But you

6  know, still why would he go out to

7  Washington to help with something up

8  in State College?

9  A.      That's where the area

10 commander is headquartered and that's

11 where the plans were being made.

12 Q.      Well, was there anybody

13 assigned to the NGA from like Altoona

14 or Blairsville or anything?

15 A.      I would imagine there were

16 several commanders assigned to that

17 operation because it was so big.

18 Q.      But you needed Darrell out in

19 Washington, PA; right?  Little

20 Washington as its called.

21 A.      To assist Major Zipinka

22 fulltime, yes.

23 Q.      Do you know whether Mr.

24 Zipinka had an immediate need for

25 Ober out there?  I mean like

285

1   yesterday?

2   A.      I know that Colonel Wescott

3   wanted somebody out there as soon as

4   he could get somebody out there.

5   Q.      Wescott ever tell you why?

6   A.      Because Seattle had exploded

7   with the World Trade Organization

8   demonstrations.  State of emergency

9   declared curfew, National Guard

10  called out and he didn't want to ---

11  make sure that state police reacted

12  the same way as Seattle, wanted to be

13  prepared for it.

14  Q.      Okay.  Was Mr. Ober at one

15  time, on a book committee, some kind

16  of a book committee?

17  A.      Yes, he was.

18  Q.      Why did you take him off?

19  A.      I think Lieutenant Colonel

20  Coury did that.

21  Q.      I may be mistaken, sir, but I

22  think you testified that you did.

23  You're testifying now that he did?

24  A.      Yeah, I think he did.  I think

25  he's the one that --- I probably made

286

1    the decision and then he drafted the

2    correspondence or he made the

3    decision and I agreed with it.  One

4    of the two, I'm just not sure.

5    Q.      Okay.  Can you tell us why?

6    A.      I don't remember the

7    circumstances.  I think as they

8    existed Lieutenant Colonel Hikus was

9    continuing to ask for additional

10   people assigned to the IIMS project,

11   he wanted people assigned full-time.

12   There was a continual request of

13   officers and troopers and employees

14   there and they wanted those people

15   full time.  I think that was the

16   reason.

17   Q.      So the reason to take him off

18   the book committee was he was too

19   busy?

20   A.      I think that's what it was.

21   Q.      IIMS was very important and

22   about --- well, naturally you asked

23   Captain Ober about that; right?  I

24   mean, the book committee is sort of

25   extracurricular so to speak; isn't

287

1  it?

2  A.     I think it's during work

3  hours.

4  Q.     Okay.  Of course, you

5  consulted with Captain Ober, you sat

6  him down and talked with him about

7  that; right?

8  A.     No, I didn't.

9  Q.     Well, when did you take him

10  off the book committee?

11  A.     I don't remember.

12  Q.     No, not you.  If it was you or

13  Mr. Coury together or Mr. Coury and

14  you together or however it went, you

15  don't know when you did that?

16  A.     No, I don't.

17  Q.     Of course, you're putting Ober

18  back on the book committee; aren't

19  you?

20  A.     I don't care if he goes back

21  on the book committee if the head of

22  the book committee wants him back on

23  there.

24  Q.     You consulted with the head of

25  the book committee when you took him

288

1   off; didn't you Colonel?

2   A.     I don't believe that I did.

3   Maybe Colonel Coury did.

4   Q.     Well, Colonel, why don't you

5   tell us when the book's going to e

6   done, when it's going to be printed

7   or when that project finishes up?

8   A.     2005.

9   Q.     To coincide with the 100-year

10  history in one of the finest state

11  police organizations in the entire

12  nation that prides itself on

13  integrity and openness; right, sir?

14  A.     For the 100th anniversary of

15  the state police.

16  Q.     2005; right, Colonel Evanko?

17  A.     That is correct.

18  Q.     Sir, what I would like to do

19  is ask your erstwhile legal eagles if

20  we can take a 10-minute break.  I

21  think I might be able to shorten up

22  what I have to do if I have a chance

23  to reorganize some of this material.

24  Because Syndi wants us out of

25  here --- we all want to be out of

289

1   here by five o'clock at the latest.

2   I know the stenographer does.  So

3   could we take ten?  And would you

4   mind giving me --- shutting off the

5   microphones and giving me this room a

6   little bit or a room to work in with

7   my client?  I can go somewhere else.

8   Is it easier for me to go somewhere

9   else, or you can just shut this stuff

10  off?  You know what, I don't want to

11  be in here with the stuff.  Can you

12  give me a little room here somewhere,

13  Colonel, I can sit in?

14  A.      There are two rooms available

15  right here.

16  Q.      Okay.

17                  VIDEOGRAPHER:

18             It is 3:18 p.m. and

19        we're suspending.

20  SHORT BREAK TAKEN

21                  VIDEOGRAPHER:

22             It is 3:33 p.m.,

23        3-27-02, and we're continuing

24        with the deposition of Colonel

25        Evanko.

290

BY ATTORNEY BAILEY:

Q.      Colonel, let me ask about
here, find the amended complaint.   I
just want to go through here by
paragraph and read some allegations
and give you the opportunity to
expound on the reasons why you feel
that they're not correct.

In paragraph 20 --- and bear
in mind that this complaint's
composed by myself, Mr. Ober's
attorney, and that pleading rules
under Federal Rules under Civil
Procedure 8 is as to notice pleading
requirements, which is just called
conclusary pleading.  But there are a
lot of inter-related fact allegations
here and I want to run them by you.
It says on or about September 1998
that Darrell Ober was one of the
brightest and best, a rising star in
the Pennsylvania State Police.  Do
you dispute that or that he had a
very good-looking career there and
was moving along quite well?  Could

291

1   you say that, or was he a

2   subperformer?

3   A.      I think he was comparable to

4   the other captains that we have on

5   the state police.

6   Q.      Okay.  It says in here on May

7   2nd, 1998, Captain Ober was named as

8   Director of Internal Affairs Division

9   and later in early September he was

10  named as acting Bureau Director of

11  the Pennsylvania State Police of

12  Bureau of Professional

13  Responsibility.  Does that square

14  with your recollection?  I'm sorry.

15              ATTORNEY GUIDO:

16              Could you just give us

17      some paragraph reference?

18              ATTORNEY BAILEY:

19              Sure.  Paragraph 21.

20      I'm sorry.

21              ATTORNEY GUIDO:

22              Thank you.

23  BY ATTORNEY BAILEY:

24  Q.      Does that square with your

25  recollection, sir?

292

1    A.    There was a period of 12
2    working days that Captain Ober was
3    the Director of Bureau of
4    Professional Responsibility, but I
5    don't know the dates.
6    Q.    Okay. Now, it says this
7    career path is customarily associated
8    in the state police with advancement
9    for the various highest ranks in the
10   organization including commissioner.
11   And I've looked at your own career
12   and researched on this case, it seems
13   to be more or less consistent the
14   same way.  Is that a good career
15   path, at least, the kind of
16   experience up until October of 1998
17   that Captain Ober had for advancement
18   or movement?
19   A.    I would not characterize
20   assignment to BPR in that way.
21   Q.    Okay.
22   A.    I would look at assignments to
23   LCE, for example, Colonel Walp was in
24   LCE, Lieutenant Colonel Hikus was in
25   LCE.

293

1  Q.      And you'd look at LCE as a
2  place where a captain filling a
3  lieutenant's position would be an
4  indication of skill and ability?
5  A.      For the three months that he
6  was there until a captain's vacancy
7  opened up in LCE.
8  Q.      Now, in paragraph 31 an
9  allegation is made that I think you
10 responded to at least part of this.
11 On being told that the investigation
12 by Plaintiff and Lieutenant Colonel
13 Hikus, Defendant Evanko exploded in a
14 fit of rage.  Exploded in a fit of
15 rage, is that a description of what
16 you did?
17 A.      No, it is not.  The captain
18 has used at various times, irate,
19 upset, angry and this verbiage here
20 and that is not accurate.
21 Q.      He told Hikus and the
22 Plaintiff, Darrell Ober, that quote I
23 will have Louie Freeh, Director of
24 the FBI on the phone tonight and have
25 the agents involved transferred by

294

1   tomorrow. Now, that's Captain Ober's

2   allegation. You heard the testimony

3   of Lieutenant Colonel Hikus. If I

4   understand your testimony, you didn't

5   say anything like that.

6   A.       That is not true.

7   Q.       So these two Pennsylvania

8   State Police officers, a lieutenant

9   colonel and a captain, have agreed

10  upon a lie and that lie is reflected

11  in this complaint?

12  A.       I'm saying that I never said

13  that and I didn't hear Lieutenant

14  Colonel Hikus say that either. And I

15  didn't say it.

16  Q.       All right. What do you

17  remember Lieutenant Colonel Hikus

18  saying then?

19  A.       I'm not sure what it was but

20  it wasn't that.

21  Q.       Paragraph 33 says, subsequent

22  to learning about the FBI

23  investigation, Colonel Evanko sought

24  the personal and official approval of

25  the Defendant Mark Campbell, to begin

295

1    an investigation into Captain Ober.

2    Your testimony is that that is simply

3    not accurate or correct; is that fair

4    to say?

5    A.      That is not true.

6    Q.      Okay.  You don't deny that

7    Campbell was an assistant to the

8    Pennsylvania --- was an assistant or

9    some sort of high staff position on

10   the Pennsylvania Governor Chief of

11   Staff though, that was true?

12   A.      He was a Deputy Chief of

13   Staff.

14   Q.      Deputy Chief of Staff.  Okay.

15   Paragraph 34 says that the time that

16   Campbell and Evanko conferred on

17   investigating Ober you've already

18   indicated that --- well, did you and

19   Campbell talk about investigating

20   Ober, number one, or number two, the

21   circumstances surrounding the FBI

22   problem?

23   A.      I would have told Mr. Campbell

24   that I was going to do an

25   administrative inquiry or inquiry

296

1  into the facts of this.  That would

2  have been the extent of it.

3  Q.    So you wouldn't have said I

4  was going to investigate Hikus or

5  Ober or those fellows or anything

6  like that, you would have told him

7  --- there is a difference between

8  would have and what you remember, but

9  your testimony here today is that you

10 would have told him that you were

11 going to look into the circumstances?

12 A.    That's what I recall talking

13 to him about.

14 Q.    That's different.  Okay.  You

15 do recall talking to him about that

16 and saying that you're going to look

17 into the circumstances?

18 A.    Yes, I do.

19 Q.    Now, at that time did you

20 suspect Ober of having committed a

21 wrong at the time you talked to Mark

22 Campbell?

23 A.    Other than going past his

24 major and BPR, I didn't know what to

25 think.

297

1  Q.      So the allegation here is that

2  you and Campbell, we're really

3  talking about you now or asking about

4  you now, knew that Ober committed no

5  wrong, had broken no law and had

6  violated no regulation practice or

7  custom in the Pennsylvania State

8  Police.  That allegation here is

9  inaccurate because you didn't know

10 what had happened and although it may

11 not have been a violation of

12 regulation you felt that Ober had

13 committed a wrong by circumventing

14 Mr. Conley and going to Hikus?

15 A.      Yes, I did.

16 Q.      Okay.  Do you want to read

17 paragraph 35?  It is not intended to

18 inflame or upset you, please.  It's

19 not meant to be argumentative.  I'm

20 going to read it and I want you to

21 tell me if it's accurate.  Paragraph

22 35, nonetheless, in order to punish

23 Ober because he had followed proper

24 PSP procedure, obeyed the law and

25 conducted himself in a spirit,

298

1   supportive of proper law enforcement

2   duties and practices consistent with

3   his oath as opposed to demonstrating

4   blind devotion, obedience and

5   subservience to the personal and

6   political interest and concerns of

7   the Defendants, both Evanko and

8   Campbell, eliminating Campbell from

9   this now by virtue of assuming the

10  information you've given us is

11  accurate.  So it would read, Evanko

12  decided to use Ober as an example to

13  PSP Officers and members to show that

14  obedience to the political

15  sensitivity of the Pennsylvania State

16  Police leader and his political

17  mentors is a necessity regardless of

18  what the law may require even if that

19  leader himself is a target or

20  potential target of an official law

21  enforcement agency investigation

22  himself.  That is simply untrue?

23  A.      Yes, it is untrue.

24  Q.      Okay.  Now, under the heading

25  investigation on page 10 of the

299

1  complaint, paragraph 37 reads,

2  investigations such as those done on

3  Captain Ober had the effect of

4  destroying an officer's standing and

5  reputation among his colleagues.  Do

6  you believe that to be true?

7  A.      No, I don't.

8  Q.      Hey becomes shunned and is

9  subjected to insults and is

10  ostracized.  Do you believe that can

11  happen, or have you ever known it to

12  happen?

13  A.      No, I do not know it to have

14  happened.  And I don't believe it

15  happened here.

16  Q.      Okay.  Why don't you believe

17  it happened here?

18  A.      Because I haven't seen it.

19  Q.      So you don't know whether it's

20  happened here.  You just haven't seen

21  it?

22  A.      I haven't seen it, and I don't

23  believe it to have happened.

24  Q.      All right.  Plaintiff was

25  subjected to an unlawful and improper

301

1   Q.      And whether Evanko and someone

2   in the Governor's Office was a target

3   or actually under suspicion.  Well,

4   you were concerned about that?  The

5   record's replete with numerous

6   references - - -.

7   A.      That I was what?

8   Q.      Well, here's the allegations.

9    The first was to learn the breadth

10  and depth of Ober's knowledge about

11  the FBI investigation, you've already

12  responded to that.  And whether

13  Evanko and someone in the Governor's

14  Office was a target or actually under

15  suspicion, that was not a purpose?

16  A.      My concern would have been to

17  try to determine why the FBI or

18  Lieutenant Colonel Hikus didn't tell

19  me.  So I guess in a way that would

20  be accurate.

21  Q.      Thank you.  And the second was

22  to harass and injure Ober as a way to

23  send a signal to others that the

24  Defendants as a leadership cadre

25  require the obedience even the

Sargent's Court Reporting Service, Inc.
(814) 536-8908

302

1   unlawful obedience of PSP members,

2   above all other considerations as an

3   unwritten term and condition of

4   employment.  Now, clearly you would

5   not agree with that?

6   A.       I would not agree with that

7   and I will go back to the last

8   question.  I would agree to that as

9   far as I am concerned but not the

10  Governor's Office.

11  Q.       And the last sentence --- I

12  guess that's not real helpful here.

13  Okay.  Now, paragraph 39 reads,

14  towards the end after the meeting

15  that you had in your office, the

16  following.  That the meeting in your

17  office in which --- well, let's clear

18  that up first.  Paragraph 39 says

19  that there was a meeting following

20  Colonel Evanko's meeting with Mark

21  Campbell.  We've already indicated it

22  was a phone call and not a meeting;

23  right?

24  A.       That's correct.

25  Q.       Where Evanko secured

303

1   permission to investigate the

2   Plaintiff.  You already said that did

3   not occur?

4   A.      That did not occur.

5   Q.      Because Evanko proceed to

6   harass Plaintiff have others such as

7   the Defendants Conley, Coury, and

8   Wescott harass him.  Now, clearly you

9   don't agree with that?  That is not

10  correct?

11  A.      That is not correct.

12  Q.      And have him, meaning Ober,

13  officially investigated despite the

14  fact that Evanko was told he should

15  not conduct an investigation.  Now,

16  your investigation into Ober ---

17  strike that.

18          Your investigation into the

19  facts and circumstances as you put

20  it, we feel it was into Darrell Ober

21  and respectfully disagree with you on

22  that.  But we understand your

23  position and assuming your

24  definition, the investigation into

25  the facts and circumstance of the FBI

304

1    probe, the allegation here is that

2    you were told that it was not proper,

3    that investigation.  There being no

4    cause for such an inquiry as required

5    by PSP policies and rules and by both

6    the Pennsylvania and the United

7    States Constitution.  Mr. Coury

8    didn't tell you that?

9    Q.      The only thing Colonel Coury

10   told me was that this is not a ---

11   when I said about assigning BPR

12   investigators?  This is not a BPR

13   issue, it should be an administrative

14   inquiry.

15   Q.      So he was behind the

16   investigation but he said it should

17   be an administrative inquiry?

18   A.      It's not a BPR issue and don't

19   assign BPR investigators to it.

20   Q.      Why did Captain Brown, in July

21   20th, 1999, put a BPR number on it?

22   Why did he do that?  Did you tell him

23   to do that?

24   A.      No, I did not tell him.

25   Q.      Then why did he do it?  Do you

305

1   know why he did it?  Did you ever ask
2   him?
3   A.      No, I never asked him and I
4   don't know why he put a number on it.
5   Q.      Sir, when Mr. Williams talked
6   to Mr. Brown, we've got testimony on
7   this, they talked about this issue,
8   the nature of this inquiry.  We have
9   a deposition from Mr. Brown.  You're
10  welcome to read it.  I assume you
11  have, I don't know.
12  A.      No, I have not.
13  Q.      All right, sir.  Was the thing
14  ever a BPR investigation, Colonel?
15  A.      No, it was not.
16  Q.      It was not?
17  A.      It was not.
18  Q.      It was not, but Captain Brown
19  gave it a BPR number.  Who --- why
20  did he do that?  Who authorized him
21  to do that?  What was the reason for
22  that; do you know?
23  A.      I can speculate as to what it
24  is.
25  Q.      Then tell me.

306

1   A.      As a tracking number.

2   Q.      As a tracking number.

3   A.      That's the only reason I could

4   possibly think of.

5   Q.      It wasn't to cover; was it?

6   A.      Pardon me?

7   Q.      It was to provide cover; was

8   it?

9   A.      I don't know what you mean.

10  Q.      Colonel Conley ever talk to

11  you about this thing as a BPR with a

12  BPR number?

13  A.      No, sir.

14  Q.      Did you ever discuss Captain

15  Ober with Colonel Conley that you can

16  remember?

17  A.      I think anything that I

18  discussed about Captain Ober was with

19  Lieutenant Colonel Coury?  Although

20  Captain Conley has an STD directed to

21  me that he says he talked to me, but

22  I don't recall any direct

23  conversations.

24  Q.      Sir, I'm sorry, what was that

25  again?

307

A.        What's the question again?

ATTORNEY CHRISTIE:

It can be read back if you want the court reporter --- the answer's on the record.

ATTORNEY BAILEY:

No, no, let me go on to another question.  I'm sorry ma'am.  I'm sorry, I interrupted you.

ATTORNEY CHRISTIE:

That's all right.

ATTORNEY BAILEY:

Okay.

ATTORNEY CHRISTIE:

I'm finished.

BY ATTORNEY BAILEY:

Q.        Let me go on to another question.  When we talked to Captain Brown, I think, he indicated that he spoke with Major Conley at the request of Commissioner Evanko. Something about the investigation ascertaining facts, no personnel

308

1    action involved.  Do you remember

2    that?

3    A.      No, I do not.

4    Q.      Well, it says on February 14th

5    of '01 that you forwarded a copy of

6    the worksheet to the commissioner.

7    What's that about?  Do you know what

8    that's about, why you requested that?

9    A.      What is it again?

10   Q.      Well, my understand is that

11   sometime on or about the 14th of

12   February of 2001, I want you to bear

13   in mind that the lawsuit was filed on

14   January 14, '01, I think it was.  Why

15   did you request a worksheet from

16   Captain Brown?

17   A.      I don't remember that I did

18   request one.

19   Q.      Okay.  Was this an

20   investigation that went into the

21   events --- was it an investigation

22   into the FBI at all?

23   A.      In so much as what they had

24   told Captain Ober.

25   Q.      In fact that's why Ober is

309

1    mentioned, isn't he, during those

2    notes that you took of the discussion

3    with Mr. Mascara?

4    A.    I'm not sure I know what you

5    mean.

6    Q.    Well, the notes speak for

7    themselves, Captain Ober was

8    discussed.  Paragraph 50, page 16,

9    there's a number of allegations in

10   there, but it erroneously indicates

11   that Ober was returned to IAD as

12   Director of Internal Affairs for five

13   days before transferring him to Troop

14   B, Washington.  Let me tell you why I

15   am asking this question.  You'd

16   indicated it was for a pay period ---

17   at least your recollection is it was

18   a pay period, two weeks?

19   A.    I thought that's what it was,

20   yes.

21   Q.    Okay.  You don't have a

22   recollection of it ever being for a

23   period --- I know it didn't take

24   place, but a recollection of it ever

25   being for five days?

310

1   A.      Other than listening to

2   Lieutenant Colonel Conley during his

3   deposition.

4   Q.      Do historical files have

5   references to the research that's

6   done on them, the recommended

7   changes, drafts of changes and that

8   kind of thing in your experience?

9   A.      I don't have any experience

10  with historical files at all.

11  Q.      Boy, are you lucky.  That's

12  very interesting.  Have you never in

13  terms of any of the changes to

14  Pennsylvania State Police

15  Regulations, you have never reviewed

16  or looked at a historic file?

17  A.      That is correct.

18  Q.      In all of the time that you

19  have been with the Pennsylvania State

20  Police where there has been a change

21  in regulations, have you ever looked

22  at what it was like --- you had done

23  a before and after comparison?

24  A.      Of the actual regulation?

25  Q.      Yes, sir.

311

1   A.      I've probably looked at before

2   and after regulations, what was in

3   existence at a particular time and

4   what a new one would say.

5   Q.      But you don't have a

6   particular recollection of when or

7   which one?

8   A.      Throughout my career I would

9   have done that.

10  Q.      You didn't do it with AR

11  1.102(c), though?

12  A.      After the Amended Complaint or

13  after I found out about it through

14  these procedures I looked at it.

15  Q.      Okay.  And what conclusions

16  did you reach?

17  A.      I didn't reach any.

18  Q.      First darn time you saw them;

19  isn't it?  First time you recollect

20  you seeing those proposed changes or

21  the so-called change that took place;

22  isn't it, Colonel?

23  A.      That is correct.

24  Q.      On page 18, paragraph 55, the

25  allegation is that a representation

312

1   that was made to Plaintiff and his

2   Counsel was false.  And it says that

3   AR 1-1-02 had just been changed on

4   February 22nd, 2001 and was

5   personally approved by the Defendant

6   Evanko according to file documents.

7   The word personally in there is not

8   correct, that is an error?

9   A.       That is incorrect.

10  Q.       All right, sir.  Let's talk

11  about Field Regulation 1-1.17(b).

12  And we can finish this up I think

13  fairly quickly.  I want to read a

14  paragraph to you out of the Amended

15  Complaint appearing on page 19, sir.

16  Reads as follows, additionally FR,

17  Field Regulation, 1-1.17(b) is

18  misrepresented to the court on page

19  12 of the motion to dismiss as quote,

20  requiring members to properly notify

21  their supervisor when they receive

22  any information indicating another

23  member, quote, unquote, might have

24  violated the law.  You have a

25  familiarity with the language --- I

313

1 mean you referred to it here earlier

2 in the deposition a couple of times.

3 Do you remember offhand if --- do you

4 have a commanding knowledge of its

5 verbiage, of the words?

6 A.    I think that's an accurate

7 representation of its contents.

8 Q.    And the word might is

9 underlined.  It says emphasis added.

10 The subject field regulation, this is

11 in the allegation, paragraph 59.  It

12 says, the subject field regulation

13 uses the word and phraseology has,

14 which is underlined, violated any

15 law, rule, regulation or order

16 emphasis added. It does not use the

17 word might.  Do you agree or

18 disagree, or do you know?

19 A.    You lost me on the two

20 different ---.

21 Q.    Well, I'll let you read it.

22 Read paragraph 59 until your heart's

23 content.  If you know the answer ---

24 and if you don't --- I mean, I

25 realize it's a technical question.

314

1  I'm not trying to be unfair, but tell

2  me if you know.

3  A.     I thought it says might have

4  violated the law.  I thought that's

5  the way the regulation says.

6                    ATTORNEY GUIDO:

7                    Well, the regulation

8         speaks for itself.

9                    ATTORNEY BAILEY:

10                   Yes, I mean, it does.

11        It really does.  It doesn't

12        matter what any of us

13        attorneys say.

14 BY ATTORNEY BAILEY:

15 Q.     But it does matter what you

16 recollect.

17 A.     I thought it said might.

18 Q.     You thought it said might?

19 A.     Yes, I thought it says might.

20 Q.     When is the last time you

21 reviewed it?

22 A.     Prior to coming up for this

23 deposition.

24 Q.     Okay.  You don't have a copy

25 handy; do you?

315

1   A.      No, I don't.

2   Q.      See if I could get a copy for

3   just one second, because I may be

4   wrong and I don't want to ---.

5              ATTORNEY BAILEY:

6              Just suspend for one

7   minute.

8              MR. SOLOMON:

9              It's 3:58 p.m., off

10  record.

11             VIDEOGRAPHER:

12             It's 4:00 p.m., we're

13  suspending.

14  SHORT BREAK TAKEN

15             VIDEOGRAPHER:

16             It is now 4:04 p.m.,

17  we're back on the record.

18  BY ATTORNEY BAILEY:

19  Q.      Colonel, I'd like to read to

20  you Field Regulation 1-1 ---.

21  BRIEF INTERRUPTION

22             ATTORNEY BAILEY:

23             Strike all of my former

24  comments until the

25  stenographer is ready, please.

316

1          We're back on the record now.

2          Please, strike anything

3          in between when we resumed on

4          the record because of my error

5          in not waiting until the

6          stenographer was able to mark

7          the document involved here.

8    BY ATTORNEY BAILEY:

9    Q.      Sir, can you identify for us

10   --- Colonel Evanko, can you identify

11   for us the document that is in front

12   of you?

13   A.      It's a copy of FR 1-1 dated

14   March 25, 1992.

15   Q.      And I just want to read into

16   the record very briefly under 1.1

17   Section 1.17, Recording of

18   Information, Subsection B, which is

19   the part of the field regulation

20   referred to in paragraph 59.  Then I

21   just want to ask you to comment if

22   you would.  It says, members shall

23   promptly report to their supervisor

24   any information which comes to their

25   attention and which tends to indicate

317

1  that any other member or employee

2  has, I want to emphasize the word

3  has, last word, third line, violated

4  any law, rule, regulation or order.

5  I realize I was asking you earlier to

6  comment from memory, which is awfully

7  difficult.  And in light of paragraph

8  59 in that regulation, unless it's

9  been changed, can you tell me if it

10 has?

11 A.      I don't know.  That would be

12 my first question, what was in effect

13 in September October of 1998.

14 Q.      Okay.

15                ATTORNEY GUIDO:

16          Counsel, we'll

17      stipulate that this is the

18      correct version of the

19      regulation, that this is the

20      one that was in effect.

21      However, I would like the

22      question to be clarified when

23      you're referring to paragraph

24      59.  I don't have the

25      complaint, Amended Complaint,

318

1    in front of me.  My

2    recollection is that you're

3    referring --- the reference is

4    to a brief which I wrote in

5    which I paraphrased what the

6    regulation says, which says

7    that any information which

8    tends to indicate that an

9    employee has violated any

10   laws.  So I just want to make

11   sure the question is clarified

12   as to what the reference in

13   the Amended Complaint is to.

14            ATTORNEY BAILEY:

15            I'll read paragraph 59

16   into the record then.

17   BY ATTORNEY BAILEY:

18   Q.       It says, additionally FR

19   1-1.17(b) is misrepresented to the

20   Court on page 12 of the Motion to

21   Dismiss.  Here the acronym MTD is

22   used, as requiring, quote, requiring

23   members to promptly notify their

24   supervisor when they receive any

25   information indicating that another

319

1  member might, it is in quotes

2  underlined, have violated the law,

3  closed quote. Emphasis added,

4  period. The subject field regulation,

5  the acronym FR is used, uses the

6  words and phraseology quote, has,

7  underlined for emphasis, violated any

8  law, rule, regulation or order,

9  closed quote. Emphasis added,

10 period. It does not use the word

11 might.

12         Sir, the reason I raise this

13 as an issue is that you'd made

14 reference earlier in the deposition

15 to your belief. And I'm not asking

16 you to redact or change your

17 testimony at all, not suggesting you

18 should. But you had made reference

19 to your belief that Colonel Evanko

20 had violated, you thought that he had

21 violated Field Regulation 1-1.17.

22 And that's why I asked you if you

23 knew the wording and that's why I

24 introduced this here to point that,

25 you know, maybe we'll have a

320

1    difference of opinion over that.  The

2    Court will have to decide it, but you

3    still think that he violated it;

4    right?

5    A.      Yes, I do.

6    Q.      Okay.  That's all ---.

7                    ATTORNEY GUIDO:

8                    Can we clarify that you

9            accidentally said Colonel

10           Evanko violated it?  I

11           believe ---.

12   BY ATTORNEY BAILEY:

13   Q.      No, no, I'm sorry.  Oh, yes,

14   that can clearly be a major blunder

15   on my part.  As Napoleon once said,

16   in war a blunder is worse than a

17   crime.  Of course, we're not involved

18   in a war here, so Colonel Evanko it's

19   not an allegation that you've

20   violated this regulation, but you

21   believe that Captain Ober has?

22   A.      Yes.

23   Q.      Okay.  How do you think he

24   violated it?  Last question, quite

25   frankly, that's the last question I

321

1  have for you.  How do you think he

2  violated it?

3  A.    I just think the verbiage

4  tends to indicate a member violated

5  it, would be consistent with my

6  recollection of what he told me.

7  Q.    Okay.  Sir, I can't --- tell

8  you what, give me one minute to

9  double-check with my client and I

10 think I may be done.

11                ATTORNEY BAILEY:

12                Are you going to have

13        any questions, Syndi?

14                ATTORNEY GUIDO:

15                Probably not.

16                ATTORNEY BAILEY:

17                Sir, my client tells me

18        that we're clear to go.  I'd

19        like to thank you very much

20        for your cooperation here

21        today.  I realize being a

22        witness is uncomfortable and I

23        appreciate your courtesy.

24        Thank you.

25 A.    You're welcome.

322

1    ATTORNEY GUIDO:

2        We don't have any

3    questions.  I was just

4    clarifying we don't have any

5    questions.

6        MR. SOLOMON:

7        4:08 p.m.  The

8    deposition is now concluded.

9        VIDEOGRAPHER:

10       It is now 4:10 p.m. and

11   the deposition of Commissioner

12   Evanko is now concluded.

13       * * * * * * *

14   DEPOSITION CONCLUDED AT 4:10 P.M.

15       * * * * * * *

16

17

18

19

20

21

22

23

24

25

1    COMMONWEALTH OF PENNSYLVANIA)

2    COMMISSIONER OF DEEDS          )

3                    C E R T I F I C A T E

4         I, Jennifer P. Billstein, Commissioner of Deeds

5    for the Commonwealth of Pennsylvania, do hereby

6    certify:

7         That the witness was first duly sworn to testify

8    to the truth, the whole truth, and nothing but the

9    truth; that the foregoing deposition was taken at the

10   time and place stated herein; and that the said

11   deposition was taken stenographically by me and

12   reduced to typewriting, and constitutes a true and

13   correct record of the testimony given by the witness.

14        I further certify that the reading and signing

15   of said depositions were (not) waived by counsel for

16   the respective parties and by the witness.

17        I further certify that I am not a relative,

18   employee or attorney of any of the parties, nor a

19   relative or employee of counsel, and that I am in no

20   way interested directly or indirectly in this action.

21        IN WITNESS WHEREOF, I have hereunto set my hand

22   and stamp this _____ day of _____ .

23

24                        _____

25

                          JENNIFER P. BILLSTEIN
                          Commissioner Of Deeds
                          Commonwealth of Pennsylvania
                          My Commission Expires Jan. 4, 2006

· PITTSBURGH, PA                SARGENT'S            · PHILADELPHIA, PA

· CLEARFIELD, PA            COURT REPORTING        · SOMERSET, PA
               · ERIE, PA    SERVICE, INC.
· STATE COLLEGE, PA    · OIL CITY, PA              · WILKES-BARRE, PA
                            210 Main Street
          HARRISBURG, PA   Johnstown, PA 15901     · INDIANA, PA    · GREENSBURG, PA

LAWYER'S NOTES

| Page | Line | |
|------|------|--|
| | | |



PITTSBURGH, PA
HARRISBURG, PA
GREENSBURG, PA
ERIE, PA
INDIANA, PA
HOLLIDAYSBURG, PA
STATE COLLEGE, PA

**SARGENT'S
COURT REPORTING
SERVICE, INC.**

210 MAIN STREET
JOHNSTOWN, PA 15901
(814) 536-8908

PHILADELPHIA, PA
WILKES-BARRE, PA
OIL CITY, PA
SOMERSET, PA
CLEARFIELD, PA
"CHARLESTON, WV"

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \*

DARRELL G. OBER,          \*

    Plaintiff          \*    Case No.

    vs.               \*    1CV-01-0084

PAUL EVANKO, MARK \*    (JUDGE CALDWELL)

CAMPBELL, THOMAS   \*

COURY, JOSEPH      \*

WESCOTT, and       \*

HAWTHORNE CONLEY,  \*

    Defendants         \*

    \* \* \* \* \* \* \* \*

VIDEOTAPED DEPOSITION OF

PAUL EVANKO

March 27, 2002

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

**-$-**

$10,000 [1] 191:4
$100 [1] 214:8
$20,000 [2] 204:21 205:2
$4 [1] 205:1
$50,000 [1] 188:14
$7.32 [1] 185:15

**-'-**

'01 [6] 249:9,11,13,14
308:5,14
'96 [1] 115:11
'97 [11] 114:4 115:11
124:24 162:19,22 163:4
163:18,21 164:10 165:10
196:7
'98 [27] 60:10 86:10
100:24 112:10 113:20
114:19 115:19 118:3,12
118:22 125:10,24,25
126:6,13 127:9 128:10
131:23 137:4 138:18,20
138:24 163:14 164:13
165:23 166:5,16
'99 [2] 116:24 218:21

**-1-**

1 [1] 213:17
1-1 [2] 315:20 316:13
1-1-02 [1] 312:3
1-1.17 [7] 80:19 174:14
180:7 312:11,17 318:19
319:21
1-102 [1] 80:22
1.1 [2] 180:6 316:16
1.102 [1] 311:11
1.17 [4] 105:5 109:11
175:17 316:17
10 [5] 5:3,6 154:4,11
298:25
10-minute [1] 288:20
10/19/99 [1] 6:5
10/20/99 [1] 31:19
100-year [1] 288:9
100th [1] 288:14
106 [1] 7:5
10:22 [1] 75:2
10:34 [1] 76:8
10K [1] 191:4
10th [1] 222:20
11/1/99 [1] 6:9
116 [2] 6:8 7:6
11:30 [1] 136:7
11:36 [1] 136:13
11:38 [1] 136:16
12 [4] 153:8,9,10 154:18
155:3 292:1 312:19
318:20
1200 [2] 130:2,3
1237 [2] 122:19 161:1
12:37 [1] 161:2

**-12-**

12th [15] 42:20 45:14
49:13,14,21 50:12 60:8
61:8 63:13 64:1,7 66:14
66:21 68:18 70:1,4,9
71:19 72:3,4 76:25 77:1
80:4 90:2 91:2,6 127:23
135:10,16 153:18 155:10
155:14,18 216:17 249:11
13-month [1] 213:18
13th [16] 45:18 49:14
59:23 61:9 64:2 86:10
91:6 135:9,11,21 148:9
153:11 154:2 156:11
178:25 179:8
14 [1] 308:14
143 [1] 7:4
14th [2] 308:4,11
15 [3] 16:20 154:12 284:3
15-second [2] 154:4
157:15
16 [1] 309:8
164 [1] 204:24
17101 [1] 3:13
17110 [6] 3:5,20 4:7 8:23
9:10 12:19
17th [1] 3:17
18 [1] 311:24
1800 [3] 3:19 4:6 9:8
19 [1] 312:15
1992 [1] 316:14
1995 [1] 204:25
1997 [1] 110:2
1998 [10] 84:25 86:3
103:3 113:4,5 124:20
125:17 127:22 139:3
148:10 162:9 163:13
165:1 227:2 290:19 291:7
292:16 317:13
1999 [7] 28:15,16 42:20
62:3,16 153:18 154:18
155:3 156:11 212:23,24
212:25 216:7,17,24
217:18,22 265:2 273:12
275:2 304:21
19th [2] 28:15 249:9
1:30 [1] 199:21
1:37 [2] 199:24 200:5
1CV-01-0084 [1] 1:7
1CV-010084 [1] 13:3
1st [1] 164:25

**-2-**

2 [1] 267:23
20 [4] 16:20 82:9 116:24
153:9,10 290:9
2000 [9] 218:21,22
224:20 227:13 242:17
257:3 273:21,24 274:2
2001 [3] 263:24 308:12
312:4
2002 [9] 1:18 2:13 12:13
75:23 136:8,17 199:25
218:20 255:16
2005 [2] 288:8,16
20th [19] 61:25 62:3,16

**-3-**

63:2,24 81:24 85:7 88:3
91:7,8,10,13,15 95:25
132:1 133:25 162:9
273:12 304:21
21 [2] 84:25 291:19
215 [1] 10:13
21st [5] 58:3 84:17 100:25
101:5 125:5
221-9500 [1] 8:24
22nd [4] 217:22 249:12
275:2 312:4
239 [1] 7:5
25 [1] 316:14
26 [1] 216:7
2629 [2] 2:11 12:17
26th [2] 224:17 227:13
27 [4] 1:18 2:13 199:25
249:14
275 [1] 6:9
27th [5] 12:13 75:23
136:8,17 255:16
28 [1] 257:3
29 [1] 6:7
2:32 [1] 255:4
2:37 [1] 255:9
2:39 [1] 255:15
2nd [1] 291:7

**-3-**

3-27-02 [1] 289:23
3/25/92 [1] 6:10
31 [1] 293:8
32 [1] 120:6
321 [2] 5:6,7
322 [1] 5:7
323 [1] 5:8
33 [1] 294:21
333 [1] 3:11
34 [1] 295:15
35 [2] 297:17,22
37 [1] 299:1
39 [2] 302:13,18
3:18 [1] 289:18
3:33 [1] 289:22
3:58 [1] 315:9
3rd [1] 133:22

**-4-**

40 [1] 190:5
4311 [2] 3:4 8:21
48 [1] 7:4
4:00 [1] 315:16
4:04 [1] 315:16
4:08 [1] 322:7
4:10 [2] 322:10,14

**-5-**

5,000 [1] 205:1
50 [1] 309:8
55 [1] 311:24

564 [1] 10:13
59 [4] 313:11,22 316:20
317:8,24 318:15
5th [4] 46:15 59:10 60:4
72:9 137:4 227:1

**-6-**

66 [1] 264:10
68 [1] 264:10
6th [3] 3:4 72:9 273:21

**-7-**

7 [3] 28:16 265:2 267:21
717 [3] 8:24 9:11
783-5568 [1] 9:11
7th [1] 72:9

**-8-**

8 [2] 5:3 290:14
8th [3] 33:7 37:14 39:3,10
40:8 72:10 217:17,21

**-9-**

9727 [1] 10:14
99-102 [2] 28:16 265:2
9:10 [1] 2:14
9:20 [1] 12:14

**-A-**

a.m. [5] 2:14 12:14 75:22
76:8 136:13,16
abbreviation [1] 31:21
ability [3] 57:10 230:4
293:4
able [7] 10:3 117:4 169:1
175:12 192:12 288:21
316:6
above [4] 143:1 161:4
270:17 302:2
absent [1] 186:10
absolutely [2] 142:15
149:4
abusing [2] 19:11,11
academy [19] 18:3,6,18
18:23 21:17 42:18 43:2
65:9 83:13 90:17 99:24
100:10 111:25 157:5
169:2,8,14 171:2 281:8
acceptable [1] 11:7
accidentally [1] 320:9
accommodate [1] 282:3
accordance [1] 45:20
according [5] 57:13
107:5 231:25 236:13
300:5 312:6
accounted [1] 206:21
accreditation [5] 249:23
250:5,17 251:4 252:1
accurate [9] 92:1 97:24
268:18 293:20 295:3
297:21 298:11 301:20
313:6

accusations [1] 33:18
accused [1] 19:12
acknowledged [1]
106:24
acknowledgement [2]
106:21 107:4
acquire [1] 208:20
acquired [1] 207:19
acquisition [1] 209:5
acronym [3] 241:8
318:21 319:5
acting [3] 44:1 276:18
291:10
action [5] 13:3 30:17,22
30:25 224:14 227:14
234:21 308:1
actions [1] 252:7
activate [2] 15:19 189:1
activated [4] 185:12
activating [1] 190:4
active [1] 162:3
activities [2] 110:10
212:11
activity [1] 197:9
acts [2] 77:3 244:16
actual [1] 310:24
add [2] 14:23 248:20
added [4] 313:9,16 319:3
319:9
adding [1] 248:19
addition [1] 37:21
156:24
additional [4] 182:12
203:1,5 286:9
additionally [2] 312:16
318:18
address [3] 8:20 9:8,17
adhere [1] 75:4
adjudication [1] 209:22
administer [1] 13:14
Administration [4]
22:17 23:25 24:15 81:5
administrative [27]
112:25 113:9 114:7,9,16
114:24 115:25 132:6
137:8,17,23 178:7 181:5
183:12,14 184:5 185:2
196:12,13 197:6 198:21
267:7 295:25 300:9,11
304:13,17
administratively [2]
112:17 137:10
admirable [1] 145:13
admit [2] 56:3 168:17
admitted [2] 154:23,25
advancement [2] 292:8
292:17
advantage [1] 95:5
advise [1] 68:24
advised [7] 117:10,13
127:12 178:8 183:7
210:19 212:14 262:10,12
269:12
affairs [9] 79:19 114:22

APR-26-2002  17:09    SARGENTS COURT REPORTING    814 536 4011    P.84

affect — become

Multi-Page™

175:23 197:11 210:6
215:25 218:11 291:8
309:12
**affect** [2] 30:16 46:19
**affected** [2] 126:14,22
**affiliated** [5] 58:9 83:24
85:17 86:21 99:8
**afraid** [2] 34:10,13
**afternoon** [4] 64:7 66:13
200:8 273:10
**again** [28] 27:4 30:19
38:18 47:13 56:25 85:18
92:7 94:6 99:11 103:17
113:17 131:20 142:21
154:13,14 179:4 193:7,12
194:9 201:17,24 202:22
203:14 272:9 273:11
306:25 307:1 308:9
**against** [27] 20:11 71:10
71:15 131:15,18 224:14
227:15 233:12 272:17
**agency** [9] 1:25 73:16,17
74:14 77:23 241:7,11
251:7 298:21
**agent** [37] 44:4 55:12,24
56:6,8,22 57:25 59:2
60:10,13 61:21 63:9 75:8
82:1 93:20 95:20,22 96:9
98:1 99:17,22 102:1
106:14 107:23 111:20
118:15 121:12,21 129:5,6
148:13 151:9 164:7,8
177:8 191:8 193:5
**agents** [4] 92:14 190:2
195:11 205:22 293:25
**agitated** [1] 154:24
**ago** [9] 15:24 17:25 67:19
67:21 105:9 131:11 172:6
261:11 281:7
**agree** [20] 124:18,22
129:12 146:2 160:22
169:5 170:15 176:21
177:3,4 228:16 233:20
246:2 300:2,14 302:5,6,8
303:9 313:17
**agreed** [8] 86:1 176:18
214:23 236:4 240:8
272:19 286:3 294:9
**agreeing** [1] 234:12
**agreement** [4] 214:18,22
215:9 240:21
**ahead** [14] 12:1,7 53:22
54:23 79:13 111:4,5,6
135:15 141:12 145:25
220:17 234:18 267:19
**airplane** [4] 181:11,23
182:5,5
**alcohol** [2] 205:10
206:12
**Alfono** [2] 29:1,4
**allegation** [5] 41:12
56:11 109:18 118:2,11
177:7 180:10 293:9 294:2
297:1,8 304:1 311:25
313:11 320:19
**allegations** [8] 20:11
22:8 64:21 115:3 290:5
290:17 301:8 309:9

**alleged** [5] 58:6 192:20
209:5 230:6,20
**allegedly** [5] 47:23 64:11
99:23
**Allentown** [1] 203:18
**allowed** [4] 18:22,22
40:19,20
**allowing** [1] 76:13
**alone** [1] 59:1
**along** [7] 17:11 19:21
36:22 145:9 260:24 261:5
290:25
**altered** [2] 23:13 30:14
33:20
**alternative** [1] 12:2
**Altoona** [1] 284:13
**always** [1] 108:11
**ambiguity** [1] 272:7
**amended** [5] 290:3
311:12 312:14 317:25
318:13
**among** [5] 5:3,7 33:7
37:17 299:5
**analysis** [1] 175:16
**analyze** [1] 23:18
**Andrew** [2] 4:10 76:3
**anger** [4] 70:21 71:5,9,14
**angry** [4] 44:22 52:24
152:21,25 154:25 293:19
**Ann** [2] 29:1,4
**anniversary** [1] 288:14
**answer** [14] 49:19 89:17
144:2 176:4 178:17
235:10,12,14,14 244:19
254:11 256:9,17 313:23
**answer's** [1] 307:5
**answered** [3] 184:11,12
184:14
**answering** [1] 56:2
**answers** [2] 198:23 256:3
**anyway** [2] 168:23
234:16
**apologize** [3] 98:13
142:4 153:17
**appear** [2] 38:6,19
**appearing** [1] 312:15
**applaud** [1] 100:17
**applicant** [7] 58:6 83:20
85:14 86:15,18 148:15
171:1
**applicants** [2] 21:16
22:4
**applications** [1] 213:25
**applies** [1] 73:21
**appoint** [1] 178:20,21
**appointed** [5] 43:21
46:13,16 53:2,5 100:10
178:24 213:1 214:16
263:1
**appointment** [2] 42:19
111:25
**appointments** [1] 83:13
**appreciate** [4] 36:5
304:2 273:13 321:23

**approach** [1] 126:23
**approached** [2] 140:6
191:1
**appropriate** [4] 179:23
180:4 206:16 246:1
**appropriations** [1]
87:20,21,23
**approval** [1] 294:24
**approve** [2] 16:7 300:7
**approved** [2] 16:8 30:21
312:5
**approving** [2] 252:16,17
**April** [2] 212:25 216:7
273:20
**AR** [2] 80:22 311:10
312:3
**AR-1** [4] 248:4,19 252:17
263:23
**AR-1.102** [2] 248:19
250:5
**AR-101** [1] 249:22
**area** [9] 85:22 238:13,14
240:12,22 269:10 270:4
282:23 284:9
**argue** [1] 235:18
**argumentative** [2]
17:21 297:19
**Arizona** [2] 279:21 280:4
**arm** [1] 183:19
**arrest** [1] 199:2
**arrested** [5] 19:5,7,10,13
20:9
**articulate** [1] 235:15
**ASAC** [4] 129:4,5 161:5
161:7
**ascertaining** [2] 300:20
307:25
**aside** [11] 25:15 27:13
24:8 165:19,22,24 166:2
166:7,9,15 237:23
**aspect** [1] 127:10
**assaulted** [1] 187:1
**assets** [4] 185:12 186:8
189:4 190:9
**assign** [5] 112:19 179:10
183:2 227:4 304:19
**assigned** [14] 161:24
167:15,21 178:24 209:25
220:22 225:2,7 233:1
239:20 284:13,16 286:10
286:11
**assigning** [1] 304:11
**assignment** [23] 79:11
80:7 213:12,14 214:17,25
215:15,17 216:5 219:5
222:5,7 223:10 225:4
229:6 230:23 233:24
241:21 242:10 274:23
278:4,5 292:20
**assignments** [1] 292:22
**assist** [10] 16:25 218:25
220:10,25 229:7 233:25
257:12 258:13 278:5
284:21
**assistance** [2] 19:24
20:4

**assistant** [5] 4:4 9:14
129:6 295:7,8
**associated** [1] 292:7
**Association** [4] 219:2
221:1 257:10 282:4
**assume** [6] 26:22 65:22
72:4 192:10,13,17 253:7
265:1 305:10
**assumed** [1] 65:20
167:25
**assuming** [3] 80:24
298:9 303:23
**assumption** [1] 27:2
**attached** [1] 266:21
**attachment** [1] 215:23
**attempting** [1] 208:4
**attention** [2] 52:7 63:1
316:25
**attorney** [169] 5:6 7:3
8:16,25 9:5,12,20 10:7,15
10:22 11:16,22 12:3,5
13:9,15,20,23 14:21 15:1
15:3 28:20,24 29:3,5,10
29:13,18,20,23 30:3,8,10
30:12 31:24 32:2,8,19,23
33:1,3,11,22 34:2,12 35:2
35:8,11,13,17,22,24 36:3
36:9,18,24 37:6 38:10,16
38:21,23 39:6,13,18 40:2
40:10,15,18,23 41:1,3,7
41:22 42:5,7,15 48:3,8
66:25 68:6 75:18 76:1,3
76:11 97:2 105:21,23
106:6 116:1,6,10,18
134:23 135:1 136:4,20
143:7,20,22,25 144:5,8
144:14,16,18,20,22
146:24 169:18 199:10
200:6,25 202:21 203:11
203:16,20,23 204:7,12,17
238:23 239:9,12,22
240:16 254:23 255:11,18
255:22,24 256:2,6,8,11
256:13,16,19 274:8,18
279:3 281:25 290:1,12
291:15,18,21,23 307:2,7
307:12,14,16,18 314:6,9
314:14 315:5,18,22 316:8
317:15 318:14,17 320:7
320:12 321:11,14,16
322:1
**Attorney's** [1] 198:8
**attorneys** [5] 13:6 25:5
26:23 76:15 159:12
254:21 255:20 314:13
**audiotape** [1] 58:4
**auditor** [1] 253:1
**August** [1] 212:21
**authority** [14] 75:7
244:13,18,21,25 245:1,4
245:8 246:5,7 247:2,15
249:2,4
**authorization** [1] 1:24
**authorize** [2] 15:25
253:20
**authorized** [5] 18:2
253:4,12,12 305:20
**auto** [6] 243:1,20,24 244:3
244:22 246:10

**auto-pen** [1] 249:1
**automation** [1] 214:15
**available** [5] 203:1,14
219:6 223:9 236:17 237:5
224:16 289:14
**Avenue** [3] 3:19 4:6 9:9
**AVL** [1] 213:25
**aware** [15] 11:14 22:13
26:25 42:17,21 43:1 62:17
66:19 126:3,5 159:3
211:20 227:23 252:21
261:12
**awareness** [1] 107:20
**awful** [1] 265:9
**awfully** [1] 317:6
**awkward** [1] 153:16

-B-

**b** [7] 53:20 168:21 309:14
312:11,17 316:18 318:19
**background** [3] 18:21
100:6 169:15
**bad** [10] 127:15 128:4
139:18 170:5 194:15,20
195:1,3 196:19 239:18
**Bailey** [11] 3:3 5:6 7:6
8:13,16,18 9:7,20 10:7,15
10:22 11:22 12:5 13:19
13:20,23 15:1,3 28:24
29:3,13,20 30:3,10,12
31:24 32:2,8,23 33:11
34:2 35:2,11,13,22 36:9
36:18,24 38:10,21 39:6
39:18 40:10,18 41:1,7,22
42:15 48:8 75:18 76:1,11
97:2 106:6 116:1,6,10,18
134:23 135:1 136:2,4,20
143:20,25 144:8,16,18,20
144:22 146:24 169:18
199:10 200:6,25 202:21
203:16,23 204:12,17
239:9 240:16 249:16
254:23 255:11,18,24
256:6,11,13,19 267:14
274:18 279:3 290:1
291:18,23 307:7,14,18
314:9,14 315:5,18,22
316:8 318:14,17 320:12
321:11,16
**Baker** [1] 21:6
**bank** [4] 15:16,18 16:24
185:13 186:8
**Barbara** [3] 3:16 9:6
**barbecue** [2] 281:4,5
**based** [1] 56:3
**basic** [3] 74:3 98:13
123:20
**basing** [1] 143:11,11
**basis** [5] 114:18 123:23
137:25 253:5,22
**battlefield** [1] 280:15
**bear** [4] 163:6 164:21
290:9 308:12
**became** [3] 20:18 43:1
44:21
**Becky** [1] 267:4
**become** [10] 18:23 19:15

Index Page 2

becomes [1] 299:8
beg [1] 106:16
began [1] 43:20
begin [2] 39:23 294:25
beginning [10] 2:13
58:16 60:9 83:18 93:4
139:2 219:17 221:18
223:25 229:13
behalf [3] 2:3 264:3
275:5
behavior [1] 212:11
behind [1] 304:15
belief [7] 319:15,19
below [1] 269:19
bend [1] 172:15
benefits [1] 189:23
Berrings [2] 110:17
111:21
best [13] 59:10 69:20
117:3 135:3 138:18,21
160:20 174:5 203:24
204:16 227:12 235:15
290:21
Beth [1] 21:5
betray [1] 263:11
betrayal [2] 263:15,18
better [3] 120:25 190:4
271:16
between [16] 50:21,23
51:4 59:11 64:1 66:11
106:19 107:22 153:4,7
161:17 195:17 196:1
277:7 296:7 316:3
beverages [1] 184:23
beyond [1] 93:18
big [2] 257:14 284:17
bill [1] 16:14
billion [4] 186:14 187:20
187:23 188:11
billions [1] 190:13
Billstein [1] 2:7 10:11
bit [14] 38:12 41:24 42:3
67:24 117:4,5 186:22
203:9 204:19 211:22
213:21 242:25 250:9
289:6
Blairsville [1] 284:14
blanche [1] 150:16
blank [1] 122:24 123:3
blind [1] 150:21 298:4
blunder [1] 320:14,16
Bodack [23] 86:25 87:9
87:14 124:21,22 125:8,23
126:5,6,12,16,18 127:1,8
131:21 132:4 138:14,19
138:23 139:1 162:8 166:3
198:15
Bodack's [1] 125:1
book [9] 285:15,16
286:18,24 287:10,18,21
287:22,25
book's [1] 288:5

bottom [4] 31:8,17 32:18
283:3
bought [1] 188:12
Boy [1] 310:11
BPR [2] 20:14,17 44:5
55:14 60:14 78:2,7 79:21
115:1 167:19 168:1
179:11,19,22,23 180:5
183:9 209:25,25 218:13
228:1 292:20 296:24
304:11,12,18,19,21
305:14,19 306:11,12
BPRs [1] 211:19
breadth [2] 300:17 301:9
break [13] 35:4,7 36:8
42:13 75:25 136:11
199:12,22 204:4 255:7
288:20 289:20 315:14
breakdown [1] 114:4
brick [1] 189:13
Bridges [13] 86:15,22
99:6,11,12,13,16 100:22
101:3,9,15 138:15,17
Bridges' [3] 99:20
101:11,16
brief [6] 53:1,18 75:17
97:1 146:23 169:17
202:20 279:2 315:21
318:4
briefed [5] 45:13 135:16
161:11,13 162:18
briefing [3] 47:5 50:17
158:21
briefly [2] 213:7 316:16
brightest [1] 290:21
bring [4] 123:23 149:15
219:19 272:16
brings [1] 83:1
Brinks [1] 190:11
broken [1] 297:5
brought [4] 63:1 148:19
149:18 201:8
Brown [2] 32:12 36:13
36:17,21 199:19 267:4
304:20 305:6,9,18 307:21
308:16
BTS [2] 31:18,19
bucks [2] 188:11 190:18
build [1] 208:5
building [1] 214:9
Bungo [6] 244:9 245:7
246:4 247:19 252:24
253:25
bureau [40] 2:10 12:16
25:11,12 27:25 28:2,3,13
31:2,21 43:18 44:2 72:19
80:8 94:1 119:9 173:16
173:20 174:25 177:13
204:20 213:3,5 214:24
215:4,24 217:14 219:8
220:5 225:4 237:11,19
247:15 248:2 265:16
275:1,15 291:10,12 292:3
bureaus [1] 28:4
business [1] 182:12
busy [1] 286:19

buying [1] 184:23

-C-

c [15] 3:1 4:1,8:1 80:22
248:20 249:22 250:4
252:1,4,14,22 254:7,15
311:11
CAD [2] 214:1,1
cadets [2] 42:19 111:24
cadre [1] 301:24
Caldwell [1] 1:8 76:16
199:23
calendar [1] 211:24
California [1] 279:21
Campbell [29] 1:7 12:25
64:5,7,14 66:13 68:19,19
256:23 257:7,16 258:24
259:3 260:2,5,10,24
294:25 295:7,16,19,23
296:22 297:2 298:8,8
300:5,5 302:21
cannot [4] 117:23 150:4
191:21 264:16
capability [1] 251:21
capable [1] 215:12
capacity [1] 244:17
captain [213] 6:7 25:13
26:15 27:8,10,15,25 28:11
31:5 32:4,10 39:14 40:4,8
40:12 41:6 42:24 43:8,23
46:13 49:1,8,9,22,23
50:15,19,21,25 51:3,7,11
53:3,13,15 55:3 56:12,21
57:2,24 58:3 60:3 61:11
69:25 70:3,14 71:6,11,15
71:20 72:16,18 77:4 78:4
78:5,12 79:4,10 80:11,12
80:24 82:18 83:2 84:14
90:24 92:17 97:11,18
99:15 102:7,9 103:18
104:7,14,17,24 107:1
108:22 110:9 112:9 125:4
127:12,25 134:7 137:19
139:14 140:6 148:16
153:21 154:19 155:5,14
159:1 160:16 163:10,12
165:17 173:12 174:12
175:13 176:7,9,11,22
177:12,17,21 178:1,11
184:18 189:7 195:17
205:19 209:4,22 210:19
210:25 211:5,19 212:1,17
213:1,10 214:17 215:1,7
215:22 216:6,9,14 217:3
217:4,13,18 218:15 219:3
219:19,24,25 220:14,18
220:22,23 221:2,15 222:2
222:4,9 223:8 224:5
226:11,14 227:4 229:23
230:2,12,19,22 231:4
232:12,25 234:8,8 235:17
237:14,15,18,24 238:2,5,5
238:9,14 239:21 240:11
241:10,19 242:1 257:2,5
257:18,20 258:9,10,15,17
258:21 265:20 273:19
275:19 277:19,20 278:8
286:23 287:5 291:7 292:2
292:17 293:2,17 294:1,9
295:1 299:3 304:20

305:1,10 306:14,18,20
307:20 308:16,24 309:7
320:21
captain's [1] 293:6
captains [3] 223:8
291:4
caption [1] 12:20
capture [1] 13:11
care [4] 38:22 126:17
245:21 287:20
career [10] 226:14 235:24
236:2,7 237:25 290:24
292:7,11,14 311:8
careful [1] 252:18
carried [4] 70:20 71:4,9
71:14
cars [1] 204:22
carte [1] 150:16
case [39] 1:6 11:1 12:20
13:3 19:3 25:1 32:14
39:23 41:11,13 68:15
78:11,12 92:6 103:11
115:18 127:13,16,17
128:9 131:15,17 166:17
166:20 167:1 190:1
193:18,25 209:22,24
210:5 233:22 234:1 239:3
240:2 241:18 262:2
271:19 292:12
cases [2] 124:5 166:24
cashed [1] 187:3
cast [1] 204:24
catch [1] 39:8
caught [2] 229:20,21
caused [1] 134:2
caveat [1] 232:25
center [3] 2:10 12:16
208:7
centered [1] 283:22
centers [2] 214:2,11
ceremony [1] 43:5
cert [4] 15:20 16:17 17:3
185:11 189:1 190:4
certain [4] 19:1 142:15
244:20,22
certainly [6] 39:1 154:11
157:14 158:4 234:20
250:14
CERTIFICATE [1] 5:8
certifying [1] 1:25
cetera [1] 19:20,20
139:25
chain [6] 105:2,3 165:3
211:6 217:3 248:22 262:3
262:6
challenging [1] 23:8
chance [2] 204:4 288:22
change [26] 10:3 23:12
41:23 125:10 126:7 136:9
204:18 211:22 242:24
246:16 247:17,20 248:18
248:18 249:8 255:6
263:23 264:2,4,10,40
272:20,20 310:20 311:21
319:16
changed [6] 248:7,9,13

271:14 312:3 317:9
changes [1] 245:16
252:17 310:7,7,13 311:20
changing [2] 188:18
252:16
character [1] 172:14
characterization [2]
140:7 158:19
characterize [1] 292:19
charge [6] 61:21 75:9
95:20,23 123:23 129:7
164:8 174:13
charged [1] 185:15
charges [1] 272:16
charitable [1] 14:15
check [5] 8:14 70:6
88:12 89:18 111:22
112:20 127:6 171:22
173:2,5 188:22 196:1,5
198:11 199:16
checked [5] 31:7 34:3
127:8 148:21 201:23
checking [4] 94:5 103:1
114:18 196:9
Chief [8] 3:17 9:6 22:18
24:1 263:5 295:10,12,14
children [1] 206:15
choose [1] 237:1
chosen [1] 262:23
Christie [26] 3:16 7:4 9:5
9:6 29:10,18,23 30:8 33:3
33:22 37:6 38:16,23 42:5
48:3 105:21 143:7,22
144:5,14 203:11,20 204:7
307:2,12,16
Christie's [1] 9:19
CI [2] 58:24 59:21 62:19
62:24 83:6 86:3,13 87:13
122:25 138:15 190:24
191:7
CIA [1] 62:17
circumstance [3] 78:9
115:5 303:25
circumstances [26] 26:5
26:11 108:14 113:4,10,19
113:23 115:9 136:24
137:4 149:7 164:14,20,22
183:17 186:10,13 190:21
196:17 212:9 286:7
295:21 296:11,17 300:24
303:19
circumvented [2] 165:4
262:5
circumventing [1]
297:13
circumvention [1]
262:2
cite [2] 89:2,5
citizen [1] 20:12
Civil [4] 2:5 13:2 68:15
290:13
civilianization [1]
27:21
claim [4] 114:17 173:5
185:8 202:10
clairvoyant [1] 57:3

clarification [1] 273:14
clarified [2] 317:22
  318:11
clarify [3] 103:17 120:6
  320:8
clarifying [1] 322:4
class [1] 21:16
classes [1] 280:24
clean [1] 216:3
clear [6] 98:14 268:15,19
  271:16 302:17 321:18.
cleared [3] 34:21 128:21
  128:22
clearly [5] 269:2 281:18
  302:4 303:8 320:14
client [5] 174:4 190:17
  289:7 321:9,17
Clinton's [1] 73:18
close [3] 49:24 78:24
closed [15] 47:8 52:14 .
  69:13 128:9 139:16
  192:23 193:9,14,17 194:2
  194:3,4 211:2 319:3,9
cloud [1] 49:3
Cobra [1] 204:25
Codefendants [1]
  113:16
coffee [4] 17:23 189:9
  190:2 206:1
coincide [1] 288:9
colleagues [1] 299:5
Colleen [3] 22:15,20 24:4
College [7] 231:13,15,16
  283:22 284:1,2,8
colonel [318] 9:3 10:23
  13:24 14:13 21:19,23
  24:23 30:13 34:20 35:7
  36:2,11 37:1 41:23 42:23
  43:7,19,22 45:16,17 46:11
  46:17,25 47:12 48:20,22
  48:24 49:2,6,11,12 50:4
  50:25 51:1,10 52:25 53:25
  54:17,17 55:7,20 56:13
  58:8,14,25 59:17,20,22
  59:24 61:10,12 62:23,23
  67:6,23 69:9,11,17,24
  70:3 71:10,16,25 72:13
  72:14 74:16 76:12,20 77:3
  78:7,16,16,22,22 79:8,9
  79:18 80:12,13 81:7 82:17
  83:22 85:16 86:12,20
  90:12,15,21,22 92:24
  95:25 96:10,12 98:11 99:8
  99:14 101:20 102:1,9,19
  103:16,24,25 104:15,15
  105:7 107:2,13 110:4,7
  110:23 116:7 117:14
  120:1 127:24 133:19,19
  133:21,23,25 134:3,4,7
  134:11,14,15,17 135:6,9
  135:11,13,23 137:18
  138:9 139:14,19 141:16
  147:4,11 150:22 151:16
  151:18,20 153:13,13,15
  153:19,20 154:2,8,10,18
  154:23 155:4,19,20,24
  156:5,15,18,21 157:18,20
  157:21 158:14,25 159:6
  160:2,7 164:11 173:7,15

176:2 178:4,9 179:1,1,2,4
  179:5,8,15,16,17,18,21,25
  180:1 181:10,15,21 182:9
  182:11,21 183:1,4 184:17
  186:16 195:12 203:3,14
  204:8,14,19 209:3 210:18
  210:19,20,22 211:4,8,15
  212:10,14 216:10,13,21
  217:2,6,16 218:24 219:15
  221:22 222:3,15,16,17,18
  222:19,23 223:20,22
  224:2 225:21 226:18
  229:8,18 230:8,9,10 231:2
  231:20,25 232:4 233:7
  236:4 237:21,23 241:13
  241:16,23 242:10,12,15
  242:16,20 245:23 247:11
  247:12 248:17 250:1
  253:11 254:6,18 255:19
  256:9,20 258:22 260:17
  262:5 263:6,11 267:3
  269:12 271:25 275:10,21
  276:4,9 277:25 279:4
  280:6,22,23 281:11
  283:16 285:2,19 286:8
  288:1,3,4,16 289:13,24
  290:2 292:23,24 293:12
  294:3,9,14,17,23 301:18
  302:20 304:9 305:14
  306:10,15,19 310:2
  311:22 315:19 316:10
  319:19 320:9,18
colonel's [2] 232:6
  269:22
colonels [25] 54:19,21
  59:18 85:5 86:4 95:17
  133:13 134:10 140:17,19
  141:6 147:2,17,18,20,22
  147:24 148:5 177:19,20
  246:24 254:12 262:22
  268:3,24
combat [1] 231:5
coming [1] 130:9 205:8
  314:22
command [14] 28:13
  47:14 54:10 105:2,4 165:3
  167:24 168:1 211:6 217:4
  217:15 248:23 262:3,6
commander [1] 79:8
  93:25 176:13,24 284:10
commanders [1] 284:16
commanding [1] 313:4
commands [2] 47:16
  54:5
comment [3] 212:16
  316:21 317:6
comments [5] 103:4
  106:8 107:19 145:4
  315:24
commissioner [28] 2:8
  21:24 22:16 23:25 24:15
  30:1 43:23 48:6 54:16
  75:1 81:4 113:24 143:13
  143:15 144:2 147:7,10
  201:15 218:2 238:1
  242:22 253:8 272:2,3
  292:10 307:23 308:6
  322:11
commissioner's [1] 6:8
  74:19
commissioners [5]

54:18 246:8,21 249:6
  254:4
commissioners' [2]
  47:16 54:5
commitment [1] 215:21
committed [3] 296:20
  297:4,13
committee [12] 87:22
  207:5,23 285:15,16
  286:18,24 287:10,18,21
  287:22,25
common [1] 108:6
  168:20 169:5
Commonwealth [1] 2:9
  206:13 227:15
communicate [1] 16:9
communicating [2]
  54:7 115:13
community [1] 206:11
companies [2] 188:1
  189:3
comparable [2] 190:21
  291:3
compare [3] 189:6,10,19
compares [1] 190:15
comparison [1] 310:23
compassionate [1]
  228:25
competition [1] 263:7
complained [1] 176:25
  242:19
complaining [1] 202:11
complains [1] 218:8
complaint [22] 22:11,13
  22:15,19 23:7,23 24:2,14
  78:4,6 209:12,18 242:19
  244:20 290:3 294:11
  299:1 311:12 312:15
  317:25,25 318:13
complaint's [1] 290:10
complaints [2] 218:7
  244:19
complete [2] 203:3
  228:13
completed [3] 122:4,7
  214:4
completely [1] 164:1
completion [2] 214:25
  215:23
composed [1] 290:11
computers [1] 214:13
concept [1] 146:3
concern [26] 96:15,18,20
  96:25 97:3,5 102:16,19
  102:21 103:5,19,22,23
  104:13 105:6 106:14
  107:10 122:10 148:23
  164:16 174:6 196:19
  212:8 251:17 262:7
  301:16
concerned [22] 45:24
  46:3 47:4,11 53:12 60:25
  61:2,5 100:20 104:10
  123:9 125:15 148:17,18
  148:20 149:2 157:24
  191:24 250:16 262:1

301:1 302:9
concerning [1] 258:18
concerns [7] 46:6,9,11
  81:3,2 85:24 251:12 298:6
  322:14
concluded [4] 322:8,12
  322:14
conclusary [1] 290:16
conclusion [3] 85:10
  91:24 92:1 105:9 108:24
  225:3 236:14
conclusions [7] 59:13
  77:2 178:6,9 210:17
  212:15 311:15
concurrence [1] 230:11
concurrent [1] 197:18
condition [1] 302:3
conduct [13] 45:20 47:22
  69:5,8 77:2 113:8 115:3
  123:24 124:2,3,10,12
  303:15
conducted [1] 297:25
  300:12
conducting [5] 44:7
  45:3,9 47:23 73:5
Conference [2] 227:8
  235:2
conferred [1] 295:16
confess [1] 19:9 117:2
confidential [5] 57:18
  58:5 62:18 97:13 99:20
  125:2 138:22 191:12
  244:15
confidentiality [3]
  97:11 103:10 106:18
confirm [1] 193:8
confirmed [1] 226:19
confluence [1] 170:20
conforming [1] 189:14
confused [1] 283:15
confusion [1] 128:23
congressman [1] 253:2
Conicy [30] 1:12 13:2
  71:17 79:24 80:14 81:1,2
  81:3 104:8 167:14,18,18
  167:24,25 173:22 175:2
  217:7 219:6,13 221:23
  222:17,19,24 297:14
  303:7 306:10,15,20
  307:22 310:2
connection [1] 171:17
connections [1] 139:11
consensual [1] 87:10
consider [3] 36:21 72:1
  223:6
consideration [1] 49:4
  103:12,15
considerations [1]
  302:2
considered [4] 174:2
  175:14 223:7 266:13
considering [2] 23:19
consistent [5] 171:4,6
  231:1 238:11 239:13
  292:13 298:2 321:5
consolidated [2] 214:2

214:10
conspiracy [1] 169:3
Constitution [1] 304:7
consult [2] 22:17 24:1
consulted [4] 222:25
  223:1 287:5,24
contact [2] 66:14 76:14 .
  127:18
contacted [3] 57:25 71:6
  127:18
contacting [1] 127:2
contend [1] 38:24
content [1] 313:23
contention [1] 39:2
contents [1] 313:7
context [4] 106:3 107:15
  107:22 118:22
Conti [1] 209:11
continual [1] 286:12
continue [2] 44:17,19
continuing [2] 286:9
  289:23
contradict [2] 287:18,20
contrary [1] 178:16
control [1] 251:20
Convention [1] 220:12
conversation [1] 47:2
  49:16 50:21 59:11 89:23
  105:16 132:2 146:12
  150:13 154:5 180:25
conversations [5] 61:19
  135:5 191:18 260:6
  306:23
convicted [1] 19:14
cooperate [1] 104:2
cooperation [1] 321:20
coordinated [1] 37:15
coordinating [1] 54:7
cop [1] 196:19
copies [4] 29:15,17,22
  243:16
copy [16] 10:2 29:11 38:3
  38:7,13,20 40:20 42:14
  201:19,20 231:9,16 308:5
  314:24 315:2 316:13
corner [1] 266:24
corporal [1] 43:4
corporate [1] 188:18
correct [92] 11:1 20:13
  24:22 27:17 37:4,5 51:19
  52:3,17 57:11 58:1 63:3,4
  67:3 69:3,15,16 74:17
  77:18 79:22 82:10 83:2
  85:23 86:4 91:10 94:13
  98:19,20 99:3 104:4
  105:17 107:12 115:6
  117:12 128:14 132:2
  147:6 148:7,8,11 152:12
  153:23,24 154:2 155:6,16
  155:21 156:8,9,16 168:2
  171:11 175:16 177:23
  183:21,22 216:1,17,18,25
  217:5 218:4,5 221:8
  236:16,18 238:10 239:21
  242:23 246:25 253:17,18
  254:17 256:23 259:16
  262:9,13,25 266:22 271:2

277:1 281:25 288:17
290:8 295:3 302:24
303:10,11 310:17 311:23
312:8 317:18
**corrections** [1] 249:10
**correctly** [7] 75:16 158:7
163:8,9 270:22 271:15
272:18
**correspondence** [1]
286:2
**corruption** [19] 44:8,9
45:4 55:16 77:20 83:12
117:24 118:2,11 119:17
124:5 130:21 139:10
142:23 143:5 166:17
167:1 190:3,19
**cost** [3] 17:16,23 214:4
**could've** [1] 272:13
**counsel** [33] 3:6,9,10,14
3:17,21 4:4,8 9:2,7,15
29:12 33:4,23 36:15,16
36:19 37:9 38:11,18 42:6
68:3 105:22 143:8,21
144:7 200:10 202:16
238:17 240:6,7 312:2
317:16
**Counsel's** [3] 22:18 24:1
36:6
**Count** [1] 122:22
**country** [1] 190:14
**County** [1] 17:24 218:16
**couple** [17] 17:24 47:13
57:23 58:23 112:19 120:8
153:5 179:10,19 189:9
190:1 204:10 221:3
224:10 242:25 261:10
313:2
**course** [1] 30:16 57:6
85:2 95:6 98:13 216:12
235:6 287:4,17 300:15
320:17
**court** [25] 1:1 2:7 4:16
10:5,10,12 12:11,21 13:13
42:11 227:15 234:1 239:2
239:2,14 240:1,18,24
241:1 274:10,11 307:4
312:18 318:20 320:2
**court's** [1] 238:12
**courtesy** [3] 76:13 203:6
321:23
**Coury** [48] 1:10 13:1 20:2
30:21,24 90:12,15,21
110:7,16,20,23 139:19
140:1 153:14 154:9
155:20 156:18 179:2,5,16
179:18,21 180:1 183:4
209:3 219:16 226:18
230:8 254:6 275:5,10,22
276:4,10,13,22 280:23,23
281:11 285:20 287:13,13
288:3 303:7 304:7,9
306:19
**Coury's** [6] 96:10,13
110:4 160:8 229:23 231:2
**cover** [2] 306:5,7
**credence** [1] 148:13
**credentials** [1] 250:16
251:20
**credibility** [1] 102:25

**credit** [1] 250:25
**crime** [1] 112:2 320:17
**criminal** [20] 20:15 74:9
112:24 113:7 114:8,11,13
114:21 115:23 136:22
137:22 196:13,17 197:9
197:15,18,21,25 198:19
199:1
**criminally** [2] 112:18
137:10
**criminals** [1] 113:21
**criteria** [2] 23:14 213:16
**crossed** [1] 133:3
**cup** [1] 17:23
**cups** [2] 189:9 190:1
**curfew** [1] 285:9
**curfews** [1] 229:18
**curious** [3] 33:24 37:20
41:16
**Currency** [1] 186:17
**current** [1] 64:17 211:18
**Cush** [26] 58:12 59:11
65:2 81:16 82:12,13 83:14
84:2,9,19 85:1,3,11,14
91:22,25 96:4,9 97:8
98:21 99:13 101:14,18
102:21,25 106:19 111:17
111:20 112:12 151:11
161:15 166:18 177:8
193:2,3 205:22
**Cush's** [1] 101:15
**custodian** [1] 200:15
**custom** [1] 297:7
**customarily** [1] 292:7
**cut** [1] 79:12

**– D –**

**D** [2] 5:1 8:1
**daily** [1] 253:5,10,21
**damage** [1] 202:9
**Dan** [1] 239:16
**darn** [1] 311:18
**Darrell** [21] 1:8 8:18
12:23 199:15 233:15
257:2 265:20 275:19
284:18 290:20 293:22
303:20
**dash** [1] 123:5 150:4
163:10 165:18 167:5
191:24 193:18 194:1,5,15
194:16
**date** [13] 12:12 31:8,16
32:17 46:22 162:25
217:20 224:23 228:6,9
257:9 258:2 282:25
**dated** [3] 28:16 265:2
316:13
**dates** [3] 217:25 252:19
292:5
**daughter** [4] 18:7 20:24
22:24 23:5
**daughter's** [1] 22:22
**David** [2] 132:15,20
**Dawirc** [1] 201:4
**days** [8] 47:14 53:24

**deadline** [1] 275:2
**deal** [4] 19:8 48:25 202:12
251:13
**dealing** [1] 25:2
**debriefing** [1] 183:24
**December** [7] 217:22
218:19,20 219:17 221:7
223:24 229:13
**decide** [6] 175:12 218:18
244:19 245:2,8 302:2
**decided** [4] 66:6 180:1
236:19 298:12
**decipher** [1] 117:3
**decision** [13] 146:5
218:15 226:20,25 227:24
231:20 238:4,12 245:9
246:5 247:9 286:1,3
**decisions** [2] 212:1
244:14
**declared** [2] 229:16
285:9
**declined** [3] 193:19
198:4,7
**Deeds** [1] 2:8
**deeply** [1] 36:5
**defect** [1] 172:13
**Defendant** [3] 293:13
294:25 312:5
**Defendants** [10] 1:13
3:14,21 4:8 9:4,16 108:12
298:7 301:24 303:7
**defense** [2] 120:16 240:5
**deficiencies** [1] 230:20
**deficit** [1] 230:3
**defined** [2] 208:10
272:15
**definition** [3] 120:13
123:20 303:24
**degree** [2] 270:24 271:20
**delay** [1] 34:24
**deliver** [1] 192:12
**delivered** [1] 205:14
**demand** [1] 232:3
**democrats** [1] 124:7
**demonstrate** [1] 178:15
**demonstrating** [1]
298:3
**demonstrations** [2]
229:15 285:8
**denied** [2] 185:8 189:16
90:16
**deny** [1] 295:6
**department** [15] 23:11
27:22 46:19,21 53:9 73:1
73:2 109:6 205:11,14
207:25 224:15 250:21
251:1 263:21
**depend** [1] 247:7
**deposed** [2] 202:17,24
**deposition** [38] 1:16 2:1
11:25 12:15 14:8 29:7
32:22 34:15,20,24 39:17
32:16 76:9 96:11 110:5

116:7 136:10 140:10
181:2,16 182:18 200:1
201:16 202:14 209:9
210:21 255:17 274:14
281:20 289:24 305:9
310:3 313:2 314:23
319:14 322:8,11,14
**depositions** [1] 10:25
**depository** [1] 190:9
**depth** [2] 300:18 301:10
**deputies** [4] 54:9 246:2
246:22,22
**deputy** [19] 3:9 22:16
23:24 24:14 43:22 47:15
54:4,16,18 81:4 230:8
242:22 246:1,8 247:9
249:5 254:3 295:12,14
**describe** [2] 245:7
244:10
**describing** [1] 252:6
**description** [2] 6:4
293:15
**deserve** [1] 113:2
**design** [2] 213:18,22
**desk** [1] 276:19
**despite** [1] 303:13
**destroying** [1] 299:4
**detached** [3] 213:3
217:14 228:1
**details** [2] 129:23 280:10
**determine** [1] 301:17
**develop** [1] 213:16
**developed** [2] 271:23
**Development** [4] 25:11
220:6 237:20 247:14,25
248:3
**device** [1] 281:5
**devotion** [1] 298:4
**die** [1] 204:24
**Diego** [3] 279:6,14 280:3
**difference** [1] 137:2
270:8 272:25 296:7 320:1
**different** [11] 11:5
113:12 114:20,22 196:21
196:24 230:1 253:4
283:18 296:14 313:20
**differently** [1] 137:1
**difficult** [2] 203:3 317:7
**difficulty** [2] 101:19
215:6
**direct** [3] 36:16 52:6
306:22
**directed** [2] 103:10
306:20
**directing** [1] 36:13
**direction** [3] 181:4
211:22 300:4
**directions** [2] 53:7 70:4
**directives** [1] 72:7
**directly** [4] 95:21,21
158:2 173:14
**director** [21] 6:6 25:10
44:1 45:1 72:19 79:19
80:8 94:1 173:16,20
174:25 177:14 237:11

248:2 265:15 275:15
291:8,10 292:3 293:23
309:12

**disagree** [2] 108:5
303:21 313:18
**disapproved** [2] 30:21
30:25
**disciplinary** [1] 114:15
**discipline** [2] 175:24
261:21
**disciplined** [1] 177:24
**disclosed** [1] 125:4
**disclosure** [1] 63:14
**discovery** [1] 32:1
**discretion** [2] 97:15,21
97:21 98:6 106:23
**discrimination** [1]
2:18:9
**discuss** [10] 64:24 65:18
219:20 224:1 261:14,16
261:18 279:8,10 306:14
**discussed** [10] 107:6
149:19 154:10 174:8
179:3 210:16 241:25
257:15 306:18 309:8
**discussing** [1] 97:10
**discussion** [5] 5:3,7 42:9
106:18,22 135:17 309:2
**discussions** [5] 68:2,6
100:13 260:3,17,20
279:11
**disloyal** [1] 70:15
**dismiss** [4] 173:6,9
312:19 318:21
**dismissed** [2] 238:24
239:3,8
**dispatch** [2] 214:2,10
**dispense** [2] 11:3 13:25
**displayed** [1] 206:4
**displeasure** [1] 52:8
**dispute** [1] 290:23
**dissatisfaction** [1]
104:6
**dissemination** [1] 74:5
**distinction** [1] 66:10
**distinguish** [2] 50:23
51:4
**District** [4] 1:1,2 12:21
12:22
**division** [8] 79:21
111:18 112:2 129:16
130:1 216:1 228:1 291:8
**document** [17] 6:10
26:23 28:19,22 30:15 31:5
31:9,11,16,18 32:3 33:14
37:24,24 38:7 42:9 106:3
128:25 200:13 201:9
201:22 202:1,4,7 254:20
255:21 256:15,18,21
264:14,17 266:13,24
274:6 316:7,11
**document's** [1] 42:10
**documents** [13] 24:24
24:25 27:15 34:6 37:13
38:4 76:17 139:3 243:15
243:17 244:2,22 312:6

**doesn't** [14] 72:23 75:4 77:22 85:8 86:10,11,11 89:5 147:16 177:19 234:19,23 246:4 314:11
**doggone** [2] 62:1 164:10
**dollars** [6] 16:4 186:14 186:15 187:20,23 190:13
**Don** [2] 3:3 8:17
**donate** [1] 207:3
**donated** [2] 207:9,11,13 207:14
**done** [32] 25:19,21 30:4 66:9 80:24 81:2,20 100:11 108:22 111:14 115:16,18 145:23 162:4 164:17 170:6 171:24 172:5 175:4 206:23 222:5 223:11,12 223:20 254:21 281:10 288:6 299:2 310:6,22 311:9 321:10
**door** [1] 24:18
**double-check** [5] 158:20 204:3 246:17,18 321:9
**down** [30] 9:24 43:19 53:6,18 84:15 90:8 105:19 133:5 146:18 149:17,20 168:7 182:7 188:12 192:22 219:25 243:12 253:24 254:2 257:1 261:7 261:14,16,17 269:19 280:12,15,18,21 287:6
**dozen** [1] 29:14
**drafted** [1] 286:1
**drafts** [1] 310:7
**draw** [2] 66:10 188:25
**drew** [1] 91:24
**driving** [1] 190:7
**drug** [2] 205:10 206:12
**due** [1] 243:19
**DUI** [1] 24:19
**during** [23] 32:1 35:10 35:20 36:7 39:3 42:13 47:5 50:16 96:10 132:1 140:10 158:8 176:24 182:18 201:9 205:5,9 206:8 252:22 254:10 287:2 309:1 310:2
**duties** [2] 244:11 298:2
**duty** [9] 39:8 48:18,23 74:2 93:23 109:15 171:21 173:2 236:5

––– E –––

**e** [9] 3:1,1 4:1,1 5:1 8:1,1 27:18 288:5
**e-mail** [2] 27:13 256:22
**eagles** [1] 288:19
**early** [15] 44:4 48:14 53:24 60:4,14 99:18,18 155:10 127:22 139:2 166:3,4 218:20 258:17 291:9
**ears** [1] 85:3
**easier** [1] 289:8
**east** [1] 15:21

**eastern** [1] 16:17
**education** [7] 43:18 204:21 205:11 206:12 207:4 208:6 275:16
**Educational** [1] 207:23
**EEOC** [1] 218:7
**effect** [6] 59:1 216:4,22 299:3 317:12,20
**effective** [2] 224:23 257:3
**efficient** [1] 251:5
**eight** [1] 123:4
**Einsel** [4] 275:12,14 276:5,17
**either** [17] 23:14 62:22 69:24 72:5 82:16 83:3 147:13 169:25 201:5 221:21 222:14,22 236:1 245:25 250:12 283:12 294:14
**eligible** [1] 100:2
**eliminating** [1] 298:8
**Elmerton** [3] 3:19 4:6 9:9
**embarrassed** [1] 73:15
**embarrassing** [3] 46:1 46:5 195:24
**emergency** [4] 229:16 241:3,6 285:8
**emphasis** [3] 313:9,16 319:3,7,9
**emphasize** [1] 317:2
**employed** [1] 12:10
**employee** [2] 317:1 318:9
**employees** [1] 286:13
**employment** [2] 302:4
**empty** [1] 191:14
**enclosure** [2] 266:9,19
**end** [14] 42:12 45:17 59:23 79:14 118:2,3 133:23 160:21 201:14 202:13 219:17 223:24 273:23 302:14
**enforcement** [10] 74:23 77:12 98:5 120:3 142:25 145:19,25 251:7 298:1,21
**enhancement** [1] 236:7
**enhancing** [1] 235:25 236:2
**entered** [1] 65:10
**entertain** [1] 230:18
**entertained** [1] 240:1
**entire** [4] 21:16 112:16 114:6 288:11
**equal** [1] 206:2
**equipment** [2] 188:8 214:12
**erroneously** [1] 309:10
**error** [8] 81:17,19 151:23 176:12,22 275:7 312:8 316:4
**errors** [2] 172:12,18
**erstwhile** [1] 76:15 288:19

**escort** [2] 15:25 185:12
**ESQUIRE** [5] 3:3,8,16 4:3,11
**established** [3] 85:18 122:5,6
**estate** [2] 207:15 208:22
**estimates** [1] 16:5
**estimation** [2] 232:1
**et** [3] 19:20,20 139:25
**ethical** [1] 45:21
**ethics** [1] 145:18
**evaluate** [1] 24:2
**evaluation** [1] 184:15
**Evanko** [57] 1:8,17,2:3 5:4 8:4,8,9,10 9:3 12:25 13:5 76:9 78:7 107:13 120:1 129:2 136:10,19,21 138:7 150:22 173:8 190:22,23 200:2,10 203:4 203:14 204:8 237:23 241:16 245:23 250:1 254:18 255:17 256:20 271:25 288:16 289:25 293:13 294:23 295:16 298:7,11 300:4 301:1,13 302:25 303:5,14 307:23 312:6 316:10 319:19 320:12,18 322:12
**Evanko's** [4] 34:21 74:16 201:15 302:20
**Evans** [1] 18:25 19:4
**event** [6] 43:3 108:16,17 183:17 257:14 280:25
**events** [15] 18:9,12 53:8 72:8 114:19 164:3 165:9 170:21 183:20 227:1 252:20 281:9,15,16 308:21
**evidence** [2] 125:6 202:8
**exactly** [4] 11:21 55:22 171:23 236:10
**examination** [4] 5:5 10:21 19:18 100:5,6,8
**example** [4] 83:5 95:16 121:2 126:21 207:9 244:21 292:23 298:12
**except** [2] 127:14 201:19
**excerpt** [1] 143:12
**excluding** [1] 248:13
**excuse** [4] 11:9 42:6 62:17 136:2
**executive** [3] 244:16,17 267:8
**exercise** [1] 94:15 97:20 98:6
**exercised** [1] 175:14
**exhibit** [13] 6:1 29:6,7 38:9 116:15 160:12 256:4 256:10 264:21 265:13 267:17 274:12,14
**exigent** [2] 186:10,12
**exist** [1] 107:21
**existed** [2] 31:5 286:8
**existence** [1] 311:3
**exists** [1] 200:19
**exotic** [1] 119:24

**expect** [14] 93:12 94:15 94:19 95:11,19 97:12,17 98:4 119:19,24 121:1 187:21 197:24 251:24
**expectation** [5] 45:23 47:19 54:8 75:3,5 94:23 104:22 120:19 217:1
**expected** [2] 211:3
**expenditure** [2] 205:18 206:2
**expenses** [2] 206:16,17
**experience** [4] 14:17 18:17 230:3,5 276:16 292:16 310:8,9
**explain** [4] 120:24 165:11 174:15 276:23
**explained** [1] 194:16
**exploded** [4] 229:14 285:6 293:13,14
**expound** [1] 290:7
**express** [2] 96:14 258:3
**expressed** [6] 102:16,18 102:21 103:18,21,23 106:13 107:10 148:23
**expresses** [1] 174:5
**extended** [1] 203:7
**extent** [4] 69:18 100:23 139:10 296:2
**extra** [1] 202:19
**extracurricular** [1] 286:25
**extremely** [1] 263:13
**eye** [2] 23:19 124:19
**eyeball** [1] 102:5
**eyeballing** [1] 102:5

––– F –––

**face** [1] 225:21
**facetious** [2] 17:21 57:1
**fact** [31] 44:25 48:22 49:18 52:24 53:23 57:18 61:4,6 87:13 90:10 101:23 102:3 104:7,21 111:17 148:10 167:13 175:25 176:1,4,5,6 179:6 191:11 201:13 202:11 218:1 253:14 254:24 275:8 290:17 303:14 308:25
**factor** [2] 104:23 105:1
**facts** [12] 56:3,15 57:8,14 69:6,8 103:1 108:13 113:3 113:10,18 115:9 122:2 136:12 137:3 149:7 154:16 164:19,22 179:15 179:20 183:16 196:16 212:9 227:18 239:25 240:15 275:3 296:1 303:19,25 307:25
**failed** [2] 24:4,7
**fair** [27] 44:23 23:20,22 49:12 56:14 67:12 68:1 68:11 80:10 81:15 109:21 124:1 147:14,15 176:1 230:15 236:21 250:19 251:8,9,10,15 255:25 256:14 295:3 300:1,3

**fairly** [1] 312:13
**fairness** [4] 23:9 108:25 128:7 140:14 163:25
**falls** [3] 242:14 247:14
**false** [2] 275:4 312:2
**familiar** [3] 18:19 152:18 248:4 250:7
**familiarity** [1] 312:25
**far** [5] 21:22 32:3 41:17 100:19 302:9
**Fargo** [1] 190:12
**fashion** [1] 121:4
**faster** [1] 117:13
**father** [1] 208:21
**favors** [1] 112:2
**FBI** [144] 42:17 44:4 47:7 47:22 51:12 52:10,13 53:14 55:2,9,23,24 56:5,6 56:7,8 57:15,17,21,25 58:5 59:2 60:10,11,13,20 61:13 62:20 63:9,19,22 65:5,12 66:6,19 69:12,19 70:24 71:6 74:8 75:8 78:13 79:5 81:10 82:1 86:3 87:8 92:14 93:8,19 94:4,10,12 96:15,21 97:6 98:1 99:17 102:1 103:9 103:13,19,22 107:4,20,23 108:14 109:17 115:10 117:16 118:15 119:4 121:12,21 124:7,12 125:7 125:13,24 126:4,11 127:12,17,25 128:8 129:20,21 137:5,19 138:22 139:3,9,15,20 141:4 148:13,14,19 153:22 154:23 159:19,19 162:10 164:6 165:9 166:7 171:18,24 172:25 174:2,6 176:16 177:1,15 183:20 184:24 189:10 190:2 192:6 193:5 195:11,17,20 196:2 198:2,7,19 205:22 206:19 212:10 216:11,12 258:19 269:14 280:24 293:24 294:22 295:21 300:19,21 301:11,17 303:25 308:22
**FBI's** [4] 73:5 125:2,2 126:22
**fear** [1] 119:11
**fears** [1] 51:14
**February** [1] 162:9 166:5 249:11,12,14 263:24 274:2 308:4,12 312:4
**federal** [5] 68:14 119:9 193:19,20 290:13
**feds** [1] 193:23
**feeling** [2] 96:24 231:11
**feelings** [1] 125:11
**feet** [1] 231:4
**fell** [1] 247:8
**fellows** [1] 296:5
**felt** [5] 52:2 77:41 108:22 140:5 198:24 215:1,11 239:19 297:12
**FEMA** [1] 241:2

female [8] 19:11 20:12 277:14,15,16,18,19,20

few [5] 18:16 98:17 117:7 172:6 190:18

Fialdia [1] 207:15 208:23

fiasco [1] 73:20

field [13] 77:12,19 80:15 80:17 180:6 312:11,17 313:10,12 315:20 316:19 319:4,21

fight [1] 234:18

figure [1] 196:15

figured [1] 198:19

file [51] 25:16 26:6,8 27:7 27:10,25 28:3,7 30:15 31:6,10,12,16 32:4,15 33:6,14,16,17,21 34:4,7 35:6 36:22 37:11,19 38:1,5 39:1,16 40:1,6,14,21,22 199:17 200:1,18,19,22 201:2,7,19,21,24 202:2,4 202:5 217:18 310:16 312:6

filed [11] 22:11 185:7 217:23 218:3 220:22 221:3 224:14 227:15,21 228:4 308:13

files [12] 24:25 25:12 26:10,12,16,21 27:3,6 41:15 162:3 201:5 233:15 234:9 310:4,10

filling [1] 293:2

final [3] 220:25 245:8,24

finally [1] 100:9

finding [2] 210:4 212:8

findings [1] 57:22

fine [9] 12:7 89:15 128:23 141:11 149:8 159:2 199:19 215:12 226:17

finest [1] 288:10

finish [1] 33:25 77:5 160:11 178:18 220:17 256:7,12 312:12

finished [1] 307:17

finishes [1] 288:7

finishing [1] 219:4

fired [1] 231:19

first [59] 24:5,7 39:20 42:16 46:15,23 47:2,13 54:1 55:5 64:4 66:19,23 67:4,13 68:7,8 83:19 94:5 117:8 122:18 124:25 129:3 132:12 138:19 145:5 155:7 160:22 162:18,20,24 163:1,16,17 164:9 168:25 174:16 177:6 179:5 181:24 196:7 205:3 212:13 219:13,16 221:16 252:21 254:9,15 261:11 263:15 268:1 277:21 300:17 301:9 302:18 311:18,19 317:12

fit [2] 293:14,14

fitness [4] 19:19 22:10 23:10 100:7

five [3] 16:3 37:16 75:20 122:23 186:14 187:20,23 188:11 225:8 289:1

509:12,25

flew [2] 181:12 226:24

Floor [1] 3:12

flying [1] 182:5

focus [1] 178:+

folder [1] 27:22

folders [1] 28:5

folks [1] 186:8

follow [2] 104:19 147:18

follow-up [1] 153:6

followed [3] 104:17 227:2 297:23

following [15] 55:21 72:7 85:8 104:14,21,24 152:15 201:11 234:8 302:16,19

follows [2] 266:17 312:16

foolish [1] 108:4

football [1] 120:16

forces [1] 280:12

Ford [1] 204:25

forget [2] 205:23 248:11 251:1

Forgive [1] 141:23

forgot [1] 241:8

form [1] 14:25 48:7 269:11

formality [4] 225:16,17 227:3 228:7

format [2] 23:14 245:25

former [1] 315:23

forward [1] 240:10

forwarded [2] 23:24 308:5

found [5] 46:14 60:16 93:19 114:5 311:13

founded [1] 82:3

four [11] 6:10 48:11,12 52:21 54:11,14,24,25 122:23 157:1 179:12

fourth [2] 54:2 257:1

Foy [1] 81:7

FR [1] 80:19 174:14 175:17 312:16 316:13 318:18 319:5

Frank [1] 112:21

frankly [1] 178:10 320:25

fraternal [1] 14:15

Freeh [5] 45:1 63:14 152:5,11 293:23

friend [5] 44:24 45:1 107:9 151:1 164:7 278:9

friends [2] 57:15 151:4

friendship [1] 142:25 161:17

friendships [1] 278:16

front [5] 116:19 249:12 269:11 316:11 318:1

full [6] 205:6 206:9 225:11,12 279:17 286:15

full-size [1] 206:10

full-time [1] 286:11

fulltime [3] 278:6 279:18 284:22

function [1] 245:11

funeral [1] 80:5

future [1] 57:4

-G-

G [6] 1:5 8:1,19 12:23 265:20 275:19

gained [1] 95:5

gears [2] 41:24 204:18

geez [1] 32:7

general [4] 3:9,10 9:2 253:2

generally [2] 77:16 97:23

gentleman [3] 226:23 230:2 256:22

gentlemen [4] 76:2 157:11 200:8 265:23

Gettysburg [1] 280:12

Gigliatti [4] 64:17,22,25 126:20

GIS [1] 213:25

giveaway [1] 206:21

giveaweys [2] 205:4 206:8

given [13] 37:9 38:14 155:1 181:4 207:10,18 211:8,9,15 228:6 256:21 274:23 298:10

giving [2] 289:4,5

glance [1] 168:25

God [2] 171:7 172:10

goes [9] 30:2 60:10 98:9 125:15 149:25 175:11 246:15 253:25 287:20

gone [9] 26:23 40:5 80:12 80:13 81:1 111:20 174:25 177:13 200:11

gong [1] 191:25

good [22] 14:19 15:4 45:21 49:17 76:19 77:13 117:4 120:9,20,22 121:16 123:18,21,21,23 175:14 184:9 199:14 200:8 213:12 284:5 292:14

good-looking [1] 290:24

Governor [4] 16:7 87:17 187:16 262:25 263:2 295:10

Governor's [3] 3:10 9:1 16:10 44:12 51:16,17 51:24 56:20 62:22 64:13 64:22 66:15,18 67:19,20 78:18 82:5,17,25 84:6 89:4 96:8 126:20 162:13 177:11 187:13 235:1 259:10 262:8 263:12 301:2,13 302:10

Governors' [5] 219:2 221:1 227:8 257:10 282:4

great [4] 19:8 100:11 115:14 251:13

green [1] 37:22

grievance [3] 185:8 217:19 221:11

grievances [4] 217:24 218:3 221:3,10

grieve [1] 190:17

group [10] 21:16 22:2,4 77:14,16 95:15 121:14 250:7 251:24 272:7

guard [3] 186:8 229:17 285:9

guess [13] 16:20 26:7 62:20 83:6 162:20 192:8 198:25 222:18 230:17 301:19 302:12

Guido [38] 3:8 7:5 8:25 9:1 11:16 12:3 13:9,15 14:21 28:20 29:5 32:19 53:1 34:12 35:8,17,24 39:13 40:2,15,23 41:3 42:7 105:23 238:23 239:22 255:22 256:2,8,16 274:8 291:15,21 314:6 317:15 320:7 321:14 322:1

guy [5] 15:7 171:20 173:4 193:4,4

guys [2] 72:12 151:3 180:22

-H-

half [1] 129:10,14 194:21 194:23,24,25 195:6 229:24 278:25

hand [6] 8:5 122:16,17 173:7,10 274:9

handed [1] 42:10

handle [2] 243:15 244:2

handled [2] 115:13 220:18

hands [1] 244:4

handwriting [1] 123:7

handy [1] 314:25

happy [1] 29:16

harass [2] 301:22 303:6 303:8

hard [2] 63:8 142:9

Harrisburg [11] 2:12 3:5 3:13,20 4:7 8:22 9:9 12:18 239:18 240:22 284:4

Harrisburg/ [1] 240:11

Harrisburg/Hershey [1] 238:13

Hawthorne [1] 1:12 13:2

he'd [1] 139:21

head [5] 73:16 74:14 77:14,16,23 78:1 287:21 287:24

heading [1] 298:24

headquartered [1] 284:10

headquarters [12] 32:6 32:7 33:10 34:23 64:8 157:20 188:19 200:21,24 201:1 202:6 280:25

hear [5] 102:8 110:7

294:13

heard [15] 14:2 15:13 110:4 142:13 160:1 177:17,18 234:4 239:11 241:17 254:7,9,15 270:16 294:2

hearing [6] 14:3 47:21 76:19 79:7 101:19 110:11 110:13 203:18

hearsay [1] 270:10

heart's [1] 313:22

held [1] 313:3

helicopter [3] 17:8 185:24,25

helicopters [1] 190:8

Helmets [1] 208:13

help [16] 19:21 57:17 117:6,6 169:3 170:7 189:2 190:8 227:7 233:2 250:10 257:18 281:19 283:16,25 284:7

helpful [1] 302:12

helping [3] 166:19 169:20 229:11

herein [2] 1:2

Herm [2] 207:15 208:22

herself [1] 9:23

Hershey [3] 43:2 240:12 240:22

hey [4] 63:8 78:23 179:21 299:8

high [8] 89:2 134:9 250:18 251:3,21 270:24 271:20 295:9

high-ranking [9] 44:10 56:18 62:21 64:12 74:23 82:15 96:6 121:21 134:8

higher [11] 45:5 55:10,17 58:14 74:9 78:14,17 82:3 93:13 118:13,17 130:23

higher-ranking [4] 51:20 93:1,7 98:24 177:10

higher-up [2] 84:4 177:10

higher-ups [5] 59:18 69:14 73:7 77:21 82:2,24 83:16 84:3 130:13 177:18

highest [1] 292:9

highly [1] 251:6

highway [1] 279:14

Hikus [149] 42:24 43:7 43:19 45:16 46:11 48:22 48:24 49:2,6,13,21 50:4 50:25 51:2,11 52:25 53:25 56:13 59:17,22 67:3,18 67:23 68:10 69:9,11,17 69:25 70:3 71:10,25 72:15 77:3 78:22,22 79:8,9,18 80:12 85:20 90:7,22 98:11 99:14 102:19 103:24,25 104:9,15,15 105:7 107:2 113:21 115:20 117:14 134:7 135:4,5,9,12,25 137:19 139:14 151:16,19,21 153:13,19,20 154:3,10,19 156:4,15 157:18 158:7,11,18,25

Index Page 7

Multi-Page™

Hikus' - involved

159:5,6 164:17,24 173:15
176:7 178:5,9 179:1,8,15
179:17 184:17 193:1
195:13 196:20,23 210:18
210:19,23 211:4,8,15
212:5,15 216:10,14,21
217:2,16 221:22 222:3,15
222:16,23 223:20,22
226:5,8 236:15 237:21
247:11,12 258:22 259:9
260:4,7 261:5,8 262:5
263:3,6,11 269:13 286:8
292:24 293:13,21 294:3
294:14,17 296:4 297:14
301:18
**Hikus'** [1] 48:20 67:6
210:21 212:11 224:2
260:17
himself [2] 297:25
298:19,22
hire [2] 188:6 190:11
historic [2] 25:16 26:5
208:8 310:16
historical [4] 207:4,22
310:4,10
history [2] 92:3 208:6
288:10
hit [1] 24:12
hold [4] 103:15 136:21
137:21 235:3
honest [1] 137:2
hope [1] 17:19
hopefully [1] 175:10
horse [1] 280:20
horses [1] 280:18
host [1] 254:4
hosting [1] 280:24
hotel [5] 184:23 189:8,25
205:25 206:4
hour [2] 229:25 284:3
hours [2] 37:17 287:3
human [2] 172:9 283:6
hundreds [1] 265:6,6,7

**-I-**

I' [1] 178:13
i.e [1] 262:2
IAD [21] 79:20 111:2,18
163:8,18,21 164:10 165:9
165:16 196:9 198:12
215:22 224:6,23 225:2,7
227:6 228:1,7,17 309:11
idea [10] 31:3,13 64:19
127:4 161:18 166:6
262:17 263:10 267:11
273:3
identification [1] 29:9
116:17 274:16
identified [4] 6:4 94:20
94:25 95:10
identify [5] 9:23 10:8
109:4 316:9,10
ignorance [7] 62:11 88:5
88:7,8 96:1 131:2 150:19
IIMS [19] 213:1,6,7 214:3
214:6,17 215:23 216:1,6

219:5 226:7,10 223:10
221:25 228:11 236:13
273:20 286:10,21
illegal [1] 121:3
Illinois [1] 18:20
image [1] 251:20
imagine [2] 26:19 27:4
221:18 261:2 284:15
immediate [1] 284:24
impacted [1] 157:25
158:2,3
imparted [1] 62:24
implicate [1] 121:9
implicated [1] 62:20
270:25
implicating [1] 271:22
imply [1] 278:15
implying [1] 40:11,16
40:21,24
importance [4] 87:17
103:7,8 115:14
important [1] 53:9
88:25 129:25 146:19
149:15,16 168:15 251:16
252:12 271:17 286:21
imposed [1] 229:18
impressed [1] 21:21
impressive [1] 187:24
improper [1] 105:24
106:4 142:20 270:5,15
283:6 299:25
inaccurate [1] 297:9
inappropriate [1]
259:18
inaudible [1] 88:10
INC [1] 4:17
inception [1] 52:10
incident [6] 24:19 113:5
113:11 137:18 179:3
300:25
incidentally [1] 200:14
incidents [2] 46:18
115:19
include [1] 134:12
included [3] 45:12
134:18 214:9
including [3] 38:4 148:4
292:10
inconvenience [2] 34:8
34:18
incorrect [1] 312:9
incredible [1] 83:4,4
177:25
incurred [2] 206:17,19
indeed [3] 57:16 158:13
166:2
Indiana [3] 17:23 184:24
205:24
indicate [26] 49:6 56:16
57:9 91:21 97:9,17 99:2
100:21 101:8 111:12
125:7 132:1 162:1 195:10
270:22 275:4,25 316:25
318:8 321:4
indicated [27] 28:18 31:1

51:13 69:10,11,18 77:9
78:14 92:10 98:12 102:15
111:17 113:9 114:7 132:6
126:18 138:12,16 139:20
158:12 202:18 205:20
212:7 283:21 295:18
302:21 307:21 309:16
indicates [1] 123:17
216:20 256:21 309:10
indicating [5] 57:2
170:4 283:5 312:22
318:25
indication [1] 293:4
indications [1] 131:21
individual [7] 22:14
55:14 109:8 207:20
209:10 229:7 278:5
individuals [4] 44:11
51:21 56:19 64:12 82:16
84:4 121:22 177:10
ineligible [1] 100:2
inflame [1] 297:18
influence [1] 127:3
167:2,5 168:5 169:1,25
170:14,25 171:4
info [5] 105:14 191:25
inform [5] 48:19,23 69:3
200:9 222:19
informant [9] 57:18
62:19 99:20,22,25 125:3
138:22 191:13 226:25
information [48] 47:7
49:24 67:17 74:5 78:24
79:5 84:3,12 96:21 97:7
97:13,22 98:17 99:1
100:17,21 101:7,9 102:17
103:6,20 106:9 107:11
109:13 110:16 115:13
122:11 124:15 125:16,22
145:23 149:3,10 158:25
172:21,25 173:1 174:7
195:10 266:17,18 273:17
298:10 312:22 316:18,24
318:7,25
informed [21] 43:6,10
46:22 47:3 48:14 53:8
61:7 72:8 77:17 81:4
153:22 198:14 213:1,13
216:13,15,16 218:4,6
221:15,16
informing [1] 174:1
184:17
initial [3] 165:14 265:19
265:24
initialed [1] 275:9,11
276:14
initials [1] 276:10
initiated [1] 115:8
initiatives [1] 46:20
injunction [15] 220:21
227:21 228:3 229:2,3
233:16 234:13,18 236:24
237:1,3,4 239:5,7 240:9
injunctive [1] 234:9
injure [1] 301:22
ink [5] 37:22 243:19,23
244:3 264:13
input [3] 226:23 259:3,7

inquiry [32] 47:24 62:7,9
69:6,8 108:15 109:17
112:7 113:9 114:7 132:6
137:5,9,17 144:25 176:16
178:7 183:13,14 184:5
185:2 196:12 197:7
198:21 295:25,25 300:10
300:11 304:4,14,17 305:8
insistent [1] 229:9,19
inspection [4] 33:9 39:4
201:9,10
Instant [1] 273:17
instead [1] 104:9
instructions [3] 68:20
70:12 85:21
instructor [1] 20:25
22:23 29:2,2
instructors [1] 21:2,7
21:12
instruments [4] 186:18
186:19,21,23
insult [1] 225:23
insults [1] 299:9
integrate [1] 230:6
integration [1] 213:22
integrator [1] 213:17
integrity [1] 143:1
288:13
intended [1] 297:17
intensely [1] 270:4
intention [1] 25:24
intentionally [1] 33:20
96:16 97:6
inter-related [1] 290:17
intercept [1] 121:2 125:3
interception [1] 87:11
interdepartmentally
[1] 114:15
interest [5] 66:20 258:4
283:4,9 298:6
interested [6] 162:25
257:23 258:1 270:10
271:11,12
interesting [2] 59:6
310:12
interfere [5] 119:3 145:7
197:15,21,24,25
interfered [5] 33:21 37:2
interject [1] 11:10
internal [7] 79:19 114:22
175:23 197:11 210:6
215:25 218:10 291:8
309:12
interpretation [2] 99:5
269:25
interrupted [2] 34:1
307:11
interrupting [1] 34:14
**INTERRUPTION** [7]
75:17 97:1 146:23 169:17
202:20 279:2 315:21
interview [5] 19:19
87:10,11 159:7 263:8
interviewed [1] 159:5
interviews [1] 180:3

introduced [1] 319.24
investigation [1] 126:15
126:16,17 172:19 173:11
187:8,9 227:1 258:25
296:4 303:1
investigated [14] 20:7,8
20:10 39:22 95:9 112:14
112:17 136:23 182:3,14
208:25 209:4 259:5
303:13
investigating [7] 74:1
93:22 164:14 177:2 280:1
295:17,19
investigation [166]
20:15,16,17 42:18 44:8
44:10 45:4,10,22 51:12
55:10,16 60:12 62:1,5,9
65:5,7 69:12,13,19 70:24
73:6 74:6,9 77:21 78:8
83:10,12 87:8 92:4,15,20
92:21 93:11 94:4,9,18
98:7,9,16,24 108:9,11
109:24 110:22 111:8
112:24,25 113:3,7 114:9
114:12,13,21,23,25 115:8
115:17,23,25 117:16
119:4,9,17 122:3,7 123:15
123:16,17,25 124:2,4,11
124:13,24 126:23 128:7
128:11 130:12,21,22
133:12 136:22 137:9,15
137:22,24 139:16 140:16
140:20 141:1,15 142:14
143:2,17 145:8 147:23
149:24 150:7,16,18 158:9
160:14,15 162:10 174:3
178:19 179:22 182:24
183:10 184:2,21 190:3,19
192:9,23 193:8,14,17
194:2,3 196:7,14 197:12
197:16,19,22 198:1,20
199:1 206:18 210:7,14
211:1,9,10,13 216:22
217:9 218:11 268:2,23
269:15,21 293:11 294:23
295:1 298:21,25 300:1,6
300:8,19,22 301:11
303:15,16,18,24 304:3,16
305:14 307:24 308:20,21
investigation's [1]
196:18
investigations [6]
114:16,17 118:17 142:23
299:2 300:12
investigative [1] 146:5
investigator [4] 32:13
94:19 109:16 172:24
investigator's [1] 57:22
investigators [11] 57:16
169:15 178:21,22,23
179:11,19 195:25 196:4
304:12,19
investigatory [1] 74:3
invidious [1] 218:9
invitation [4] 263:6
involve [4] 93:1,6 169:13
170:19
involved [43] 44:10
47:15 54:4 61:7 64:11
69:23 73:9,13 74:12 77:14

Index Page 8

Multi-Page™

involvement - marked

77:24 78:20 82:5 83:8,10
83:13,17 86:23 90:20 93:5
94:10 119:22 121:6
126:12 131:22 134:19,21
139:24,25 141:6 146:4
192:15,20 195:2,4 197:9
263:7 272:13 293:25
300:25 308:1 316:7
320:17
involvement [1] 176:9
involves [2] 109:18
206:14
involving [4] 19:4 92:6
115:18 277:12
irate [1] 293:18
issue [16] 41:10 49:1
56:18 65:19 70:23 102:24
113:15 146:3 210:24
218:8 221:12 258:18
304:13,18 305:7 319:13
issues [2] 27:23 218:13
items [7] 37:11 205:3
206:6,7 207:2 208:8,15
itself [2] 288:12 314:8

-J-

J [1] 4:10
J-A-N [1] 163:3
J-U-N-E [1] 163:2
Jane [1] 205:3
January [22] 162:19,21
162:22 163:3,5,17,18
164:9 218:20,21,21
219:18 221:19 222:20
223:25 224:18 227:13
232:15 242:17 249:9
257:3 308:14
Jennifer [3] 2:6 10:11,16
Joanna [2] 4:3 9:13
job [15] 58:6 100:11
111:24 148:15 174:5
181:13 184:10 213:12
219:11,12 223:10 226:17
230:13 263:8,9
Joe [2] 15:9 87:4
John [2] 15:11 161:5
Joseph [1] 1:10 13:1
Judeo-Christian [1]
172:16
Judge [4] 1:8 76:16
199:23 239:16
judgment [5] 120:14
172:12 175:15 184:16
206:3
July [1] 304:20
jump [1] 181:22
jumped [1] 181:11
juncture [1] 173:24
June [5] 161:21,25 162:21
162:23 163:1
jurisdiction [1] 247:8
jury [1] 175:11
justification [2] 108:8
108:10
justified [1] 205:18

-K-

keep [14] 27:18 28:4
46:22 47:3 49:24 53:7
78:24 97:12 98:16 213:20
238:12 240:10,21 258:8
keeping [2] 72:7 257:8
Kelly [1] 193:5
kept [2] 27:22 239:18
key [4] 41:10,11 102:23
202:7
killed [1] 65:5,7
kind [23] 18:8 51:13
96:14 114:14 121:8 169:3
170:17 188:2,7,8 197:1,2
208:13 213:13 246:16
251:6 254:19 258:4 277:6
283:8 285:15 292:15
310:8
kinds [2] 190:5 265:7
Kip [2] 176:12,23
knew [25] 49:9 66:23 67:5
67:7,12,13,22,24 68:7,8
99:20 112:22 125:17
134:18,21 138:13 161:19
163:12 164:24 196:22
223:9 236:3 258:10 297:4
319:23
knowing [6] 139:7
150:15,17 187:14,16
249:19
knowledge [8] 162:19,21
19:2,9 25:4 26:17 37:4
64:20 67:2 69:20 100:23
101:15 132:4 138:19,21
210:25 227:12 283:14
300:18,21 301:10 313:4
known [14] 56:15 100:21
107:2 122:3 138:4 227:14
227:18 250:19,22,22
251:2,4 275:3 299:11
knows [2] 59:21 129:25

-L-

L [4] 3:8,16 134:3,3
Labor [2] 212:20 216:24
ladder [1] 172:1
Ladies [2] 76:2 200:7
lady [1] 264:19
landline [1] 181:24
language [1] 312:25
large [3] 15:25 17:1 170:3
last [11] 21:6 67:14
212:21 248:6 273:4 302:7
302:11 314:20 317:3
320:24,25
late [3] 12:3 44:3 60:13
127:21 203:12,21 218:19
273:20
latest [1] 289:1
laughed [2] 142:4,11
laughing [2] 141:23
142:2
laughter [1] 142:3
law [23] 74:23 77:11 83:5
93:21 98:4 109:20 120:2

142:25 145:18,24 197:13
251:7 297:5,24 298:1,18
298:20 312:24 313:15
314:4 317:4 319:2,8
lawful [1] 104:16
laws [1] 318:10
lawsuit [3] 308:13
LCE [9] 200:24 201:1
237:8 239:21 292:23,24
292:25 293:1,7
LCEE [1] 201:23
leader [3] 213:15 298:16
298:19
leadership [1] 301:24
leak [1] 97:6
leaking [1] 96:20
learn [7] 55:19 108:7
134:1 216:15 224:13
300:17 301:9
learned [2] 101:14 212:5
239:11
learning [1] 294:22
least [27] 10:24 19:12
23:16,19 26:25 58:24 60:7
66:2 69:14 83:17 84:25
112:7 120:14 138:4
148:10 159:20 166:4
170:6,7 171:21 199:13
231:10 238:18 292:15
293:10 300:7 309:17
leaving [1] 204:9 222:10
left [1] 179:8,15,18
left-hand [1] 266:23
legal [8] 76:20 227:14
234:21 235:7 236:20,22
272:15 288:19
legally [1] 120:12
legislators [1] 244:24
LEMA [1] 241:2
Len [2] 124:21 162:8
length [2] 153:4,7
Leonard [3] 86:25 242:3
less [3] 68:9,12 292:13
lesson [1] 226:5,8
letter [6] 6:5,9 209:11,14
209:17,18
letters [1] 244:20
letting [1] 106:1
level [2] 124:9,10 206:2
liar [1] 177:21
lie [4] 151:22 177:25
294:10,10
lied [1] 151:21 177:25
lieutenant [164] 42:23
43:7,19,22 45:15 46:11
46:16,24 47:12 48:20,23
49:2,6,12 50:3,24 51:1
52:25 53:24 54:17,19,20
56:13 58:8,14,25 59:19
61:10 62:23 67:6,22 69:24
72:14 78:16 79:8,18 81:7
83:22 85:5,16 86:4,12,20
90:22 95:17 99:7,14
101:20,25 102:9,19
103:23 105:6 107:1

117:21,24 133:13,19
133:21,24 134:7,10 135:8
135:13 137:18 138:8
139:14 140:16,19 141:5
141:16 147:2,17,18,20,21
147:24 148:4 155:4,19,20
155:22 156:3,15,18,21
157:17 158:24 159:5
160:7,16 173:15 176:7
177:19 178:4,8,25 179:1
179:2,7 181:1,20 182:9
182:11,21 183:1,4 184:16
195:12 210:17,18,20,22
211:4,8 216:10,20 217:2
217:16 219:15 221:22
222:3,15,16,23 223:19,22
224:1 229:8 231:2,19,25
232:13 237:20 241:13,23
242:14,15,20 246:24
247:10,12 254:12 258:21
262:22 268:3 269:12,22
275:9,21 276:4 277:24
280:23 285:19 286:8
292:24 293:12 294:3,8,13
294:17 301:18 306:19
310:2
lieutenant's [5] 237:8
237:16 238:6 239:20
293:3
lieutenants [1] 268:23
lifeguards [2] 18:11
281:17
light [2] 113:4 317:7
likes [1] 35:10,19
limit [1] 74:4
limited [1] 98:17
line [21] 122:19,24 123:3
131:1,8,14 132:11,24
140:15 150:2 162:17,24
163:1 188:25 191:15,16
192:22 194:6,18 283:3
317:3
lines [2] 122:18 145:10
list [3] 252:25 253:6,19
listen [2] 90:21 159:16
listened [6] 44:16,18
50:7,8 58:3 84:16
listening [4] 44:22 85:4
165:13 209:8 241:13
lists [1] 266:16,18
litigation [3] 30:17
250:3 252:12,22 254:8,10
254:16
live [2] 128:11 172:15
load [1] 166:20
local [1] 150:7
location [1] 200:20
lone [1] 176:11
lonesome [1] 226:22
look [33] 35:6 36:22 41:19
88:14,22 89:6,11 92:7
109:3 116:7 137:1 179:14
224:24 236:1,6,7 254:19
254:22 265:3 292:22
293:1 296:11,16
looked [13] 20:21,22
24:11 32:15 162:24

200:11 239:15 255:20
292:11 310:16,21 311:1
311:14
looking [9] 102:24
113:18 125:21 135:7
164:19 180:8 183:16
196:16 254:25
looks [5] 163:3 165:19
167:2 191:16 194:14
lose [2] 238:19,22
lost [5] 98:10 111:6
125:18 146:2 243:18,22
244:1 313:19
Louie [2] 63:14 293:23
love [3] 29:15 278:9,9
low [2] 124:5,9
lower [1] 266:23
loyalty [7] 70:16,18
146:1,3,10 150:22 270:17
lucky [6] 58:22,23 59:3
59:16 83:3 310:11
lunch [6] 35:4,7,10,20
36:7 199:13
lying [2] 151:16 177:24
Lynn [1] 198:15

-M-

ma'am [4] 35:14 38:15
39:19 307:10
machine [1] 281.4
mail [1] 37:19
major [49] 25:9,15,20
48:13,16 52:21 71:16 81:1
81:2,3 160:17,17 167:24
167:25 173:22 175:1
180:1,2 184:19 195:8
199:4 201:3 218:25 219:6
220:24 221:22,23,24
222:1,5,23 229:7 230:13
231:8 233:1,25 235:5
237:10 242:7 273:13,17
276:17 277:3 278:1 280:7
284:21 296:24 307:22
320:14
majors [5] 112:20 182:23
182:23 183:3 210:15
makes [3] 173:4 270:7
272:24
man [3] 174:11 190:16
228:25
Management [2] 241:7
273:17
manager [1] 273:16
manner [1] 210:23
March [16] 1:18 2:13
12:13 33:6 37:14 39:3,10
40:7 75:23 136:7,17 153:8
199:25 255:16 273:23
316:14
mark [14] 1:8 12:25 28:25
35:19 149:16 256:23
257:6,16 274:10 294:25
296:21 302:20 316:6
marked [9] 28:22 29:8
38:8 116:13,16 149:20
255:23 256:5,10,18
264:19 274:15

Case 1:01-cv-00084-CCC   Document 63   Filed 05/20/2002   Page 363 of 413
APR-26-2002  17:15   SARGENTS COURT REPORTING   814 536 4631

Multi-Page ™

Market [3] 2:11 3:11
12:17
Marking [1] 274:12
Mary [1] 66:24 244:9
245:7 246:4 247:18
253:25 259:23 260:1,5,18
261:9 262:7 263:12
Mascara [24] 61:22 62:2
62:25 63:10,20 64:25
65:16 107:8 116:23 130:8
140:18 142:16 144:24
161:23 162:14 191:8
193:10,12,13 199:6
268:21,25 272:25 309:3
Mascara's [5] 62:14
63:21 143:19 271:7,9
Mason [1] 14:14
Masons [1] 14:14 15:22
massive [1] 279:19
material [3] 39:5 41:10
41:12 202:7 288:23
matter [28] 8:20 24:11
25:1 64:18,25 66:6 70:22
76:5 89:1 90:10 105:10
115:24 156:2 160:2,5
164:23 175:10 238:25
240:3,4,12 258:25 259:4
260:14 262:7 263:14
314:12,15
matters [1] 87:17 88:12
176:24
may [89] 11:9 13:13 18:17
29:24 41:15 42:20 45:14
45:18 49:21 50:12 59:23
60:8 61:8,9,24 62:3,15
63:2,13,23 64:1,1,7 66:21
68:18 70:1,4,8 71:19 72:3
72:3 73:7 75:16 76:22
80:4 81:23 82:8 85:7 88:3
91:8,10 95:25 99:18
112:11 116:24 127:2,23
128:13 130:18 132:1
133:22 135:9,11,16,20
136:3 142:6 143:2,24
146:10 153:9,9,10,10,18
154:1,18 155:3 156:10
158:19 165:3 172:11
178:25 201:13 202:18
204:2 216:17 224:9
230:16 238:16 260:7
273:12 281:24 285:21
291:6 297:10 298:18
315:3 321:10
McCann [1] 21:5
mean [74] 11:24 15:4 26:8
40:3 57:6 58:21 60:2 70:5
73:20,21,25 75:14 81:18
82:12 98:2 104:15 105:18
107:18 108:5,7 114:20
118:10 119:7 120:18,23
124:13 125:19 126:9
129:17 136:24 145:22
146:9 147:13 149:5,6
161:1,22 163:23 167:7
169:10,22,24 170:2,5
171:18 177:24 179:7
188:16 189:5,17 192:3
193:22 195:23 207:7
227:20 230:16 231:14
233:3 234:19,23 238:17
245:6 262:19 269:7

278:1,19 284:1,25
286:24 306:9 309:5 313:1
313:24 314:10
meaning [2] 272:16
303:12
means [12] 12:2 62:15
123:21,22 130:25 132:22
161:23 171:3,6 172:4
192:11 251:13
meant [14] 52:22 57:1
106:13 128:15 146:14
147:19,21 192:13 270:8
270:15 271:12,14,18
297:19
measure [1] 205:19
meet [1] 251:3
meeting [17] 90:11,14
153:12,19 154:1,19 155:3
155:7,10,13,18,23 156:12
156:14 157:3,8,15,17
178:25 181:7 183:24
282:4 302:14,16,19,20,22
meetings [2] 156:2,6
member [5] 95:14 312:23
317:1 319:1 321:4
members [4] 28:6 298:13
302:1 312:20 316:22
318:23
memorabilia [2] 208:11
209:7
memorial [1] 208:7
memory [3] 90:3 271:11
317:6
mention [10] 37:21,22
37:23 58:24 82:15,19 83:6
96:6 110:2 126:5
mentioned [46] 59:16
59:21 61:10 85:6 86:16
87:7,9,14 101:12 105:12
121:23 124:22,23 125:1,9
125:23 138:14,17,20,23
139:2 141:17 142:1,17
145:1,20 146:7,22 147:1
147:12 148:1,2,3 149:9
149:25 150:20 162:6,7,9
166:3 172:8 177:9 194:21
198:16 268:11 309:1
mentioning [2] 82:24
96:5
mentions [1] 83:21 86:3
mentors [1] 298:17
mere [1] 227:3
merely [1] 69:2
Merryman [5] 25:10,16
25:20 180:17,19
mess [3] 84:9,10,19
message [2] 216:3 226:2
messed [3] 81:16 83:14
84:11
met [4] 25:13 91:22 181:2
205:22
methodology [2] 140:2
180:22
Michael [2] 4:14 12:9
micromanage [1]
253:16
microphones [1] 289:5

middle [3] 1:2 12:22
32:21
might [20] 18:25 21:20
26:17 37:7 38:5 45:25
99:2 133:17 140:3 234:1
288:21 312:23 313:8,17
314:3,17,18,19 319:1,11
million [3] 16:4 214:8
millions [1] 167:23
mind [13] 36:11 53:4
65:10 76:24 146:16
150:24 164:21 178:3
182:16 263:19 289:4
290:10 308:13
minds' [1] 124:19
mine [2] 44:24 45:1
minute [9] 63:13 134:24
255:1 267:2,18 268:4
276:1 315:7 321:8
minutes [7] 75:20 172:6
284:3
misconduct [2] 115:3
180:11
misconstrues [1]
239:25
misconstruing [1]
142:10
misleading [1] 143:24
misread [1] 123:8
misrepresented [1]
60:3 312:18 318:19
missing [5] 37:25 38:25
202:1,5
mission [3] 17:4,5,7
misspoke [1] 128:7
misstated [2] 212:12,13
mistake [1] 207:11
mistaken [4] 133:17
238:16 281:24 285:21
mistakes [2] 172:11,17
mistreatment [1] 20:12
misunderstand [1]
231:23
misunderstood [1]
128:8,18
mitigated [1] 176:9
mitigating [2] 104:23
105:1
mobile [2] 213:24,24
model [4] 204:22,25
205:6 206:9
moment [4] 14:22 49:19
108:10 136:3 172:14
254:21
Monday [2] 67:9 121:24
money [7] 15:21 16:1,2
17:1 186:8 188:14 189:13
Monico [4] 110:9,19
112:21,23
monthly [1] 253:21
months [1] 293:5
moot [3] 238:25 239:3,8
morning [5] 34:4 121:25
201:25 203:15,19
most [2] 128:3 139:17

motion [3] 312:19 318:20
motivated [1] 262:15
move [6] 144:21 189:3
190:9,13 235:25 277:4
moved [1] 220:4
movement [1] 292:18
moving [6] 222:2 290:25
Ms [3] 9:18 252:24 283:10
MTD [1] 318:21
multi-page [1] 255:21
municipalities [1]
150:8
municipality [1] 92:6
museum [7] 207:1,2,5,23
208:2,5 211:13
must [4] 19:9 59:15 105:8
107:6
Mustang [2] 204:25
206:10

-N-

N [5] 3:1 4:1,1 5:1 8:1
name [36] 8:6,17 9:13
12:9 13:4 15:8,14 18:25
22:14,24 99:21 101:11
125:1,8 129:8 132:4
138:23 141:17,25 142:17
144:25 145:11,20 146:7
146:21,25 147:3,12,13
172:7 209:10 243:9 244:7
228:21 265:23 268:10
named [4] 256:23 267:3
291:7,10
names [3] 13:7 21:3
naming [1] 271:23
Napoleon [1] 320:15
nation [1] 288:12
National [10] 219:2
220:12 221:1 227:8
229:17 235:1 250:7
257:10 282:3 285:9
nationally [1] 250:14
251:2
naturally [1] 107:19
200:16 286:22
nature [4] 57:19 235:19
235:22 305:8
necessarily [1] 40:8
73:21
necessity [3] 54:3
176:15 298:17
need [11] 10:3 100:14
117:5,6 124:16 198:11
202:19 203:4,9 223:2
230:6 236:3 249:1 250:9
250:11 255:23 284:24
needed [10] 184:12,14,15
228:17 231:7,18,22,24
232:5 236:12 250:5
284:18
needs [2] 11:17 236:8
negative [1] 278:20
negotiable [5] 16:4
186:17,19,20,23
Neutral [1] 233:19

never [42] 15:13 18:12
52:16 65:10 71:22,23 96:4
96:17 108:24 115:8,15
121:23 141:17,25 146:21
146:25 147:12 148:2,3
149:24 151:18 152:10
162:7 177:9,17,18 182:16
195:22 197:20 201:4
206:25 212:3 221:14
228:17,20 240:1 244:5
268:10 294:12 305:3
307:21
new [4] 166:19 214:11
255:15 311:4
newly [1] 46:16
news [1] 131:24
next [21] 131:1,14 132:10
152:16 156:10 160:25
191:15 192:22 194:6,18
273:7
NGA [4] 283:19,21,25
284:13
nine [1] 123:4
Nobody [3] 164:12
194:20 195:1
non-profit [1] 208:3
non-responsive [2]
116:3,5
none [5] 20:1 70:13
254:12
nonetheless [1] 297:22
nonsense [2] 73:24 171:8
nor [2] 65:11 110:24
normal [1] 115:5 137:25
138:1
normally [4] 95:6 97:18
218:11 232:22
North [3] 3:4 8:21,21
notation [2] 31:8,17
note [5] 37:7 38:6,17
106:12 174:10
notes [25] 6:8 88:14,23
89:6,12,16 90:4,6,13 92:8
100:14 105:11,15 106:3
107:5 116:9 117:3 118:7
122:8 129:1 132:19 157:7
157:12 309:2,6
nothing [10] 101:5
111:14 123:5 127:14
191:23 192:2,7 194:15
266:20,25
notice [1] 290:14
notification [1] 52:10
notified [11] 52:16 112:3
163:8,13,16,18 164:3,10
165:9,16 196:8
notify [2] 312:20 318:23
notifying [2] 94:16 98:8
November [3] 217:17
217:21 221:7
now [153] 11:12,15 13:14
23:19 29:19,22 38:8 41:19
41:23 43:6 48:18 49:11
50:3,11,11,14 51:10 52:1
52:6,19 56:14,15 57:20
59:9 60:16 62:14 63:9
66:12 68:18 71:16 74:15

Multi-Page™

76:8 77:9 79:1,10,24
80:10,20 81:21 82:11
87:12 88:2 89:9,17 91:16
93:3 97:8 99:10 107:14
109:11,12 112:1 117:2,21
110:12 122:18 123:6,13
123:15 124:19 128:24
129:2 130:1 132:10
133:16 135:24 136:7
138:7,11 140:1,7,14 142:8
149:6,22,23 152:13
155:12,22 156:1,14
157:10,24 158:5 159:9
161:4,9 163:6,12 164:10
164:21 165:15 168:4
171:7 172:2,9 175:7
190:14 191:14 192:22
193:8 194:17 195:5 205:6
213:7 214:16 216:5 220:2
221:2 222:8,17 223:22
226:18 228:23 246:11
247:16 252:4,8,11,18
258:23 260:1 262:15
263:10 269:25 271:16
272:19,20 277:17 285:23
292:6 293:8 294:1 296:19
297:3,4 298:9,24 300:19
302:4,13 303:8,15 315:16
316:1 322:8,10,12

**number** [44] 6:4 8:24
9:10,18,24 10:13,24,25
13:3 16:19 21:1 33:7
46:10 53:21,23 54:11,13
54:23,25 116:13,24,25
122:19 130:3 133:6 182:8
182:10 187:22 190:22
210:1 264:20,21,23
267:17,23 295:20,20
304:21 305:4,19 306:1,2
306:12 309:9

**numerous** [1] 301:5

**-O-**

**o** [3] 4:1 8:1 282:2
**o'clock** [2] 150:12 289:1
**Oaks** [2] 15:8,9,11
**oath** [3] 13:14 298:3
**obedience** [4] 298:4,14
301:25 302:1
**Ober** [253] 1:5 6:7 8:19
12:24 25:13 27:8,11,15
28:1,11 31:1 32:11 35:5
39:15 40:5,9,12 41:6
42:24 43:8,24 46:13 49:8
49:9,22,24 50:15,20,22
50:25 51:3,7,11 53:3,13
53:15 55:3 56:12,21 57:2
57:24 58:3,13,21,22 59:3
59:12,15 60:1,2,11,15
61:11 66:2,7 69:25 70:3
70:15 71:6,11,15,20 72:16
72:18 77:4 79:4 80:11,13
80:24 82:18 83:2 84:14
90:7,24 92:17 97:11 99:12
99:15 100:22 101:8,24
102:7,9,15 103:1,4,4,18
104:7,14,17 106:19 107:1
107:9,23 108:22 109:10
112:9 113:20 115:20
122:10 123:9 125:4,14,14

138:17,20,23 134:8
137:15,19 139:15 140:6
148:16,22 149:2,5,7,9
153:21 154:19 155:5,14
158:13 159:1 163:10,13
164:12,23,24 165:18
173:12 174:12 175:13
176:8 177:12,17,21
178:11 180:5 184:18,22
189:7 191:18,24 192:21
193:2 195:17 196:20,21
200:23 201:14 202:17,23
205:20 206:3 209:4
210:19,25 211:5,19 212:2
212:17 213:1,10 214:17
215:1,8,22 216:6,9,14
217:4,13,18 218:15 219:3
219:14,20 221:2,16 222:2
222:9,19 223:8 224:5
226:11 227:4,13 228:16
229:23 230:2,22 231:4
233:15 234:9 235:18
236:12 237:15,24 238:9
239:18 240:19 241:10,19
242:1 257:2,16,18,20
258:9,10,15,17 265:20
273:19 274:23 275:19
279:23,25 280:1 283:24
284:25 285:14 286:23
287:5,17 290:20 291:7
292:2,17 293:22 295:1,17
295:20 296:5,20 297:4,12
297:23 298:12 299:3
301:22 303:12,16,20
306:15,18 308:24,25
309:7,11 320:21
**Ober's** [27] 26:15 27:3
30:15 31:6 32:4 49:1
78:13 79:11 85:3 104:24
106:8 107:20 176:9,11,22
200:12 209:22 217:3
222:4 230:19 237:4
258:21 290:11 294:1
300:18,20 301:10
**obeyed** [1] 297:24
**object** [6] 48:4 106:5
116:2,4 143:8 239:23
**objecting** [1] 48:7
**objection** [5] 7:1 11:24
35:15 36:12 144:12
**objections** [1] 14:24
**obviously** [5] 67:1 121:5
144:4 251:13 253:13
**occasion** [2] 243:14
264:12
**occur** [2] 195:19 303:3,4
**occurred** [5] 57:23
113:19 128:10 154:1
176:14 195:16,22 197:4
**occurs** [1] 153:7
**October** [61] 28:4,14,16
44:4 46:14 58:3,16 59:10
60:4,4,9,14 71:12 72:9
80:3 83:17,18 84:17,25
86:3,9,10 99:19 100:24
100:25 101:3 102:7 103:2
112:9 113:5,20 114:19
115:18 118:3,11,22
124:20 125:4,9,16,24,25
126:6,13 127:22 128:9
131:23 132:9 137:4

308:22 311:4,7 315:3,6
317:20 321:8

**ongoing** [5] 114:8 115:21
115:23 137:11 196:14
**opened** [3] 194:21 195:5
293:7
**openness** [1] 288:13
**operated** [1] 243:11
**operating** [1] 27:1
**operation** [1] 284:17
**operational** [2] 230:20
247:9
**operationally** [1] 230:3
**Operations** [3] 242:15
242:25 247:10
**opinion** [5] 137:3 232:5
232:7 239:2 320:1
**opportunity** [12] 29:25
30:6 33:5 37:10 38:3
41:14,18 149:24 159:15
178:17 265:12 290:6
**opposed** [3] 134:4 190:3
298:3
**opposing** [2] 200:9
202:16
**OPS** [1] 230:9
**oral** [1] 19:18
**order** [24] 22:2 28:15
30:16 104:16 137:12
189:2 190:1 218:2 224:25
248:18,19 249:14 263:23
264:2 265:1 266:7,8 282:3
297:22 300:6,8 313:15
317:4 319:8
**ordered** [11] 21:15 48:25
49:7,23 71:11 158:9
160:15 210:14 212:6
216:23 300:9
**ordering** [2] 10:1 22:3
**orders** [7] 104:14,18,20
176:8 189:9 196:23 264:4
**organization** [10] 14:16
75:2 169:9,12 170:3 208:4
229:15 245:22 285:7
292:10
**organizational** [1]
245:2
**organizations** [1]
288:11
**organized** [2] 112:2
245:10
**originally** [1] 45:13
**ostensibly** [1] 85:20
**ostracized** [1] 194:7
**Ostrowski** [2] 4:10 76:4
**ought** [2] 44:24 45:6
**outcome** [2] 194:8,13
**outside** [5] 85:22 263:20
**over-concerned** [1]
105:13
**overall** [1] 27:20
**overtime** [1] 194:7
**own** [8] 75:10 106:3
170:19 188:17 195:21
208:18 249:25 292:11

**-P-**

**P** [5] 3:1,1 4:1,1 8:1
**p.m** [12] 199:24 200:5
255:4,15 289:18,22 315:9
315:12,16 322:7,10,14
**page** [22] 6:1,3 7:1,3
116:22 122:14,14,15
123:14 129:1 148:24
149:22 160:22 161:1
190:23 267:20,21 298:25
309:8 311:24 312:15,18
318:20.
**paged** [1] 90:15
**pager** [1] 116:25
**pages** [1] 116:12
**paid** [1] 186:1
**paper** [2] 70:9 243:8,12
**paragraph** [24] 129:3
133:6 257:1 290:5,9
291:17,19 293:8 294:21
295:15 297:17,21 299:1
302:13,18 309:8 311:24
312:14 313:11,22 316:20
377:7,23 318:15
**paraphrased** [1] 318:5
**paraphrases** [1] 318:7
**Pardon** [2] 226:6 243:21
277:5 279:24 306:6
**parentheses** [4] 117:22
118:1,3,4
**parking** [1] 25:13
**part** [14] 44:9 52:18 60:24
109:16 128:20 185:1,8
212:13 269:11 274:24
279:18 293:10 316:19
320:15
**partially** [1] 117:19
**particular** [5] 78:11
118:6 241:11 311:3,6
**particularly** [2] 124:4,6
**parties** [5] 5:3,7 13:7
130:25
**partner** [1] 278:9
**parts** [1] 92:11
**pass** [1] 120:16
**passed** [3] 78:21,21
107:22
**past** [4] 33:19 79:7 248:9
296:23
**path** [2] 292:7,15
**patrol** [1] 279:14
**Paul** [5] 1:8,17 2:3 5:4 8:9
8:10 12:24 13:5
**pay** [6] 191:4 225:11,12
227:5 309:16,18
**payer** [1] 214:5
**PD** [1] 229:21
**Pellegrini** [1] 239:16,17
**PEMA** [4] 241:2,3,21
242:13
**pen** [6] 243:2,20,24 244:3
244:22 246:10
**pending** [1] 118:17
**Pennsylvania** [81] 1:3

people - pursuant

2:9,12 8:23 9:7 12:19,23
16:18 17:11,24 18:23
19:16 20:19 21:8,12 24:17
51:15 65:24 69:22 71:21
72:2 73:8 78:3,19 87:18
87:24 92:16 93:5,7 94:7
95:18 97:19 112:3,8
113:25 115:12,15 118:18
147:8 168:24 170:18
182:3 185:14,16,20 186:5
186:6 189:3,14,21,22,24
190:5 208:10 209:6
215:13 223:3 226:15
227:16 236:9 238:1 241:3
241:6 245:3,9,17 250:15
255:8 262:25 260:11,20
290:22 291:11 294:7
295:8,10 297:7 298:15
304:6 310:14,19

people [33] 16:17 18:8
34:19 75:10 93:21 94:3
98:8,18,18 99:24 121:14
142:13 156:25 159:21
169:11,16 170:20 172:16
173:25 188:6 190:5,7,12
195:21 196:2 206:22
253:3 254:13,14 279:17
286:10,11,14

performing [1] 241:20
performs [1] 244:11
perhaps [1] 172:12
period [1] 199:13 224:12
225:11,12 227:6 292:1
309:16,18,23 319:4,10
periodic [1] 253:10
periodically [1] 51:3
perked [1] 85:3
permanent [1] 239:6
permission [1] 36:6
303:1
person [2] 63:21 258:4
personal [7] 70:21 71:4
277:8 283:4,9 294:24
298:5

personally [8] 121:9
158:1 164:4 271:1,22
283:12 312:5,7
personnel [25] 26:16,21
27:3,6,25 28:2,7,14 31:18
37:19 38:1,5 40:6,13
51:17 94:10 98:5 115:11
169:14 199:17 214:13
224:25 265:16 275:1
307:25
phase [1] 124:24 213:17
214:14
Phil [1] 209:11
Philadelphia [6] 188:13
188:19 190:10 220:1,8
282:23
Phoenix [1] 129:15 130:1
phone [14] 8:23 9:17,24
44:25 45:2 55:13,18 99:17
116:23 150:17,22 177:15
293:24 302:22
phonetic [11] 15:9 21:5
25:10 29:1 42:24 58:12
64:18 66:24 81:8 110:9
110:17 127:6 198:16

207:16 221:24 273:15
275:13 283:17
phraseology [2] 313:13
319:6
physical [4] 19:19 22:10
23:10 100:7
physically [1] 80:1
pick [4] 44:24 55:12,18
182:6
picked [1] 45:2 102:10
picture [1] 49:18
piece [5] 39:9 70:9 202:8
243:8,12
Pittsburgh [1] 44:5,23
116:24 151:6 161:8,24
188:20 190:10 231:14
place [8] 2:11 12:18 18:5
35:16 157:3 293:2 309:24
311:21
placed [4] 152:10 215:20
238:2,5
Plaintiff [12] 1:6 2:4 3:6
8:19 12:24 252:13 293:12
293:22 299:24 303:2,6
312:1
Plaintiff's [4] 33:6 38:1
39:1 240:7
plan [1] 261:17
planning [1] 257:13
plans [1] 284:11
play [1] 278:1
played [5] 17:14 169:19
169:22 209:3 213:14
plead [5] 62:11 88:7,8
96:1 131:2
pleading [4] 150:19
290:12,14,16
pleads [1] 88:4
PNC [11] 15:16,17,22,23
16:1,14,24 185:12 186:1
188:5 190:8
point [39] 44:20,21 50:4
50:9,15,16 51:10 52:1
66:1 74:16,20,24 80:23
82:3 83:7 84:18,20 89:16
90:11 122:13 178:19
179:25 180:9 183:19,23
184:3 195:11 199:12,15
199:18 205:21 218:14
222:8 235:9 250:25 259:8
271:17 276:24 319:24
pointed [1] 101:25
police [109] 43:18 4:5 9:8
9:15 15:20 16:18 18:11
20:19 25:18 28:12 44:12
45:6 51:16,23 55:11,17
56:20 58:10 64:13 65:8
65:24 69:22 71:21 72:2
73:8 74:10 75:2 78:3,19
82:4,17,25 83:20,25 84:5
85:6,17 86:21 87:25 89:3
92:16 93:2 95:18 96:7
97:19 98:25 99:9,24
111:13 112:8 113:25
115:15 118:14,18 121:22
130:13,23,24 139:24
147:9 168:5 170:15 171:4
178:16 177:11 182:4

185:16,20 186:5,7 189:15
189:21,23,24 190:5 207:2
207:4,21,25 208:5,11
209:6 215:13 226:15
227:16 236:9 238:2 245:3
245:10,17 251:15 253:9
262:24 260:17 279:15
280:12,20 285:11 288:11
288:15 290:22 291:5,11
292:8 294:8 297:8 298:16
310:14,20
policeman [1] 18:24
19:16
Policemen [1] 93:6,8
policies [1] 304:5
political [6] 44:7,9 45:4
55:15 166:16,25 298:6,14
296:16
politics [1] 73:24 86:23
262:20
polygraph [1] 100:4
pool [2] 18:4,4
portion [1] 202:9
portrayed [1] 56:12
posed [1] 130:11
position [20] 41:21 43:21
53:3 167:4,8 168:1,5
170:13 171:4 232:24
237:8,17 238:6 239:13,20
242:16,21 293:3 295:9
303:23
positions [10] 117:17
167:5 168:6 170:14,15,25
171:5 176:17 177:3
269:16
positive [3] 14:19 15:5
281:13
possessed [1] 67:1
possibility [2] 123:18
133:18
possible [4] 74:4 98:18
229:10 276:12
possibly [4] 40:17 45:10
62:21 306:4
potential [4] 24:19 74:1
94:17 298:20
potentially [1] 134:10
powers [1] 21:23
PR [1] 4:12
practice [4] 73:1,2 109:6
297:6
practices [2] 189:23
298:2
practicing [1] 14:8
pre-October [1] 127:9
precautionary [1]
205:19,21
precisely [1] 56:4
predilection [1] 183:18
preface [1] 118:25
prefaced [1] 145:4
147:22
preliminary [4] 11:11
11:15,18 239:4
preparation [1] 219:1
220:10 278:6

preparations [2] 220:25
257:9
preparatories [1] 14:1
preparatory [1] 11:6
prepared [1] 285:13
presence [1] 201:3
present [4] 4:10 13:6
43:10 49:23 156:4 182:18
201:6,25 206:11 281:20
presentation [1] 205:5
205:10 206:8
presented [1] 245:16
President [2] 73:18,22
Preston [1] 87:4
pretty [3] 124:5 129:24
250:7
prevented [1] 234:22
previous [2] 110:21
196:6
previously [1] 226:16
prides [1] 288:12
primarily [2] 64:17
247:11
primary [6] 21:7 47:25
104:5 105:6 164:16 212:7
principles [2] 45:21 74:5
printed [1] 268:6
priorities [1] 251:11
private [2] 188:1 189:2
prized [1] 208:15
probability [1] 83:5
probable [2] 73:12
74:12 77:13,22 119:21
120:9,13,20,22 121:5,8
121:17 123:18,21,22
126:14 172:22 270:25
271:21 272:14
probe [2] 153:22 154:23
183:20 212:10 216:11
258:19 304:1
problem [6] 104:20
145:14 234:12,14 235:1
295:22
problems [5] 18:21 99:3
procedure [6] 2:5 95:7
290:14 297:24
procedures [2] 249:21
311:14
proceed [5] 11:13 199:1
303:5
proceeded [1] 137:25
proceedings [6] 248:8
248:12,14,16
process [5] 76:21 175:23
245:20 252:16 263:8
processes [1] 245:23
procured [1] 57:17
produced [2] 33:8 37:11
product [1] 253:7
production [1] 37:13
professional [13] 44:2
80:9 164:4 175:1 213:4
214:24 215:4,24 219:8
237:12 262:22 291:12
292:4

proficient [1] 251:5
program [1] 214:6
programs [1] 205:11
206:12
prohibited [1] 1:24
project [9] 213:6,18
214:15 223:11 228:13
273:16,20 286:10 288:7
prolong [6] 229:6 233:23
234:11 236:20
prolonging [1] 234:14
promote [2] 232:11,23
232:8 233:11,13 282:2,6
promotion [1] 43:4
promptly [2] 316:23
318:23
proof [1] 32:17
proper [6] 119:15 145:18
145:21 297:23 298:1
304:2
properly [1] 143:3,10
312:20
proposal [1] 247:2
proposed [1] 311:20
prosecute [1] 193:23
198:3,5
prosecution [1] 193:20
198:7
prosecutors [1] 193:19
prospective [1] 227:17
provide [6] 38:12 259:6
306:7
provided [6] 27:14 32:1
34:16,17 253:5 259:3
provision [1] 186:9
PSP [17] 15:19 14:4,5
250:16 280:17 297:24
298:13 302:1 304:5
psychological [1] 100:8
psychologists [1]
169:14
public [12] 83:11 124:4
131:10 142:23 143:5
164:5 190:2,19 198:17
239:1 240:13 262:7
Pudleiner [1] 283:17
punish [6] 25:22 58:21
60:1 183:19 226:10
297:22
punished [6] 75:6,11
175:19 177:22
punishing [1] 75:8
punitive [2] 235:19,21
Purchase [1] 281:4
purchased [1] 281:8
purport [1] 275:17
purports [2] 265:10,14
265:18
purpose [6] 34:16 206:5
282:5,6 300:20 301:15
purposes [3] 227:3
249:23 250:6
pursuant [2] 2:4 37:12

put [25] 9:24 11:17 56:9 70:9 106:2 107:15 142:24 145:24 146:9 168:6 175:22 186:22,25 213:10 216:1 232:8 235:3 237:7 237:16 243:8,12 277:22 303:19 304:21 305.4

putting [1] 24.24 270:17 287:17

**-Q-**

qualifications [2] 266:10,20

qualified [1] 98:4 188:7 251:6

quality [2] 251:14,20

quantity [1] 205:1

quarterbacking [1] 121:25

questioned [7] 270:3,13 272:6,12 282:14,18 283:20

questioning [3] 76:22 241:15,23

questions [33] 18:16 36:1 51:7,8 56:2 67:2 68:11 77:10 108:20 138:12 141:9 145:6 153:5 153:6 160:11 165:14,17 168:14,17 178:14 184:11 184:13 197:3 198:23 211:24,25 252:9 256:4 264:23 283:19 321:13 322:3,5

quickly [1] 214:21 312:13

quiet [1] 104:1

quite [5] 52:22 208:15 250.8 290:25 320:24

quote [2] 26:9 45:16,17 59:23,24 62:10 84:3 88:4 88:6 127:15 133:22,23 293:22 312:19,23 318:22 319:3,6,9

quotes [1] 319:1

**-R-**

r [5] 3:1 4:1 8:1 266:9,19

R&D [2] 246:15 247:1 249:9,10

R.E. [1] 276:11

race [1] 218:9

rage [2] 293:14,15

raise [1] 8:5 319:12

range [1] 244:24

rank [1] 59:20 62:23,24 78:15 98:5 135:18,22 147:13

ranking [2] 89:3 134:9

ranks [8] 45:5 55:10,17 93:14 118:13 130:23 160:18 292:9

rather [2] 98:12 270:3

RCN [1] 278:21

reach [2] 311:16,17

reached [4] 59:12 85:10

105:8 108:24

reaches [1] 51:15

reacted [1] 285:11

reaction [1] 44:15

read [4] 106:12 112:15 115:22 117:4,9,11,23,23 117:24 123:5,6 129:9 131:9 132:7 133:9 143:13 150:1,4,5 160:4,7 163:7 167:3 180:12,13,15,17,18 180:20 184:6 191:22 209:13,19 221:14 239:1 265:3 290:5 297:16,20 298:11 305:10 307:3 312:13 313:21,22 315:19 316:15 318:15

reading [5] 58:18 114:6 163:9 166:18 178:7

reads [4] 274:25 299:1 302:13 312:16

ready [2] 11:13 315:25

real [4] 49:17 302:12

realize [4] 39:22 313:25 317:5 321:21

really [15] 14:9 29:15 70:19 71:24 115:16 150:14 161:19 231:17,22 249:16,18 297:2 314:11

reason [22] 48:1,13 60:25 73:6 83:15 95:4 111:10 121:13 142:11 148:21 180:24 205:7 207:17 219:22 220:9 273:1 274:22 286:16,17 305:21 306:3 319:12

reasonable [4] 47:21 55:1,5,6,8 74:11

reasons [11] 21:25 48:11 48:12,17 52:21 71:1 85:19 141:4 155:2 290:7 300:13

reassigned [1] 223:17 237:19,22

receive [4] 24:13 78:5 312:21 318:24

received [7] 23:23 47:6 79:4 145:22 220:15 249.10 274.25

receives [1] 78:6

recently [4] 31:7 117:14 269:13 284:3

reclassified [1] 100:1

recollect [11] 23:6 49:20 82:20 88:24 96:22 158:6 180:24 264:15,16 311:19 314:16

recollection [28] 24:11 51:6 59:10 78:13 89:9,13 89:19 92:10,13 97:10 135:3 140:8 204:20 241:9 241:12,19 263:22 287:2 291:14,25 309:17,22,24 311:6 318:2 321:6

recommend [1] 170:1

recommendation [4] 183:2 230:11 263:4 279:16

recommended [5] 170:6 181:18 182:22 230:23

310:6

reconstruct [1] 154:14

reconvene [1] 199:21

record [31] 8:7 10:9 11:18 25:18 33:13 35:16 36:4 87:8 57:8 70:5 116:11 122:6 136:14 144:13 177:8 200:4,5 213:8 239:1 240:4,13 255:9,12 268:15 305:10 315:10,17 316:1,4 316:16 318:16

record's [1] 301:5

recorded [1] 92:11

recording [3] 12:1 132:8 316:17

recordings [2] 157:7,12

redact [1] 319:16

refer [1] 201:16

reference [8] 28:15 266:1,7 291:17 318:3,12 319:14,18

references [2] 301:6 310:5

referred [4] 200:17 269:18 313:1 316:20

referring [5] 114:5 192:5 268:20 277:11 317:23 318:3

reflected [1] 294:10

reflections [1] 103:3

refresh [1] 90:3

refuse [1] 32:24

refusing [1] 41:18

regard [5] 21:18,20 81:18 203:8

regarding [2] 106:9 248:19

regardless [1] 298:17

regards [3] 114:3 125:12 126:24

regular [3] 95:11 112:24

regulation [32] 26:1,3 71:21 72:3,24 90:16,18 175:22 180:6 186:5 212:4 249:7 297:6,12 310:24 312:11,17 313:10,12,15 314:5,7 315:16 317:4,8,19 318:6 319:4,8 319:22 320:20

regulations [10] 109:9 109:20 174:17 189:15,22 245:18 264:5 310:15,21 311:2

reimbursement [3] 185:9 189:16 190:18

rejoinder [1] 38:13

related [2] 99:16 104:24

relating [1] 115:19

relation [1] 261:24

relationship [1] 277:7

relatives [1] 169:20

relent [1] 233:20

relief [1] 227:17

remember [70] 16:11,13 18:10 52:20 55:19 63:5

82:6,1,23 89:14,21,25 90:5 91:5 100:13 101:17 102:6,14 106:7 120:10 106:18 131:12,17 133:14 133:20 140:9,14 147:3 150:6 152:21 153:3 158:14 170:10,11 181:6 181:10,15,17 182:16 183:6 184:21,25 185:1,5 183:8 229:12 257:4 269:16 270:18,21 272:18 273:8 279:4 280:2,9,10 280:22 281:18 282:1,13 282:15,17 286:6 287:11 294:17 296:8 306:16 308:1,17 313:3

remembered [1] 102:3

remembers [1] 96:5

remotely [1] 150:6

remove [1] 39:25

removed [9] 25:12 26:7 26:8,10,11,12 31:11 39:15 40:12...

rent [1] 189:25

rented [1] 205:25

renting [2] 184:22 206:4

rents [1] 189:8

reorganization [1] 27:21

reorganize [1] 268:23

rep [3] 191:23 192:1,2

repeat [1] 14:5 33:18 33:18

repeatedly [1] 40:5

rephrase [2] 46:2 282:13

replete [1] 301:5

repo [1] 249:14

report [4] 49:25 104:1,3 109:16 112:16 218:12 228:6 316:23

reported [4] 84:7 92:14 198:13 218:12

reporter [4] 2:7 10:5,10 13:13 42:11 274:10,15 307:4

reporting [7] 4:13,17 10:12 12:11 109:7,13 262:6

reports [3] 58:18 115:10 115:22

represent [7] 8:18 9:3 9:16 13:8 31:6 35:12 182:15

representation [1] 35:21 311:25 313:7

representations [1] 171:20 201:12 250:2

representative [5] 39:24 87:6 192:3,14,18 192:19...

Representatives [1] 87:16

represented [2] 138:25 227:11 238:18

representing [3] 31:15 33:12 36:25

reproduction [1] 1:23

82:6,1,23 89:14,21,25 90:5 91:5 100:13 101:17 102:6,14 106:7 120:10 102:16 131:12,17 133:14 133:20 140:9 147:3 150:6 152:21 153:3 158:14 170:10,11 181:6 181:10,15,17 182:16 183:6 184:21,25 185:1,5 183:6 184:21,25 185.1,5 269:16 270:18,21 272:18 273:8 279:4 280:2,9,10 280:22 281:18 282:1,13 282:15,17 286:6 287:11 294:17 296:8 306:16 308:1,17 313:3

Republican [1] 220:11

reputation [2] 250:13 299:5

request [1] 16:24 22:5 23:2,16 26:24 35:18 36:20 37:12 154:20 202:24 266:13 274:24,25 277:3 286:12 307:23 308:15,18

requested [1] 153:20 159:14 205:2,3 266:17 278:3,4 308:8

requesting [2] 203:6 241:20

requests [1] 170:4

require [2] 298:18 301:25

required [2] 249:23 304:4

requirement [1] 252:2

requirements [1] 290:15

requires [1] 234:6

requiring [1] 312,20 318:22,22

research [5] 25:11 208:6 220:6 237:19 247:14,24 248:2 310:5

researched [1] 292:12

reserving [1] 14:24

reside [1] 282:22

resources [2] 182:4 189:25

respect [1] 116:4

respectfully [2] 202:15 303:21

respond [4] 50:3 164:1 244:23 300:15

responded [4] 68:10 282:19 293:10 301:12

responding [1] 174:17

response [20] 38:15 67:5 67:6 77:10 86:10 116:5 130:17 138:11 144:24 145:12,15 165:14 197:2 241:4 268:21 269:23 270:6,11,12 275:24

responsibilities [2] 145:25 173:25

responsibility [17] 44:3 73:17 74:13 80:9 85:23 93:17 175:1 213:4 214:24 215:5,25 219:9 237:12 242:11 247:13 291:15 292:4

responsible [2] 164:5 242:13

rest [5] 26:20 27:5 100:18 117:25 245:21

restraint [1] 94:16

resubmitted [2] 249:8 249:11

result [1] 197:8 243:23

results [4] 137:14,16 184:1 210:4,13 218:10

resumed [2] 76:10 316:3

resuming [1] 200:1

retained [1] 222:6

retaliation [2] 202:9

Multi-Page

retest – sorry

221:12

retest [2] 23:17,20

retested [4] 21:17 22:4
22:6

return [3] 214:23 215:21
224:5

returned [4] 219:7 224:9
237:13 309:11

reveal [1] 49:8

revealed [2] 69:19
191:12

review [3] 19:25 30:6
37:10,17 41:14 105:11
125:22 201:21 246:2
247:18,19

reviewed [7] 40:6 132:6
162:3 201:2,4 310:15
314:21

reviewing [1] 100:12

Reynolds [3] 4:3 9:12
9:14

Rick [55] 61:20,22 81:21
81:22,23,24 82:2,9 84:20
85:7,12 88:2,11 90:1 91:5
91:9 98:22 100:13 102:14
105:16 106:7,25 107:9
109:23,23 110:1 111:1,7
112:5 116:23 118:8
131:25 134:3 142:16
148:21 149:5,9,14 150:10
150:14 152:20 161:12,17
163:20 165:5,8 172:7
193:7,12,22 268:20,25
270:8,9,15

Rick's [2] 82:6 194:9

rid [1] 143:5

ride [1] 280:14

Ridge [1] 187:16

riding [6] 20:25 21:2,7
21:11 22:23 29:2

right [190] 8:5 11:25 14:7
15:5 17:19 24:3,5 27:16
27:24 29:19,22,24 30:11
41:19 50:11,14 54:15 55:5
56:14 57:10,12,25 58:17
59:3,21 60:12,16 61:23
65:21 67:14,21 70:2 72:12
72:13,17,22,24 77:8 79:2
79:6,21 80:25 81:10 82:11
83:8,17,23 85:1 86:17
88:5 89:17 90:14 93:9
94:12 95:2,9 96:11 97:16
97:22 104:3,9,18 107:23
108:1,15,18 109:1,24
110:5 113:25 114:1,19
115:5 117:7,21 118:5,8
119:23 120:7 121:18
122:4,12,16,16 123:13,14
123:23 124:18 126:1
128:13 130:10 131:25
133:5,7 134:3,12,20 138:2
138:18 139:12 141:12
147:5 148:5,24 149:21
151:17 152:13 153:14,25
155:9,12,24 156:10 157:2
157:6,10 159:10 160:8
163:14 167:11,14,19
170:22 171:9,10 173:6,13
173:22 174:20 175:5
178:13 180:22 181:13

188:22:12 193:18,18
195:2 197:10,16,22 198:2
200:7 207:12,21 208:2
213:2 216:24 218:16
221:4 231:6 232:13 234:5
236:9,15 237:5 241:16
243:5 251:18,22 252:10
259:24 265:12,16,20
266:2,5,10,14 268:6,9
276:25 277:17 281:21
282:10,19 283:22 284:19
286:23 287:7 288:13,16
289:15 294:16 299:24
302:23 305:13 307:13
312:10 320:4

rights [6] 180:12,14,16
180:17,18,20

rising [1] 290:21

RNC [7] 277:23 278:7

roads [2] 284:4

Robert [1] 275:12

rode [1] 23:5

role [7] 17:14 101:16
169:19,22 209:3 213:14
278:1

Ron [1] 273:14

room [6] 8:15 85:4 90:8
91:16 184:23 189:8,25
205:25 206:4 289:5,6,12

rooms [1] 289:14

roughly [2] 214:5,7

route [2] 17:10 244:18

routed [1] 265:15

rude [2] 142:7,10

rule [7] 105:5 109:11,12
175:21 313:15 317:4
319:8

rules [10] 2:5 12:6 68:15
109:9,19 174:18 181:5
290:12,13 304:5

run [2] 24:19 166:12,14
166:16 290:18


-S-

S [3] 3:1 4:1 8:1

SAC [4] 44:23 45:6,8
55:11 61:19 77:19 84:7
94:2 107:7,8 116:24 119:1
121:1 168:8

SAC's [1] 268:21

safely [1] 13:25

safety [2] 251:17,19

San [2] 279:5,14 280:3

Sargent's [4] 4:16 10:12
121:12

sat [9] 10:24 43:19 53:6
84:15 90:8 198:18 261:7
276:20 287:5

Saturday [1] 204:9

save [1] 168:18

saved [2] 188:14 249:25

saw [1] 311:18

says [45] 88:2 117:9,18
117:20 123:4 129:2,4,4
129:12 130:6 133:9
140:15 147:11,25 150:18

152:16 154:24 161:4,9
163:6,9,16 164:8 165:15
165:17,18,19 166:25
171:15 186:6 191:1,19,21
195:5,8 256:25 266:1,12
266:19 268:7 269:11
290:19 291:6 292:6
294:21 295:15 302:18
306:21 308:4 312:2 313:9
313:12 314:3,5,19 316:22
315:6,6,18

scale [1] 66:5 204:24
206:9

scenario [2] 77:15 113:2

schedule [3] 34:21 138:1
244:23

scheme [1] 58:7

school [2] 28:12 206:14

screw [1] 84:19

screwed [2] 82:12 85:11

Seattle [7] 229:13,21
230:7 231:9,12 285:6,12

second [5] 8:21 41:25
54:1 103:16 122:14,14,15
128:20 136:18 153:14
155:13,17 162:17 178:11
190:23 267:25 274:5
275:25 275:2 301:21
315:3

secondary [1] 251:18

seconds [1] 154:12

secretary [1] 244:8,16
248:1

Section [1] 316:17

secured [1] 302:25

security [1] 16:25

see [27] 16:16 32:15 34:7
43:15 89:7 93:3 111:22
122:19,25 124:16 131:9
132:23 133:15 138:9
152:14 190:24 191:16
195:9 196:24,25 226:24
234:2 270:7,9 275:24
276:22 315:2

seeing [2] 247:3 311:20

seeking [1] 227:16

seem [2] 47:20 131:25

sees [1] 252:13

selected [2] 263:2,3

selection [1] 213:16

selling [4] 58:7 111:24
117:16 176:17 177:2
269:15

Senator [4] 87:3 124:21
162:11 166:2

Senators [1] 87:15

send [5] 24:14 199:18
226:1 234:20 247:3
257:12,18 301:23

sending [1] 235:4

sense [3] 108:6 168:20
169:5

sensitive [1] 263:14

sensitivity [1] 298:15

sent [9] 22:15 28:13 220:7
227:6 232:16 233:11

249:24 283:24

sentence [6] 106:2
117:8,10 152:15,16
161:20 168:15 267:25
268:1 302:11

separate [2] 114:14

September [7] 44:3
60:14 99:18 127:21
290:19 291:9 317:13

sequenced [1] 154:17

sequences [1] 252:20

Sergeant [1] 111:21

series [2] 42:1 252:9

service [3] 4:17 12:12
206:11

Services [6] 2:11 12:17
31:22 213:5 217:15 225:5

serving [1] 241:10

set [7] 165:22,24 166:2,7
166:9,15 251:22

settle [1] 229:4 233:21

settled [10] 233:22
236:23 237:1,2,3 238:20
239:5,7 240:3,5

settlement [1] 229:3

settling [1] 234:25

seven [1] 123:3

several [5] 15:24 281:7
284:16

severe [1] 18:20

shall [1] 316:22

share [5] 50:19 97:22
122:11

shared [1] 57:14

Sharon [3] 247:23,24

sheets [1] 149:17

shirts [2] 243:18,22

short [5] 75:25 136:11
199:22 224:12 228:8
255:7 289:20 315:14

shorten [1] 288:21

shortly [5] 43:20 46:12
53:2,5 158:11

should've [1] 272:17

show [5] 36:4 116:11
123:12 255:12 298:13

showed [2] 123:12
255:19

showing [1] 105:25

shown [1] 28:23

shunned [1] 299:8

shut [1] 289:9

shutting [1] 289:4

sic [1] 182:21

sick [1] 14:3

sign [4] 246:3 247:1
248:17,18

signal [1] 301:23

signature [3] 243:5,13
254:1

signatures [1] 264:14

signed [9] 243:15 245:25
246:9,12 249:13 264:2,5

276:8,20

significance [3] 85:13
130:3 208:9

significant [5] 46:19,20
53:8 72:8 218:13

significantly [1] 46:18

signing [1] 263:23

signs [2] 243:4,9

silly [1] 57:7

similar [1] 220:13

simply [3] 295:2 298:22

sin [1] 172:17

single [1] 190:14

singular [1] 176:12

sit [17] 53:18 56:1,16
89:13 90:2 96:12 135:2
175:12 227:19,25 249:15
253:24 254:2 261:13,15
261:17 289:13

sites [1] 214:10

sitting [5] 85:1,4 102:2
121:12 174:4 276:18

situation [9] 20:7 23:18
73:25 173:21 176:15
177:1 189:7 229:20 231:5

situations [2] 189:20
190:16

six [5] 16:4 37:16 123:2

Sixth [1] 8:22

size [1] 205:6

skill [2] 293:4

slap [1] 225:20

slash [1] 276:10

smear [1] 264:13

smeared [3] 76:16 243:19
243:23

so-called [1] 311:21

society [1] 172:16

sold [1] 207:18

Solomon [4] 4:14 11:8
11:20 12:8,10 13:12
136:12 255:8 315:8 322:6

solve [1] 234:25

someone [18] 33:19
40:24 41:5 58:9 74:1
83:21,24 85:15,16 86:20
87:9 99:6,8 218:25 263:20
267:3 301:1,13

someplace [1] 280:4

sometime [10] 58:15
60:8 86:2 131:11 212:20
212:25 216:23 218:19
232:15 308:11

sometimes [2] 96:19
120:17 249:24

somewhere [5] 25:14
28:8 78:5 223:17 280:8
289:7,8,12

son [1] 170:8

sons [1] 169:20

soon [5] 30:4 46:25
229:10 250:20 285:3

sorry [34] 33:24,25 39:20
79:12,13 80:17 91:7 93:3
105:22 107:14 111:2

Multi-Page™

sort - through

131:9 134:15 150:5 153:8
153:9,10 157:22 160:17
160:19 192:11 194:12
220:16 225:17 241:9
242:3 249:24 276:20
291:14,20 306:24 307:9
307:10 320:13

sort [13] 14:11 49:14
52:20 59:19 120:15
154:12 172:13 187:25
188:9 195:9 272:8 286:24
295:9

sought [1] 294:23

sound [5] 8:14 55:1,5,6,8

sounds [2] 129:24 187:24

source [3] 102:3 191:23
192:1

Southern [1] 279:21

southwestern [1]
168:24

SP [3] 167:2,5 170:14

spark [1] 130:17

speak [5] 43:25 50:15
154:21 286:25 309:6

speakerphone [1] 91:19

speaks [1] 314:8

special [13] 28:15 61:21
75:8 95:20,22 129:6 164:8
191:8 205:4 206:7 265:1
266:7,8

specialize [1] 188:2

specific [4] 49:5 131:15
131:18 281:3

specifically [1] 134:2

specify [1] 9:25

speculate [4] 168:9,12
230:17 305:23

spending [2] 189:11,13

spent [1] 57:15

spirit [1] 297:25

spoke [4] 50:16 60:15
91:9 307:22

square [2] 291:13,24

squiggely [1] 132:24

staff [13] 25:5 28:12
43:23 159:22 247:10
253:19 254:13,13 263:5
295:9,11,13,14

stage [1] 250:4

standard [1] 272:16

standards [4] 114:13
250:18 251:4,22

standing [2] 218:1 299:4

standpoint [1] 242:11
242:12

Stanton [31] 83:8,11
99:16,21,22 111:19,23
113:8 114:10,12 115:1,24
129:25 136:23 137:11,23
137:24 167:6,10 170:16
170:17,24 171:3 191:1
192:11 194:14 196:18
197:7 198:4,20,21

Stanton's [4] 110:10
176:13,23 197:12

star [1] 290:21

start [11] 123:16

started [4] 46:25 53:1
153:2 145:5

starts [1] 171:14

state [145] 3:18 4:5 8:6
9:7,15 11:12 13:6 15:19
16:18 18:11,24 19:16
20:19 21:9,13 25:17 44:11
45:5 51:15,23 55:11,13
55:17 56:19 58:9 64:12
65:8,24 69:22 71:21 72:2
73:8 74:10 75:2 76:24
78:3,19 82:4,16,24 83:20
83:25 84:5 85:6,17 86:21
87:2,5,15,16,18,24 89:3
92:16 93:2,5,7,21 94:7
95:18 96:7 97:19 98:25
99:9,24 111:13 112:8
113:25 115:15 118:14,18
121:22 124:21 130:13,22
130:24 139:24 144:12
147:8 162:11 168:5
169:20,21 170:8,9,14
171:4 176:17 177:10
182:4 185:13,16,20 186:5
186:6 189:14,21,22,24
190:6,9 192:3 207:2,3,21
207:24 208:1,5,11 209:16
215:13 226:15 227:16
231:12,15,16 236:9 238:2
245:3,10,17 251:14 253:9
262:23 269:13 280:11,20
283:22 284:1,2,8 285:8
285:11 288:10,15 290:22
291:5,11 292:8 294:8
297:7 298:15 310:14,19

statement [1] 77:24
82:14 99:6 106:11 112:12
119:2 135:25 150:25
154:8,9 158:8 166:18
191:22 254:17 268:17

statements [2] 160:5,8

states [9] 1:11 12:21 73:19
73:23 80:16 86:18 142:24
229:15 304:7

statey [3] 194:20 195:1,3

stating [1] 181:16

stationed [1] 168:23

status [2] 100:2,3

statutes [1] 93:18

STD [1] 306:20

stenographer [4] 9:22
289:2 315:25 316:6

stenographic [1] 10:1

stepping [1] 85:22

still [10] 33:16 50:12
149:22 157:20 233:11
235:11 237:4 273:24
284:6 320:3

stipulate [1] 317:17

stop [2] 63:12 144:10

stopped [1] 133:3

straightened [2] 155:13
160:19

strange [1] 39:12

strangely [1] 57:13

struct [4] 3:4,11 8:22
55:12

strike [7] 69:10 92:12
144:21 282:11 303:17
311:23 316:2

strong [3] 73:11 74:11
77:22 119:21 121:4

strongly [2] 152:2 215:1

struck [1] 135:20

structure [1] 245:2

structured [1] 147:9

stuff [9] 87:20 174:2
177:17,19 188:16 192:22
289:9,11

subject [2] 117:15
133:12 140:15,19,25
141:15 143:16 147:23
149:23 156:7,12 172:11
265:11 266:14 268:2,22
269:14,21 313:10,12
319:4

subjected [2] 299:9,25

subperformer [1] 291:2

subsection [12] 248:20
249:22 250:4 252:1,4,14
252:21 254:7,15 266:4,6
316:18

subsequent [2] 76:25
294:2?

subservience [1] 298:5

substantially [1] 113:8

such [9] 39:2 190:16
225:9 263:13 299:2 303:6
304:4

suggest [1] 199:11

suggesting [5] 58:12
276:3,7 278:14 319:17

Suhy [5] 91:23 161:16
166:21,21,22

sum [5] 15:25 266:9,19
294:2?

superintendent [2]
74:19 75:1

superintendent's [1]
74:22

supernatural [1] 57:10

supervisor [8] 77:11
109:8,14,17 166:19
312:21 316:23 318:24

supply [1] 84:13

supporter [2] 262:18,19

supporting [1] 87:22

supportive [1] 298:1

supposed [1] 186:7

supposedly [3] 57:20
57:20 201:7

surfaced [3] 162:20
163:18 196:7

surfaces [1] 164:9

surprise [1] 139:4

surrounding [8] 64:21
73:25 108:14,16,17 113:4
115:10 295:21

suspect [6] 60:22 65:4
71:19 296:20

suspected [6] 60:24 61:3
61:7 126:11 139:11,12

suspecting [1] 187:19

suspend [7] 32:16 75:19
136:3,9 254:25 255:5
315:6

suspending [3] 75:24
289:19 315:13

suspicion [2] 301:3,15

SVT [1] 204:25

swimming [5] 18:3,4,5
281:15,16

sworn [2] 8:10 10:18

Syndi [5] 3:8 9:1 13:22
288:24 321:13

system [3] 172:5 179:23
180:5 214:1 273:18

systemic [10] 169:9,10
172:3 173:4,20,24 176:15
176:25 177:7 194:15

systems [1] 213:17

-T-

T'D [1] 4:1

takes [1] 103:6

taking [2] 24:24 41:21

talks [1] 279:11

tape [12] 84:16 85:5,7
86:6 100:19 101:4 136:13
136:18 148:9 201:14
255:10,16

taped [2] 87:10 159:6

tapes [8] 136:9 159:9,15
159:19,25 160:2 191:17
255:6

target [10] 94:20 95:1,11
95:12,14 271:24 298:19
298:20 301:2,14

targets [3] 94:16,17 174:1

task [1] 261:8

tax [1] 214:4

taxpayer [1] 189:13

taxpayer's [2] 189:11
189:12

taxpayers [2] 17:17
189:12

teach [1] 226:4,7

team [6] 16:17,21 17:3
213:15,25 279:17

teams [5] 15:20 185:11
189:2 190:4 213:23

Tech [2] 2:10 12:17

technical [1] 313:25

techniques [1] 14:11

Technology [6] 2:10
12:16 31:21 213:5 217:14
225:4

telephone [4] 62:8 182:6
214:11,12

telling [14] 46:12 62:14
75:13,14 80:23 81:22
84:10 85:2,12 121:19
125:20 138:2 144:19,23
146:6 161:12 173:16
176:12 233:8 236:11
257:6

tells [3] 60:11 82:2
321:17

temporary [1] 240:8

ten [1] 289:5

tends [3] 316:25 318:8
321:4

term [19] 45:17 51:20
55:20 59:23 61:12 102:8
104:6 120:8 133:23 135:6
135:13,22,22 136:25
138:8 148:11,14 157:21
302:3

termed [1] 108:12

terms [3] 80:7 189:11,20
236:6,8 275:23 310:13.

terrorism [1] 187:19

test [4] 23:12,13 24:4,12

testified [18] 67:23 96:19
101:24 109:1,2 140:9
177:4 185:5,8 212:2 224:3
229:24 230:24 234:3
259:13 281:23 282:1
285:22

testify [4] 8:11 110:8
144:3,7

testifying [7] 10:24
152:9 172:6 210:23 279:5
282:7 285:23

testimony [19] 17:2 37:2
137:20 142:12 182:17
198:10 216:19 224:2
238:3 241:14,17 259:2,11
294:2,4 295:2 296:9 305:6
319:17

testing [2] 22:10 23:10
92:7 100:7 150:8

tests [1] 19:20

thank [7] 8:13 10:16
13:17,18,21,21 20:6 42:14
76:12 77:8 107:13 149:21
171:7 291:22 301:21
321:19,24

Thanks [2] 30:9 273:13

themselves [1] 45:20
47:23 309:7

thinking [4] 47:9 53:4
53:16 134:6

third [6] 53:21,23 54:1
131:8 150:2 317:3

Thomas [3] 1:9 12:25
275:21

thought [28] 68:21 69:9
70:17 71:22 72:5,6 96:18
96:19 105:12,14 140:2
172:1 178:12 198:25
212:4,17 213:11 240:25
279:1 281:23 282:1
309:19 314:3,4,17,18,19
319:20

thoughts [4] 76:24 77:1
107:21 230:25

thousands [1] 167:23

three [16] 6:9 122:23
155:5 194:23 246:1,11,21
246:21,22 249:5 254:13
255:10 256:25 274:13,15
293:5

threshold [1] 124:3

through [18] 10:23,25
11:5 19:17 42:23 100:4,6

Multi-Page™

**throughout – whatnot**

122:17 169:12 172:4
204:15 234:23 241:22
248:16 249:21 259:11
290:4 311:13

**throughout** [2] 206:13
311:8

**tight** [1] 227:25

**times** [11] 14:2 39:25
120:8 202:18,23 237:25
238:5 242:18 253:10
293:18 313:2

**tip** [2] 94:24 95:7

**today** [24] 12:2 17:3
36:23 37:3 38:8 56:1,16
76:6 88:25 89:13 90:2
108:13 120:4 135:3
152:10 174:13 198:10
203:4 216:19 227:19
249:15 259:13 296:9
321:21

**Today's** [1] 12:12

**together** [8] 84:16 179:13
186:22,25 261:4 278:21
287:13,14

**Tom** [1] 179:10

**tomorrow** [4] 203:15,19
204:2 294:1

**tonight** [3] 203:13,22
293:24

**ioo** [4] 31:2 60:18 184:18
286:18

**took** [22] 22:13 30:14
40:22,25 41:5,6 48:21
139:13 147:12 154:11
158:24 166:12,14,16
167:19 195:21 269:4,8
270:1 287:25 309:2
311:21

**top** [9] 116:22 121:14,15
166:23 251:11,12,16,24
254:13

**total** [1] 205:2

**totally** [2] 196:20 239:24

**touch** [1] 10:4

**towards** [1] 302:14

**traces** [1] 243:13

**tracking** [2] 306:1,2

**Trade** [2] 229:14 285:7

**trading** [1] 127:3

**training** [4] 43:18 265:11
266:14 275:16

**transcript** [1] 1:23 86:9
132:7

**transfer** [5] 12:5,21 224:11
235:18 277:4 283:9

**transferred** [9] 45:7,9
151:9,11 220:20,24
234:10 278:22 293:25

**transferring** [1] 257:2
258:9 309:13

**transport** [1] 17:1 188:15

**Transue** [12] 219:24
237:15,18 277:12,19,20
277:22,22 278:8,20
282:25 283:10

**Transue's** [1] 219:25

**treated** [1] 219:23,24

**treatment** [1] 220:14

**tremendously** [1] 14:19

**trial** [1] 175:11

**tried** [1] 117:3

**trip** [1] 154:15

**troop** [6] 93:25 167:16,21
168:21,21 309:13

**trooper** [26] 18:19 19:4
21:9 69:21,22 93:12 99:21
111:22 115:4 117:17
127:15 128:4 131:15,18
139:18 167:6,10,13
168:20,25 170:8,9,18,24
171:3 269:15

**troopers** [10] 21:13 24:17
94:8 167:20 169:21,21
251:17,19 277:7 286:13

**troops** [1] 220:11

**truc** [6] 63:3 171:11,12
188:17 211:13 294:6
295:5,11 299:6

**trust** [12] 45:19 65:12,14
65:17,19,23 66:5 81:10
81:13 97:18 161:16
195:21

**trusted** [1] 66:2

**trustworthy** [1] 66:7

**truth** [2] 62:15 178:5

**try** [15] 22:1 74:4 95:16
117:11 120:14 142:9,9
154:14,16 160:18 204:13
204:15 301:17

**trying** [11] 17:20 108:7
144:3,6 154:12,15 169:25
170:7 174:4 258:2 314:1

**turn** [2] 159:21 191:17

**turned** [2] 159:20 171:8

**Turnpike** [1] 17:11

**twelve** [1] 150:11

**two** [49] 6:8 21:7 43:10
47:8,9,10 51:5 52:9,13
53:16,16,17 66:11 113:12
114:20 116:12,14,15
122:23 127:23 128:12
129:2 133:6,6 134:8,10
136:14 138:7 140:15
141:9 148:24 151:25
152:1 182:10,23 183:2
185:11 189:19 190:2,4,15
190:23,23 194:21,23,25
195:4,6 196:24 221:23
222:24 225:13,14 227:5
256:25 267:17 286:4
289:14 294:7 295:20
300:13 309:18 313:19

**type** [7] 28:5 77:15
115:16 183:9,10 217:19
277:9

**typewriter** [2] 207:10
207:14

**typewritten** [1] 265:23

**-U-**

**U.S** [1] 198:8

**uncomfortable** [1]
321:22

**under** [24] 12:6 68:14

71:1 74:3 162:17 164:14
167:14,17,23 196:23
211:6 217:15 242:14
247:8,14 253:25 267:23
267:25 290:13,13 298:24
301:3,14 316:16

**undercover** [1] 1:21

**underlined** [4] 313:9,14
319:2,7

**underneath** [5] 133:1
194:4,5 265:25 268:6

**undersigned** [1] 2:6

**understand** [54] 14:6
25:9 34:9 41:20 49:15
50:13 75:15 93:4 117:8
123:20 125:7,15 162:4,6
170:2 192:2,16 197:5
234:2,3,5,7,24 235:11,12
235:13 268:19 270:2
271:8,15,18 294:4 303:22
308:10

**understandable** [1]
158:5

**understood** [3] 269:2
271:4 272:22

**underway** [1] 198:22

**unfair** [1] 314:1

**unfairness** [2] 22:8,9

**unfounded** [5] 47:8
69:15 127:13 128:2
139:16

**unidentified** [1] 95:14

**uniformity** [2] 22:9 23:9

**unilaterally** [1] 47:18

**United** [6] 1:1 12:21
73:19,23 142:24 304:6

**unjumble** [1] 153:16

**unlawful** [3] 299:25
300:13 302:1

**unless** [13] 20:20 73:11
77:12 95:4 119:20 120:8
120:20,22 270:24 271:19
272:9,14 317:8

**unpolitical** [1] 96:17

**unquote** [1] 312:23

**untrue** [2] 298:22,23

**unwritten** [1] 302:3

**up** [71] 36:14 44:24 45:2
46:22 55:12,18 61:14 66:1
77:5 78:17 81:16 82:12
83:14 84:9,10,11,19,19
85:3,11 102:6 128:22,22
131:23 136:21 137:21
148:19 149:15,19 154:15
160:11 161:4 162:23
163:1 167:18,25 169:4,11
172:1,4 178:18 181:12,23
182:5,6,11 188:13 203:18
213:20 219:4 226:24
231:18 249:7 250:17
257:8 258:2,18 269:10
276:5 280:25 283:22,25
284:2,7 288:7,21 292:16
293:7 302:18 312:12
314:22

**upper** [1] 51:14

**ups** [5] 58:15 74:10 78:15
82:4 118:18

**upset** [4] 48:1 52:11,15
85:20 152:22,23 155:1
164:2 165:2 233:16
293:19 297:18

**used** [36] 17:8 18:12
45:17 51:25 59:24 61:12
62:7 82:23 97:21 120:7
130:19 133:23 135:23
146:17 148:10,11,15
157:21 158:13 184:16
185:17,21,25 186:7 187:4
205:4,9,15 206:7,10 253:1
253:2,3 293:18 318:22
319:5

**uses** [2] 313:13 319:5

**using** [2] 181:4 189:24

**usually** [1] 162:4

**-V-**

**vacancies** [1] 238:14

**vacancy** [1] 293:6

**various** [2] 292:9 293:18

**vault** [1] 26:20 27:5

**vehicle** [3] 185:16 205:6
206:9

**vehicles** [5] 185:20 188:8
190:6 205:13 206:21

**verbiage** [4] 168:6
293:19 313:5 321:3

**verify** [1] 24:12

**versa** [1] 66:8

**version** [1] 317:18

**versus** [1] 12:24

**vest** [2] 49:25 78:25

**vice** [1] 66:8

**vicinity** [1] 16:3

**VIDEO** [1] 200:5

**VIDEOGRAPHER**
[18] 4:12,15 8:3,12 10:19
75:21 76:7 136:1,6,15
200:3 255:3,14 289:17,21
315:11,15 322:9

**videotape** [1] 58:4

**VIDEOTAPED** [2]
1:16 2:1

**view** [9] 33:5 74:17,20,24
165:4 168:14 180:9
205:21 209:16

**viewpoints** [1] 230:19

**violate** [3] 25:25 26:3
72:23

**violated** [29] 71:20 72:2
72:25 105:3,5 109:9,11
174:14,18 175:17,18
180:6 212:4 297:6 312:24
313:14 314:4 317:3 318:9
319:2,7,20,21 320:3,10
320:20,24 321:2,4

**violating** [3] 85:21 93:21
105:2

**violation** [10] 109:4,4,5
109:7,19 174:22 175:21
197:13 261:25 297:11

**virtue** [1] 298:9

**voice** [1] 213:20

**voluntary** [1] 68:14

**votes** [2] 87:16 223:14

**votes** [1] 87:22 127:3

**vs** [1] 1:7

**-W-**

**w/David** [1] 132:14

**w/information** [1]
123:10

**wait** [5] 63:23 268:4
276:1

**waiting** [1] 316:5

**Walp** [5] 221:23,25 222:1
222:5 292:23

**wanting** [2] 28:11 251:3

**wants** [2] 287:22 288:24

**war** [2] 320:16,18

**warehouse** [1] 188:12

**warning** [1] 134:25

**Washington** [15] 218:16
221:17 222:21 223:3
227:7 228:2,21,24 229:1
230:7 233:12 242:1,4,7
283:25 284:7,19,20
309:14

**wasting** [1] 11:4 182:3

**water** [1] 255:2

**Wednesday** [1] 2:13

**wee** [1] 213:20

**week** [22] 67:10,11,14,19
67:21,25 68:9,9,12 210:21
212:21 225:8

**weekly** [3] 218:12 253:10
253:21

**weeks** [17] 47:8,9,10 52:9
52:13 53:16,17,17 57:23
58:23 127:23 128:12
204:10 225:13,14 227:5
309:18

**weigh** [1] 120:17

**welcome** [2] 305:10
321:25

**Wells** [1] 190:12

**Wertz** [30] 127:6 158:13
159:4 160:18 180:2,25
181:8,19 182:21,22 184:1
184:10 210:15 277:3
278:1 279:22 280:7
282:24 283:4,8

**Wescott** [33] 1:11 13:1
17:13 155:23 156:21
179:2,4,25 181:1,23,25
182:2,9,11 183:1 218:24
223:1 226:23 229:8,19
230:9,16 236:4 241:24
242:12,16,20 277:25
279:4 280:6 285:2,5 303:8

**Wescott's** [8] 181:1
230:10 231:20 232:1,4,6
241:14 281:20

**west** [1] 15:20 280:7

**western** [5] 16:21 111:18
112:2 115:12 170:18

**wet** [1] 231:5

**What'd** [1] 105:19

**whatnot** [1] 120:18

whatsoever [1] 37:23
Where'd [2] 133:24
 134:4
wherever [1] 28:2
whichever [1] 53:14
who'd [1] 163:20
whole [4] 108:16,17
 168:13 254:4
wide [1] 244:24
Williams [24] 82:21 85:2
 102:4 127:5 158:8,12
 159:4 160:16,17 180:2,25
 181:8,12,18 182:22
 183:25 184:10 195:8,15
 196:9 199:5 210:15
 226:24 305:5
Wilt [1] 273:14
win [2] 234:19,20
wire [2] 57:16 121:2
wise [4] 68:5 230:4,4,5
wishes [1] 233:12
withdraw [1] 282:10
withdrawal [1] 282:12
within [4] 67:14 79:21
 96:7 248:9
without [10] 1:24 92:18
 94:5 105:25 150:14,17
 169:2 187:13,16 247:3
witness [5] 5:4 10:17
 13:4 28:23 321:22
witnesses [2] 21:22
 67:17
woman [1] 19:11
won [1] 238:19
wondering [1] 281:17
Woolly [10] 66:24 259:23
 260:2,5,18,20,23 261:9
 262:8 263:12
word [23] 86:11 97:20
 101:20,25 102:4 117:24
 129:13 131:10,10 132:13
 133:10 158:14 162:23
 163:1 168:4 190:24 312:7
 313:8,13,17 317:2,3
 319:10
wording [1] 319:23
words [22] 26:8 52:11
 58:22 62:6 82:22 97:14
 130:18 131:4 146:17
 166:12,13 225:6 234:7,17
 236:25 237:2 238:21
 271:7,9,22 313:5 319:6
worked [1] 250:8
worksheet [2] 308:6,15
world [3] 202:3 229:14
 285:7
worse [1] 320:16
worth [1] 269:3
would've [3] 214:9
 219:16 222:22
wrangling [1] 235:7
write [4] 105:19 133:2
 146:18 221:11
writing [4] 215:20 216:2
 267:10,12

written [2] 19:18 163:2
wrong [13] 74:6 93:20
 108:22 117:12 121:16
 145:24 158:19 170:5
 270:23 296:21 297:5,13
 315:4
wrongdoing [2] 74:2
 124:17
wrote [2] 209:11 318:4

-X-

X [2] 5:1 104:16

-Y-

Y [1] 104:17
year [8] 85:8 110:1,2
 248:10 264:15 278:23,24
 279:1
years [8] 15:24 17:25
 120:6 129:10,15 194:22
 195:6 281:7
yesterday [2] 67:3 285:1
yet [3] 164:12 233:10
yield [3] 20:18 197:2
 198:22
young [14] 22:15,20 24:4
 132:17 220:14,18,23
 232:8,9,12 233:9,9 264:19
 282:22
yourself [4] 10:9 39:15
 108:13 178:22
Yu [1] 238:19

-Z-

Zipinka [16] 219:1
 220:24 229:7 230:14
 231:8,17,22,24 232:2
 233:1,25 235:5 257:13,19
 284:21,24

SARGENT'S COURT REPORTING    814 536 4011    P.02

Multi-Page™

**Page 6**

```
1 EXHIBIT PAGE
2
3                              PAGE
4 NUMBER  DESCRIPTION    IDENTIFIED
5 One     10/19/99 Letter to
6         Director from
7         Captain Ober      29
8 Two     Commissioner's Notes  116
9 Three   11/3/99 Letter    275
10 Four   3/25/02 document   --
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 8**

1 P R O C E E D I N G S
2 ----------------------------
3 VIDEOGRAPHER:
4 Mr. Evanko, would you
5 please raise your right hand
6 and state your name for the
7 record?
8 MR. EVANKO:
9 Paul Evanko.
10 PAUL EVANKO, CALLED AND SWORN TO
11 TESTIFY
12 VIDEOGRAPHER:
13 Thank you. Mr. Bailey,
14 could we have a sound check
15 around the room?
16 ATTORNEY BAILEY:
17 Yes. My name is Don
18 Bailey. I represent Darrell
19 G. Ober, who is the Plaintiff
20 in this matter. My address is
21 4311 North Second --- North
22 Sixth Street, Harrisburg,
23 Pennsylvania 17110. My phone
24 number is (717) 221-9500.
25 ATTORNEY GUIDO:

**Page 7**

1 OBJECTION PAGE
2
3 ATTORNEY                PAGE
4 Christie          48, 143
5 Guido             106, 239
6 Bailey            116
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 9**

1 Syndi Guido, Governor's
2 Office of General Counsel. I
3 represent Colonel Evanko and
4 the other Defendants.
5 ATTORNEY CHRISTIE:
6 Barbara Christie, Chief
7 Counsel, Pennsylvania State
8 Police. My address is 1800
9 Elmerton Avenue, Harrisburg,
10 PA 17110. Office number is
11 (717) 783-5568.
12 ATTORNEY REYNOLDS:
13 My name is Joanna
14 Reynolds. I'm an Assistant
15 Counsel with the state police.
16 I represent the Defendants.
17 And my address and phone
18 number are the same as Ms.
19 Christie's.
20 ATTORNEY BAILEY:
21 I know we have a
22 stenographer here. If she
23 could identify herself and
24 then put a phone number down.
25 I want to specify that I am

301

Q.      And whether Evanko and someone
in the Governor's Office was a target
or actually under suspicion.  Well,
you were concerned about that?  The
record's replete with numerous
references ---.

A.      That I was what?

Q.      Well, here's the allegations.
The first was to learn the breadth
and depth of Ober's knowledge about
the FBI investigation, you've already
responded to that.  And whether
Evanko and someone in the Governor's
Office was a target or actually under
suspicion, that was not a purpose?

A.      My concern would have been to
try to determine why the FBI or
Lieutenant Colonel Hikus didn't tell
me.  So I guess in a way that would
be accurate.

Q.      Thank you.  And the second was
to harass and injure Ober as a way to
send a signal to others that the
Defendants as a leadership cadre
require the obedience even the

302

1  unlawful obedience of PSP members,

2  above all other considerations as an

3  unwritten term and condition of

4  employment.  Now, clearly you would

5  not agree with that?

6  A.      I would not agree with that

7  and I will go back to the last

8  question.  I would agree to that as

9  far as I am concerned but not the

10  Governor's Office.

11  Q.      And the last sentence --- I

12  guess that's not real helpful here.

13  Okay.  Now, paragraph 39 reads,

14  towards the end after the meeting

15  that you had in your office, the

16  following.  That the meeting in your

17  office in which --- well, let's clear

18  that up first.  Paragraph 39 says

19  that there was a meeting following

20  Colonel Evanko's meeting with Mark

21  Campbell.  We've already indicated it

22  was a phone call and not a meeting;

23  right?

24  A.      That's correct.

25  Q.      Where Evanko secured

303

1   permission to investigate the

2   Plaintiff.   You already said that did

3   not occur?

4   A.      That did not occur.

5   Q.      Because Evanko proceed to

6   harass Plaintiff have others such as

7   the Defendants Conley, Coury, and

8   Wescott harass him.  Now, clearly you

9   don't agree with that?  That is not

10  correct?

11  A.      That is not correct.

12  Q.      And have him, meaning Ober,

13  officially investigated despite the

14  fact that Evanko was told he should

15  not conduct an investigation.  Now,

16  your investigation into Ober ---

17  strike that.

18          Your investigation into the

19  facts and circumstances as you put

20  it, we feel it was into Darrell Ober

21  and respectfully disagree with you on

22  that.  But we understand your

23  position and assuming your

24  definition, the investigation into

25  the facts and circumstance of the FBI

304

1    probe, the allegation here is that

2    you were told that it was not proper,

3    that investigation.  There being no

4    cause for such an inquiry as required

5    by PSP policies and rules and by both

6    the Pennsylvania and the United

7    States Constitution.  Mr. Coury

8    didn't tell you that?

9    Q.      The only thing Colonel Coury

10   told me was that this is not a ---

11   when I said about assigning BPR

12   investigators?  This is not a BPR

13   issue, it should be an administrative

14   inquiry.

15   Q.      So he was behind the

16   investigation but he said it should

17   be an administrative inquiry?

18   A.      It's not a BPR issue and don't

19   assign BPR investigators to it.

20   Q.      Why did Captain Brown, in July

21   20th, 1999, put a BPR number on it?

22   Why did he do that?  Did you tell him

23   to do that?

24   A.      No, I did not tell him.

25   Q.      Then why did he do it?  Do you

305

1  know why he did it?  Did you ever ask

2  him?

3  A.    No, I never asked him and I

4  don't know why he put a number on it.

5  Q.    Sir, when Mr. Williams talked

6  to Mr. Brown, we've got testimony on

7  this, they talked about this issue,

8  the nature of this inquiry.  We have

9  a deposition from Mr. Brown.  You're

10  welcome to read it.  I assume you

11  have, I don't know.

12  A.    No, I have not.

13  Q.    All right, sir.  Was the thing

14  ever a BPR investigation, Colonel?

15  A.    No, it was not.

16  Q.    It was not?

17  A.    It was not.

18  Q.    It was not, but Captain Brown

19  gave it a BPR number.  Who --- why

20  did he do that?  Who authorized him

21  to do that?  What was the reason for

22  that; do you know?

23  A.    I can speculate as to what it

24  is.

25  Q.    Then tell me.

306

1   A.     As a tracking number.

2   Q.     As a tracking number.

3   A.     That's the only reason I could

4   possibly think of.

5   Q.     It wasn't to cover; was it?

6   A.     Pardon me?

7   Q.     It was to provide cover; was

8   it?

9   A.     I don't know what you mean.

10   Q.     Colonel Conley ever talk to

11   you about this thing as a BPR with a

12   BPR number?

13   A.     No, sir.

14   Q.     Did you ever discuss Captain

15   Ober with Colonel Conley that you can

16   remember?

17   A.     I think anything that I

18   discussed about Captain Ober was with

19   Lieutenant Colonel Coury?  Although

20   Captain Conley has an STD directed to

21   me that he says he talked to me, but

22   I don't recall any direct

23   conversations.

24   Q.     Sir, I'm sorry, what was that

25   again?

307

1    A.        What's the question again?

2              ATTORNEY CHRISTIE:

3              It can be read back if

4    you want the court reporter

5    --- the answer's on the

6    record.

7              ATTORNEY BAILEY:

8              No, no, let me go on to

9    another question.  I'm sorry

10   ma'am.  I'm sorry, I

11   interrupted you.

12             ATTORNEY CHRISTIE:

13             That's all right.

14             ATTORNEY BAILEY:

15             Okay.

16             ATTORNEY CHRISTIE:

17             I'm finished.

18   BY ATTORNEY BAILEY:

19   Q.        Let me go on to another

20   question.  When we talked to Captain

21   Brown, I think, he indicated that he

22   spoke with Major Conley at the

23   request of Commissioner Evanko.

24   Something about the investigation

25   ascertaining facts, no personnel

308

1    action involved.  Do you remember

2    that?

3    A.     No, I do not.

4    Q.     Well, it says on February 14th

5    of '01 that you forwarded a copy of

6    the worksheet to the commissioner.

7    What's that about?  Do you know what

8    that's about, why you requested that?

9    A.     What is it again?

10   Q.     Well, my understand is that

11   sometime on or about the 14th of

12   February of 2001, I want you to bear

13   in mind that the lawsuit was filed on

14   January 14, '01, I think it was.  Why

15   did you request a worksheet from

16   Captain Brown?

17   A.     I don't remember that I did

18   request one.

19   Q.     Okay.  Was this an

20   investigation that went into the

21   events --- was it an investigation

22   into the FBI at all?

23   A.     In so much as what they had

24   told Captain Ober.

25   Q.     In fact that's why Ober is

309

1  mentioned, isn't he, during those

2  notes that you took of the discussion

3  with Mr. Mascara?

4  A.     I'm not sure I know what you

5  mean.

6  Q.     Well, the notes speak for

7  themselves, Captain Ober was

8  discussed.  Paragraph 50, page 16,

9  there's a number of allegations in

10  there, but it erroneously indicates

11  that Ober was returned to IAD as

12  Director of Internal Affairs for five

13  days before transferring him to Troop

14  B, Washington.  Let me tell you why I

15  am asking this question.  You'd

16  indicated it was for a pay period ---

17  at least your recollection is it was

18  a pay period, two weeks?

19  A.     I thought that's what it was,

20  yes.

21  Q.     Okay.  You don't have a

22  recollection of it ever being for a

23  period --- I know it didn't take

24  place, but a recollection of it ever

25  being for five days?

310

1    A.    Other than listening to

2    Lieutenant Colonel Conley during his

3    deposition.

4    Q.    Do historical files have

5    references to the research that's

6    done on them, the recommended

7    changes, drafts of changes and that

8    kind of thing in your experience?

9    A.    I don't have any experience

10    with historical files at all.

11    Q.    Boy, are you lucky.  That's

12    very interesting.  Have you never in

13    terms of any of the changes to

14    Pennsylvania State Police

15    Regulations, you have never reviewed

16    or looked at a historic file?

17    A.    That is correct.

18    Q.    In all of the time that you

19    have been with the Pennsylvania State

20    Police where there has been a change

21    in regulations, have you ever looked

22    at what it was like --- you had done

23    a before and after comparison?

24    A.    Of the actual regulation?

25    Q.    Yes, sir.

311

1   A.      I've probably looked at before

2   and after regulations, what was in

3   existence at a particular time and

4   what a new one would say.

5   Q.      But you don't have a

6   particular recollection of when or

7   which one?

8   A.      Throughout my career I would

9   have done that.

10  Q.      You didn't do it with AR

11  1.102(c), though?

12  A.      After the Amended Complaint or

13  after I found out about it through

14  these procedures I looked at it.

15  Q.      Okay.  And what conclusions

16  did you reach?

17  A.      I didn't reach any.

18  Q.      First darn time you saw them;

19  isn't it?  First time you recollect

20  you seeing those proposed changes or

21  the so-called change that took place;

22  isn't it, Colonel?

23  A.      That is correct.

24  Q.      On page 18, paragraph 55, the

25  allegation is that a representation

Sargent's Court Reporting Service, Inc.
(814) 536-8908

312

1  that was made to Plaintiff and his

2  Counsel was false. And it says that

3  AR 1-1-02 had just been changed on

4  February 22nd, 2001 and was

5  personally approved by the Defendant

6  Evanko according to file documents.

7  The word personally in there is not

8  correct, that is an error?

9  A.      That is incorrect.

10  Q.      All right, sir. Let's talk

11  about Field Regulation 1-1.17(b).

12  And we can finish this up I think

13  fairly quickly. I want to read a

14  paragraph to you out of the Amended

15  Complaint appearing on page 19, sir.

16  Reads as follows, additionally FR,

17  Field Regulation, 1-1.17(b) is

18  misrepresented to the court on page

19  12 of the motion to dismiss as quote,

20  requiring members to properly notify

21  their supervisor when they receive

22  any information indicating another

23  member, quote, unquote, might have

24  violated the law. You have a

25  familiarity with the language --- I

313

1  mean you referred to it here earlier

2  in the deposition a couple of times.

3  Do you remember offhand if --- do you

4  have a commanding knowledge of its

5  verbiage, of the words?

6  A.     I think that's an accurate

7  representation of its contents.

8  Q.     And the word might is

9  underlined.  It says emphasis added.

10 The subject field regulation, this is

11 in the allegation, paragraph 59.  It

12 says, the subject field regulation

13 uses the word and phraseology has,

14 which is underlined, violated any

15 law, rule, regulation or order

16 emphasis added. It does not use the

17 word might.  Do you agree or

18 disagree, or do you know?

19 A.     You lost me on the two

20 different ---.

21 Q.     Well, I'll let you read it.

22 Read paragraph 59 until your heart's

23 content.  If you know the answer ---

24 and if you don't --- I mean, I

25 realize it's a technical question.

314

1  I'm not trying to be unfair, but tell

2  me if you know.

3  A.    I thought it says might have

4  violated the law.  I thought that's

5  the way the regulation says.

6              ATTORNEY GUIDO:

7              Well, the regulation

8      speaks for itself.

9              ATTORNEY BAILEY:

10             Yes, I mean, it does.

11      It really does.  It doesn't

12      matter what any of us

13      attorneys say.

14  BY ATTORNEY BAILEY:

15  Q.    But it does matter what you

16  recollect.

17  A.    I thought it said might.

18  Q.    You thought it said might?

19  A.    Yes, I thought it says might.

20  Q.    When is the last time you

21  reviewed it?

22  A.    Prior to coming up for this

23  deposition.

24  Q.    Okay.  You don't have a copy

25  handy; do you?

315

1    A.      No, I don't.

2    Q.      See if I could get a copy for

3    just one second, because I may be

4    wrong and I don't want to ---.

5                    ATTORNEY BAILEY:

6                    Just suspend for one

7            minute.

8                    MR. SOLOMON:

9                    It's 3:58 p.m., off

10           record.

11                   VIDEOGRAPHER:

12                   It's 4:00 p.m., we're

13           suspending.

14   SHORT BREAK TAKEN

15                   VIDEOGRAPHER:

16                   It is now 4:04 p.m.,

17           we're back on the record.

18   BY ATTORNEY BAILEY:

19   Q.      Colonel, I'd like to read to

20   you Field Regulation 1-1 ---.

21   BRIEF INTERRUPTION

22                   ATTORNEY BAILEY:

23                   Strike all of my former

24           comments until the

25           stenographer is ready, please.

316

1          We're back on the record now.

2          Please, strike anything

3          in between when we resumed on

4          the record because of my error

5          in not waiting until the

6          stenographer was able to mark

7          the document involved here.

8    BY ATTORNEY BAILEY:

9    Q.      Sir, can you identify for us

10   --- Colonel Evanko, can you identify

11   for us the document that is in front

12   of you?

13   A.      It's a copy of FR 1-1 dated

14   March 25, 1992.

15   Q.      And I just want to read into

16   the record very briefly under 1.1

17   Section 1.17, Recording of

18   Information, Subsection B, which is

19   the part of the field regulation

20   referred to in paragraph 59.  Then I

21   just want to ask you to comment if

22   you would.  It says, members shall

23   promptly report to their supervisor

24   any information which comes to their

25   attention and which tends to indicate

317

1    that any other member or employee

2    has, I want to emphasize the word

3    has, last word, third line, violated

4    any law, rule, regulation or order.

5    I realize I was asking you earlier to

6    comment from memory, which is awfully

7    difficult.  And in light of paragraph

8    59 in that regulation, unless it's

9    been changed, can you tell me if it

10   has?

11   A.     I don't know.  That would be

12   my first question, what was in effect

13   in September October of 1998.

14   Q.     Okay.

15                ATTORNEY GUIDO:

16          Counsel, we'll

17          stipulate that this is the

18          correct version of the

19          regulation, that this is the

20          one that was in effect.

21          However, I would like the

22          question to be clarified when

23          you're referring to paragraph

24          59.  I don't have the

25          complaint, Amended Complaint,

318

1    in front of me.  My

2    recollection is that you're

3    referring --- the reference is

4    to a brief which I wrote in

5    which I paraphrased what the

6    regulation says, which says

7    that any information which

8    tends to indicate that an

9    employee has violated any

10   laws.  So I just want to make

11   sure the question is clarified

12   as to what the reference in

13   the Amended Complaint is to.

14               ATTORNEY BAILEY:

15          I'll read paragraph 59

16   into the record then.

17   BY ATTORNEY BAILEY:

18   Q.      It says, additionally FR

19   1-1.17(b) is misrepresented to the

20   Court on page 12 of the Motion to

21   Dismiss.  Here the acronym MTD is

22   used, as requiring, quote, requiring

23   members to promptly notify their

24   supervisor when they receive any

25   information indicating that another

319

1    member might, it is in quotes

2    underlined, have violated the law,

3    closed quote.  Emphasis added,

4    period. The subject field regulation,

5    the acronym FR is used, uses the

6    words and phraseology quote, has

7    underlined for emphasis, violated any

8    law, rule, regulation or order,

9    closed quote.  Emphasis added,

10   period.  It does not use the word

11   might.

12           Sir, the reason I raise this

13   as an issue is that you'd made

14   reference earlier in the deposition

15   to your belief.  And I'm not asking

16   you to redact or change your

17   testimony at all, not suggesting you

18   should.  But you had made reference

19   to your belief that Colonel Evanko

20   had violated, you thought that he had

21   violated Field Regulation 1-1.17.

22   And that's why I asked you if you

23   knew the wording and that's why I

24   introduced this here to point that,

25   you know, maybe we'll have a

320

1  difference of opinion over that.  The

2  Court will have to decide it, but you

3  still think that he violated it;

4  right?

5  A.      Yes, I do.

6  Q.      Okay.  That's all ---.

7                ATTORNEY GUIDO:

8                Can we clarify that you

9        accidentally said Colonel

10       Evanko violated it?  I

11       believe ---.

12 BY ATTORNEY BAILEY:

13 Q.      No, no, I'm sorry.  Oh, yes,

14 that can clearly be a major blunder

15 on my part.  As Napoleon once said,

16 in war a blunder is worse than a

17 crime.  Of course, we're not involved

18 in a war here, so Colonel Evanko it's

19 not an allegation that you've

20 violated this regulation, but you

21 believe that Captain Ober has?

22 A.      Yes.

23 Q.      Okay.  How do you think he

24 violated it?  Last question, quite

25 frankly, that's the last question I

321

1   have for you.  How do you think he

2   violated it?

3   A.      I just think the verbiage

4   tends to indicate a member violated

5   it, would be consistent with my

6   recollection of what he told me.

7   Q.      Okay.  Sir, I can't --- tell

8   you what, give me one minute to

9   double-check with my client and I

10  think I may be done.

11                  ATTORNEY BAILEY:

12                  Are you going to have

13          any questions, Syndi?

14                  ATTORNEY GUIDO:

15                  Probably not.

16                  ATTORNEY BAILEY:

17                  Sir, my client tells me

18          that we're clear to go.  I'd

19          like to thank you very much

20          for your cooperation here

21          today.  I realize being a

22          witness is uncomfortable and I

23          appreciate your courtesy.

24          Thank you.

25  A.      You're welcome.

322

1          ATTORNEY GUIDO:

2          We don't have any

3     questions.  I was just

4     clarifying we don't have any

5     questions.

6          MR. SOLOMON:

7          4:08 p.m.  The

8     deposition is now concluded.

9          VIDEOGRAPHER:

10         It is now 4:10 p.m. and

11    the deposition of Commissioner

12    Evanko is now concluded.

13         * * * * * * * *

14    DEPOSITION CONCLUDED AT 4:10 P.M.

15         * * * * * * * *

16

17

18

19

20

21

22

23

24

25

1    COMMONWEALTH OF PENNSYLVANIA)

2    COMMISSIONER OF DEEDS         )

3                    C E R T I F I C A T E

4        I, Jennifer P. Billstein, Commissioner of Deeds

5    for the Commonwealth of Pennsylvania, do hereby

6    certify:

7        That the witness was first duly sworn to testify

8    to the truth, the whole truth, and nothing but the

9    truth; that the foregoing deposition was taken at the

10   time and place stated herein; and that the said

11   deposition was taken stenographically by me and

12   reduced to typewriting, and constitutes a true and

13   correct record of the testimony given by the witness.

14       I further certify that the reading and signing

15   of said depositions were (not) waived by counsel for

16   the respective parties and by the witness.

17       I further certify that I am not a relative,

18   employee or attorney of any of the parties, nor a

19   relative or employee of counsel, and that I am in no

20   way interested directly or indirectly in this action.

21       IN WITNESS WHEREOF, I have hereunto set my hand

22   and stamp this 22 day of April 2002        .

23

24

25

JENNIFER P. BILLSTEIN
Commissioner Of Deeds
Commonwealth of Pennsylvania
My Commission Expires Jan. 4, 2006

· PITTSBURGH, PA                    SARGENT'S                    · PHILADELPHIA, PA
· CLEARFIELD, PA      · ERIE, PA    COURT REPORTING    · INDIANA, PA    · SOMERSET, PA
· STATE COLLEGE, PA   · OIL CITY, PA   SERVICE, INC.   · GREENSBURG, PA   · WILKES-BARRE, PA
                                     210 Main Street

LAWYER'S NOTES

| Page | Line | |
|------|------|---|
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |

PITTSBURGH, PA
HARRISBURG, PA
GREENSBURG, PA
ERIE, PA
INDIANA, PA
HOLLIDAYSBURG, PA
STATE COLLEGE, PA



SARGENT'S
COURT REPORTING
SERVICE, INC.

210 MAIN STREET
JOHNSTOWN, PA 15901
(814) 536-8908

PHILADELPHIA, PA
WILKES-BARRE, PA
OIL CITY, PA
SOMERSET, PA
CLEARFIELD, PA
*CHARLESTON, WV*

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

* * * * * * *

DARRELL G. OBER,   *

    Plaintiff   *   Case No.

    vs.   *   1CV-01-0084

PAUL EVANKO, MARK *   (JUDGE CALDWELL)

CAMPBELL, THOMAS   *

COURY, JOSEPH   *

WESCOTT, and   *

HAWTHORNE CONLEY,   *

    Defendants   *

* * * * * * * *

VIDEOTAPED DEPOSITION OF

PAUL EVANKO

March 27, 2002

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

Sargent's Court Reporting Service, Inc.

(814) 536-8908

**Multi-Page™**

**-$-**

$10,000 [1] 191:4
$100 [1] 214:8
$20,000 [2] 204:21 205:2
$4 [1] 205:1
$50,000 [1] 188:14
$7.32 [1] 185:15

**-'-**

'01 [6] 249:9,11,13,14
308:5,14
'96 [1] 115:11
'97 [11] 114:4 115:11
124:24 162:19,22 163:4
163:18,21 164:10 165:10
196:7
'98 [27] 60:10 86:10
100:24 112:10 113:20
114:19 115:19 116:3,12
118:22 125:10,24,25
126:6,13 127:9 128:10
131:23 137:4 138:18,20
138:24 163:14 164:13
165:23 166:5,6
'99 [2] 116:24 218:21

**-1-**

1 [1] 213:17
1-1 [2] 315:20 316:13
1-1-02 [1] 312:3
1-1.17 [7] 80:19 174:14
180:7 312:11,17 318:19-
319:21
1-102 [1] 80:22
1.1 [2] 180:6 316:16
1.102 [1] 311:11
1.17 [4] 105:5 109:11
175:17 316:17
10 [5] 5:3,6 154:4,11
298:25
10-minute [1] 288:20
10/19/99 [1] 6:5
10/20/99 [1] 31:19
100-year [1] 288:9
100th [1] 288:14
106 [1] 7:5
10:22 [1] 75:22
10:34 [1] 76:8
10K [1] 191:4
10th [1] 222:20
11/1/99 [1] 6:9
116 [2] 6:8 7:6
11:30 [1] 136:7
11:36 [1] 136:13
11:38 [1] 136:16
12 [3] 153:8,9,10 154:18
155:3 292:1 312:19
318:20
1200 [2] 130:2,3
1237 [2] 122:19 161:1
12:37 [1] 161:2

12th [35] 42:20 45:14
49:13,14,21 50:12 60:8
61:8 63:13 64:1,7 66:14
66:21 68:18 70:1,4,9
71:19 72:3,4 76:25 77:1
80:4 90:2 91:2,6 127:23
135:10,16 153:18 155:10
155:14,18 216:17 249:11
13-month [1] 213:18
13th [16] 45:18 49:14
59:23 61:9 64:2 86:10
91:6 135:9,11,21 148:9
153:11 154:2 156:11
178:25 179:8
14 [1] 308:14
143 [1] 7:4
14th [2] 308:4,11
15 [3] 16:20 154:12 284:3
15-second [2] 154:4
157:15
16 [1] 309:8
164 [1] 204:24
17101 [1] 3:13
17110 [6] 3:5,20 4:7 8:23
9:10 12:19
17th [1] 3:17
18 [1] 311:24
1800 [1] 3:19 4:6 9:8
19 [1] 312:15
1992 [1] 316:14
1995 [1] 204:25
1997 [1] 110:2
1998 [18] 84:25 86:3
103:3 113:4,5 124:20
125:17 127:22 139:3
148:10 162:9 163:13
165:1 227:2 290:19 291:7
292:16 317:13
1999 [9] 28:15,16 42:20
62:3,16 153:18 154:18
155:3 156:11 212:23,24
212:25 216:7,17,24
217:18,22 265:2 273:12
275:2 304:21
19th [2] 28:15 249:9
1:30 [1] 199:21
1:37 [2] 199:24 200:5
1CV-01-0084 [1] 1:7
1CV-010084 [1] 13:3
1st [1] 164:25

**-2-**

2 [1] 267:23
20 [6] 16:20 82:9 116:24
153:9,10 290:9
2000 [5] 218:21,22
224:20 227:13 242:17
257:3 273:21,24 274:2
2001 [3] 263:24 308:12
312:4
2002 [13] 1:18 2:13 12:13
75:23 136:8,17 199:25
218:20 255:16
2005 [2] 288:8,16
20th [19] 61:25 62:3,16

63:2,24 81:24 85:7 88:3
91:7,8,10,13,15 95:25
132:1 133:25 162:9
273:12 304:21
21 [2] 84:25 291:19
215 [1] 10:13
21st [5] 58:3 84:17 100:25
101:3 125:5
221-9500 [1] 8:24
22nd [4] 217:22 249:12
275:2 312:4
239 [1] 7:5
25 [1] 316:14
26 [1] 216:7
2629 [2] 2:11 12:17
26th [2] 224:17 227:13
27 [4] 1:18 2:13 199:25
249:14
275 [1] 6:9
27th [5] 12:13 75:23
136:8,17 255:16
28 [1] 257:3
29 [1] 6:7
2:32 [1] 255:4
2:37 [1] 255:9
2:39 [1] 255:15
2nd [1] 291:7

**-3-**

3-27-02 [1] 289:23
3/25/92 [1] 6:10
31 [1] 293:8
32 [1] 120:6
321 [2] 5:6,7
322 [1] 5:7
323 [1] 5:8
33 [1] 294:21
333 [1] 3:11
34 [1] 295:15
35 [2] 297:17,22
37 [1] 299:1
39 [2] 302:13,18
3:18 [1] 289:18
3:33 [1] 289:22
3:58 [1] 315:9
3rd [1] 133:22

**-4-**

40 [1] 190:5
4311 [2] 3:4 8:21
48 [1] 7:4
4:00 [1] 315:12
4:04 [1] 315:16
4:08 [1] 322:7
4:10 [2] 322:10,14

**-5-**

5,000 [1] 205:1
50 [1] 309:8
55 [1] 311:24

564 [1] 10:13
59 [1] 313:11,22 316:20
317:8,24 318:15
5th [2] 46:15 59:10 60:4
72:9 137:4 227:1

**-6-**

66 [1] 264:10
68 [1] 264:10
6th [2] 3:4 72:9 273:21

**-7-**

7 [3] 28:16 265:2 267:21
717 [2] 8:24 9:11
783-5568 [1] 9:11
7th [1] 72:9

**-8-**

8 [2] 5:3 290:16
8th [4] 33:7 37:14 39:3,10
40:8 72:10 217:17,21

**-9-**

9727 [1] 10:14
99-102 [2] 28:16 265:2
9:10 [1] 2:14
9:20 [1] 12:14

**-A-**

a.m [5] 2:14 12:14 75:22
76:8 136:13,16
abbreviation [1] 31:21
ability [3] 57:10 230:4
293:4
able [7] 10:3 117:4 169:1
175:12 192:12 288:21
316:6
above [4] 143:1 161:4
270:17 302:2
absent [1] 186:10
absolutely [2] 142:15
149:4
abusing [2] 19:11,11
academy [19] 18:3,16,18
18:23 21:17 42:18 43:2
65:9 83:13 90:17 99:24
100:10 111:25 157:5
169:2,8,14 171:2 281:8
acceptable [1] 11:7
accidentally [1] 320:9
accommodate [1] 282:3
accordance [1] 45:20
according [6] 57:13
107:5 231:25 236:13
300:5 312:6
accounted [1] 206:21
accreditation [5] 249:23
250:5,17 251:4 252:1
accurate [9] 92:1 97:24
268:18 293:20 295:3
297:21 298:11 301:20
313:6

accusations [1] 33:18
accused [1] 19:12
acknowledged [1]
106:24
acknowledgement [2]
106:21 107:4
acquire [1] 208:20
acquired [1] 207:19
acquisition [1] 209:5
acronym [3] 241:8
319:21 319:5
acting [3] 44:1 276:18
291:10
action [8] 13:3 30:17,22
30:25 224:14 227:14
234:21 308:1
actions [1] 252:7
activate [2] 15:19 189:1
activated [1] 185:12
activating [1] 190:4
active [1] 162:3
activities [2] 110:10
212:11
activity [1] 197:9
acts [2] 77:3 244:16
actual [1] 310:24
add [2] 14:23 248:20
added [4] 313:9,16 319:3
319:9
adding [1] 248:19
addition [2] 37:21
156:24
additional [4] 182:12
203:1,5 286:9
additionally [2] 312:16
318:18
address [3] 8:20 9:8,17
adhere [1] 75:4
adjudication [1] 209:22
administer [1] 13:14
Administration [4]
22:17 23:25 24:15 81:5
administrative [7]
112:25 113:9 114:7,9,16
114:24 115:25 132:6
137:8,17,23 178:7 181:5
183:12,14 184:5 185:2
196:12,13 197:6 198:24
267:7 295:25 300:9,11
304:13,17
administratively [2]
112:17 137:10
admirable [1] 145:13
admit [2] 56:3 168:17
admitted [2] 154:23,25
advancement [2] 292:8
292:17
advantage [1] 95:5
advise [1] 68:24
advised [10] 117:10,13
127:12 178:8 183:7
210:19 212:14 262:10,12
269:12
affairs [9] 79:19 114:22

175:23 197:11 210:6
215:25 218:11 291:8
309:12

**affect** [2] 30:16 46:19

**affected** [2] 126:14,22

**affiliated** [5] 58:9 83:24
- 85:17 86:21 99:8

**afraid** [2] 34:10,13

**afternoon** [4] 64:7 66:13
200:8 273:10

**again** [28] 27:4 30:19
38:18 47:13 56:25 85:18
92:7 94:6 99:11 103:17
113:17 131:20 142:21
154:13,14 179:4 193:7,12
194:9 201:17,24 202:22
203:14 272:9 273:11
306:25 307:1 308:9

**against** [9] 20:11 71:10
71:15 131:15,18 224:14
227:15 233:12 272:17

**agency** [8] 1:25 73:16,17
74:14 77:23 241:7,11
251:7 298:21

**agent** [27] 44:4 55:12,24
56:6,8,22 57:25 59:2
60:10,13 61:21 63:9 75:8
82:1 93:20 95:20,22 96:9
98:1 99:17,22 102:1
106:14 107:23 111:20
118:15 121:12,21 129:5,6
148:13 151:9 164:7,8
177:8 191:8 193:5

**agents** [5] 92:14 190:2
195:11 205:22 293:25

**agitated** [1] 154:24

**ago** [9] 15:24 17:25 67:19
67:21 105:9 131:11 172:6
261:11 281:7

**agree** [10] 124:18,22
129:12 146:2 160:22
169:5 170:15 176:21
177:3,4 228:16 233:20
246:2 300:2,14 302:5,6,8
303:9 313:17

**agreed** [8] 86:1 176:18
214:23 236:4 240:8
272:19 286:3 294:9

**agreeing** [1] 234:12

**agreement** [4] 214:18,22
215:9 240:21

**ahead** [12] 12:1,7 53:22
54:23 79:13 111:4,5,6
135:15 141:12 145:25
220:17 234:18 267:19

**airplane** [4] 181:11,23
182:5,5

**alcohol** [2] 205:10
206:12

**Alfono** [1] 29:1,4

**allegation** [15] 41:12
56:11 109:18 178:2,11
177:7 180:10 293:9 294:2
297:1,8 304:1 311:25
313:11 320:19

**allegations** [8] 20:11
22:8 64:21 115:3 290:5
290:17 301:8 309:9

**alleged** [5] 58:6 192:20
209:5 230:5,20

**allegedly** [1] 47:23 64:11
99:23

**Allentown** [1] 203:18

**allowed** [4] 18:22,22
40:19,20

**allowing** [1] 76:13

**alone** [1] 59:1

**along** [9] 17:11 19:21
36:22 145:9 260:24 261:5
290:25

**altered** [2] 23:13 30:14
33:20

**alternative** [1] 12:2

**Altoona** [1] 284:13

**always** [1] 108:11

**ambiguity** [1] 272:7

**amended** [5] 290:3
311:12 312:14 317:25
318:13

**among** [5] 5:3,7 33:7
37:17 299:5

**analysis** [1] 175:16

**analyze** [2] 3:23 18

**Andrew** [2] 4:10 76:3

**anger** [4] 44:22 52:24
152:21,25 154:25 293:19

**Ann** [2] 29:1,4

**anniversary** [1] 288:14

**answer** [14] 49:19 89:17
144:2 176:4 178:17
235:10,12,14,14 244:19
254:11 256:9,17 313:23

**answer's** [1] 307:5

**answered** [3] 184:11,12
184:14

**answering** [1] 56:2

**answers** [2] 198:23 256:3

**anyway** [1] 168:23
234:16

**apologize** [3] 98:13
142:4 153:17

**appear** [2] 38:6,19

**appearing** [1] 312:15

**applaud** [1] 100:17

**applicant** [7] 58:6 83:20
85:14 86:15,18 148:15
171:1

**applicants** [2] 21:16
22:4

**applications** [1] 213:25

**applies** [1] 73:21

**appoint** [1] 178:20,21

**appointed** [10] 43:21
46:13,16 53:2,5 100:10
178:24 213:1 214:16
263:1

**appointment** [2] 42:19
111:25

**appointments** [1] 83:13

**appreciate** [4] 36:5
204:2 273:13 321:23

**approach** [1] 126:23

**approached** [2] 140:6
191:1

**appropriate** [4] 179:23
180:4 206:16 246:1

**appropriations** [1]
87:20,21,23

**approval** [1] 294:24

**approve** [2] 16:7 300:7

**approved** [7] 16:8 30:21
312:5

**approving** [2] 252:16,17

**April** [3] 212:25 216:7
273:20

**AR** [3] 80:22 311:10
312:3

**AR-1** [4] 248:4,19 252:17
263:23

**AR-1.102** [2] 248:19
250:5

**AR-101** [1] 249:22

**area** [7] 65:22 238:13,14
240:12,22 269:10 270:4
282:23 284:9

**argue** [1] 235:18

**argumentative** [2]
17:21 297:19

**Arizona** [2] 279:21 280:4

**arm** [1] 183:19

**arrest** [1] 199:2

**arrested** [2] 19:5,7,10,13
20:9

**articulate** [1] 235:15

**ASAC** [2] 129:4,5 161:5
161:7

**ascertaining** [1] 300:20
307:25

**aside** [11] 25:15 27:13
234:8 165:19,22,24 166:2
166:7,9,15 237:23

**aspect** [1] 127:10

**assaulted** [1] 187:1

**assets** [4] 185:12 186:8
189:4 190:9

**assign** [5] 112:19 179:10
183:22 274:4 304:19

**assigned** [14] 161:24
167:15,21 178:24 209:25
220:22 225:2,7 233:1
239:20 284:13,16 286:10
286:11

**assigning** [1] 304:11

**assignment** [23] 79:11
80:7 213:12,14 214:17,25
215:15,17 216:5 219:5
222:5,7 223:10 225:4
229:6 230:23 233:24
241:21 242:10 274:23
278:4,5 292:20

**assignments** [1] 292:22

**assist** [10] 16:25 218:25
220:10,25 229:7 233:25
257:12 258:13 278:5
284:21

**assistance** [2] 19:24
20:4

**assistant** [5] 4:4 9:14
129:6 255:7,8

**associated** [1] 292:7

**Association** [4] 219:2
221:1 257:10 282:4

**assume** [5] 26:22 65:22
72:4 192:10,13,17 253:7
265:1 305:10

**assumed** [2] 65:20
167:25

**assuming** [3] 80:24
298:9 303:23

**assumption** [1] 27:2

**attached** [1] 266:21

**attachment** [2] 215:23

**attempting** [1] 208:4

**attention** [5] 52:7 63:1
316:25

**attorney** [169] 5:6 7:3
8:16,25 9:5,12,20 10:7,15
10:22 11:16,22 12:3,5
13:9,15,20,23 14:21 15:1
15:3 28:20,24 29:3,5,10
29:13,18,20,23 30:3,8,10
30:12 31:24 32:2,8,19,23
33:1,3,11,22 34:2,12 35:2
35:8,11,13,17,22,24 36:3
36:16,18,24 37:6 38:10,16
38:21,23 39:6,13,18 40:2
40:10,15,18,23 41:1,3,7
41:22 42:5,7,15 48:3,8
66:25 68:6 75:18 76:1,3
76:11 97:2 105:21,23
106:6 116:1,6,10,18
134:23 135:1 136:4,20
143:7,20,22,25 144:5,8
144:14,16,18,20,22
146:24 169:18 199:10
200:6,25 202:21 203:11
203:16,20,23 204:7,12,17
238:23 239:9,12,22
240:16 254:23 255:11,18
255:22,24 256:2,6,8,11
256:13,16,19 274:8,18
279:3 281:25 290:1,12
291:15,18,21,23 307:2,7
307:12,14,16,18 314:6,9
314:9,14 315:5,18,22
316:8 318:14,17 320:12
321:11,16

**Attorney's** [1] 198:8

**attorneys** [8] 13:6 25:5
26:23 76:15 159:12
254:21 255:20 314:13

**audiotape** [1] 58:4

**auditor** [1] 253:1

**August** [1] 212:21

**authority** [14] 75:7
244:13,18,21,25 245:1,4
245:8 246:5,7 247:2,15
249:2,4

**authorization** [1] 1:24

**authorize** [1] 15:25
253:20

**authorized** [4] 18:2
253:4,12,12 305:20

**auto** [6] 243:1,20,24 244:3
244:22 246:10

**auto-pen** [1] 249:1

**automation** [1] 214:15

**available** [7] 213:11,14
219:6 223:9 236:17 237:5
246:10 289:14

**Avenue** [3] 3:19 4:6 9:9

**AVL** [1] 213:25

**aware** [15] 11:14 22:13
26:25 42:17,21 43:1 62:17
66:19 126:3,5 159:3
211:20 227:23 252:21
261:12

**awareness** [1] 107:20

**awful** [1] 265:9

**awfully** [1] 317:6

**awkward** [1] 153:16

**-B-**

**b** [7] 53:20 168:21 309:14
312:11,17 316:18 318:19

**background** [3] 18:21
100:6 169:15

**bad** [10] 127:15 128:4
139:18 170:5 194:15,20
195:1,3 196:19 239:18

**Bailey** [11] 3:3 5:6 7:6
8:13,16,18 9:20 10:7,15
10:22 11:22 12:5 13:19
13:20,23 15:1,3 28:24
29:3,13,20 30:3,10,12
31:24 32:2,8,23 33:11
34:2 35:2,11,13,22 36:3,9
36:18,24 38:10,21 39:6
39:18 40:10,18 41:1,7,22
42:15 48:8 75:18 76:1,11
97:2 106:6 116:1,6,10,18
134:23 135:1 136:2,4,18
143:20,25 144:8,16,18,20
144:22 146:24 169:18
199:10 200:6,25 202:21
203:16,23 204:12,17
239:9 240:16 249:16
254:23 255:11,18,24
256:6,11,13,19 267:14
274:18 279:3 290:1
291:18,23 307:7,14,18
314:9,14 315:5,18,22
316:8 318:14,17 320:12
321:11,16

**Baker** [1] 21:6

**bank** [5] 15:16,18 16:24
185:13 186:8

**Barbara** [2] 3:16 9:6

**barbecue** [2] 281:4,5

**based** [1] 56:3

**basic** [3] 74:3 98:13
123:20

**basing** [2] 143:11,11

**basis** [9] 114:18 123:23
137:25 253:5,22

**battlefield** [1] 280:15

**bear** [4] 163:6 164:21
290:9 308:12

**became** [5] 20:18 43:1
44:21

**Becky** [1] 267:4

**become** [6] 18:23 19:15

21:12 42:16,21 169:21
170:9 252:21 261:12
263:7
**becomes** [1] 299:8
**beg** [1] 106:16
**began** [1] 43:20
**begin** [2] 39:23 294:25
**beginning** [10] 2:13
58:16 60:9 83:18 93:4
139:2 219:17 221:18
223:25 229:13
**behalf** [3] 2:3 264:3
275:5
**behavior** [1] 212:11
**behind** [1] 304:15
**belief** [2] 319:15,19
**below** [1] 269:19
**bend** [1] 172:15
**benefits** [1] 189:23
**Berrings** [2] 110:17
111:21
**best** [13] 59:10 69:20
117:3 135:3 138:18,21
160:20 174:5 203:24
204:16 227:12 235:15
290:21
**Beth** [1] 21:5
**betray** [1] 263:11
**betrayal** [2] 263:15,18
**better** [3] 120:25 190:4
271:16
**between** [16] 50:21,23
51:4 59:11 64:1 66:11
106:19 107:22 153:4,7
161:17 195:17 196:1
277:7 296:7 316:3
**beverages** [1] 184:23
**beyond** [1] 93:18
**big** [2] 257:14 284:17
**bill** [1] 16:14
**billion** [6] 186:14 187:20
187:23 188:11
**billions** [1] 190:13
**Billstein** [2] 2:7 10:11
**bit** [14] 38:12 41:24 42:3
67:24 117:4,5 186:22
203:9 204:19 211:22
213:21 242:25 250:9
289:6
**Blairsville** [1] 284:14
**blanche** [1] 150:16
**blank** [2] 122:24 123:3
**blind** [2] 150:21 298:4
**blunder** [1] 320:14,16
**Bodack** [23] 86:25 87:9
87:14 124:21,22 125:8,23
126:5,6,12,16,18 127:1,8
131:21 132:4 138:14,19
138:23 139:1 162:8 166:3
198:15
**Bodack's** [1] 125:1
**book** [9] 285:15,16
286:18,24 287:10,18,21
287:22,25
**book's** [1] 288:5

**bottom** [4] 31:8,17 32:18
283:3
**bought** [1] 188:12
**Boy** [1] 310:11
**BPR** [25] 20:14,17 44:5
55:14 60:14 78:2,7 79:21
115:1 167:19 168:1
179:11,19,22,23 180:5
183:9 209:25,25 218:13
228:1 292:20 296:24
304:11,12,18,19,21
305:14,19 306:11,12
**BPRs** [1] 211:19
**breadth** [2] 300:17 301:9
**break** [13] 35:4,7 36:8
42:13 75:25 136:11
199:12,22 204:4 255:7
288:20 289:20 315:14
**breakdown** [1] 114:4
**brick** [1] 188:13
**Bridges** [13] 86:15,22
99:6,11,12,13,16 100:22
101:3,9,15 138:15,17
**Bridges'** [3]
101:11,16
**brief** [8] 53:1,18 75:17
97:1 146:23 169:17
202:20 279:2 315:21
318:4
**briefed** [5] 45:13 135:16
161:11,13 162:18
**briefing** [3] 47:5 50:17
158:21
**briefly** [2] 213:7 316:16
**brightest** [1] 193:11
**bring** [4] 123:23 149:15
219:19 272:16
**brings** [1] 83:1
**Brinks** [1] 190:11
**broken** [1] 297:5
**brought** [4] 63:1 148:19
149:18 201:8
**Brown** [7] 32:12 36:13
36:17,21 199:19 267:4
304:20 305:6,9,18 307:21
308:16
**BTS** [2] 31:18,19
**bucks** [2] 188:11 190:18
**build** [1] 208:5
**building** [1] 214:9
**Bungo** [6] 244:9 245:7
246:4 247:19 252:24
253:25
**bureau** [40] 2:10 12:16
25:11,12 27:25 28:2,3,13
31:2,21 43:18,44:2 72:19
80:8 94:1 119:9 173:16
173:20 174:25 177:13
204:20 213:3,5 214:24
215:4,24 217:14 219:8
220:5 225:4 237:11,19
247:13 248:2 265:16
275:1,15 291:10,12 292:3
**bureaus** [1] 28:4
**business** [1] 182:12
**busy** [1] 286:19

**buying** [1] 184:23

### -C-

**c** [15] 3:1 4:1,1 8:1 80:22
248:20 249:22 250:4
252:4,4,14,22 254:7,15
311:11
**CAD** [2] 214:1,1
**cadets** [2] 42:19 111:24
**cadre** [1] 301:24
**Caldwell** [1] 1:8 76:16
199:23
**calendar** [1] 211:24
**California** [1] 279:21
**Campbell** [29] 1:9 12:25
64:5,7,14 65:8 68:19,19
256:23 257:7,16 258:24
259:3 260:2,5,10,24
294:25 295:7,16,19,23
296:22 297:2 298:8,8
300:5,5 302:21
**cannot** [2] 47:23 150:4
191:21 264:16
**capability** [2] 251:21
**capable** [1] 215:12
**capacity** [1] 244:17
**captain** [213] 6:7 25:13
26:15 27:8,10,15,25 28:11
31:5 32:4,10 39:14 40:4,8
40:12 41:6 42:24 43:8,23
46:13 49:1,8,9,22,23
50:15,19,21,25 51:3,7,11
53:3,13,15 55:3 56:12,21
57:2,24 58:3 60:15 61:11
69:25 70:3,14 71:6,11,15
71:20 72:16,18 77:4 78:4
78:5,12 79:4,10 80:11,12
80:24 82:18 83:2 84:14
90:24 92:17 97:11,18
99:15 102:7,9 103:18
104:7,14,17,24 107:1
108:22 110:9 112:9 125:4
127:12,25 134:7 137:19
139:14 140:6 148:16
153:21 154:19 155:5,14
159:1 160:16 163:10,12
165:17 173:12 174:12
175:13 176:7,9,11,22
177:12,17,21 178:4,11
184:18 189:7 195:17
205:19 209:4,22 210:19
210:25 211:5,19 212:17,17
213:1,10 214:17 215:7
215:22 216:6,9,14 217:3
217:4,13,18 218:15 219:3
219:19,24,25 220:14,18
220:21,22,23,25 221:22,2
222:4,9 223:8 224:5
226:11,14 227:4 229:21
230:2,12,19,22 231:4
232:12,25 234:8,8 235:17
237:14,15,18,24 238:2,5
238:9,14 239:21 240:11
241:10,19 242:1 242:2,16
247:18,20 248:20 249:10,25
258:21 265:20 273:19
275:19 277:19,20 278:8
286:23 287:5 291:7 292:2
292:17 293:2,17 294:1,9
295:1 299:3 304:20

**305:18 306:14,18,20
307:20 308:16,24 309:7
320:21
**captain's** [1] 293:6
**captains** [3] 223:5,8
291:4
**caption** [1] 12:20
**capture** [1] 13:11
**care** [4] 38:22 126:17
245:21 287:20
**career** [10] 226:14 235:24
236:2,7 237:25 290:24
292:7,11,14 311:8
**careful** [1] 252:18
**carried** [4] 70:20 71:4,9
71:14
**cars** [1] 204:22
**cart** [1] 150:16
**case** [39] 1:6 11:1 12:20
13:3 19:3 25:1 32:14
39:23 41:11,13 68:15
78:11,12 92:6 103:11
115:18 127:13,16,17
128:9 131:15,17 166:17
166:20 167:1 190:1
193:18,25 209:22,24
210:5 233:22 234:1 239:3
240:2 241:18 262:2
271:19 292:12
**cases** [2] 124:5 166:24
**cashed** [1] 187:3
**cast** [1] 204:24
**catch** [1] 39:8
**caught** [2] 229:20,21
**caused** [1] 134:2
**caveat** [1] 232:25
**center** [3] 2:10 12:16
208:7
**centered** [1] 283:22
**centers** [2] 214:2,11
**ceremony** [1] 43:5
**cert** [4] 15:20 16:17 17:3
185:11 189:1 190:4
**certain** [4] 19:1 142:15
244:20,22
**certainly** [4] 39:1 154:11
157:14 158:4 234:20
250:14
**CERTIFICATE** [1] 5:8
**certifying** [1] 1:25
**cetera** [3] 19:20,20
139:25
**chain** [8] 105:2,3 165:3
211:6 217:3 248:22 262:3
262:6
**challenging** [1] 23:8
**chance** [2] 204:4 288:22
**change** [26] 103:3 23:12
41:23 125:10 126:7 136:9
204:18 211:22 242:24
246:16 247:17,20 248:18
248:18 249:8 255:6
263:23 264:2,4,10,40
272:20,20 310:20 311:21
319:16
**changed** [4] 248:7,9,13

**becomes - clairvoyant**

271:14 312:3 317:9
252:17 310:7,7,13 311:20
252:16
**changing** [2] 188:18
252:16
**character** [1] 172:14
**characterization** [2]
140:7 158:19
**characterize** [1] 292:19
**charge** [8] 61:21 75:9
95:20,23 123:23 129:7
164:8 174:13
**charged** [1] 185:15
**charges** [1] 272:16
**charitable** [1] 14:15
**check** [15] 8:14 70:6
88:12 89:18 111:22
112:20 127:16 171:22
173:2,5 188:22 196:1,5
198:11 199:16
**checked** [5] 31:7 34:3
127:8 148:21 201:23
**checking** [4] 94:5 103:1
114:18 196:9
**Chief** [8] 3:17 9:6 22:18
24:1 263:5 295:10,12,14
**children** [1] 206:15
**choose** [1] 237:1
**chosen** [1] 262:23
**Christie** [21] 3:16 7:4 9:5
9:6 19:10,18,20 30:8 33:3
33:22 37:6 38:16,23 42:5
48:3 105:21 143:7,22
144:5,14 203:11,20 204:7
307:2,12,16
**Christie's** [1] 9:19
**CI** [5] 58:24 59:21 62:19
62:24 83:6 86:3,13 87:13
122:25 138:15 190:24
191:7
**CIA** [1] 62:17
**circumstance** [3] 78:9
115:5 303:25
**circumstances** [26] 26:5
26:11 108:14 113:4,10,19
113:23 115:9 136:24
137:4 149:7 164:14,20,22
183:17 186:10,13 190:21
196:17 212:9 286:7
295:21 296:11,17 300:24
303:19
**circumvented** [2] 165:4
262:5
**circumventing** [1]
297:13
**circumvention** [1]
262:2
**cite** [2] 89:2,5
**citizen** [1] 20:12
**Civil** [4] 2:5 13:2 68:15
290:13
**civilianization** [1]
27:21
**claim** [4] 114:17 173:5
185:8 202:10
**clairvoyant** [1] 57:3

clarification [1] 273:14
clarified [2] 317:22
318:11
clarify [3] 103:17 128:6
320:8
clarifying [1] 322:4
class [1] 21:16
classes [1] 280:24
clean [1] 216:3
clear [6] 98:14 268:15,19
271:16 302:17 321:18
cleared [3] 34:21 128:21
128:22
clearly [5] 269:2 281:18
302:4 303:8 320:14
client [5] 174:4 190:17
289:7 321:9,17
Clinton's [1] 73:18
close [2] 49:24 78:24
closed [15] 47:8 52:14
69:13 128:9 139:16
192:23 193:9,14,17 194:2
194:3,4 211:2 319:3,9
cloud [1] 49:3
Cobra [1] 204:25
Codefendants [1]
113:16
coffee [4] 17:23 189:9
190:2 206:1
coincide [1] 288:9
colleagues [1] 299:5
Colleen [3] 22:15,20 24:4
College [7] 231:13,15,16
283:22 284:1,2,8
colonel [318] 9:3 10:23
13:24 14:13 21:19,23
24:23 30:13 34:20 35:7
36:2,11 37:1 41:23 42:23
43:7,19,22 45:16,17 46:11
46:17,25 47:12 48:20,22
48:24 49:2,6,11,12 50:4
50:25 51:1,10 52:25 53:25
54:17,17 55:7,20 56:13
58:8,14,25 59:17,20,22
59:24 61:10,12 62:23,23
67:6,23 69:9,11,17,24
70:3 71:10,16,25 72:13
72:14 74:16 76:12,20 77:3
78:7,16,16,22,22 79:8,9
79:18 80:12,13 81:7 82:7
83:22 85:16 86:12,20
90:12,15,21,22 92:24
95:25 96:10,12 98:11 99:8
99:14 101:20 102:1,9,19
103:16,24,25 104:15,15
105:7 107:2,13 110:4,7
110:23 116:7 117:14
120:1 127:24 133:19,19
132:21,23,25 134:3,4,7
134:11,14,15,17 135:6,9
135:11,13,23 137:18
138:9 139:14,19 141:16
147:4,11 150:22 151:16
151:18,20 153:13,15,15
153:19,20 154:2,8,10,18
154:23 155:4,19,20,22
156:3,15,18,21 157:18,20
157:21 158:14,25 159:6
160:2,7 164:11 173:7,15

176:7 178:4,9 179:1,1,2,4
179:5,8,15,16,17,18,21,25
180:1 181:10,15,21 182:9
182:11,21 183:1,4 184:17
186:16 195:12 203:3,14
204:8,14,19 209:3 210:18
210:19,20,22 211:4,8,15
212:10,14 216:10,13,21
217:2,6,16 218:24 219:15
221:22 222:3,15,16,17,18
222:19,23 223:20,22
224:2 225:21 226:18
229:8,18 230:8,9,10 231:2
231:20,25 232:4 233:7
236:4 237:21,23 241:13
241:16,23 242:10,12,15
242:16,20 245:23 247:11
247:12 248:17 250:1
253:11 254:6,18 255:19
256:9,20 258:22 260:17
262:5 263:6,11 267:3
269:12 271:25 275:10,21
276:4,9 277:25 279:4
280:6,22,23 281:11
283:16 285:2,19 286:8
288:1,3,4,16 289:13,24
290:2 292:23,24 293:12
294:3,9,14,17,23 301:18
302:20 304:9 305:14
306:10,15,19 310:2
311:22 315:19 316:10
319:19 320:9,18
colonel's [2] 232:6
269:22
colonels [25] 54:19,21
59:18 85:5 86:4 95:17
133:13 134:10 140:17,19
141:6 147:2,17,18,20,22
147:24 148:5 177:19,20
246:24 254:17 262:22
268:3,24
combat [1] 231:5
coming [1] 130:9 205:8
314:22
command [14] 28:13
47:14 54:10 105:2,4 165:3
167:24 168:1 211:6 217:4
217:15 248:23 262:3,6
commander [1] 79:8
93:25 176:13,24 284:10
commanders [1] 284:16
commanding [1] 313:4
commands [2] 47:16
54:5
comment [1] 212:16
316:21 317:6
comments [5] 103:4
106:8 107:19 145:4
315:24
commissioner [28] 2:8
21:24 22:16 23:25 24:15
30:1 43:23 48:6 54:16
75:1 81:4 113:24 143:13
143:15 144:2 147:7,10
201:15 218:2 238:6,1
242:22 253:8 272:2,3
292:10 307:23 308:6
322:11
commissioner's [7] 6:8
74:19
commissioners [5]

54:18 246:8,21 249:6
254:4
commissioners' [2]
47:16 54:5
commitment [1] 215:21
committed [1] 296:20
297:4,13
committee [12] 87:22
207:5,23 285:15,16
286:18,24 287:10,18,21
287:22,25
common [1] 108:6
168:20 169:5
Commonwealth [2] 2:9
206:13 227:15
communicate [1] 16:9
communicating [2]
54:7 115:13
community [1] 206:11
companies [1] 188:1
189:3
comparable [2] 190:21
291:3
compare [1] 189:6,10,19
compares [1] 190:15
comparison [1] 310:23
compassionate [1]
228:25
competition [1] 263:7
complained [2] 176:25
242:19
complaining [1] 202:11
complains [1] 218:8
complaint [22] 22:11,13
22:15,19 23:7,23 24:2,14
78:4,6 209:12,18 242:19
244:20 290:3 294:11
299:1 311:12 312:15
317:25,25 318:13
complaint's [1] 290:10
complaints [2] 218:7
244:19
complete [2] 203:3
228:13
completed [2] 122:4,7
214:4
completely [1] 164:1
completion [2] 214:25
215:23
composed [1] 290:11
computers [1] 214:13
concept [1] 146:3
concern [26] 96:15,18,20
96:25 97:3,5 102:16,19
102:21 103:5,19,22,23
104:13 105:6 106:14
107:10 122:10 148:23
164:16 174:6 196:19
212:8 251:17 262:7
301:16
concerned [22] 45:24
46:3 47:4,11 53:12 60:25
61:2,5 100:20 104:10
123:9 125:15 148:17,18
148:20 149:2 157:24
191:24 250:16 262:1

301:4
concerning [1] 258:18
concerns [7] 46:6,9,11
81:12 85:24 251:12 298:6
concluded [2] 322:8,12
322:14
conclusary [1] 290:16
conclusion [7] 87:22
91:24 92:1 105:9 108:24
225:3 236:14
conclusions [7] 59:13
77:2 178:6,9 210:17
212:15 311:15
concurrence [1] 230:11
concurrent [1] 197:18
condition [1] 302:3
conduct [3] 45:20 47:22
69:5,8 77:2 113:8 115:3
123:24 124:2,3,10,12
303:15
conducted [2] 297:25
300:12
conducting [5] 44:7
45:3,9 47:23 73:5
Conference [2] 227:8
235:2
conferred [1] 295:16
confess [2] 19:9 117:2
confidential [9] 57:18
58:5 62:18 97:13 99:20
122:5 138:22 191:12
244:15
confidentiality [3]
97:11 103:10 106:18
confirm [1] 193:8
confirmed [1] 226:19
confluence [1] 170:20
conforming [1] 189:14
confused [1] 283:15
confusion [1] 128:23
congressman [1] 253:2
Conley [30] 1:12 13:2
71:17 79:24 80:14 81:1,2
81:3 104:8 167:14,18,18
167:24,25 173:22 175:2
217:7 219:6,13 221:23
222:17,19,24 297:14
303:7 306:10,15,20
307:22 310:2
connection [1] 171:17
connections [1] 139:11
consensual [1] 87:10
consider [3] 36:21 72:1
223:6
consideration [3] 49:4
103:12,45
considerations [1]
302:2
considered [4] 174:2
175:14 223:7 266:13
considering [1] 23:19
consistent [8] 17:4,6
231:1 238:11 239:13
292:13 298:2 321:5
consolidated [2] 244:2

214:10
conspiracy [1] 169:3
Constitution [1] 304:7
consult [2] 22:17 24:1
consulted [4] 222:25
223:1 287:5,24
contact [2] 66:14 76:14
contacted [3] 57:25 71:6
127:18
contacting [1] 127:2
contend [1] 38:24
content [1] 313:23
contention [1] 39:2
contents [1] 313:7
context [4] 106:3 107:15
107:22 118:22
Conti [1] 209:11
continual [1] 286:12
continue [1] 44:17,19
continuing [2] 286:9
289:23
contradict [2] 227:18,20
contrary [1] 178:16
control [1] 251:20
Convention [1] 220:12
conversation [1] 47:2
49:16 50:21 59:11 89:23
105:16 132:2 146:12
150:13 154:5 180:25
conversations [5] 61:19
135:5 191:18 260:6
306:23
convicted [1] 19:14
cooperate [1] 104:2
cooperation [1] 321:20
coordinated [1] 17:15
coordinating [1] 54:7
cop [1] 196:19
copies [4] 29:15,17,22
243:16
copy [16] 10:2 29:11 38:3
38:7,13,20 40:20 42:14
201:19,20 211:9,16 308:5
314:24 315:2 316:13
corner [1] 266:24
corporal [1] 43:4
corporate [1] 188:18
correct [92] 11:1 20:13
24:22 27:17 37:4,5 51:19
52:3,17 57:11 58:1 63:3,4
67:3 69:3,15,16 74:17
77:18 79:22 82:10 83:2
85:23 86:4 91:10 94:13
98:19,20 99:3 104:4
105:17 107:12 115:16
117:12 128:14 132:2
147:6 148:7,8,11 152:12
153:23,24 154:2 155:6,16
155:21 156:8,9,16 168:2
171:11 175:16 177:23
183:21,22 216:1,17,18,25
217:5 218:4,5 221:8
236:16,18 238:10 239:21
242:23 246:25 253:17,18
254:17 255:23 256:16
262:9,13,25 266:22 271:2

Case 1:01-cv-00084-CCC   Document 63   Filed 05/20/2002   Page 401 of 413
APR-26-2002  17:11        SARGENTS COURT REPORTING        814 535 4011  P.07
Multi-Page™                                         corrections - documents

**277:1 281:25 288:17**
**290:8 295:3 302:24**
**303:10,11 310:17 311:23**
**312:8 317:18**
**corrections** [1] 249:10
**correctly** [7] 75:16 158:7
163:8,9 270:22 271:15
272:18
**correspondence** [1]
286:2
**corruption** [15] 44:8,9
45:4 55:16 77:20 83:12
117:24 118:2,11 119:17
124:5 130:21 139:10
142:23 143:5 166:17
167:1 190:3,19
**cost** [7] 17:16,23 214:4
**could've** [1] 272:13
**counsel** [33] 3:6,9,10,14
3:17,21 4:4,8 9:2,7,15
29:12 33:4,23 36:15,16
36:19 37:9 38:11,18 42:6
68:3 105:22 143:8,21
144:7 200:10 202:16
238:17 240:6,7 312:2
317:16
**Counsel's** [3] 22:18 24:1
36:6
**Count** [1] 122:22
**country** [1] 190:14
**County** [2] 17:24 218:16
**couple** [17] 17:24 47:13
57:23 58:23 112:19 120:8
153:5 179:10,19 189:9
190:1 204:10 221:3
224:10 242:25 261:10
313:2
**course** [11] 30:16 57:6
85:2 95:6 98:13 216:12
235:6 287:4,17 300:15
320:17
**court** [25] 1:1 2:7 4:16
10:5,10,12 12:11,21 13:13
42:11 227:15 234:1 239:2
239:2,14 240:1,18,24
241:1 274:10,11 307:4
312:18 318:20 320:2
**court's** [1] 238:12
**courtesy** [3] 76:13 203:6
321:23
**Coury** [46] 1:10 13:1 20:2
30:21,24 90:12,15,21
110:7,16,20,23 139:19
140:1 153:14 154:9
155:20 156:18 179:2,5,16
179:18,21 180:1 183:4
209:3 219:16 226:18
230:8 254:6 275:5,10,22
276:4,10,13,22 280:23,23
281:11 285:20 287:13,13
288:3 303:7 304:7,9
306:19
**Coury's** [1] 96:10,13
110:4 160:8 229:23 231:2
**cover** [2] 306:5,7
**credence** [1] 148:13
**credentials** [2] 250:16
251:20
**credibility** [1] 102:25

**credit** [1] 250:25
**crime** [1] 112:2 320:17
**criminal** [20] 21:15 74:9
112:24 113:7 114:8,11,13
114:21 115:23 136:22
137:22 196:13,17 197:9
197:15,18,21,25 198:19
199:1
**criminally** [2] 112:18
137:10
**criminals** [1] 113:21
**criteria** [2] 213:14 213:16
**crossed** [1] 133:3
**cup** [1] 17:23
**cups** [2] 189:9 190:1
**curfew** [1] 285:9
**curfews** [1] 229:18
**curious** [3] 33:24 37:20
41:16
**Currency** [1] 186:17
**current** [1] 64:17 211:18
**Cush** [26] 58:12 59:11
65:2 81:16 82:12,13 83:14
84:2,9,19 85:1,3,11,14
91:22,25 96:4,9 97:8
98:21 99:13 101:14,18
102:21,25 106:19 111:17
111:20 112:12 151:11
161:15 166:18 177:8
193:2,3 205:22
**Cush's** [1] 101:15
**custodian** [1] 200:15
**custom** [1] 297:7
**customarily** [1] 292:7
**cut** [1] 79:12

**—D—**

**D** [2] 5:1 8:1
**daily** [1] 253:5,10,21
**damage** [1] 202:9
**Dan** [1] 239:16
**darn** [1] 311:18
**Darrell** [12] 1:5 8:18
12:23 199:15 233:15
257:2 265:20 275:19
284:18 290:20 293:22
303:20
**dash** [1] 123:5 150:4
163:10 165:18 167:5
191:24 193:18 194:1,5,15
194:16
**date** [13] 12:12 31:8,16
32:17 46:22 162:25
217:20 224:23 228:6,9
257:9 258:2 282:25
**dated** [3] 28:16 265:2
316:13
**dates** [3] 217:25 252:19
292:5
**daughter** [4] 18:7 20:24
22:24 23:5
**daughter's** [1] 22:22
**David** [2] 132:15,20
**Dawtre** [1] 201:4
**days** [8] 47:14 53:24

**224:10 225:20 261:11**
292:2 309:13,25
**deadline** [1] 275:2
**deal** [9] 19:8 45:25 202:12
251:13
**dealing** [1] 25:2
**debriefing** [1] 183:24
**December** [7] 217:22
218:19,20 219:17 221:7
223:24 229:13
**decide** [6] 175:12 218:18
244:19 245:2,8 320:2
**decided** [4] 66:6 180:11
236:19 298:12
**decipher** [1] 117:3
**decision** [13] 146:5
218:15 226:20,25 227:24
231:20 238:4,12 245:9
246:5 247:9 286:1,3
**decisions** [2] 212:1
244:14
**declared** [2] 229:16
285:9
**declined** [2] 193:19
198:4,7
**Deeds** [1] 2:8
**deeply** [1] 36:5
**defect** [1] 172:13
**Defendant** [3] 293:13
294:25 312:5
**Defendants** [10] 1:13
3:14,21 4:8 9:4,16 108:12
298:7 303:24 303:7
**defense** [2] 120:16 240:5
**deficiencies** [1] 230:20
**deficit** [1] 230:3
**defined** [2] 208:10
272:15
**definition** [3] 120:13
123:20 303:24
**degree** [3] 270:24 271:20
**delay** [1] 34:24
**deliver** [1] 192:12
**delivered** [1] 205:14
**demand** [1] 232:3
**democrats** [1] 124:7
**demonstrate** [1] 178:15
**demonstrating** [1]
298:3
**demonstrations** [2]
229:15 285:8
**denied** [3] 185:8 189:16
300:16
**deny** [1] 295:6
**department** [15] 23:11
27:22 46:19,21 53:9 73:1
73:2 109:6 205:11,14
207:25 224:15 250:21
251:1 263:21
**depend** [1] 247:7
**deposed** [2] 202:17,24
**deposition** [38] 1:16 2:1
11:25 12:15 14:8 29:7
32:22 34:15,20,24 39:17
75:24 76:9 96:11 110:5

**116:15,18,10 140:10**
181:2,16 182:18 200:1
201:16 202:14 209:9
210:21 255:17 274:14
281:20 289:24 305:9
310:3 313:2 314:23
319:14 322:8,11,44
**depositions** [1] 10:25
**depository** [1] 190:9
**depth** [2] 300:18 301:10
**deputies** [4] 54:9 246:2
246:22,22
**deputy** [19] 3:9 22:16
23:24 24:14 43:22 47:15
54:4,16,18 81:4 230:8
242:22 246:1,8 247:9
249:5 254:3 295:12,14
**describe** [2] 243:7
244:10
**describing** [1] 252:6
**description** [2] 6:4
293:15
**deserve** [1] 113:2
**design** [2] 213:18,22
**desk** [1] 276:19
**despite** [1] 303:13
**destroying** [1] 299:4
**detached** [2] 215:3
217:14 228:1
**details** [2] 139:23 280:10
**determine** [1] 301:17
**develop** [1] 213:16
**developed** [2] 271:23
**Development** [6] 25:11
220:6 237:20 247:14,25
248:3
**device** [1] 281:5
**devotion** [1] 298:4
**die** [1] 204:24
**Diego** [3] 279:6,14 280:3
**difference** [3] 137:2
270:8 272:25 296:7 320:1
**different** [11] 11:5
113:12 114:20,22 196:21
196:24 230:1 253:4
283:18 296:14 313:20
**differently** [1] 137:1
**difficult** [2] 203:3 317:7
**difficulty** [2] 101:19
215:6
**direct** [2] 36:16 52:6
306:22
**directed** [2] 103:10
306:20
**directing** [1] 36:13
**direction** [3] 181:4
211:22 300:4
**directions** [2] 53:7 70:4
**directives** [1] 72:7
**directly** [4] 95:21,21
158:2 173:14
**director** [21] 6:6 25:19
44:1 45:1 72:19 79:19
80:8 84:1 173:16,20
174:25 177:14 237:11

**248:2 265:15 275:15**
291:8,10 292:3 293:23
309:12
**disagree** [3] 108:5
303:21 313:18
**disapproved** [1] 30:21
30:25
**disciplinary** [1] 114:15
**discipline** [2] 175:24
261:21
**disciplined** [1] 177:24
**disclosed** [1] 125:4
**disclosure** [1] 68:14
**discovery** [1] 32:1
**discretion** [3] 97:15,21
97:21 98:6 106:23
**discrimination** [1]
2:8,9
**discuss** [10] 64:24 65:18
219:20 224:1 261:14,16
261:18 279:8,10 306:14
**discussed** [10] 107:6
149:19 154:10 174:8
179:3 210:16 241:25
257:15 306:18 309:8
**discussing** [1] 97:10
**discussion** [5] 3:7 42:9
106:18,22 135:17 309:2
**discussions** [5] 68:2,6
100:13 260:3,17,20
279:11
**disloyal** [1] 70:15
**dismiss** [4] 173:6,9
312:19 318:21
**dismissed** [3] 238:24
239:3,8
**dispatch** [2] 214:2,10
**dispense** [2] 11:3 13:25
**displayed** [1] 206:4
**displeasure** [1] 52:8
**dispute** [1] 290:23
**dissatisfaction** [1]
104:6
**dissemination** [1] 74:5
**distinction** [1] 66:10
**distinguish** [2] 50:23
51:4
**District** [4] 1:1,2 12:21
12:22
**division** [8] 79:21
111:18 112:2 129:16
130:1 216:1 228:1 291:8
**document** [37] 6:10
26:23 28:19,22 30:15 31:5
31:9,11,16,18 32:16 33:14
37:24,24 38:7 42:9 106:3
128:25 200:13,17 201:9
201:22 202:1,4,7 254:20
255:21 256:15,18,21
264:14,17 266:13,24
274:6 316:7,11
**document's** [1] 42:10
**documents** [13] 24:24
24:25 27:15 34:6 37:13
38:4 76:17 139:3 243:15
243:17 244:2,22 312:6

Multi-Page™

doesn't - FEMA

doesn't [14] 72:23 75:4
77:22 85:8 86:10,11,11
89:5 147:16 17:[19]
234:19,23 246:4 314:11

doggone [2] 62:1 164:10

dollars [6] 16:4 186:14
186:15 187:20,23 190:13

Don [2] 3:3 8:17

donate [1] 207:3

donated [4] 207:9,11,13
207:14

done [32] 25:19,21 30:4
66:9 80:24 81:2,20 100:11
108:22 111:14 115:16,18
145:23 162:4 164:17
170:6 171:24 172:5 175:4
206:23 222:5 223:11,12
223:20 254:21 281:10
288:6 299:2 310:6,22
311:9 321:10

door [1] 24:18

double-check [5]
158:20 204:3 246:17,18
321:9

down [30] 9:24 43:19
53:6,18 84:15 90:8 105:19
133:5 146:18 149:17,20
168:7 182:7 188:12
192:22 219:25 243:12
253:24 254:2 257:1 261:7
261:14,16,17 269:19
280:12,15,18,21 287:6

dozen [1] 29:14

drafted [1] 286:1

drafts [1] 310:7

draw [2] 66:10 188:25

drew [1] 91:24

driving [1] 190:7

drug [2] 205:10 206:12

due [1] 243:19

DUI [1] 24:19

during [23] 32:1 35:10
35:20 36:7 39:3 42:13
47:5 50:16 96:10 132:1
140:10 158:8 176:24
182:18 201:9 205:9
206:8 252:22 254:10
287:2 309:1 310:2

duties [2] 244:11 298:2

duty [9] 39:8 48:18,23
74:2 93:23 109:15 171:21
173:2 236:5

-E-

e [9] 3:1,1 4:1,1 5:1 8:1,1
27:18 288:5

e-mail [2] 27:13 256:22

eagles [1] 288:19

early [15] 44:4 48:14
53:24 60:4,14 99:18,18
115:10 127:22 139:2
166:3,4 218:20 258:17
291:9

cars [1] 85:3

easier [1] 289:8

east [1] 15:21

eastern [1] 16:17

education [7] 43:18
204:21 205:11 206:12
207:4 208:6 275:16

Educational [1] 207:23

EEOC [1] 218:7

effect [6] 59:1 216:4,22
299:3 317:12,20

effective [2] 224:23
257:3

efficient [1] 251:5

eight [1] 123:4

Einsel [3] 275:12,14
276:5,17

either [17] 23:14 62:22
69:24 72:5 82:15 83:3
147:13 169:25 201:5
221:21 222:14,22 236:1
245:25 250:12 283:12
294:14

eligible [1] 100:2

eliminating [1] 298:8

Elmerton [3] 3:19 4:6
9:9

embarrassed [1] 73:15

embarrassing [3] 46:1
46:5 195:24

emergency [4] 229:16
241:3,6 285:8

emphasis [5] 313:9,16
319:3,7,9

emphasize [1] 317:2

employed [1] 12:10

employee [2] 317:1
318:9

employees [1] 286:13

employment [2] 302:4

empty [1] 191:14

enclosure [2] 266:9,19

end [14] 42:12 45:17
59:23 79:14 118:2,3
133:23 160:21 201:14
202:13 219:17 223:24
273:23 302:14

enforcement [10] 74:23
77:12 98:5 120:3 142:25
145:19,25 251:7 298:1,21

enhancement [1] 236:7

enhancing [1] 235:25
236:2

entered [1] 65:10

entertain [1] 230:18

entertained [1] 240:1

entire [4] 21:16 112:16
114:6 288:11

equal [1] 206:2

equipment [2] 188:8
214:12

erroneously [1] 309:10

error [8] 81:17,19 151:23
176:12,22 275:7 312:8
316:4

errors [2] 172:12,18

erstwhile [1] 76:15
288:19

escort [2] 15:25 185:12

ESQUIRE [5] 3:3,8,16
4:3,11

established [3] 85:18
122:5,6

estate [2] 207:15 208:22

estimates [1] 16:5

estimation [2] 232:1

ct [3] 19:20,20 139:25

ethical [1] 45:21

ethics [1] 145:18

evaluate [1] 24:2

evaluation [1] 184:15

Evanko [52] 1:8,17 2:3
5:4 8:4,8,9,10 9:3 12:25
13:5 76:9 78:7 107:13
120:1 129:2 136:10,19,21
138:7 150:22 173:8
190:22,23 200:2,10 203:4
203:14 204:8 237:23
241:16 245:23 250:1
254:18 255:17 256:20
271:25 288:16 289:25
293:13 294:23 295:16
298:7,11 300:4 301:1,13
302:25 303:5,14 307:23
312:6 316:10 319:19
320:10,18 322:12

Evanko's [4] 34:23
74:16 201:15 302:20

Evans [1] 18:25 19:4

event [6] 43:3 108:16,17
183:17 257:14 280:25

events [15] 18:9,12 53:8
72:8 114:19 164:3 165:9
170:21 183:20 227:1
252:20 281:9,15,16
308:21

evidence [2] 125:6 202:8

exactly [4] 11:21 55:22
171:23 236:10

examination [6] 5:5
10:21 19:18 100:5,6,8

example [5] 83:5 95:16
121:2 126:21 207:9
244:21 292:23 298:12

except [1] 127:14 201:19

excerpt [1] 143:12

excluding [1] 248:13

excuse [4] 11:9 42:6
62:17 136:2

executive [3] 244:16,17
267:8

exercise [1] 94:15 97:20
98:6

exercised [1] 175:14

exhibit [13] 6:1 29:6,7
38:9 116:15 160:12 256:4
256:10 264:21 265:13
267:17 274:12,14

exigent [2] 186:10,12

exist [1] 107:21

existed [2] 31:5 286:8

existence [1] 311:3

exists [1] 200:19

exotic [1] 129:24

expect [14] 93:12 94:15
94:19 95:11,19 97:12,17
98:4 119:19,24 121:1
187:21 197:24 251:24

expectation [2] 45:23
47:19 54:8 75:3,5 94:23
104:22 120:19 217:1

expected [1] 211:3

expenditure [2] 205:18
206:2

expenses [2] 206:16,17

experience [4] 14:17
18:17 230:3,5 276:16
292:16 310:8,9

explain [1] 120:24
165:11 174:15 276:23

explained [1] 194:16

exploded [4] 229:14
265:6 293:13,14

expound [1] 299:7

express [2] 96:14 258:3

expressed [9] 102:16,18
102:21 103:18,21,23
106:13 107:10 148:23

expresses [1] 174:5

extended [1] 203:7

extent [4] 69:18 100:23
139:10 296:2

extra [1] 202:19

extracurricular [1]
286:25

extremely [1] 263:13

eye [2] 23:19 124:19

eyeball [1] 102:5

eyeballing [1] 102:5

-F-

face [1] 225:21

facetious [2] 17:21 57:1

fact [33] 44:25 48:22
49:18 52:24 53:23 57:18
61:4,6 87:13 90:10 101:23
102:3 104:7,21 111:17
140:10 167:13 175:25
176:1,4,5,6 179:16 191:11
201:13 202:11 218:1
253:14 254:24 275:8
290:17 303:14 308:25

factor [2] 104:23 105:1

facts [3] 56:3,15 57:8,14
69:6,8 103:1 108:13 113:3
113:10,18 115:9 122:2
136:24 137:3 149:7
154:16 164:19,22 179:15
179:20 183:16 196:16
212:9 227:18 239:25
240:15 275:3 296:1
303:19,25 307:25

failed [1] 24:4,7

fair [27] 14:4 23:20,22
49:12 56:14 67:12 68:1
68:11 80:10 81:15 109:21
124:1 147:14,15 176:1
230:15 236:21 250:19
251:8,9,10,15 255:25
256:14 295:3 300:1,3

fairly [1] 312:13

fairness [6] 23:9 108:25
128:7 140:1,4 163:25

falls [3] 242:14 247:14

false [2] 275:4 312:2

familiar [2] 18:19 152:18
248:4 250:7

familiarity [3] 312:25

far [5] 21:22 32:3 41:17
100:19 302:9

Fargo [1] 190:12

fashion [1] 121:4

faster [1] 117:13

father [1] 208:21

favors [1] 162:12

FBI [42] 42:17 44:4 47:7
47:22 51:12 52:10,13
53:14 55:2,9,23,24 56:5,6
56:7,8 57:15,17,21,25
58:5 59:2 60:10,11,13,20
61:13 62:20 63:9,19,22
65:5,12 66:6,19 69:12,19
70:24 71:6 74:8 75:8
78:13 79:15 81:10 82:1,1
86:3 87:8 92:14 93:8,19
94:4,10,12 96:15,21 97:6
98:4 99:17 102:1 103:9
103:13,19,22 107:4,20,23
108:14 109:17 115:10
117:15 118:15 119:4
121:12,21 124:7,12 125:7
125:13,24 126:4,11
127:12,17,25 128:8
129:20,21 137:5,19
138:22 139:3,9,15,20
141:4 148:13,14,19
153:22 154:23 159:19,19
162:10 164:6 165:9 166:7
171:18,24 172:25 174:2,6
176:16 177:1,15 183:20
184:24 189:10 190:2
192:6 193:5 195:11,17,20
196:2 198:2,7,19 205:22
206:19 212:10 216:11,12
258:19 269:14 280:24
293:24 294:22 295:21
300:19,21 301:11,17
303:25 308:22

FBI's [4] 73:5 125:2,2
126:22

fear [1] 119:11

fears [1] 51:14

February [1] 162:9
166:5 249:11,12,14
263:24 274:2 308:4,12
312:4

federal [5] 68:14 119:9
193:19,20 290:13

feds [1] 193:23

feeling [2] 96:24 231:11

feelings [1] 125:11

feet [1] 231:4

fell [1] 247:8

fellows [1] 296:5

felt [9] 52:2 77:11 108:22
140:5 198:24 215:11
239:19 297:12

FEMA [1] 241:2




**Multi-Page™**                                                                           female - Hikus

**female** [8] 19:11 20:12 277:14,15,16,18,19,20

**few** [5] 18:16 98:17 117:7 172:6 190:18

**Fialdia** [2] 207:15 208:23

**fiasco** [1] 73:20

**field** [13] 77:12,19 80:15 80:17 180:6 312:11,17 313:10,12 315:20 316:19 319:4,21

**fight** [1] 234:18

**figure** [1] 196:15

**figured** [1] 198:19

**file** [51] 25:16 26:6,8 27:7 27:10,25 28:3,7 30:15 31:6,10,12,16 32:4,15 33:14,16,17,21 34:4,7 35:6 36:22 37:11,19 38:1,5 39:1,16 40:1,6,14,21,22 199:17 200:12,18,19,22 201:2,7,19,21,24 202:2,4 202:5 217:18 310:16 312:6

**filed** [11] 22:11 185:7 217:23 218:3 220:22 221:3 224:14 227:15,21 228:4 308:13

**files** [15] 24:25 25:12 26:10,12,16,21 27:3,6 41:15 162:3 201:5 233:15 234:9 310:4,10

**filling** [1] 293:2

**final** [3] 220:25 245:8,24

**finally** [1] 100:9

**finding** [2] 210:4 212:8

**findings** [1] 57:22

**fine** [9] 12:7 89:15 128:23 141:11 149:8 159:2 199:19 215:12 226:17

**finest** [1] 288:10

**finish** [8] 33:25 77:5 160:11 178:18 220:17 256:7,12 312:12

**finished** [1] 307:17

**finishes** [1] 288:7

**finishing** [1] 219:4

**fired** [1] 231:18

**first** [59] 24:5,7 39:20 42:16 46:15,23 47:2,13 54:1 55:5 64:4 66:19,23 67:4,13 68:7,8 83:19 94:5 117:8 122:18 124:25 129:3 132:12 138:19 145:5 155:7 160:22 162:18,20,24 163:1,16,17 164:9 168:25 174:16 177:6 179:5 181:24 196:7 205:3 212:13 219:13,16 221:16 252:21 254:9,15 261:11 263:15 268:1 277:21 300:17 301:9 302:18 311:18,19 317:12

**fit** [2] 293:14,14

**fitness** [4] 19:19 22:10 23:10 100:7

**five** [12] 16:3 57:16 75:20 122:23 186:14 187:20,23 188:11 225:8 289:1

309:12,25

**flew** [2] 181:12 226:24

**Floor** [1] 3:12

**flying** [1] 182:5

**focus** [1] 178:4

**folder** [1] 27:22

**folders** [1] 28:5

**folks** [1] 185:8

**follow** [2] 104:19 147:18

**follow-up** [1] 153:6

**followed** [3] 104:17 227:2 297:23

**following** [15] 55:21 72:7 85:8 104:14,21,24 152:15 201:31 234:8 302:16,19

**follows** [2] 266:17 312:16

**foolish** [1] 108:4

**football** [1] 120:16

**forces** [1] 289:12

**Ford** [1] 204:25

**forget** [2] 205:23 248:11 251:1

**Forgive** [1] 141:23

**forgot** [1] 241:8

**form** [4] 14:25 48:7 269:11

**formality** [4] 225:16,17 227:3 228:7

**format** [2] 23:14 245:25

**former** [1] 315:23

**forward** [1] 240:10

**forwarded** [1] 23:24 308:5

**found** [5] 46:14 60:16 93:19 114:5 311:13

**founded** [1] 82:3

**four** [11] 6:10 48:11,12 52:21 54:11,14,24,25 122:23 157:1 179:12

**fourth** [2] 54:2 257:1

**Foy** [1] 81:7

**FR** [7] 80:19 174:14 175:17 312:16 316:13 318:18 319:5

**Frank** [1] 112:21

**frankly** [1] 178:10 320:25

**fraternal** [1] 14:15

**Frech** [5] 45:1 63:14 152:5,11 293:23

**friend** [4] 44:24 45:1 107:9 151:1 164:7 278:9

**friends** [2] 57:15 151:4

**friendship** [2] 142:25 161:17

**friendships** [1] 278:16

**front** [5] 116:19 249:12 269:11 316:11 318:1

**full** [6] 205:6 206:9 225:11,12 279:17 286:15

**full-size** [1] 206:10

**full-time** [1] 286:11

**fulltime** [3] 278:6 279:18 284:22

**function** [1] 245:11

**funeral** [1] 80:5

**future** [1] 57:4

**-G-**

**G** [6] 1:5 8:1,19 12:23 265:20 275:19

**gained** [1] 95:5

**gears** [2] 41:24 204:18

**geez** [1] 32:7

**general** [4] 3:9,10 9:2 253:2

**generally** [2] 77:16 97:23

**gentleman** [3] 226:23 230:2 256:22

**gentlemen** [4] 76:2 157:11 200:8 205:23

**Gettysburg** [1] 280:12

**Gigliatti** [4] 64:17,22,25 126:20

**GIS** [1] 213:25

**giveaway** [1] 206:21

**giveaways** [2] 205:4 206:8

**given** [13] 37:9 38:16 155:1 181:4 207:10,18 211:8,9,15 228:6 256:21 274:23 298:10

**giving** [2] 289:4,5

**glance** [1] 168:25

**God** [2] 171:7 172:10

**goes** [9] 30:2 60:10 98:9 125:15 149:25 175:11 246:15 253:25 287:20

**gone** [9] 26:23 40:5 80:12 80:13 81:1 111:20 174:25 177:13 200:11

**gong** [1] 191:25

**good** [22] 14:19 15:4 45:21 49:17 76:19 77:13 117:4 120:9,20,22 121:16 123:18,21,21,23 175:14 184:9 199:14 200:8 213:12 284:5 292:14

**good-looking** [1] 290:24

**Governor** [6] 16:7 87:17 187:16 262:25 263:2 295:10

**Governor's** [35] 3:10 9:1 16:10 44:12 51:16,17 51:24 56:20 62:22 64:13 64:22 66:15,18 67:19,20 78:18 82:5,17,25 84:6 89:4 96:8 126:20 162:13 177:11 187:13 235:1 259:10 262:8 263:12 301:2,13 302:10

**Governors'** [5] 219:2 221:1 227:8 257:10 282:4

**great** [4] 19:8 100:11 115:14 251:13

**green** [1] 37:22

**grievance** [3] 185:8 217:19 221:11

**grievances** [4] 217:24 218:3 221:3,10

**grieve** [1] 190:17

**group** [10] 21:16 22:2,4 77:14,16 95:15 121:14 250:7 251:24 272:7

**guard** [3] 186:8 229:17 285:9

**guess** [11] 16:20 26:7 62:20 83:6 162:20 192:8 198:25 222:18 230:17 301:19 302:12

**Guido** [3] 3:8 7:5 8:25 9:1 11:16 12:3 13:9,15 14:21 28:20 29:5 32:19 33:1 34:12 35:8,17,24 39:13 40:2,15,23 41:3 42:7 105:23 238:23 239:22 255:22 256:2,8,16 274:8 291:15,21 314:6 317:15 320:7 321:14 322:1

**guy** [5] 15:7 171:20 173:4 193:4,4

**guys** [3] 72:12 151:3 180:22

**-H-**

**half** [8] 129:10,14 194:21 194:23,24,25 195:6 229:24 278:25

**hand** [6] 8:5 122:16,17 173:7,10 274:9

**handed** [1] 42:10

**handle** [2] 243:15 244:2

**handled** [2] 115:13 220:18

**hands** [1] 244:4

**handwriting** [1] 123:7

**handy** [1] 314:25

**happy** [1] 29:16

**harass** [2] 301:22 303:6 303:8

**hard** [2] 63:8 142:9

**Harrisburg** [11] 2:12 3:5 3:13,20 4:7 8:22 9:9 12:18 239:18 240:22 284:4

**Harrisburg/** [1] 240:11

**Harrisburg/Hershey** [1] 238:13

**Hawthorne** [2] 1:12 13:2

**he'd** [1] 139:21

**head** [5] 13:16 74:14 77:14,16,23 78:1 287:21 287:24

**heading** [1] 298:24

**headquartered** [1] 284:10

**headquarters** [12] 32:6 32:7 33:10 34:23 64:8 157:20 188:19 200:21,24 201:1 202:6 280:25

**hear** [3] 102:8 110:7

294:13

**heard** [15] 14:2 15:13 110:4 142:13 160:1 177:17,18 234:4 239:11 241:17 254:7,9,15 270:16 294:2

**hearing** [8] 14:3 47:21 76:19 79:7 101:19 110:11 110:13 203:18

**hearsay** [1] 270:10

**heart's** [1] 313:22

**held** [1] 18:13

**helicopter** [2] 17:8 185:24,25

**helicopters** [1] 190:8

**Helmets** [1] 208:13

**help** [16] 19:21 57:17 117:6,6 169:3 170:7 189:2 190:8 227:7 233:2 250:10 257:18 281:19 283:16,25 284:7

**helpful** [1] 302:12

**helping** [3] 166:19 169:20 229:11

**herein** [1] 2:4

**Herm** [2] 207:15 208:22

**herself** [1] 9:23

**Hershey** [3] 43:2 240:12 240:22

**hey** [4] 63:8 78:23 179:21 299:8

**high** [8] 89:2 134:9 250:18 251:3,21 270:24 271:20 295:9

**high-ranking** [9] 44:10 56:18 62:21 64:12 74:23 82:15 96:6 121:21 134:8

**higher** [12] 45:5 55:10,17 58:14 74:9 78:14,17 82:3 93:13 118:13,17 130:23

**higher-ranking** [4] 51:20 93:1,7 98:24

**higher-up** [2] 84:4 177:10

**higher-ups** [10] 59:18 69:14 73:7 77:21 82:2,24 83:16 84:3 130:13 177:18

**highest** [1] 292:9

**highly** [1] 251:6

**highway** [1] 279:14

**Hikus** [149] 42:24 43:7 43:19 45:16 46:11 48:22 48:24 49:2,6,13,21 50:4 50:25 51:2,11 52:25 53:25 56:13 59:17,22 67:3,18 67:23 68:10 69:9,11,17 69:25 70:3 71:10,25 72:15 77:3 78:22,22 79:8,9,18 80:12 85:20 90:7,22 98:11 99:14 102:19 103:24,25 104:9,15,15 105:7 107:2 113:21 115:20 117:14 127:24 133:17,24,17 134:7 135:4,5,9,12,25 137:19 139:14 151:16,19,21 153:13,19,20 154:3,10,19 154:24 155:4,19 156:4,15 157:18 158:7,11,18,25

Hikus' - involved

159:5,6 164:17,24 173:15
176:7 178:5,9 179:1,8,15
179:17 184:17 193:11
195:13 196:20,23 210:18
210:19,23 211:4,8,15
212:5,15 216:10,14,21
217:2,16 221:20,22 223:15
222:16,23 223:20,22
226:5,8 236:15 237:21
247:11,12 258:22 259:9
260:4,7 261:5,8 262:5
263:3,6,11 269:13 286:8
292:24 293:13,21 294:3
294:14,17 296:4 297:14
301:18
**Hikus'** [6] 48:20 67:6
210:21 212:11 224:2
260:17
**himself** [2] 297:25
298:19,22
**hire** [2] 188:6 190:11
**historic** [4] 25:16 26:5
208:8 310:16
**historical** [4] 207:4,22
310:4,10
**history** [1] 92:3 208:6
288:10
**hit** [1] 24:18
**hold** [4] 103:15 136:21
137:21 235:3
**honest** [1] 137:2
**hope** [1] 17:19
**hopefully** [1] 175:10
**horse** [1] 280:20
**horses** [1] 280:18
**host** [1] 254:4
**hosting** [1] 280:24
**hotel** [5] 184:23 189:8,25
205:25 206:4
**hour** [2] 229:25 284:3
**hours** [2] 37:17 287:3
**human** [2] 172:9 283:6
**hundreds** [1] 265:6,6,7

— I —

**I'** [1] 178:13
**i.e** [1] 262:2
**IAD** [21] 79:20 111:2,18
163:8,18,21 164:10 165:9
165:16 196:8 198:12
215:22 224:6,23 225:2,7
227:6 228:1,7,17 309:11
**idea** [10] 31:3,13 64:19
127:4 161:18 166:6
262:17 263:10 267:11
273:3
**identification** [3] 29:9
116:17 274:16
**identified** [4] 6:4 94:20
94:25 95:10
**identify** [5] 9:23 10:8
109:4 316:9,10
**ignorance** [7] 62:11 88:5
88:7,8 96:1 131:2 150:19
**IIMS** [19] 213:1,6,7 214:3
214:6,17 215:23 216:1,6

**illegal** [1] 121:3
**Illinois** [1] 18:20
**image** [1] 251:20
**imagine** [5] 26:19 27:4
221:18 261:2 284:15
**immediate** [1] 284:24
**impacted** [3] 157:25
158:2,3
**imparted** [1] 62:24
**implicate** [1] 121:9
**implicated** [1] 62:20
270:25
**implicating** [1] 271:22
**imply** [1] 278:15
**implying** [4] 40:11,16
40:21,24
**importance** [4] 87:17
103:7,8 115:14
**important** [1] 53:9
88:25 129:25 146:19
149:15,16 168:15 251:16
252:12 271:17 286:21
**imposed** [1] 229:18
**impressed** [1] 21:21
**impressive** [1] 187:24
**improper** [1] 105:24
106:4 142:20 270:5,15
283:6 299:25
**inaccurate** [1] 297:9
**inappropriate** [1]
259:18
**inaudible** [1] 88:10
**INC** [1] 4:17
**inception** [1] 52:10
**incident** [6] 24:19 113:5
113:11 137:18 179:3
300:25
**incidentally** [1] 200:14
**incidents** [1] 46:18
115:19
**include** [1] 134:12
**included** [1] 45:12
134:18 214:9
**including** [1] 38:4 148:4
292:10
**inconvenience** [2] 34:8
34:18
**incorrect** [1] 312:9
**incredible** [1] 83:4,4
177:25
**incurred** [1] 206:17,19
**indeed** [1] 57:16 158:13
166:2
**Indiana** [1] 17:23 184:24
205:24
**indicate** [1] 49:6 56:16
57:9 91:21 97:9,17 99:2
100:21 101:8 111:12
125:7 132:1 152:1 195:10
270:22 275:4,25 316:25
318:8 321:4
**indicated** [2] 28:18 31:1

51:13 69:10,11,18 77:9
78:14 92:10 98:12 102:15
111:17 112:5 125:14
126:18 138:12,16 139:20
158:12 202:18 205:20
212:7 283:21 295:18
302:21 307:21 309:10
**indicates** [1] 123:17
216:20 256:21 309:10
**indicating** [5] 57:2
170:4 283:5 312:22
318:25
**indication** [1] 293:4
**indications** [1] 131:21
**individual** [1] 22:14
55:14 109:8 207:20
209:10 229:7 278:5
**individuals** [8] 44:11
51:21 56:19 64:12 82:16
84:4 121:22 177:10
**ineligible** [1] 100:2
**inflame** [1] 297:18
**influence** [1] 127.3
167:2,5 168:5 169:1,25
170:14,25 171:4
**info** [1] 105:14 191:25
**inform** [5] 48:19,23 69:3
200:9 222:19
**informant** [1] 57:18
62:19 99:20,22,25 125:3
138:22 191:13 226:25
**information** [1] 47:7
49:24 67:17 74:5 78:24
79:5 84:3,12 96:23 97:7
97:13,22 98:17 99:1
100:17,21 101:7,9 102:17
103:6,20 106:9 107:11
109:13 110:16 115:13
122:11 124:15 125:16,22
145:23 149:3,10 158:25
172:21,25 173:1 174:7
195:10 266:17,18 273:17
298:10 312:22 316:18,24
318:7,25
**informed** [21] 43:6,10
46:22 47:3 48:14 53:8
61:1 72:8 77:17 81:4
153:22 198:14 210:4,13
216:13,15,16 218:4,6
221:16,16
**informing** [1] 174:1
184:17
**initial** [3] 165:14 265:19
265:24
**initialed** [1] 275:9,11
276:14
**initials** [1] 276:10
**initiated** [1] 115:8
**initiatives** [1] 46:20
**injunction** [15] 220:21
227:21 228:3 229:2,3
233:16 234:13,18 236:24
237:1,3,4 239:5,7 240:9
**injunctive** [1] 234:9
**injure** [1] 301:22
**ink** [3] 37:22 243:19,23
244:3 264:13
**input** [3] 226:23 259:3,7

**inquiry** [32] 47:24 62:7,9
69:6,8 108:15 109:17
112:7 113:9 114:7 132:6
137:5,9,17 144:25 176:16
178:7 183:13,14 184:5
185:2 196:12 197.7
198:21 295:25,25 300:10
300:11 304:4,14,17 305:8
**insistent** [2] 229:9,19
**inspection** [3] 33:9 39:4
201.9,10
**Instant** [1] 273:17
**instead** [1] 104:9
**instructions** [3] 68:20
70:12 85:21
**instructor** [4] 20:25
22:23 29:2,2
**instructors** [2] 21:2,7
21:12
**instruments** [4] 186:18
186:19,21,23
**insult** [1] 125:23
**insults** [1] 299:9
**integrate** [1] 230:6
**integration** [1] 213:22
**integrator** [1] 213:17
**integrity** [1] 143:1
288:15
**intended** [1] 297:17
**intensely** [1] 270:4
**intention** [1] 25:24
**intentionally** [1] 33:20
96:16 97:6
**inter-related** [1] 290:17
**intercept** [1] 121:2 125:3
**intercepting** [1] 87:11
**interdepartmentally**
[1] 114:15
**interest** [5] 66:20 258:4
283:4,9 298:6
**interested** [6] 162:25
257:23 258:1 270:10
271:11,12
**interesting** [2] 59:6
310:12
**interfere** [6] 119:3 145:7
197:15,21,24,25
**interfered** [5] 33:21 37:2
**interject** [1] 11:10
**internal** [9] 79:19 114:22
175:23 197:11 210:6
215:25 218:10 291:8
309:12
**interpretation** [2] 99:5
269:25
**interrupted** [2] 34:1
307:11
**interrupting** [1] 34:14
**INTERRUPTION** [7]
75:17 97:1 146:23 169:17
202:20 279:2 315:21
**interview** [5] 19:19
87:10,11 159:7 263:8
**interviewed** [1] 159:5
**interviews** [1] 180:3

**introduced** [1] 319.24
**investigate** [11] 126:15
126:16,17 172:19 173:11
187:8,9 227:1 258:25
296:4 303:11
**investigated** [14] 20:7,8
20:10 39:22 95:9 112:14
112:17 136:23 182:3,14
208:25 209:4 259:5
303:13
**investigating** [1] 74:1
93:22 164:14 177.2 280:1
295:17,19
**investigation** [166]
20:15,16,17 42:18 44:8
44:10 45:4,10,22 51:12
55:10,16 60:12 62:1,5,9
65:5,7 69:12,13,19 70:24
73:6 74:8,9 77:21 78:8
83:10,12 87:8 92:4,15,20
92:21 93:11 94:4,9,18
98:7,9,16,24 108:9,11
109:24 110:22 111:8
112:24,25 113:3,7 114:9
114:12,13,21,23,25 115:8
115:17,23,25 117:16
119:4,9,17 122:3,7 123:15
123:16,17,25 124:2,4,11
124:13,24 126:23 128:7
128:11 130:12,21,22
133:12 136:22 137:9,15
137:22,24 139:16 140:16
140:20 141:1,15 142:14
143:2,17 145:8 147:23
149:24 150:7,16,18 158:9
160:14,15 162:10 174:3
178:19 179:22 182:24
183:10 184:2,21 190:3,19
192:9,23 193:8,14,17
194:2,3 196:7,14 197:12
197:16,19,22 198:1,20
199:1 206:18 210:7,14
211:1,9,10,13 216:22
217:9 218:11 268:22,23
269:15,21 293:11 294:23
295:1 298:21,25 300:1,6
300:8,19,22 301:11
303:15,16,18,24 304:3,16
305:14 307:24 308:20,21
**investigation's** [1]
196:18
**investigations** [6]
114:16,17 118:17 142:23
299:2 300:12
**investigative** [1] 146:5
**investigator** [4] 32:13
94:19 109:16 172:24
**investigator's** [1] 57:22
**investigators** [1] 57:16
169:15 178:21,22,23
179:11,19 195:25 196:4
304:12,19
**investigatory** [1] 74:3
**invidious** [1] 218:9
**invitation** [1] 263:6
**involve** [4] 93:1,6 169:13
170:19
**involved** [44] 44:10
47:15 54:4 61:7 64:11
69:23 73:9,13 74:12 77:14

Case 1:01-cv-00084-CCC    Document 63    Filed 05/20/2002    Page 405 of 413
APR-26-2002  17:14    SARGENTS COURT REPORTING    814 536 4011    P.11
Multi-Page™    involvement - marked

77:24 78:20 82:5 83:8,10
83:13,17 86:23 90:20 93:5
94:19 119:22 121:6
126:12 131:22 134:19,21
139:24,25 141:6 146:4
192:15,20 195:2,4 197:9
263:7 272:13 293:25
300:25 308:1 316:7
320:17

**involvement** [1] 176:9

**involves** [2] 109:18
206:14

**involving** [4] 19:4 92:6
115:18 277:12

**irate** [1] 293:18

**issue** [6] 41:10 49:1
56:18 65:19 70:23 102:24
113:15 146:3 210:24
218:8 221:12 258:18
304:13,18 305:7 319:13

**issues** [5] 27:23 218:13

**items** [7] 37:11 205:3
206:6,7 207:2 208:8,15

**itself** [2] 288:12 314:8

**-J-**

**J** [1] 4:10

**J-A-N** [1] 163:3

**J-U-N-E** [1] 163:2

**Jane** [1] 205:3

**January** [22] 162:19,21
162:22 163:3,5,17,18
164:9 218:20,21,21
219:18 221:19 222:20
223:25 224:18 227:13
232:15 242:17 249:9
257:3 308:14

**Jennifer** [3] 2:6 10:11,16

**Joanna** [2] 4:3 9:13

**job** [15] 58:6 100:11
111:24 148:15 174:5
181:13 184:10 213:12
219:11,12 223:10 226:17
230:13 263:8,9

**Joe** [2] 15:9 87:4

**John** [2] 15:11 161:5

**Joseph** [1] 1:10 13:1

**Judeo-Christian** [1]
172:16

**Judge** [4] 1:8 76:16
199:23 239:16

**judgment** [5] 120:14
172:12 175:15 184:16
206:3

**July** [1] 304:20

**jump** [1] 181:22

**jumped** [1] 181:11

**juncture** [1] 131:24

**June** [5] 161:21,25 162:21
162:23 163:1

**jurisdiction** [1] 247:8

**jury** [1] 175:11

**justification** [2] 108:8
108:10

**justified** [1] 205:18

**-K-**

**keep** [4] 27:18 28:14
46:22 47:3 49:24 53:7
78:24 97:12 98:16 213:20
238:12 240:10,21 258:2

**keeping** [2] 72:7 257:8

**Kelly** [1] 193:5

**kept** [2] 27:22 239:18

**key** [4] 41:10,11 102:23
202:7

**killed** [2] 65:5,7

**kind** [25] 8:18 51:13
96:14 114:14 121:8 169:3
170:17 188:2,7,8 197:1,2
208:13 213:13 246:16
251:6 254:19 258:4 277:6
283:8 285:15 292:15
310:8

**kinds** [3] 190:5 265:7

**Kip** [2] 176:12,23

**knew** [25] 49:9 66:23 67:5
67:7,12,13,22,24 68:7,8
99:20 112:22 125:7
134:18,21 138:13 161:19
163:12 164:24 196:22
223:9 236:3 258:10 297:4
319:23

**knowing** [6] 139:7
150:15,17 187:14,16
249:19

**knowledge** [21] 18:17
19:2,9 25:4 26:17 37:4
64:20 67:2 69:20 100:23
101:15 132:4 138:19,21
210:25 227:12 283:14
300:18,21 301:10 313:4

**known** [14] 56:15 100:21
107:10 122:13 138:4 227:14
227:18 250:19,22,22
251:2,4 275:3 299:11

**knows** [2] 59:21 129:25

**-L-**

**L** [4] 3:8,16 134:3,3

**Labor** [2] 212:20 216:24

**ladder** [1] 172:1

**Ladies** [2] 76:2 200:7

**lady** [1] 264:19

**landline** [1] 181:24

**language** [1] 312:25

**large** [3] 15:25 17:1 170:3

**last** [11] 21:6 67:14
212:21 248:6 273:4 302:7
302:11 314:20 317:3
320:24,25

**late** [8] 31:2 44:3 60:13
127:21 203:12,21 218:19
273:20

**latest** [1] 289:1

**laughed** [2] 142:4,11

**laughing** [2] 141:23
142:2

**laughter** [1] 142:3

**law** [23] 74:23 77:11 83:5
93:21 98:4 109:20 120:2

142:25 145:18,24 199:13
251:7 297:5,24 298:1,18
298:20 312:24 313:15
314:4 317:4 319:2,8

**lawful** [1] 104:16

**laws** [1] 318:10

**lawsuit** [1] 308:13

**LCE** [6] 200:24 201:1
237:8 239:21 292:23,24
292:25 293:1,7

**LCEE** [1] 201:23

**leader** [2] 213:15 298:16
298:19

**leadership** [1] 301:24

**leak** [1] 97:6

**leaking** [1] 96:20

**learn** [7] 55:19 108:7
134:1 216:15 224:13
300:17 301:9

**learned** [2] 101:14 212:5
239:11

**learning** [1] 294:22

**least** [27] 10:24 19:12
23:16,19 26:25 58:24 60:7
66:2 69:14 83:17 84:25
112:7 120:14 138:4
148:10 159:20 166:4
170:6,7 171:21 199:13
231:10 238:18 292:15
293:10 300:7 309:17

**leaving** [2] 204:9 222:10

**left** [6] 179:8,15,18

**left-hand** [1] 266:23

**legal** [6] 76:20 227:14
234:21 235:7 236:20,22
272:15 288:19

**legally** [1] 120:12

**legislators** [1] 244:24

**LEMA** [1] 241:2

**Len** [2] 97:24 100:5

**length** [2] 153:4,7

**Leonard** [2] 86:25 242:3

**less** [3] 68:9,12 292:13

**lesson** [2] 226:5,8

**letter** [6] 6:5,9 209:11,14
209:17,18

**letters** [1] 244:20

**letting** [1] 106:1

**level** [2] 124:9,10 206:2

**liar** [1] 177:21

**lie** [4] 151:22 177:25
294:10,10

**lied** [3] 151:21 177:25
178:2

**lieutenant** [64] 42:23
43:7,19,22 45:15 46:11
46:16,24 47:12 48:20,23
49:2,6,12 50:3,24 51:1
52:25 53:24 54:7 55:19,20
56:13 58:8,14,25 59:19
61:10 62:23 67:6,22 69:24
72:14 78:16 79:8,18 81:7
83:22 85:5,16 86:4,12,20
90:22 95:17 99:7,14
101:20,25 102:9,19
103:23 105:6 107:1

117:14,22,24 133:13,19
133:21,24 134:7,10 135:8
135:13 137:18 138:8
139:14 140:16,19 141:5
141:16 147:2,17,18,20,21
147:24 148:4 155:4,19,20
155:22 156:15,18,21
157:17 158:24 159:5
160:7,16 173:15 176:7
177:19 178:4,8,25 179:1
179:2,7 181:1,10 182:9
182:11,21 183:1,4 184:16
195:12 210:17,18,20,22
211:4,8 216:10,20 217:2
217:16 219:15 221:22
222:3,15,16,23 223:19,22
224:1 229:8 231:2,19,25
232:13 237:20 241:1,23
242:14,15,20 246:24
247:10,12 254:12 258:21
262:22 268:3 269:12,22
275:9,21 276:4 277:24
280:23 285:19 286:8
292:24 293:12 294:3,8,13
294:17 301:18 306:19
310:2

**lieutenant's** [5] 237:8
237:16 238:6 239:20
293:3

**lieutenants** [1] 268:23

**lifeguards** [2] 18:11
281:17

**light** [2] 174:13 317:7

**likes** [2] 35:10,19

**limit** [1] 74:4

**limited** [1] 98:17

**line** [21] 122:19,24 123:3
131:3,8,14 132:11,24
140:15 150:2 162:17,24
163:1 188:25 191:15,16
192:22 194:6,18 283:3
317:3

**lines** [2] 122:18 145:10

**list** [3] 252:25 253:6,19

**listen** [2] 90:21 159:16

**listened** [6] 44:16,18
50:7,8 58:3 84:16

**listening** [4] 44:22 85:4
165:13 209:8 241:13
310:1

**lists** [2] 266:16,18

**litigation** [7] 30:17
250:3 252:12,22 254:8,10
254:16

**live** [2] 128:11 172:15

**load** [1] 166:20

**local** [1] 150:7

**location** [1] 200:20

**lone** [1] 176:11

**lonesome** [1] 226:22

**look** [31] 35:6 36:22 41:19
88:14,22 89:6,11 92:7
109:3 116:7 137:1 179:14
224:24 236:1,6,7 254:19
254:22 265:3 292:22
293:1 296:11,16

**looked** [13] 10:21,22
24:11 32:15 162:24

200:11 239:15 255:20
292:11 310:16,21 311:1
311:14

**looking** [9] 102:24
113:18 125:21 135:7
164:19 180:8 183:16
196:16 254:25

**looks** [5] 163:3 165:19
167:2 191:16 194:14

**lose** [2] 238:19,22

**lost** [6] 98:10 111:6
125:18 146:2 243:18,22
244:1 313:19

**Louie** [2] 63:14 293:23

**love** [3] 29:15 278:9,9

**low** [2] 124:5,9

**lower** [1] 266:23

**loyalty** [7] 70:16,18
146:1,3,10 150:22 270:17

**lucky** [5] 58:22,23 59:5
59:16 83:5 310:11

**lunch** [6] 35:4,7,10,20
36:7 199:13

**lying** [3] 151:16 177:24
178:1

**Lynn** [1] 198:15

**-M-**

**ma'am** [4] 35:14 38:15
39:19 307:10

**machine** [1] 281:4

**mail** [1] 27:19

**major** [48] 25:9,15,20
48:13,16 52:21 71:16 81:1
81:2,3 160:17,17 167:24
167:25 173:22 175:1
180:1,2 184:19 195:8
199:4 201:3 218:25 219:6
220:24 221:22,23,24
222:1,5,23 229:7 230:13
231:8 233:1,25 235:5
237:10 242:7 257:12,19
276:17 277:3 278:1 280:7
284:21 296:24 307:22
317:4

**majors** [5] 112:20 182:23
182:23 183:3 210:15

**makes** [3] 173:4 270:7
272:24

**man** [3] 174:11 190:16
228:25

**Management** [2] 241:7
273:17

**manager** [1] 273:16

**manner** [1] 210:23

**March** [16] 1:18 2:13
12:13 33:6 37:14 39:3,10
40:7 75:23 136:7,17 153:8
199:25 255:16 273:23
316:14

**mark** [14] 1:8 12:25 28:25
68:19,19 149:16 256:23
257:6,16 274:10 294:25
296:21 302:20 316:6

**marked** [12] 28:22 29:8
38:8 116:3,16 149:20
255:23 256:5,10,18
264:19 274:15

Case 1:01-cv-00084-CCC    Document 63    Filed 05/20/2002    Page 406 of 413
APR-26-2002  17:15    SARGENTS COURT REPORTING    814 536 4011   P.12

Multi-Page™

Market - now

**Market** [3] 2:11 3:11 12:17

**Marking** [1] 274:12

**Mary** [13] 66:24 244:9 245:7 246:4 247:18 253:25 259:23 260:1,5,18 261:9 262:7 263:12

**Mascara** [24] 61:22 62:2 62:25 63:10,20 64:25 65:16 107:8 116:23 130:8 140:18 142:16 144:24 161:23 162:14 191:8 193:10,12,13 199:6 268:21,25 272:25 309:3

**Mascara's** [5] 62:14 63:21 143:19 271:7,9

**Mason** [1] 14:14

**Masons** [2] 14:14 15:22

**massive** [1] 279:19

**material** [5] 39:5 41:10 41:12 202:7 288:23

**matter** [28] 8:20 24:11 25:1 64:18,25 66:6 70:22 76:5 89:1 90:10 105:10 115:24 156:2 160:2,5 164:23 175:10 238:25 240:3,4,12 258:25 259:4 260:14 262:7 263:14 314:12,15

**matters** [1] 87:17 88:12 176:24

**may** [89] 11:9 13:13 18:17 29:24 41:15 42:20 45:14 45:18 49:21 50:12 59:23 60:8 61:8,9,24 62:3,15 63:2,13,23 64:1,1,7 66:21 68:18 70:1,4,8 71:19 72:3 72:3 73:7 75:16 76:22 80:4 81:23 82:8 85:7 88:3 91:8,10 95:25 99:18 112:11 116:24 127:2,23 128:13 130:18 132:1 133:22 135:9,11,16,20 136:3 142:6 143:2,24 146:10 153:9,9,10,10,18 154:1,18 155:3 156:10 158:19 165:3 172:11 178:25 201:13 202:18 204:2 216:17 224:9 230:16 238:16 260:7 273:12 281:24 285:21 291:6 297:10 298:18 315:3 321:10

**McCann** [1] 21:5

**mean** [74] 11:24 15:4 26:8 40:3 57:6 58:21 60:2 70:5 73:20,21,25 75:14 81:18 82:12 98:2 104:15 105:18 107:18 108:5,7 114:20 118:10 119:7 120:18,23 124:13 125:19 126:9 129:17 136:24 145:22 146:9 147:13 149:5,6 161:1,22 163:23 167:7 169:10,22,24 170:2,5 171:18 177:24 179:7 188:16 189:5,17 192:3 193:22 195:23 207:7 227:20 230:16 231:14 233:3 234:19,23 238:17 245:6 262:19 269:7

**278**:15,19 284:1,25 286:24 306:9 309:5 313:1 313:24 314:10

**meaning** [1] 272:16 303:12

**means** [12] 12:2 62:15 123:21,22 130:25 132:22 161:23 171:3,6 172:4 192:11 251:13

**meant** [4] 52:22 57:1 106:13 128:15 146:14 147:19,21 192:13 270:8 270:15 271:12,14,18 297:19

**measure** [1] 205:19

**meet** [1] 251:3

**meeting** [27] 90:13,14 153:12,19 154:1,19 155:3 155:7,10,13,18,23 156:12 156:14 157:3,8,15,17 178:25 181:7 183:24 282:4 302:14,16,19,20,22

**meetings** [3] 156:2,6

**member** [5] 95:14 312:23 317:1 319:1 321:4

**members** [6] 28:6 298:13 302:1 312:20 316:22 318:23

**memorabilia** [2] 208:11 209:7

**memorial** [1] 208:7

**memory** [1] 90:3 277:1 317:6

**mention** [10] 37:21,22 37:23 58:24 82:15,19 83:6 96:6 110:2 126:5

**mentioned** [44] 59:16 59:21 61:10 85:6 86:16 87:7,9,14 100:12 105:12 121:23 124:22,23 125:1,9 125:23 138:14,17,20,23 139:2 141:17 142:1,17 145:1,20 146:7,22 147:1 147:12 148:1,2,3 149:9 149:25 150:20 162:6,7,9 166:3 172:8 177:9 194:21 198:16 268:11 309:1

**mentioning** [2] 82:24 96:5

**mentions** [2] 83:21 86:3

**mentors** [1] 298:17

**mere** [1] 227:3

**merely** [1] 69:2

**Merryman** [5] 25:10,16 25:20 180:17,19

**mess** [3] 84:9,10,19

**message** [2] 216:3 226:2

**messed** [3] 81:16 83:14 84:11

**met** [4] 25:13 91:22 181:2 205:22

**methodology** [1] 140:2 180:22

**Michael** [3] 4:14 12:9

**micromanage** [1] 253:16

**microphones** [1] 289:5

**middle** [3] 1:2 12:22 32:21

**might** [20] 18:25 21:20 26:17 37:7 38:5 45:25 99:2 133:17 140:3 234:1 288:21 312:23 313:8,17 314:3,17,18,19 319:1,11 319:23

**million** [2] 16:4 214:8

**millions** [1] 167:23

**mind** [7] 36:11 53:4 65:10 76:24 146:16 150:24 164:21 178:3 182:16 263:19 289:4 290:10 308:13

**minds'** [1] 124:19

**mine** [2] 44:24 45:1

**minute** [9] 63:13 134:24 255:1 267:2,18 268:4 276:1 315:7 321:8

**minutes** [7] 75:20 172:6 284:3

**misconduct** [2] 115:3 180:11

**misconstrues** [1] 239:25

**misconstruing** [1] 240:14

**misleading** [1] 143:24

**misread** [1] 123:8

**misrepresented** [3] 60:3 312:18 318:19

**missing** [4] 37:25 38:25 202:1,5

**mission** [3] 17:4,5,7

**misspoke** [1] 128:7

**misstated** [2] 212:12,13

**mistake** [1] 207:11

**mistaken** [4] 133:17 238:16 281:24 285:21

**mistakes** [2] 172:11,17

**mistreatment** [1] 20:12

**misunderstand** [1] 231:23

**misunderstood** [2] 128:8,18

**mitigated** [1] 176:9

**mitigating** [2] 104:23 105:1

**mobile** [2] 213:24,24

**model** [4] 204:22,25 205:6 206:9

**moment** [4] 14:22 49:19 108:10 136:3 172:14 254:21

**Monday** [2] 67:9 121:24

**money** [7] 15:21 16:1,2 17:1 186:8 188:14 189:13

**Monico** [4] 110:9,19 112:21,23

**monthly** [1] 253:21

**months** [1] 293:5

**moot** [3] 238:25 239:3,8

**morning** [5] 34:4 121:25 201:25 203:15,19

**most** [2] 128:3 139:17

**motion** [2] 312:19 318:20

**motivated** [1] 262:15

**move** [6] 144:21 189:3 190:9,13 235:25 277:4

**moved** [1] 220:4

**movement** [1] 292:18

**moving** [2] 222:2 290:25

**Ms** [3] 9:18 252:24 283:10

**MTD** [1] 318:21

**multi-page** [1] 255:21

**municipalities** [1] 150:8

**municipality** [1] 92:6

**museum** [2] 207:1,2,5,23 208:2,5 211:13

**must** [4] 19:9 59:15 105:8 107:6

**Mustang** [2] 204:25 206:10

### -N-

**N** [5] 3:1 4:1,1 5:1 8:1

**name** [36] 8:6,17 9:13 12:9 13:4 15:8,14 18:25 21:6 22:14 99:21 101:11 125:1,8 129:8 132:4 133:23 141:17,25 142:17 144:25 145:11,20 146:7 146:21,25 147:3,12,13 172:7 209:10 243:9 244:7 258:21 265:23 268:10

**named** [4] 256:23 267:3 291:7,10

**names** [2] 13:7 21:3

**naming** [1] 271:23

**Napoleon** [1] 320:15

**nation** [1] 288:12

**National** [10] 219:2 220:12 221:1 227:8 229:17 235:1 250:7 257:10 282:3 285:9

**nationally** [1] 250:14 251:2

**naturally** [1] 107:19 200:16 286:22

**nature** [4] 57:19 235:19 235:22 305:8

**necessarily** [2] 40:8 73:21

**necessity** [2] 54:3 176:15 298:17

**need** [17] 10:3 100:14 117:5,6 124:16 198:11 202:19 203:4,9 223:2 230:6 236:3 249:1 250:9 250:11 255:23 284:24

**needed** [6] 184:12,14,15 228:17 237:7,18,22,24 232:5 236:12 250:5 284:18

**needs** [2] 11:17 236:8

**negative** [1] 278:20

**negotiable** [5] 16:4 186:17,19,20,23

**Neutral** [1] 233:19

**never** [42] 15:13 18:12 62:16 65:10 71:22,23 96:4 96:17 108:24 115:8,15 121:23 141:17,25 146:21 146:25 147:12 148:2,3 149:24 151:18 152:10 162:7 177:9,17,18 182:16 195:22 197:20 201:4 206:25 212:3 221:14 228:17,20 240:1 244:5 268:10 294:12 305:3 310:12,15

**new** [4] 166:19 214:11 255:15 311:4

**newly** [1] 46:16

**news** [1] 131:24

**next** [11] 131:1,14 132:10 152:16 156:10 160:25 191:15 192:22 194:6,18 273:7

**NGA** [4] 283:19,21,25 284:13

**nine** [1] 123:4

**Nobody** [3] 164:12 194:20 195:1

**non-profit** [1] 208:3

**non-responsive** [2] 116:3,5

**none** [3] 20:1 70:13 254:12

**nonetheless** [1] 297:22

**nonsense** [2] 73:24 171:8

**nor** [2] 65:11 110:24

**normal** [2] 115:5 137:25 138:1

**normally** [4] 95:6 97:18 218:11 232:22

**North** [3] 3:4 8:21,21

**notation** [2] 31:8,17

**note** [5] 37:7 38:6,17 106:12 174:10

**notes** [5] 6:8 88:14,23 89:6,12,16 90:4,6,13 92:8 100:14 105:11,15 106:3 107:5 116:9 117:3 118:7 122:8 129:1 132:19 157:7 157:12 309:2,6

**nothing** [6] 101:5 111:14 123:5 127:14 191:23 192:2,7 194:15 266:20,25

**notice** [1] 290:14

**notification** [1] 52:10

**notified** [5] 52:16 112:3 163:8,13,16,18 164:3,10 165:9,16 196:8

**notify** [3] 312:20 318:23

**notifying** [2] 94:16 98:8

**November** [5] 217:17 217:21 221:7

**now** [153] 11:12,15 13:14 21:9 29:19,22 38:8 41:19 41:23 43:6 48:18 49:11 50:3,13,11,14 51:10 52:1 52:6,19 56:14,15 57:20 59:9 60:16 62:14 63:9 66:12 68:18 71:16 74:15

76:8 77:9 79:1,10,24
80:10,20 81:21 82:11
84:10,18,24 85:18 86:1
87:12 88:2 89:9,17 91:16
93:3 97:8 99:10 107:14
109:11,22 112:1 117:2,21
120:12 122:18 123:6,13
123:15 124:19 128:24
129:2 130:1 132:10
133:16 135:24 136:7
138:7,11 140:1,7,14 142:8
149:4,22,23 152:13
155:12,22 156:1,14
157:10,24 158:5 159:9
161:4,9 163:6,12 164:10
164:21 165:15 168:4
171:7 172:2,9 175:7
190:14 191:14 192:22
193:8 194:17 195:5 205:6
213:7 214:16 216:5 220:2
221:2,22,8,17 223:22
226:18 228:23 246:11
247:16 252:4,8,11,18,
258:23 260:1 262:15
263:10 269:25 271:16
272:19,20 277:17 285:23
292:6 293:8 294:1 296:19
297:3,4 298:9,24 300:19
302:4,13 303:8,15 315:16
316:1 322:8,10,12

number [44] 6:4 8:24
9:10,18,24 10:13,24,25
13:3 16:19 21:1 33:7
46:10 53:21,23 54:11,13
54:23,25 116:13,24,25
122:19 130:3 133:6 182:8
182:10 187:22 190:22
210:1 264:20,21,23
267:17,23 295:20,20
304:21 305:4,19 306:1,2
306:12 309:9

numerous [1] 301:5

-O-

o [3] 4:1 8:1 282:2
o'clock [3] 150:12 289:1
Oaks [2] 15:8,9,11
oath [3] 13:14 298:3
obedience [4] 298:4,14
301:25 302:1
Ober [253] 1:5 6:7 8:19
12:24 25:13 27:8,11,15
28:1,11 31:1 32:11 35:5
39:15 40:5,9,12 41:6
42:24 43:8,24 46:13 49:8
49:9,22,24 50:15,20,22
50:25 51:3,7,11 53:3,13
53:15 55:3 56:12,21 57:2
57:24 58:3,13,21,22 59:3
59:12,15 60:1,2,11,15
61:11 66:2,7 69:25 70:3
70:15 71:6,11,15,20 72:16
72:18 77:4 79:4 80:11,13
80:24 82:18 83:2 84:14
90:7,24 92:17 97:11 99:12
99:15 100:22 101:8,24
102:7,9,15 103:1,4,4,18
104:7,14,17 106:19 107:1
107:9,23 108:22 109:10
112:9 113:20 115:20
122:10 123:9 125:4,14,14

127:12,18,25 134:8
137:15,19 139:15 140:6
148:16,22 149:2,5,7,9
153:21 154:19 155:5,14
158:13 159:1 163:10,13
164:12,23,24 165:18
173:12 174:12 175:13
176:8 177:12,17,21
178:11 180:5 184:18,22
189:7 191:18,24 192:21
193:2 195:17 196:20,21
200:23 201:14 202:17,23
205:20 206:3 209:4
210:19,25 211:5,19 212:2
212:17 213:1,10 214:17
215:1,8,22 216:6,9,14
217:4,13,18 218:15 219:3
219:14,20 221:2,16 222:2
222:9,19 223:8 224:5
226:11 227:4,13 228:16
229:23 230:2,22 231:4
233:15 234:9 235:18
236:12 237:15,24 238:9
239:18 240:19 241:10,19
242:1 257:2,16,18,20
258:9,10,15,17 265:20
273:19 274:23 275:19
279:23,25 280:1 283:24
284:25 285:14 286:23
287:5,17 290:20 291:7
292:2,17 293:22 295:1,17
295:20 296:5,20 297:4,12
297:23 298:12 299:3
301:22 303:12,16,20
306:15,18 308:24,25
309:7,11 320:21

Ober's [27] 26:15 27:3
30:15 31:6 32:4 49:1
78:13 79:11 85:3 104:24
106:8 107:20 176:9,11,22
200:12 209:22 217:3
222:4 230:19 237:4
258:21 290:11 294:1
300:18,20 301:10

obeyed [1] 297:24

object [6] 48:4 106:5
116:2,4 143:8 239:23

objecting [1] 48:7

objection [5] 7:1 11:24
35:15 36:12 144:12

objections [1] 14:24

obviously [5] 67:1 121:5
144:4 251:13 253:13

occasion [2] 243:14
264:12

occur [3] 195:19 303:3,4

occurred [5] 57:23
113:19 128:10 154:1
176:14 195:16,22 197:4

occurs [1] 153:7

October [61] 28:14,16
44:4 46:14 58:3,16 59:10
60:4,4,9,14 71:12 72:9
80:3 83:17,18 86:7,15,25
86:3,9,10 99:19 100:24
100:25 101:3 102:7 103:2
112:9 113:5,20 114:19
115:15 118:3,11,22
124:20 125:4,9,16,24,25
126:6,13 127:22 128:9
131:23 132:9 137:4

138:17,20,23 148:9
163:14 164:25 165:23
166:15 227:1 265:2 275:2
292:16 317:13

odd [4] 60:17,19 135:20
166:1

off [18] 79:13 94:24 95:8
133:4 245:25 246:9,12
247:1 275:9,11 276:8
285:18 286:17 287:10
288:1 289:4 10 315:9

offer [1] 163:24

offered [1] 232:24

offhand [1] 313:3

office [56] 3:10 9:2,10
16:10 22:18 24:2 45:17
44:5,12 51:17,24 55:9
56:20 62:22 63:17 64:13
64:22 66:15,18 67:19,20
76:14 77:20 78:18 82:5
82:17,25 84:6 88:9 99:4
96:8 126:20 130:7,14,15
148:14 161:8,25 162:2,13
177:11 187:13 198:9
208:9 213:24 249:12
252:25 253:7 259:10
262:8 263:13 301:2,14
302:10,15,17

officer [7] 20:19 115:4
120:3 215:13 226:17
244:17 267:8

officer's [1] 299:4

officers [11] 16:18 45:19
65:23 143:1 206:11
232:22 236:6 277:8
286:13 294:8 298:13

offices [1] 267:8

official [1] 145:19 164:5
198:17 294:24 298:20

official's [1] 74:24

officially [1] 303:13

officials [9] 44:11 56:19
62:21 84:4 89:3 93:1 96:6
98:25 134:9

old [2] 109:23 264:15

older [2] 92:19,21

omissions [1] 77:3

on-camera [1] 14:10

once [1] 320:15

one [89] 6:5 14:22 21:8
26:13 29:6,7 38:9 46:6
48:11,12,16 49:16 53:14
54:22,14 65:8 69:21,21
77:10 85:19,24 90:11
102:10 122:22,23 123:14
129:1,10,14 134:14,15
142:9 147:4 149:23
151:25 152:1 167:20,22
169:11 182:8 184:20
189:25 195:4 199:19
200:19 208:21,22 214:14
221:10,23 222:24 225:10
227:5 234:6,6 238:7 247:6
251:11,11 254:25 256:25
264:1,13,16,20,21,23
265:10:13 266:19 267:2
278:23 281:8 282:2,5
285:14,25 286:3 288:10
290:20 295:20 300:7

308:18 314:7 315:3,6
317:20 321:8

ongoing [2] 114:8 115:21
115:23 137:11 196:14

opened [3] 194:21 195:5
293:7

openness [1] 288:13

operated [1] 243:11

operating [1] 27:1

operation [1] 284:17

operational [2] 230:20
247:9

operationally [1] 230:3

Operations [3] 242:15
242:23 247:10

opinion [5] 137:3 232:5
232:7 239:2 320:1

opportunity [12] 29:25
30:6 33:5 37:10 38:3
41:14,18 154:21 159:15
178:17 265:12 290:6

opposed [3] 134:4 190:3
298:3

opposing [2] 200:9
202:16

OPS [1] 230:9

oral [1] 19:18

order [24] 22:2 28:15
30:16 104:16 137:12
189:2 190:1 218:2 224:25
248:18,19 249:14 263:23
264:2 265:1 266:7,8 282:3
297:22 300:6,8 313:15
317:4 319:8

ordered [1] 21:15 48:25
49:7,23 71:11 158:9
160:15 210:14 212:6
216:23 300:9

ordering [2] 10:1 22:3

orders [21] 104:14,18,20
176:8 189:9 196:23 264:4

organization [10] 14:16
75:2 169:9,12 170:3 208:4
229:15 245:22 285:7
292:10

organizational [1]
245:2

organizations [1]
288:11

organized [2] 112:2
245:10

originally [3] 45:13

ostensibly [1] 85:20

ostracized [1] 299:10

Ostrowski [2] 4:10 76:4

ought [2] 44:24 45:6

outcome [2] 194:8,13

outside [2] 85:22 263:20

over-concerned [1]
105:13

overall [1] 27:20

overtime [1] 194:7

own [1] 75:10 106:3
170:19 188:17 195:21
208:18 249:25 292:11

-P-

P [5] 3:1,1 4:1,1 8:1

p.m [12] 199:24 200:5
255:4,15 289:18,22 315:9
312:15,16 322:7,10:4

page [23] 6:1,3 7:1,3
116:22 122:14,14,15,
123:14 129:1 148:24
149:22 160:22 161:1
190:23 267:20,21 298:25
309:8 311:24 312:15,18
318:20

paged [1] 90:15

pager [1] 116:25

pages [1] 116:17

paid [1] 186:1

paper [2] 70:9 243:8,12

paragraph [24] 129:3
133:6 257:1 290:5,9
291:17,19 293:8 294:21
295:15 297:17,21 299:1
302:13,18 309:8 311:24
312:14 313:11,22 316:20
317:7,23 318:15

paraphrased [1] 318:5

paraphrases [1] 118:7

Pardon [5] 226:6 243:21
277:5 279:24 306:6

parentheses [4] 117:22
118:13,4

parking [1] 25:13

part [14] 44:9 52:18 60:24
109:16 128:20 185:1,8
212:13 269:11 274:24
279:18 293:10 316:19
320:15

partially [1] 117:19

particular [5] 78:11
118:6 241:11 311:3,6

particularly [2] 124:4,6

parties [5] 5:3,7 13:7
18:3 300:25

partner [1] 278:9

parts [1] 92:11

pass [1] 120:16

passed [5] 78:21,21
107:22

past [4] 33:19 79:7 248:9
296:23

path [2] 292:7,15

patrol [1] 279:14

Paul [5] 1:8,17 2:3 5:4 8:9
8:10 12:24 13:5

pay [6] 191:4 225:11,12
227:5 309:16,18

payer [1] 214:5

PD [1] 229:21

Pellegrini [1] 239:16,17

PEMA [4] 241:2,3,21
242:13

pen [6] 243:2,20,24 244:3
244:22 246:10

pending [1] 118:17

Pennsylvania [81] 1:3

Case 1:01-cv-00084-CCC    Document 63    Filed 05/20/2002    Page 408 of 413
APR-26-2002  17:16      SARGENTS COURT REPORTING      814 536 4011  P.14
Multi-Page™                                    people - pursuant

2:9,12 8:23 9:7 12:19,23
16:18 17:11,24 18:23
19:16 20:19 21:8,12 24:17
51:15 65:24 69:22 71:21
72:2 73:8 78:3,19 87:18
87:24 92:16 93:5,7 94:7
95:18 97:19 112:3,8
113:25 115:12,15 118:18
147:8 168:24 170:18
182:3 185:14,16,20 186:5
186:6 189:3,14,21,22,24
190:5 208:10 209:6
215:13 223:3 226:15
227:16 236:9 238:1 241:3
241:6 245:3,9,17 250:15
253:8 262:23 280:11,20
290:22 291:11 294:7
295:8,10 297:7 298:15
304:6 310:14,19

**people** [6] 16:17 18:8
34:19 75:10 93:21 94:3
98:8,18,18 99:24 121:14
142:13 156:25 159:21
169:11,16 170:20 172:16
173:25 188:6 190:5,7,12
195:21 196:2 206:22
253:3 254:13,14 279:17
286:10,11,14

**performing** [1] 241:20
**performs** [1] 244:11
**perhaps** [1] 172:12
**period** [11] 199:13 224:12
225:11,12 227:6 292:1
309:16,18,23 319:4,10
**periodic** [1] 253:10
**periodically** [1] 51:3
**perked** [1] 85:3
**permanent** [1] 239:6
**permission** [2] 36:6
303:1
**person** [2] 63:21 258:4
**personal** [7] 70:21 71:4
277:8 283:4,9 294:24
298:5
**personally** [8] 121:9
158:1 164:4 271:1,22
283:12 312:5,7
**personnel** [25] 26:16,21
27:3,6,25 28:2,7,14 31:18
37:19 38:1,5 40:6,13
51:17 94:10 98:5 115:11
169:14 199:17 214:13
224:25 265:16 275:1
307:25
**phase** [2] 124:24 213:17
214:14
**Phil** [1] 209:11
**Philadelphia** [6] 188:13
188:19 190:10 220:1,8
282:23
**Phoenix** [2] 129:15 130:1
**phone** [14] 8:23 9:17,24
44:25 45:2 55:13,18 99:17
116:23 150:12,12 177:15
293:24 302:22
**phonetic** [18] 15:9 15:25
25:10 29:1 42:24 58:12
64:18 66:24 81:8 110:9
110:17 127:6 198:16

207:16 221:24 273:15
275:13 283:17
**phraseology** [2] 313:13
319:6
**physical** [4] 19:19 22:10
23:10 100:7
**physically** [1] 80:1
**pick** [4] 44:24 55:12,18
182:6
**picked** [2] 45:2 102:10
**picture** [1] 49:18
**piece** [5] 39:9 70:9 202:8
243:8,12
**Pittsburgh** [9] 44:5,23
116:24 151:6 161:8,24
188:20 190:10 231:14
**place** [9] 2:11 12:18 18:5
35:16 157:3 293:2 309:24
311:21
**placed** [3] 152:10 215:20
238:2,5
**Plaintiff** [12] 1:6 2:4 3:6
8:19 12:24 252:13 293:12
293:22 299:24 303:2,6
312:1
**Plaintiff's** [4] 33:6 38:1
39:1 240:7
**plan** [1] 261:17
**planning** [1] 257:13
**plans** [1] 284:11
**play** [1] 278:1
**played** [5] 17:14 169:19
169:22 209:3 213:14
**plead** [5] 62:11 88:7,8
96:1 131:2
**pleading** [4] 150:19
290:12,14,16
**pleads** [1] 88:4
**PNC** [11] 15:16,17,22,23
16:1,14,24 185:12 186:1
188:5 190:8
**point** [39] 44:20,21 50:4
50:9,15,16 51:10 52:1
66:1 74:16,20,24 80:23
82:3 83:7 84:18,20 89:16
90:11 122:13 178:19
179:25 180:9 183:19,23
184:3 195:11 199:12,15
199:18 205:21 218:14
222:8 235:9 250:25 259:8
271:17 276:24 319:24
**pointed** [1] 101:25
**police** [109] 3:18 4:5 9:8
9:15 15:20 16:18 18:11
20:19 25:18 28:12 44:12
45:6 51:16,23 55:11,17
56:20 58:10 64:13 65:8
65:24 69:22 71:21 72:2
73:8 74:10 75:2 78:3,19
82:4,17,25 83:20,25 84:5
85:6,17 86:21 87:25 89:3
92:16 93:2 95:18 96:7
97:19 98:25 99:9,24
111:13 112:8 113:25
115:15 118:14,18 121:22
130:13,23,24 139:24
147:9 168:5 170:15 171:4
176:18 177:11 182:4

185:16,20 186:5,7 189:15
189:21,23,24 190:6 207:2
207:4,21,25 208:5,11
209:6 215:13 226:15
227:16 236:9 238:2 245:3
245:10,17 251:15 253:9
252:24 269:14 279:15
280:12,20 285:11 288:11
288:15 290:22 291:5,11
292:8 294:8 297:8 298:16
310:14,20
**policeman** [1] 18:24
19:16
**Policemen** [2] 93:6,8
**policies** [1] 304:5
**political** [9] 44:7,9 45:4
55:15 166:16,25 298:6,14
298:16
**politics** [3] 73:24 86:23
262:20
**polygraph** [1] 100:4
**pool** [2] 18:4,4
**portion** [1] 202:9
**portrayed** [1] 56:12
**posed** [1] 130:11
**position** [26] 41:21 43:21
53:3 167:4,8 168:1,5
170:13 171:4 232:24
237:8,17 238:6 239:13,20
242:16,21 293:3 295:9
303:23
**positions** [3] 117:17
167:5 168:6 170:14,15,25
171:5 176:17 177:3
269:16
**positive** [3] 14:19 15:5
281:13
**possessed** [1] 67:1
**possibility** [2] 123:18
133:18
**possible** [4] 74:4 98:18
229:10 276:12
**possibly** [4] 40:17 45:10
62:21 306:4
**potential** [4] 24:19 74:1
94:17 298:20
**potentially** [1] 134:10
**powers** [1] 21:23
**PR** [1] 4:12
**practice** [4] 73:1,2 109:6
297:6
**practices** [2] 189:23
298:2
**practicing** [1] 14:8
**pre-October** [1] 127:9
**precautionary** [1]
205:19,21
**precisely** [1] 56:4
**prediction** [1] 183:18
**preface** [1] 118:25
**prefaced** [1] 145:4
147:22
**preliminary** [4] 11:11
11:15,18 239:4
**preparation** [1] 219:1
220:10 278:6

185:16,20 186:5,7 189:15
189:21,23,24 190:6 207:2
207:4,21,25 208:5,11
209:6 215:13 226:15
227:16 236:9 238:2 241:3
245:10,17 251:15 253:9
252:6 269:14 279:15
280:12,20 285:11 288:11
288:15 290:22 291:5,11
292:8 294:8 297:8 298:15
310:14,20

**preparations** [2] 220:25
257:9
**preparatorics** [1] 14:1
**preparatory** [1] 11:6
**prepared** [1] 285:13
**presence** [1] 201:3
**present** [10] 4:10 13:6
43:10 49:23 156:4 182:18
201:6,25 206:11 281:20
**presentation** [2] 205:5
205:10 206:8
**presented** [1] 245:16
**President** [3] 73:18,22
**Preston** [1] 87:4
**pretty** [3] 124:5 129:24
250:7
**prevented** [1] 234:22
**previous** [2] 110:21
196:6
**previously** [1] 226:16
**prides** [1] 288:12
**primarily** [2] 51:1
247:11
**primary** [6] 21:7 47:25
104:5 105:6 164:16 212:7
**principles** [2] 45:21 74:3
**printed** [1] 288:6
**priorities** [1] 251:11
**private** [2] 188:1 189:2
**prized** [1] 208:15
**probability** [4] 83:5
**probable** [20] 73:12
74:12 77:13,22 119:21
120:9,13,20,22 121:5,8
121:17 123:18,21,22
126:14 172:22 270:25
277:21 272:14
**probe** [2] 153:22 154:23
183:20 212:10 216:11
258:19 304:1
**problem** [6] 104:20
145:14 234:12,14 235:1
295:22
**problems** [3] 18:21 99:3
**procedure** [4] 2:5 95:7
290:14 297:24
**procedures** [2] 249:21
311:14
**proceed** [3] 11:13 199:1
303:5
**proceeded** [1] 137:25
**proceedings** [4] 248:8
248:12,14,16
**process** [5] 76:21 175:23
245:20 252:16 263:8
**processes** [1] 245:23
**procured** [1] 57:17
**produced** [2] 33:8 37:11
**product** [1] 253:7
**production** [1] 37:13
**professional** [13] 44:2
80:9 164:4 175:1 213:4
214:24 215:4,24 219:8
237:12 262:22 291:12
292:4

**proficient** [2] 251:5
**program** [1] 214:6
**programs** [2] 205:11
206:12
**prohibited** [1] 1:24
**project** [7] 213:6,18
214:15 223:11 228:13
273:16,20 286:18 288:7
**prolong** [1] 229:6 233:23
234:11 236:20
**prolonging** [1] 234:14
**promote** [1] 232:11,23
**promoted** [2] 220:23
232:8 233:11,13 292:2,6
**promotion** [1] 43:4
**promptly** [2] 316:23
318:23
**proof** [1] 32:17
**proper** [6] 119:15 145:18
145:21 297:23 298:1
304:2
**properly** [2] 143:3,10
312:20
**proposal** [1] 247:2
**proposed** [1] 311:20
**prosecute** [3] 193:23
198:3,5
**prosecution** [2] 193:20
198:7
**prosecutors** [1] 193:19
**prospective** [1] 227:17
**provide** [3] 38:12 259:6
306:7
**provided** [6] 27:14 32:1
34:16,17 253:5 259:3
**provision** [1] 186:9
**PSP** [9] 117:15 194:4,5
250:16 280:17 297:24
298:13 302:1 304:5
**psychological** [1] 100:8
**psychologists** [1]
169:14
**public** [12] 83:11 124:4
139:10 142:23 143:5
164:5 190:2,19 198:17
239:1 240:13 262:7
**Pudleiner** [1] 283:17
**punish** [6] 25:22 58:21
60:1 183:19 226:10
297:22
**punished** [5] 75:6,11
175:19 177:22
**punishing** [1] 75:8
**punitive** [2] 235:19,21
**Purchase** [1] 281:4
**purchased** [1] 281:8
**purport** [1] 275:17
**purports** [5] 265:10,14
265:18
**purpose** [6] 34:16 206:5
282:5,6 300:20 301:15
**purposes** [3] 227:3
249:23 250:6
**pursuant** [2] 2:4 37:12

put [25] 9:24 11:17 56:9
70:9 106:2 107:15 142:24
145:24 146:9 168:6
175:22 186:22,25 213:10
216:1 232:8 235:3 237:7
237:16 243:8,12 277:22
303:19 304:21 305:4
putting [3] 24.24 270:17
287:17

-Q-

qualifications [2]
266:10,20
qualified [3] 98:4 188:7
251:6
quality [2] 251:14,20
quantity [1] 205:1
quarterbacking [1]
121:25
questioned [7] 270:3,13
272:6,12 282:14,18
283:20
questioning [3] 76:22
241:15,23
questions [33] 18:16
36:1 51:7,8 56:2 67:2
68:11 77:10 108:20
138:12 141:9 145:6 153:5
153:6 160:11 165:14,17
168:14,17 178:14 184:11
184:13 197:3 198:23
211:24,25 252:9 256:4
264:23 283:19 321:13
322:3,5
quickly [2] 214:21
312:13
quiet [1] 104:1
quite [5] 52:22 208:15
250:8 290:25 320:24
quote [6] 26:9 45:16,17
59:23,24 62:10 84:3 88:4
88:6 127:15 133:22,23
293:22 312:19,23 318:22
319:3,6,9
quotes [1] 319:1

-R-

I [5] 3:1 4:1 8:1 266:9,19
R&D [4] 246:15 247:1
249:9,10
R.E. [1] 276:11
race [1] 218:9
rage [2] 293:14,15
raise [1] 8:5 319:12
range [1] 244:24
rank [8] 59:20 62:23,24
78:15 98:5 135:18,22
147:13
ranking [2] 89:3 134:9
ranks [8] 45:5 55:10,17
93:14 118:13 130:23
160:18 292:9
rather [1] 98:12 270:3
RCN [1] 278:21
reach [2] 311:16,17
reached [4] 59:12 85:10

105:8 108:24

310:6

reaches [1] 51:15
reacted [1] 285:11
reaction [1] 44:15
read [46] 106:12 112:15
115:22 117:4,9,11,23,23
117:24 123:5,6 129:9
131:9 132:7 133:9 143:13
150:1,4,5 160:4,7 163:7
167:3 180:12,13,15,17,18
180:20 184:6 191:22
209:13,19 221:14 239:1
265:3 290:5 297:16,20
298:11 305:10 307:3
312:13 313:21,22 315:19
316:15 318:15
reading [5] 58:18 114:6
163:9 166:18 178:7
reads [4] 274:25 299:1
302:13 312:16
ready [2] 11:13 315:25
real [2] 49:17 302:12
realize [4] 39:22 313:25
317:5 321:21
really [15] 14:9 29:15
70:19 71:24 115:16
150:14 161:19 231:17,22
249:16,18 297:2 314:11
reason [22] 48:1,13 60:25
73:6 83:15 95:4 111:10
121:13 142:11 148:21
180:24 205:7 207:17
219:22 220:9 273:1
274:22 286:16,17 305:21
306:3 319:12
reasonable [4] 47:21
55:1,5,6,8 74:11
reasons [11] 21:25 48:11
48:12,17 52:21 71:1 85:19
141:4 155:2 290:7 300:13
reassigned [1] 223:17
237:19,22
receive [4] 24:13 78:3
312:21 318:24
received [7] 23:23 47:6
79:4 145:22 220:15
249:10 274:25
receives [1] 78:6
recently [4] 31:7 117:14
269:13 284:3
reclassified [1] 100:1
recollect [11] 23:6 49:20
82:20 88:24 96:22 158:6
180:24 264:15,16 311:19
314:16
recollection [26] 28:11
51:6 59:10 78:13 89:9,13
89:19 92:10,13 97:10
135:3 140:8 204:20 241:9
241:12,19 263:22 282:7
291:14,25 309:17,22,24
311:6 318:2 321:6
recommend [1] 170:1
recommendation [4]
183:2 230:11 263:4
279:16
recommended [6] 170:6
181:18 182:22 230:23

reconstruct [1] 154:14
reconvene [1] 199:21
record [31] 8:7 10:9 11:18
25:18 33:13 35:16 36:4
37:8 57:8 70:5 116:1
122:6 136:14 144:13
177:8 200:4,5 213:8 239:1
240:4,13 255:9,12 268:15
307:6 315:10,17 316:1,4
316:16 318:16
record's [1] 301:5
recorded [1] 92:11
recording [3] 12:1 132:8
316:17
recordings [2] 157:7,12
redact [1] 319:16
refer [1] 201:16
reference [8] 28:15
266:1,7 291:17 313:8,12
319:14,18
references [2] 307:6
310:5
referred [4] 200:17
269:18 313:1 316:20
referring [12] 14:25
192:5 268:20 277:11
317:23 318:3
reflected [1] 294:10
reflections [1] 103:3
refresh [1] 90:3
refuse [1] 32:24
refusing [1] 41:18
regard [4] 21:18,20 81:18
203:8
regarding [2] 106:9
248:19
regardless [1] 298:17
regards [3] 114:3 125:12
126:24
regular [2] 93:11 112:24
regulation [2] 26:1,3
71:21 72:3,24 80:16,18
175:22 180:6 186:5 212:4
249:7 297:6,12 310:24
312:11,17 313:10,12,15
314:5,7 315:20 316:19
317:4,8,19 318:6 319:4,8
319:21 320:20
regulations [10] 109:9
109:20 174:19 189:15,22
245:18 264:5 310:15,21
311:2
reimbursement [1]
185:9 189:16 190:18
rejoinder [1] 38:13
related [2] 99:16 104:24
relating [1] 115:19
relation [1] 261:24
relationship [1] 277:7
relatives [1] 169:20
relent [1] 233:20
relief [1] 227:17
remember [70] 16:11,13
18:10 52:20 55:19 63:5

82:6,14,16 69:14,21,25
90:5 91:5 100:13 101:17
102:6,14 106:7 120:10
130:16 131:12,17 133:14
133:20 140:9,14 147:3
150:6 152:21 153:3
159:14 170:10,11 181:6
181:10,15,17 182:16
183:6 184:21,25 185:1,5
209:8 229:12 257:4
269:16 270:18,21 272:18
273:8 279:4 280:2,9,10
280:22 281:18 282:1,13
282:15,17 286:5 287:11
294:17 296:8 306:16
308:1,17 313:3
remembered [1] 102:3
remembers [1] 96:5
remotely [1] 150:6
remove [1] 39:25
removed [9] 25:12 26:7
26:8,10,11,12 31:11 39:15
40:12...
rent [1] 189:25
rented [1] 205:25
renting [2] 184:22 206:4
rents [1] 189:8
reorganization [1]
27:21
reorganize [1] 268:23
rep [3] 191:23 192:1,3
repeat [3] 14:5 33:18
38:18
repeatedly [1] 40:5
rephrase [4] 46:2 282:13
replete [1] 301:5
repo [1] 249:14
report [4] 49:25 104:1,3
109:16 112:16 218:12
228:6 316:23
reported [4] 84:7 92:14
198:13 216:12
reporter [8] 2:7 10:5,10
13:13 42:11 274:10,11
307:4
reporting [4] 4:13,17
10:12 12:11 109:7,13
262:6
reports [3] 58:18 115:16
115:22
represent [7] 8:18 9:3
9:16 13:8 31:6 35:12
182:15
representation [3]
35:21 311:25 313:7
representations [3]
171:20 201:12 250:2
representative [6]
39:24 87:6 192:3,14,18
192:19...
Representatives [1]
87:16
represented [3] 138:25
227:11 238:18
representing [3] 31:15
33:12 36:25
reproduction [1] 1:23

Republican [1] 211:1
reputation [2] 250:13
299:5
request [8] 16:24 22:5
23:2,16 26:24 35:18 36:20
37:12 154:20 202:24
266:13 274:24,25 277:3
286:12 307:23 308:15,18
requested [5] 153:20
159:14 205:2,3 266:17
278:3,4 308:8
requesting [2] 203:6
241:20
requests [1] 170:4
require [1] 298:18 301:25
required [1] 249:23
304:4
requirement [1] 252:2
requirements [1] 290:15
requires [1] 234:6
requiring [3] 312:20
318:22,22
research [8] 25:11 208:6
220:6 237:19 247:14,24
248:2 310:5
researched [1] 292:12
reserving [1] 194:12
reside [1] 282:22
resources [2] 182:4
189:25
respect [1] 116:4
respectfully [2] 202:15
303:21
respond [4] 50:3 164:1
244:23 300:15
responded [4] 68:10
282:19 293:10 301:12
responding [1] 174:17
response [20] 38:15 67:5
67:6 77:10 86:10 116:5
130:17 138:11 144:24
145:12,15 165:14 197:2
241:4 268:21 269:23
270:6,11,12 275:24
responsibilities [2]
145:25 173:25
responsibility [17] 44:3
73:17 74:13 80:9 85:23
93:17 175:1 213:4 214:24
215:5,25 219:9 237:12
242:11 247:13 291:15
292:4
responsible [4] 164:5
242:13
rest [5] 26:20 27:5 100:18
117:25 245:21
restraint [1] 94:16
resubmitted [2] 249:8
249:11
result [2] 197:8 243:23
results [4] 137:14,16
184:1 210:4:13 218:10
resumed [2] 76:10 316:3
resuming [1] 200:1
retained [2] 222:6
retaliation [2] 202:9

221:12

**retest** [2] 23:17,20

**retested** [4] 21:17 22:2,4
22:6

**return** [3] 214:23 215:21
224:5

**returned** [4] 219:7 224:9
237:13 309:11

**reveal** [1] 49:8

**revealed** [2] 69:19
191:12

**review** [7] 29:25 30:6
37:10,17 41:14 105:11
125:22 201:21 246:2
247:18,19

**reviewed** [7] 40:6 132:6
162:3 201:2,4 310:15
314:21

**reviewing** [1] 100:12

**Reynolds** [3] 4:3 9:12
9:14 --

**Rick** [55] 61:20,22 81:21
81:22,23,24 82:2,9 84:20
85:7,12 88:2,11 90:1 91:5
91:9 98:22 100:13 102:14
105:16 106:7,25 107:9
109:23,23 110:1 111:1,7
112:5 116:23 118:8
131:25 134:3 142:16
148:21 149:5,9,14 150:10
150:14 152:20 161:12,17
163:20 165:5,8 172:7
193:7,12,22 268:20,25
270:8,9,15

**Rick's** [2] 82:6 194:9

**rid** [1] 143:5

**ride** [1] 280:14

**Ridge** [1] 187:16

**riding** [6] 20:25 21:2,7
21:11 22:23 29:2

**right** [190] 8:5 11:25 14:7
15:5 17:19 24:3,5 27:16
27:24 29:19,22,24 30:11
41:19 50:11,14 54:13 55:5
56:14 57:10,12,25 58:17
59:3,23 60:12,16 61:23
65:21 67:14,21 70:2 72:12
72:13,17,22,24 77:8 79:2
79:6,21 80:25 81:10 82:11
83:8,17,23 85:1 86:17
88:5 89:17 90:14 93:9
94:12 95:2,9 96:11 97:16
97:22 104:3,9,18 107:23
108:1,15,18 109:12,24
110:5 113:25 114:1,19
115:5 117:7,21 118:5,8
119:23 120:7 121:18
122:4,12,16,16 123:13,14
123:23 124:18 126:1
128:13 130:10 131:25
133:5,7 134:3,12,20 138:2
138:18 139:12 141:12
147:5 148:5,24 149:21
151:17 152:13 153:14,25
155:9,12,24 156:10 157:2
157:6,10 159:10 160:8
163:14 167:11,14,19
170:22 171:9,10 173:6,13
173:22 174:20 175:5
178:13 180:22 181:13

168:9,22:12 193:18,18
195:2 197:10,16,22 198:2
200:7 207:12,21 208:2
213:2 216:24 218:16
221:4 231:16 232:13 234:5
236:9,15 237:5 241:16
243:5 251:18,22 252:10
259:24 265:12,16,20
266:2,5,10,14 268:6,9
276:25 277:17 281:21
282:10,19 283:22 284:19
286:23 287:7 288:13,16
289:15 294:16 299:24
302:23 305:13 307:13
312:10 320:4

**rights** [6] 180:12,14,16
180:17,18,20

**rising** [1] 290:21

**RNC** [3] 277:23 278:7

**roads** [1] 284:4

**Robert** [1] 275:12

**rode** [1] 23:5

**role** [5] 17:14 101:16
169:19,22 209:3 213:14
278:1

**Ron** [1] 273:14

**room** [12] 8:15 85:4 90:8
91:16 184:23 189:8,25
205:25 206:4 289:5,6,12

**rooms** [1] 289:14

**roughly** [2] 214:5,7

**route** [2] 37:10 244:18

**routed** [1] 265:15

**rude** [2] 142:7,10

**rule** [7] 105:5 109:11,12
175:21 313:15 317:14
319:8

**rules** [10] 2:5 12:6 68:15
105:9,19 174:18 181:5
290:12,13 304:5

**run** [5] 24:19 166:12,14
166:16 290:18

**—S—**

**S** [3] 3:1 4:1 8:1

**SAC** [14] 44:23 45:6,8
55:11 61:19 77:19 84:7
94:2 107:7,8 116:24 119:1
121:1 168:8

**SAC's** [1] 268:21

**safely** [1] 13:25

**safety** [2] 253:17,19

**San** [3] 279:5,14 280:3

**Sargent's** [4] 4:16 10:12
12:11 --

**sat** [5] 10:24 43:19 53:6
84:15 90:8 198:18 261:7
276:20 287:5

**Saturday** [1] 204:9

**save** [1] 168:18

**saved** [2] 188:14 249:25

**saw** [2] 311:18

**says** [5] 88:2 117:9,18
117:20 123:4 129:2,4,4
129:12 130:16 133:9
140:15 147:11,25 150:18

152:16 154:24 161:4,9
163:6,9,16 164:8 165:15
165:17,18,19 166:25
171:15 186:6 191:1,19,21
195:3,8 256:25 266:1,12
266:19 268:7 269:11
290:19 291:6 292:6
294:21 295:5 302:18
306:21 308:4 312:2 313:9
313:12 314:3,5,19 316:22
318:6,6,18

**scale** [3] 66:5 204:24
206:9

**scenario** [2] 77:15 113:2

**schedule** [3] 34:21 138:1
244:23

**scheme** [1] 58:7

**school** [2] 28:12 206:14

**screw** [1] 84:19

**screwed** [2] 82:12 85:11

**Seattle** [7] 229:13,21
230:7 231:9,12 285:6,12

**second** [21] 8:21 41:25
54:1 103:16 122:14,14,15
122:20 136:18 153:14
155:13,17 162:17 178:11
190:21 267:25 274:5
275:25 276:2 301:21
315:3

**secondary** [1] 251:18

**seconds** [1] 154:12

**secretary** [3] 244:8,16
248:1

**Section** [1] 316:17

**secured** [1] 302:25

**security** [1] 16:25

**see** [27] 16:16 32:15 34:7
43:15 89:7 93:3 111:22
122:19,25 124:16 131:9
132:21 133:16 138:9
152:14 190:24 191:16
195:9 196:24,25 226:24
234:2 270:7,9 275:24
276:22 315:2

**seeing** [2] 247:3 311:20

**seeking** [1] 227:16

**seen** [2] 47:20 131:25

**sees** [1] 252:13

**selected** [2] 263:2,3

**selection** [1] 213:16

**selling** [5] 58:7 111:24
117:16 176:17 177:2
269:15

**Senator** [4] 87:3 124:21
162:11 166:2

**Senators** [1] 87:15

**send** [6] 24:14 199:18
226:1 234:20 247:3
257:12,18 301:23

**sending** [1] 235:4

**sense** [5] 108:6 168:20
169:5

**sensitive** [1] 263:14

**sensitivity** [1] 198:15

**sent** [9] 22:15 28:13 220:7
227:6 232:16 233:11

249:8,14 53:24

**sentence** [16] 106:2
117:8,10 152:15,16
161:20 168:15 267:25
268:1 302:11

**separate** [2] 114:14
207:24

**September** [7] 44:3
60:14 99:18 127:21
290:19 291:9 317:13

**sequenced** [1] 154:17

**sequences** [1] 252:20

**Sergeant** [3] 111:21

**series** [2] 42:1 252:9

**service** [3] 4:17 12:12
206:11

**Services** [6] 2:11 12:17
31:22 215:5 217:15 225:5

**serving** [1] 241:10

**set** [7] 165:22,24 166:2,7
166:9,15 251:22

**settle** [2] 229:4 233:21

**settled** [10] 233:22
236:23 237:1,2,3 238:20
239:5,7 240:3,5

**settlement** [1] 229:3

**settling** [1] 234:25

**seven** [1] 123:3

**several** [3] 15:24 281:7
284:16

**severe** [1] 18:20

**shall** [1] 316:22

**share** [2] 50:19 97:22
122:11

**shared** [1] 57:14

**Sharon** [2] 247:23,24

**sheets** [1] 149:17

**shirts** [2] 243:18,22

**short** [9] 75:25 136:11
199:22 224:12 228:8
255:7 289:20 315:14

**shorten** [1] 288:21

**shortly** [5] 43:20 46:12
53:2,5 158:11

**should've** [1] 272:17

**show** [5] 36:4 116:11
123:12 255:12 298:13

**showed** [2] 123:12
255:19

**showing** [1] 105:25

**shown** [1] 28:23

**shunned** [1] 299:8

**shut** [1] 289:9

**shutting** [1] 289:4

**sic** [1] 182:21

**sick** [1] 14:3

**sign** [4] 246:3 247:1
248:17,18

**signal** [1] 301:23

**signature** [3] 243:5,13
254:1

**signatures** [1] 264:14

**signed** [9] 243:15 245:25
246:9,12 249:13 264:2,5

276:8,20

**significance** [3] 85:13
130:3 208:9

**significant** [5] 46:19,20
53:8 72:8 218:13

**significantly** [1] 46:18

**signing** [1] 263:23

**signs** [2] 243:4,9

**silly** [1] 57:7

**similar** [1] 220:13

**simply** [2] 295:2 298:22

**sin** [1] 172:17

**single** [1] 190:14

**singular** [1] 176:12

**sit** [17] 53:18 56:1,16
89:13 90:2 96:12 135:2
175:12 227:19,25 249:15
253:24 254:2 261:13,15
261:17 289:13

**sites** [1] 214:10

**sitting** [6] 85:1,4 102:2
121:12 174:4 276:18

**situation** [9] 20:7 23:18
73:25 173:21 176:15
177:1 189:7 229:20 231:5

**situations** [2] 189:20
190:16

**six** [3] 16:4 37:16 123:2

**Sixth** [1] 8:22

**size** [1] 205:6

**skill** [1] 293:4

**slap** [1] 225:20

**slash** [1] 276:10

**smear** [1] 264:13

**smeared** [3] 76:16 243:19
243:23

**so-called** [1] 311:21

**society** [1] 172:16

**sold** [1] 207:18

**Solomon** [10] 4:14 11:8
11:20 12:8,10 13:12
136:12 255:8 315:8 322:6

**solve** [1] 234:25

**someone** [10] 33:19
40:24 41:5 58:9 74:1
83:21,24 85:15,16 86:20
87:9 99:6,8 218:25 263:20
267:3 301:1,13

**someplace** [1] 280:4

**sometime** [10] 58:15
60:8 86:2 131:11 212:20
212:25 216:23 218:19
232:15 308:11

**sometimes** [3] 96:19
120:17 249:24

**somewhere** [8] 25:14
28:8 78:5 223:17 280:8
289:7,8,12

**son** [1] 170:8

**sons** [1] 169:20

**soon** [5] 30:4 46:25
229:10 254:20 285:3

**sorry** [34] 33:24,25 39:20
79:12,13 80:17 91:7 93:3
105:22 107:14 111:2

Multi-Page™

sort - through

131:9 134:15 150:5 153:8
153:9,10 157:22 160:17
160:19 193:11 194:12
220:16 225:17 241:9
242:3 249:24 276:20
291:14,20 306:24 307:9
307:10 320:13

**sort** [13] 14:11 49:14
52:20 59:19 120:15
154:12 172:13 187:25
188:9 195:9 272:8 286:24
295:9

**sought** [1] 294:23

**sound** [5] 8:14 55:1,5,6,8

**sounds** [1] 129:24 187:24

**source** [2] 102:3 191:23
192:1

**Southern** [1] 279:21

**southwestern** [1]
168:24

**SP** [3] 167:2,5 170:14

**spark** [1] 130:17

**speak** [5] 43:25 50:15
154:21 286:25 309:6

**speakerphone** [1] 91:19

**speaks** [1] 314:8

**special** [13] 28:15 61:21
75:8 95:20,22 129:6 164:8
191:8 205:4 206:7 265:1
266:7,8

**specialize** [1] 188:2

**specific** [4] 49:5 131:15
131:18 281:3

**specifically** [1] 134:2

**specify** [1] 9:25

**speculate** [4] 168:9,12
230:17 305:23

**spending** [2] 189:11,13

**spent** [1] 37:15

**spirit** [1] 297:25

**spoke** [4] 50:16 60:15
91:9 307:22

**square** [2] 291:13,24

**squiggly** [1] 132:24

**staff** [13] 26:25 28:12
43:23 159:22 247:10
253:19 254:13,13 263:5
295:9,11,13,14

**stage** [1] 250:4

**standard** [1] 272:16

**standards** [4] 114:13
250:18 251:4,22

**standing** [2] 218:1 299:4

**standpoint** [2] 242:11
242:12

**Stanton** [31] 83:8,11
99:16,21,22 111:19,23
113:8 114:10,12 115:1,24
129:25 136:23 137:11,23
137:24 167:6,10 170:16
170:17,24 171:3 191:1
192:11 194:14 196:18
197:7 198:4,20,21

**Stanton's** [4] 110:10
176:13,23 197:12

**star** [1] 290:21

**start** [1] 123:16

**started** [4] 46:25 53:1
133:2 145:5

**starts** [1] 171:14

**state** [145] 3:18 4:5 8:6
9:15,17 11:12 13:6 15:19
16:18 18:11,24 19:16
20:19 21:9,13 25:17 44:11
45:5 51:15,23 55:11,13
55:17 56:19 58:9 64:12
65:8,24 69:22 71:21 72:2
78:3,19 82:4,16,24 83:20
83:25 84:5 85:6,17 86:24
87:2,2,5,15,16,18,24 99:3
92:16 93:2,5,7,21 94:7
95:18 96:7 97:19 98:25
99:9,24 111:13 112:8
113:25 115:15 118:14,18
121:22 124:21 130:13,22
130:24 139:24 144:12
147:8 162:11 168:5
169:20,21 170:8,9,14
171:4 176:17 177:10
182:4 185:13,16,20 186:5
186:6 189:14,15,11 209:6
190:6,9 192:3 207:2,3,21
207:24 208:1,5,11 209:6
215:13 226:15 227:16
231:12,15,16 236:9 238:2
245:3,10,17 251:14 253:9
262:23 269:13 280:11,20
283:22 284:1,2,8 285:8
285:11 288:10,15 290:22
291:5,11 292:8 294:8
297:7 298:15 310:14,19

**statement** [15] 77:24
82:14 99:6 106:11 112:12
119:2 135:25 150:25
154:8,9 158:8 166:18
191:22 254:17 268:17

**statements** [2] 160:5,8

**states** [9] 1:1 12:21 73:19
73:23 80:16 86:18 142:24
229:15 304:7

**statey** [1] 194:20 195:1,3

**stating** [1] 181:16

**stationed** [1] 168:23

**status** [1] 100:2,3

**statutes** [1] 93:18

**STD** [1] 306:20

**stenographer** [4] 9:22
289:2 315:25 316:6

**stenographic** [1] 10:1

**stepping** [1] 85:22

**still** [10] 33:16 50:12
149:22 157:20 233:11
235:11 237:4 273:24
284:6 320:3

**stipulate** [1] 317:17

**stop** [2] 63:12 144:10

**stopped** [1] 133:3

**straightened** [2] 155:13
160:19

**strange** [1] 39:12

**strangely** [1] 57:13

**strect** [4] 3:4,11 8:22
55:12

**strike** [7] 69:10 92:12
144:21 282:11 303:17
315:23 316:2

**strong** [3] 73:17 74:11
77:22 119:21 121:4

**strongly** [2] 152:2 215:1

**struck** [1] 135:20

**structure** [1] 245:2

**structured** [1] 147:9

**stuff** [8] 87:20 174:2
177:17,19 188:16 192:22
269:9,11

**subject** [21] 117:15
133:12 140:15,19,25
141:15 143:16 147:23
149:23 156:7,12 172:11
265:11 266:14 268:2,22
269:14,21 313:10,12
319:4

**subjected** [2] 299:9,25

**subperformer** [1] 291:2

**subsection** [12] 248:20
249:22 250:4 252:1,4,14
252:21 254:7,15 266:4,6
316:18

**subsequent** [2] 76:25
294:21

**subservience** [1] 298:5

**substantially** [1] 113:8

**such** [8] 39:2 190:16
225:9 263:13 299:2 303:6
304:4

**suggest** [1] 199:11

**suggesting** [5] 58:12
276:5,7 278:14 319:17

**Suhy** [5] 91:23 161:16
166:21,21,22

**sum** [5] 15:25 266:9,19

**superintendent** [2]
74:19 75:1

**superintendent's** [1]
74:22

**supernatural** [1] 57:10

**supervisor** [8] 77:11
109:8,14,17 166:19
312:21 316:23 318:24

**supply** [1] 84:13

**supporter** [2] 262:18,19

**supporting** [1] 87:22

**supportive** [1] 298:1

**supposed** [1] 186:7

**supposedly** [3] 57:20
57:20 201:7

**surfaced** [1] 162:20
163:18 196:7

**surfaces** [1] 164:9

**surprise** [1] 139:4

**surrounding** [8] 64:21
73:25 108:14,16,17 113:4
115:10 295:21

**suspect** [4] 60:22 65:4
71:19 296:20

**suspected** [6] 60:24 61:3
61:7 126:11 139:11,12
176:12 233:8 236:11
257:6

**suspecting** [1] 187:19

**suspend** [7] 32:16 75:19
136:9,9 254:25 255:5
315:6

**suspending** [3] 75:24
289:19 315:13

**suspicion** [2] 301:3,15

**SVT** [1] 204:25

**swimming** [5] 18:3,4,5
281:15,16

**sworn** [3] 8:10 10:18

**Syndi** [3] 3:8 9:1 13:22
288:24 321:13

**system** [5] 172:5 179:23
180:5 214:1 273:18

**systemic** [10] 169:9,10
172:3 173:4,20,24 176:15
176:25 177:7 194:15

**systems** [1] 213:17

- T -

**T'D** [1] 4:1

**takes** [1] 103:6

**taking** [2] 24:24 41:21

**talks** [1] 279:11

**tape** [12] 84:16 85:5,7
86:6 100:19 101:4 136:13
136:18 148:9 201:14
255:10,16

**taped** [2] 87:10 159:6

**tapes** [8] 136:9 159:9,15
159:19,25 160:2 191:17
255:6

**target** [10] 94:20 95:1,11
95:12,14 271:24 298:19
298:20 301:2,14

**targets** [3] 94:16,17 174:1

**task** [1] 261:8

**tax** [1] 214:4

**taxpayer** [1] 189:13

**taxpayer's** [1] 189:11
189:12

**taxpayers** [2] 17:17
189:12

**teach** [1] 226:4,7

**team** [6] 16:17,21 17:3
213:15,25 279:17

**teams** [5] 15:20 185:11
189:2 190:4 213:23

**Tech** [2] 2:10 12:17

**technical** [1] 313:25

**techniques** [1] 14:11

**Technology** [6] 2:10
12:16 31:21 213:5 217:14
225:4

**telephone** [4] 62:8 182:6
214:11,12

**telling** [12] 46:12 62:14
75:13,14 80:23 81:22
84:10 85:2,12 121:19
125:20 138:2 144:19,23
146:6 161:12 173:16
176:12 233:8 236:11
257:6

**tells** [3] 60:11 82:2
321:17

**temporary** [1] 240:8

**ten** [1] 289:3

**tends** [3] 316:25 318:8
321:4

**term** [19] 45:17 51:20
55:20 59:23 61:12 102:8
104:6 120:8 133:23 135:6
135:13,22,22 136:25
136:8 148:11,14 157:21
302:3

**termed** [1] 108:12

**terms** [8] 80:7 189:11,20
236:6,8 275:23 310:13

**terrorism** [1] 187:19

**test** [4] 23:12,13 24:4,12

**testified** [11] 67:23 96:19
101:24 109:1,2 140:9
177:4 183:5,8 212:2 224:3
229:24 230:24 234:3
259:13 281:23 282:1
285:22

**testify** [4] 8:11 110:8
144:3,7

**testifying** [7] 110:24
152:9 172:6 210:23 279:5
282:7 285:23

**testimony** [19] 17:2 37:2
137:20 142:12 182:17
198:10 216:19 224:2
238:3 241:14,17 259:2,11
292:4 295:2 296:9 305:6
319:17

**testing** [3] 22:10 23:10
92:7 100:7 150:8

**tests** [1] 19:20

**thank** [17] 8:13 10:16
13:17,18,21,21 20:6 42:14
76:12 77:8 107:13 149:21
171:7 291:22 301:21
321:19,24

**Thanks** [2] 30:9 273:13

**themselves** [3] 45:20
47:23 309:7

**thinking** [4] 47:9 53:4
53:16 154:6

**third** [6] 53:21,23 54:1
131:8 150:2 317:3

**Thomas** [3] 1:9 12:25
275:21

**thought** [26] 68:21 69:9
70:17 71:22 72:5,6 96:18
96:19 105:12,14 140:2
172:1 178:12 198:25
212:4,17 213:11 240:25
279:1 281:23 282:1
309:19 314:3,4,17,18,19
319:20

**thoughts** [4] 76:24 77:1
107:21 230:25

**thousands** [1] 167:23

**three** [16] 6:9 122:23
155:5 194:23 246:1,11,21
246:21,22 249:5 254:13
255:10 256:25 274:13,15
293:5

**threshold** [1] 124:3

**through** [18] 10:23,25
11:5 19:17 42:23 100:4,6

122:17 169:12 172:4
204:15 234:23 241:22
248:16 249:21 259:11
290:4 311:13
**throughout** [2] 206:13
311:8
**tight** [1] 227:25
**times** [11] 14:2 39:25
120:8 202:18,23 237:25
238:5 242:18 293:10
293:18 313:2
**tip** [2] 94:24 95:2
**Today's** [1] 12:12
36:23 37:3 38:8 56:1,16
76:6 88:25 89:13 90:2
108:13 120:4 135:3
152:10 174:13 198:10
203:4 216:19 227:19
249:15 259:13 296:9
321:21
**Today's** [1] 12:12
**together** [8] 84:16 179:13
186:22,25 261:4 278:21
287:13,14
**Tom** [1] 179:10
**tomorrow** [4] 203:15,19
204:2 294:1
**tonight** [3] 203:13,22
293:24
**too** [4] 51:2 60:18 184:18
286:18
**took** [12] 22:13 30:14
40:22,25 41:5,6 48:21
139:13 147:12 154:11
158:24 166:12,14,16
167:19 193:21 269:4,8
270:1 287:25 309:2
311:21
**top** [9] 116:22 121:14,15
166:23 251:11,12,16,24
254:13
**total** [1] 205:2
**totally** [2] 116:20 239:24
**touch** [1] 10:4
**towards** [1] 302:14
**traces** [1] 243:13
**tracking** [2] 306:1,2
**Trade** [2] 229:14 285:7
**trading** [1] 127:3
**training** [4] 43:18 265:11
266:14 275:16
**transcript** [1] 1:23 86:9
132:7
**transfer** [5] 15:21 224:11
235:18 277:4 283:9
**transferred** [9] 45:7,9
151:9,11 220:20,24
234:10 278:22 293:25
**transferring** [1] 257:2
258:9 309:13
**transport** [2] 17:1 188:15
**Transue** [19] 219:24
237:15,18 277:12,19,20
277:22,22 278:8,20
282:25 283:10
**Transue's** [1] 219:25
**treated** [2] 219:23,24

**treatment** [1] 220:14
**tremendously** [1] 14:19
**trial** [1] 175:11
**tried** [1] 117:3
**trip** [1] 154:15
**troop** [6] 93:25 167:16,21
168:21,21 309:13
**trooper** [26] 18:19 19:4
21:9 69:21,22 93:12 99:21
111:22 115:4 117:17
127:15 128:4 131:15,18
139:18 167:6,10,13
168:20,25 170:8,9,18,24
171:3 269:15
**troopers** [10] 21:13 24:17
94:8 167:20 169:21,21
251:17,19 277:7 286:15
**troops** [1] 220:11
**truc** [9] 63:3 171:11,12
188:17 211:13 294:6
295:5,11 299:6
**trust** [13] 45:19 65:12,14
65:17,19,23 66:5 81:10
81:13 97:18 161:16
195:21
**trusted** [1] 66:2
**trustworthy** [1] 66:7
**truth** [2] 62:15 178:5
**try** [13] 22:1 74:4 95:16
117:11 120:14 142:9,9
154:14,16 160:18 204:13
204:15 301:17
**trying** [11] 17:20 108:7
144:3,6 154:12,15 169:25
170:7 174:4 258:2 314:1
**turn** [2] 159:21 191:17
**turned** [2] 159:20 171:8
**Turnpike** [1] 17:11
**twelve** [1] 150:11
**two** [43] 6:8 21:7 43:10
47:8,9,10 51:5 52:9,13
53:16,16,17 66:11 113:12
114:20 116:12,14,15
122:23 127:23 128:12
129:2 133:6,6 134:8,10
136:14 138:7 140:15
141:9 148:24 151:25
152:1 182:10,23 183:2
185:11 189:19 190:2,4,15
190:23,23 194:21,23,25
195:4,6 196:24 221:23
222:24 225:13,14 227:5
256:25 267:17 286:4
289:14 294:7 295:20
300:13 309:18 313:19
**type** [7] 28:5 77:15
115:16 183:9,10 217:19
277:9
**typewriter** [2] 207:10
207:14
**typewritten** [1] 265:23

**-U-**

**U.S** [1] 198:8
**uncomfortable** [1]
321:22
**under** [24] 12:6 68:14

71:1 74:5 162:17 164:14
167:14,17,23 196:23
211:6 217:15 242:14
247:8,14 253:25 267:23
267:25 290:13,13 298:24
301:3,14 316:16
**undercover** [1] ...23
**underlined** [1] 313:9,14
319:2,7
**underneath** [1] 133:1
194:4,5 265:25 268:6
**undersigned** [1] 1:13
**understand** [34] 14:6
25:9 34:9 41:20 49:15
50:13 75:15 93:4 117:8
123:20 137:5,7 164:2,6
170:2 192:2,16 197:5
234:2,3,5,7,24 235:11,12
235:13 268:19 270:2
271:8,15,18 294:4 303:22
308:10
**understandable** [1]
158:5
**understood** [3] 269:2
271:4 272:22
**underway** [1] 198:22
**unfair** [1] 314:1
**unfairness** [2] 22:8,9
**unfounded** [5] 47:8
69:15 127:13 128:2
139:16
**unidentified** [1] 95:14
**uniformity** [2] 22:9 23:9
**unilaterally** [1] 47:18
**United** [6] 1:1 12:21
73:19,23 142:24 304:6
**unjumble** [1] 153:16
**unlawful** [3] 299:25
300:13 302:1
**unless** [3] 20:20 73:11
77:12 95:4 119:20 120:8
120:20,22 270:24 271:19
272:9,14 317:8
**unpolitical** [1] 96:17
**unquote** [1] 312:23
**untrue** [1] 298:22,23
**unwritten** [1] 302:3
**up** [71] 36:14 44:24 45:2
46:22 55:12,18 61:14 66:1
77:5 78:17 81:16 82:12
83:14 84:9,10,11,19,19
85:3,11 102:6 128:22,22
131:23 136:21 137:21
148:19 149:15,19 154:15
160:11 161:4 162:23
163:1 167:18,25 169:4,11
172:1,4 178:18 181:2,23
182:5,6,11 188:13 203:18
213:20 219:4 226:24
231:18 249:7 250:17
257:8 258:2,18 269:10
276:5 280:25 283:22,25
284:2,7 288:7,21 292:16
293:7 302:18 312:12
314:22
**upper** [1] 51:14 .
**ups** [5] 58:15 74:10 78:15
82:4 118:18

**upset** [12] 48:1 52:11,15
65:20 152:22,23 155:1
164:2 165:2 233:16
293:19 297:18
**used** [36] 17:8 18:12
45:17 51:25 59:24 61:12
62:7 82:23 97:21 120:7
130:19 133:23 133:25
146:17 148:10,11,15
157:21 158:13 184:16
185:17,21,25 186:7 187:4
205:4,9,15 206:7,10 253:1
253:2,3 293:18 318:22
319:5
**uses** [2] 313:13 319:5
**using** [2] 181:4 189:24
**usually** [1] 162:4

**-V-**

**vacancies** [1] 238:14
**vacancy** [2] 293:6
**various** [2] 292:9 293:18
**vault** [2] 26:20 27:5
**vehicle** [3] 185:16 205:6
206:9
**vehicles** [5] 185:20 188:8
190:6 205:15 206:21
**verbiage** [4] 168:6
293:19 313:5 321:3
**verify** [1] 24:12
**versa** [1] 66:8
**version** [1] 317:18
**versus** [1] 12:24
**vest** [2] 49:25 78:25
**vice** [1] 66:8
**vicinity** [1] 16:3
**VIDEO** [1] 200:5
**VIDEOGRAPHER**
[18] 4:12,15 8:3,12 10:19
75:21 76:7 136:1,6,15
200:3 255:3,14 289:17,21
315:17,15 322:9
**videotape** [1] 58:4
**VIDEOTAPED** [1]
1:16 2:1
**view** [9] 33:5 74:17,20,24
165:4 168:14 180:9
205:21 209:16
**viewpoints** [1] 230:19
**violate** [3] 25:25 26:3
72:23
**violated** [29] 71:20 72:2
72:25 105:3,5 109:9,11
174:14,18 175:17,18
180:6 212:4 297:6 312:24
313:14 314:4 317:3 318:9
319:2,7,20,21 320:3,10
320:20,24 321:2,4
**violating** [3] 85:21 93:21
105:2
**violation** [10] 109:4,4,5
109:7,19 174:22 175:21
197:13 261:25 297:11
**virtue** [1] 298:9
**voice** [1] 213:20
**voluntary** [1] 68:14

**vote** [3] 87:16 223:14
**votes** [2] 87:22 127:3
**vs** [1] 1:7

**-W-**

**w/David** [1] 132:14
**w/information** [1]
123:19
**wait** [3] 63:23 268:4
276:1
**waiting** [1] 316:5
**Walp** [5] 221:23,25 222:1
222:5 292:23
**wanting** [3] 28:11 251:3
**wants** [2] 287:22 288:24
**war** [2] 320:16,18
**warehouse** [1] 188:12
**warning** [1] 134:25
**Washington** [19] 218:16
221:17 222:21 223:3
227:7 228:2,21,24 229:1
230:7 233:12 242:1,4,7
283:25 284:7,19,20
309:14
**wasting** [2] 11:4 182:3
**water** [1] 255:2
**Wednesday** [1] 2:13
**wee** [1] 213:20
**week** [12] 67:10,11,14,19
67:21,25 68:9,9,12 210:21
212:21 225:8
**weekly** [3] 218:12 253:10
253:21
**weeks** [17] 47:8,9,10 52:9
52:13 53:16,17,17 57:23
58:23 127:25 128:12
204:10 225:13,14 227:5
309:18
**weigh** [1] 120:17
**welcome** [2] 305:10
321:25
**Wells** [1] 190:12
**Wertz** [20] 127:6 158:13
159:4 160:18 180:2,25
181:8,19 182:21,22 184:1
184:10 210:15 277:3
278:1 279:22 280:7
282:24 283:4,8
**Wescott** [33] 1:11 13:1
17:13 155:23 156:21
179:2,4,25 181:11,15,21
182:2,9,11 183:1 218:24
223:1 226:23 229:8,19
230:9,16 236:4 241:24
242:12,16,20 277:25
279:4 280:6 285:2,5 303:8
**Wescott's** [8] 181:1
230:10 231:20 232:1,4,6
241:14 281:20
**west** [2] 15:20 280:7
**western** [5] 16:21 111:18
112:2 115:12 170:18
**wet** [3] 231:5
**What'd** [1] 105:19
**whatnot** [1] 120:18

SARGENT'S COURT REPORTING

**Multi-Page™**

814 536 4011    P.19

whatsoever - Zipinka

whatsoever [1] 37:23
Where'd [2] 133:24
134:4
wherever [1] 28:2
whichever [1] 53:14
who'd [1] 163:20
whole [4] 108:16,17
168:13 254:4
wide [1] 244:24
Williams [24] 82:21 85:2
102:4 127:5 158:8,12
159:4 160:16,17 180:2,25
181:8,12,18 182:22
183:25 184:10 195:8,15
196:9 199:5 210:15
226:24 305:5
Wilt [1] 273:14
win [2] 234:19,20
wire [2] 57:16 121:2
wise [4] 68:5 230:4,4,5
wishes [1] 233:12
withdraw [1] 282:10
withdrawal [1] 282:12
within [4] 67:14 79:21
96:7 248:9
without [10] 1:24 92:18
94:5 105:25 150:14,17
169:2 187:13,16 247:3
witness [5] 5:4 10:17
13:4 28:23 321:22
witnesses [2] 21:22
67:17
woman [1] 19:11
won [1] 238:19
wondering [1] 281:17
Woolly [10] 66:24 259:23
260:2,5,18,20,23 261:9
262:8 263:12
word [23] 86:11 97:20
101:20,25 102:4 117:24
129:13 131:10,10 132:13
133:10 158:14 162:23
163:1 168:4 190:24 312:7
313:8,13,17 317:2,3
319:10
wording [1] 319:23
words [22] 26:8 52:11
58:22 62:6 82:22 97:14
130:18 131:4 146:17
166:12,13 225:6 234:7,17
236:25 237:2 238:21
271:7,9,22 313:5 319:6
worked [1] 250:8
worksheet [2] 308:6,15
world [3] 202:3 229:14
285:7
worse [1] 320:16
worth [1] 269:3
would've [3] 214:9
219:16 222:22
wrangling [1] 235:7
write [4] 105:19 133:2
146:18 221:11
writing [4] 215:20 216:2
267:10,12

written [2] 19:18 163:2
wrong [13] 74:6 93:20
108:22 117:12 121:16
145:24 158:19 170:5
270:23 296:21 297:5,13
315:4
wrongdoing [2] 74:2
124:17
wrote [2] 209:11 318:4

- X -

X [2] 5:1 104:16

- Y -

Y [1] 104:17
year [7] 85:8 110:1,2
248:10 264:15 278:23,24
279:1
years [8] 15:24 17:25
120:6 129:10,15 194:22
195:6 281:7
yesterday [2] 67:3 285:1
yet [3] 164:12 233:10
yield [3] 20:18 197:2
198:22
young [14] 22:15,20 24:4
132:17 220:14,18,23
232:8,9,12 233:9,9 264:19
282:22
yourself [4] 10:9 39:15
108:13 178:22
Yu [1] 238:19

- Z -

Zipinka [16] 219:1
220:24 229:7 230:14
231:8,17,22,24 232:2
233:1,25 235:5 257:13,19
284:21,24