

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER, | : | |
|     Plaintiff | : | NO. 1:CV-01-0084 |
| | : | (Judge Caldwell) |
| v. | : | CIVIL ACTION - LAW |
| | : | |
| PAUL EVANKO, MARK CAMPBELL, | : | JURY TRIAL DEMANDED |
| THOMAS COURY, JOSEPH WESTCOTT, | : | |
| HAWTHORNE CONLEY, | : | |
|     Defendants | : | |

## ORDER

AND NOW, this 29th day of May, 2002, defendants' request for an extension of time is granted, and defendants are given an additional 10 days to respond to the Plaintiff's Concise Statement of Undisputed Material Facts and Affidavit of Darrell Ober and Plaintiff's Brief in Support of His Motion for Summary Judgment.

BY THE COURT:

_William W. Caldwell_
Caldwell, J.

