IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL G. OBER** | ) | CIVIL ACTION LAW |
| | ) | |
| **Plaintiff** | ) | |
| | ) | NO. 1-01-CV-84 |
| VS. | ) | |
| | ) | |
| **PAUL EVANKO ET. AL.** | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| **Defendants** | ) | (JUDGE CALDWELL) |

## PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME

1.) Defendants filed their Motion for Summary Judgment on or about May 20, 2002. Plaintiff received their Motion on or about Wednesday, May 22, 2002.

2.) The amount of material to be reviewed is massive.

3.) This court has already granted defendants a 10-day enlargement of time.

4.) Plaintiffs response to defendants Motion for Summary Judgment would normally be due on June 7, 2002.

5.) Plaintiff respectfully requests an enlargement until Tuesday, June 11, 2002 to respond. And enlargement of two work days and a total of 4 days.

**WHEREFORE** this Court is respectfully requested to grant plaintiffs their enlargement of time until June 11, 2002 to respond to defendants Summary Judgment Motion.

Respectfully Submitted,

Don Bailey Esquire
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

June 5, 2002

**CONCURRENCE/NON CONCURRENCE**

Defendants counsel Joanna Reynolds was contacted and unavailable.

                                                 Respectfully submitted,

                                                 Don Bailey Esquire
                                                 4311 N. 6th Street
                                                 Harrisburg, PA 17110
                                                 (717) 221-9500

June 5, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER | ) | CIVIL ACTION LAW |
| | ) | |
| Plaintiff | ) | |
| | ) | 1:CV-01-0084 |
| vs. | ) | |
| | ) | (JUDGE CALDWELL) |
| PAUL EVANKO, MARK | ) | |
| CAMPBELL, THOMAS COURY, | ) | JURY TRIAL DEMANDED |
| JOSEPH WESTCOTT, | ) | |
| HAWTHORNE CONLEY | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this <sup>5TH DAY OF JUNE 2002</sup> true and correct copy of the **PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME** was served upon the following counsel of record by United States Mail, postage prepaid:

**BARBARA CHRISTIE ESQ.**
**JOANNA REYNOLDS, ESQ.**
1800 ELMERTON AVENUE
HARRISBURG, PA 17110

**SYNDI GUIDO ESQUIRE**
333 MARKET STREET
HARRISBURG, PA 17101

BY: _____
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500