⑧¹
6-7-02
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff                :

                              :

        vs.                :    CIVIL ACTION NO. 1:CV-01-0084

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants

**FILED**
HARRISBURG, PA
JUN 7 2002
MARY E. D'ANDREA, CLERK
Per _____

<u>O R D E R</u>

AND NOW, this 7th day of May, 2002, upon consideration of Plaintiff's motion for enlargement of time, it is ordered that the motion is granted. The Plaintiff shall file his response to Defendants' motion for summary judgment by June 11, 2002.

William W. Caldwell
United States District Judge

AO 72A
(Rev 8/82)