

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL G. OBER,
    Plaintiff

    vs.                     CIVIL ACTION NO. 1:CV-01-0084

PAUL EVANKO,
MARK CAMPBELL,
THOMAS COURY,
JOSEPH WESTCOTT,
HAWTHORNE CONLEY,
    Defendants

FILED
HARRISBURG, PA
JUN 10 2002
MARY E. D'ANDREA, CLERK
Per _____

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    On April 22, 2002, the Defendants filed a motion to compel answers to interrogatories and to compel the production of documents. A brief in support of the motion was filed May 5, 2002. Plaintiff has not responded to the motion as required under Local Rule 7.6. Pursuant to said rule the motion is deemed unopposed and the relief sought will be granted.

    It is Ordered that within fifteen days of this order, Plaintiff shall answer Defendants' interrogatories and shall produce the requested documents.

                                                  William W. Caldwell
                                                  United States District Judge

Date: June 10, 2002

AO 72A
(Rev.8/82)