

ORIGINAL

FILED
HARRISBURG, PA
JUN 1 2 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL G. OBER,<br>　　　　Plaintiff<br><br>vs.<br><br>PAUL EVANKO, MARK CAMPBELL,<br>THOMAS COURY, JOSEPH WESTCOTT,<br>HAWTHORNE CONLEY,<br>　　　　Defendants | NO. 1: CV-01-0084<br>(Judge Caldwell)<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED |

EXHIBITS TO THE DEFENDANTS' ~~RESPONSE~~ STATEMENT OF MATERIAL FACTS
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**Exhibit**

*Ober v. Evanko*, Pet. for Prelim. Inj., No. 35 M.D. 2000
　　(Pa. Commw. filed Jan. 26, 2000) ................................................................A

*Ober v. Evanko*, Pet. for Mandamus, No. 35 M.D. 2000
　　(Pa. Commw. filed Jan. 26, 2000) ................................................................B

*Ober v. Evanko*, Petitioner's Mot. To Withdraw, App. A,
　　No. 35 M.D. 2000 (Pa. Commw. filed Jan. 27, 2000) ................................C

*Ober v. Evanko*, Respondents' Application to Dismiss
　　for Mootness Pursuant to Pa.R.C.P. 1972(4),
　　No. 35 M.D. 2000 (Pa. Commw. filed Feb. 23, 2000) ..............................D

*Ober v. Evanko*, No. 35 M.D. 2000 (Pa. Commw. Mar. 30, 2000) ........................E

 **Exhibit**

*Ober v. Evanko*, Pet. for Review, No. 238 M.D. 2000
    (Pa. Commw. filed May 9, 2000) ................................................................. F

*Ober v. Evanko*, 238 M.D. 2000, slip. op. at 6
    (Pa. Commw. Sept. 6, 2000) .................................................................... G

**DEPOSITIONS:**
**(Listed Alphabetically)**

Mary Bungo *(1 video tape and transcript)* ............................................................. H

Thomas Carr *(1 videotape and transcript)* ............................................................... I

Mark Grab *(1 videotape and transcript)* ................................................................... J

Walter J. Margeson *(2 videotapes and transcript)* ................................................. K

Marie Marshall *(1 videotape and transcript)* ........................................................... L

William McAlreavy *(1 videotape and transcript)* ................................................... M

Robert Dane Merryman *(2 videotapes and transcript)* ........................................... N

Darrell G. Ober *(December 7, 2001/transcript only)* ............................................ O

Wilfred Pudliner *(1 videotape and transcript)* ........................................................ P

Larry Riley *(1 videotape and transcript)* ................................................................. Q

Robert G. Werts *(1 videotape and transcript)* ......................................................... R

Thomas Williams *(2 videotapes and transcript)* ..................................................... S

|  | **Exhibit** |
|---|---|
| Plaintiff's Answers to Defendants' Interrogatories | T |

**AFFIDAVITS:**
**(Listed Alphabetically)**

| | |
|---|---|
| Rebecca L. Brown | U |
| Hawthorne N. Conley | V |
| Phillip L. DeWire | W |
| Robert R. Einsel | X |
| Francis E. Koscelnak | Y |
| Rose A. Polek | Z |
| Charles J. Skurkis | AA |