ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER | : | 1: CV – 00-0084 |
| Plaintiff | : | |
| vs. | : | |
| PAUL EVANKO, MARK CAMPBELL, THOMAS COURY, JOSEPH WESTCOTT, AND HAWTHORNE CONLEY | : | (Judge Caldwell) |

FILED
HARRISBURG, PA

JUN 27 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## CERTIFICATE OF LENGTH

Counsel hereby certifies pursuant to L.R. 7.8 (b)(2) to the Court that this Reply Brief contains less than 5000 words. Counsel certifies that it contains 4937 words computed by using word processing software figures (4440) words and adding thereto 497 words of a part of the brief that was produced on a different computer the total being 4440 words plus 497 words or 4937 words.

Respectfully Submitted,

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, Pa 17110
(717) 221-9500

June 27, 2002

## CERTIFICATE OF SERVICE

I, Don Bailey do hereby certify that a true and correct copy of the aforegoing **PLAINTIFF'S CERTIFICATE OF LENGTH** served upon the individual named below via first class mail postage pre-paid at the indicated address:

SYNDI GUIDO, ESQUIRE
OFFICE OF GENERAL COUNSEL
333 MARKET STREET
HARRISBURG, PA 17101

DON BAILEY ESQUIRE
4311 N. 6TH STREET
HARRISBURG, PA 17110
(717) 221-9500

June 27, 2002