

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL
333 MARKET STREET, 17TH FLOOR
HARRISBURG, PENNSYLVANIA 17101
(717) 783-6563
FAX: (717) 787-1788

August 26, 2002

Clerk of Court
United States District Court
Middle District of Pennsylvania
Federal Building
228 Walnut Street, Room 1060
Harrisburg, PA   17108

**FILED**
HARRISBURG, PA

AUG 26 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

     Re:   Ober v. Evanko, et al.
           No. 1:CV-01-0084

Dear Sir or Madam:

On August 9, 2002, defendants filed corrected pages 2 and 3 to their motion to strike exhibits to plaintiff's reply brief to defendants' brief in opposition to plaintiff's motion for summary judgment. However, the correction to page 3, paragraph 9(a), caused paragraph 9(c) to run over to page 4.

Enclosed are an original and two copies of corrected page 4. Please substitute this page for the one in the motion filed on July 29, 2002. Thank you for your assistance.

Sincerely,

Syndi L. Guido
Deputy General Counsel

Enclosures

cc:   Don Bailey, Esquire

c.    Exhibit B to Affidavit IV should be stricken because it is hearsay, is not properly authenticated, and the information contained therein is not within the plaintiff's personal knowledge.

d.    Exhibit C to Affidavit IV should be stricken because it is hearsay and not properly authenticated.

e.    There are two documents marked Exhibit D to Affidavit IV. Both should be stricken because they are hearsay and not properly authenticated.

f.    Exhibit E to Affidavit IV should be stricken because it is hearsay, is not properly authenticated, and is not probative of the issues in this case.

10.    Exhibit H should be stricken because it is hearsay, has not been properly authenticated, and is not probative of the issues in this case.

WHEREFORE, defendants respectfully ask this Court to strike those portions of the exhibits identified in ¶¶ 4-10 above.

Respectfully submitted,

JAMES M. SHEEHAN
General Counsel

By:    _Syndi L. Guido_
Syndi L. Guido, Deputy General Counsel
Barbara L. Christie, Chief Counsel
Joanna N. Reynolds, Assistant Counsel
Governor's Office of General Counsel
333 Market Street, 17th  Floor
Harrisburg, PA  17101
(717) 787-9356
(Counsel for Defendants)

Dated:  July 29, 2002

4