AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

Darrell G. Ober,
Plaintiffs

v.                                     CASE NUMBER: 1:CV-01-0084

Paul Evanko, Mark Campbell, Thomas Coury,
Joseph Westcott, and Hawthorne Conley,
Defendants

FILED
HARRISBURG, PA
AUG 2 8 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the defendants, Paul Evanko, Mark Campbell, Thomas Coury, Joseph Westcott and Hawthorne Conley and against the plaintiff, Darrell G. Ober on Plaintiff's Fourth Amendment claim and on his Pennsylvania state-law claim to be free of unlawful conspiracies.

**IT IS FURTHER ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of defendant Mark Campbell and against plaintiff, Darrell G. Ober on all Plaintiff's claims against him.

Certified from the record
Date 8/28/02
Mary E. D'Andrea, Clerk

Date: August 28, 2002           Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk