IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Darrell G. Ober v.
Paul Evanko, et al.          :    Civil Action No. 1:CV-01-0084

Farmers & Mechanics Bank v.  :
Mar-Eco, Inc.                :    Civil Action No. 1:CV-02-1108


O R D E R

AND NOW, this 29th day of August, 2002, the Clerk of Court is directed to transfer the above listed cases to the Honorable Christopher C. Conner for further proceedings. Scheduling orders issued to date are not affected by this Order, but, of course, are subject to amendments by Judge Conner.

William W. Caldwell
United States District Judge

FILED
AUG 29 2002
PER
HARRISBURG, PA    DEPUTY CLERK

AO 72A
(Rev. 8/82)