*Fee pd.*
*TPO Sives*

(107)
9-16-0
SC

FILED
HARRISBURG, PA

SEP 1 3 2002

MARY E. D'ANDREA, CLERK
Per _____
/Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL G. OBER, | : | File Number 01-0084 |
| Plaintiff | : | |
| | : | |
| vs. | : | Notice of Appeal |
| | : | *J. Conner* |
| PAUL EVANKO, MARK | : | |
| CAMPBELL, THOMAS COURY, | : | |
| JOSEPH WESTCOTT, | : | |
| HAWTHORNE CONLEY, | : | |
| Defendants | : | |

## NOTICE OF APPEAL

Notice is hereby given that Paul Evanko, Commissioner of the Pennsylvania State Police; Thomas Coury, Deputy Commissioner of the Pennsylvania State Police; Joseph Westcott, former Deputy Commissioner of the Pennsylvania State Police; and Hawthorne Conley, Deputy Commissioner of the Pennsylvania State Police; defendants in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the order denying their motion for summary judgment based on qualified immunity grounds, entered in this action on the twenty-eighth day of August, 2002.

By: _____
Syndi L. Guido, Deputy General Counsel
Barbara L. Christie, Chief Counsel
Joanna N. Reynolds, Assistant Counsel
Counsel for Defendants

Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101

Dated: September 13, 2002                (717) 787-9356

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                              DISTRICT COURT NO. __1:01-CV-084__

DARRELL G. OBER                                       CT. OF APPEALS NO. _____
    Vs
PAUL EVANKO, et al.


NOTICE OF APPEAL FILED    Sept. 13, 2002    COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL __X__ PAID ___NOT PAID ___SEAMAN

DOCKET FEE    __X__ PAID ___NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
    (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
    (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
Judge Christopher C. Conner
Judge William W. Caldwell
Don Bailey, Esquire
Syndi L Guido, Deputy General Counsel
Joanna N. Reynolds, Esquire
Barbara Christie, Esquire
File Copy


                                                     PREPARED BY__Shawna L. Cihak__
                                                                Deputy Clerk

Date: September 16, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:    OBER v. EVANKO, et al.
       USDC NO: 1:CV-01-084
       USCA NO:
       E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____        Civil Prisoner Case: Case file and docket sheet available through RACER.

_____        Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

__X__            Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.

_____        Civil Prisoner Case: \_\_\_ Supplemental Record filed. Documents and docket sheet available through RACER.

_____        Non-Prisoner Civil Case or Criminal Case:
                 \_\_\_ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date:   September 16, 2002