OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4916

October 2, 2002

### NOTICE OF DOCKETING OF APPEAL

**Ober**
**v.**
**Evanko**

**No.: 01-cv-00084**

**Honorable William C. Caldwell**

An appeal by **Paul J. Evanko, et al.** was filed in the above-caption case on **9/13/02**, and docketed in this Court on **10/2/02**, at No. **02-3725**.

Kindly use the Appeals Docket No. **02-3725** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Anthony Infante** at anthony_infante@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**