OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4916

www.ca3.uscourts.gov

November 25, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 02-3725**
    **Ober  vs. Evanko**
    **D.C. No. 01-cv-00084**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Anthony W. Infante
                              Case Manager

Enclosure

cc:
       Donald A. Bailey, Esq.
       Syndi L. Guido, Esq.
       Joanna N. Reynolds, Esq.