# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 19, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106



Re: Darrell G. Ober
v. Paul J. Evanko, et al.
No. 03-1171
(Your No. 02-3725)



Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 11, 2004 and placed on the docket February 19, 2004 as No. 03-1171.

Sincerely,

**William K. Suter**, Clerk

by
Ruth Jones
Case Analyst