# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 19, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106



Re: Darrell G. Ober
v. Paul J. Evanko, et al.
No. 03-1171
(Your No. 02-3725)

FILED
HARRISBURG, PA

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk