IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL G. OBER,** | : | **CIVIL ACTION NO. 1:01-CV-0084** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PAUL EVANKO, MARK CAMPBELL, THOMAS COURY, JOSEPH WESTCOTT, & HAWTHORNE CONLEY,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of May, 2004, in accordance with the certified judgment in lieu of formal mandate of the U.S. Court of Appeals for the Third Circuit, <u>Ober v. Evanko</u>, No. 02-3725, slip op. (3d Cir. Oct. 21, 2003), it is hereby ORDERED that defendants' motion for summary judgment (Doc. 53) on the issue of First Amendment retaliation is GRANTED. The Clerk of Court is directed to enter judgment on the First Amendment retaliation claim in favor of defendants and against plaintiff, and to close this file.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge