AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

DARRELL G. OBER,

  Plaintiff

FILED
HARRISBURG, PA
MAY 07 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

v.

PAUL EVANKO, MARK CAMPBELL, THOMAS COURY, JOSEPH WESTCOTT & HAWTHORNE CONLEY,

  Defendants

CASE NUMBER: 1:01-CV-0084

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** in accordance with the certified judgment in lieu of formal mandate of the U.S. Court of Appeals for the Third Circuit, Ober v. Evanko, No. 02-3725, slip op. (3d Cir. Oct.21, 2003), THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of defendants PAUL EVANKO, MARK CAMPBELL, THOMAS COURY, JOSEPH WESTCOTT and HAWTHORNE CONLEY and against plaintiff DARRELL G. OBER, on the First Amendment retaliation claim.

Date: May 7, 2004

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk